

# UNITED STATES DISTRICT COURT
# District of Minnesota

## MDL REGISTRATION FORM
## ELECTRONIC FILING REGISTRATION FORM FOR MDL ATTORNEYS

This form is to be used by **non-resident** attorneys in MDL cases to register for Electronic Filing Access in the District of Minnesota. **PLEASE ONLY COMPLETE THIS FORM IF YOU ARE REQUESTING FILING ACCESS IN THE DISTRICT OF MINNESOTA.** Registered attorneys will have privileges to electronically file documents and to receive electronic service of filings. By registering, attorneys will receive electronic notice of filings through CM/ECF. Please note that registered MDL attorneys are not considered members of this Court's bar. The following information is required for MDL registration:

First Name:  __Allison_____   Middle Name: _____M._____

Last Name:  __Ryan_____   Senior /Junior /II /III (if applicable):_____

State Court Admission (what state):  _Washington D.C._  State Bar ID Number: _028584___

Federal Court Admission (what districts):

  __District Court for the District of Columbia_____

  __District Court for M.D. Tennessee_____

Firm Name:

  __HOGAN LOVELLS US LLP_____

Firm Address: __555 13th Street NW_____

        City:_Washington_____   State:__D.C. Zip Code: _20004___

Telephone Number:  _(202) 637-5872_____   Fax Number: _(202) 637-5910_____

E-Mail Address: __allison.holt-ryan@hoganlovells.com_____


**MDL Case Name:** __In re: Change Healthcare, Inc., Customer Data Security Breach Litigation_

**USDC MN Master Case Number:** __MDL No. 24-3108 (DWF/DJF)_____

**Specific Member Case Name:**_____

**USDC MN Specific Member Case Number:**_____

**By submitting this registration form, the undersigned agrees to abide by all Court rules, orders and policies and procedures governing the use of the electronic filing system. The undersigned also will receive notice of filings pursuant to Fed. R. Civ. P. 5(b) and 77(d) through the Court's electronic filing system. The combination of user ID and password will serve as the signature of the attorney filing the documents. Attorneys must protect the security of their passwords and immediately notify the court if they learn that their password has been compromised.**

__/s/ Allison M. Ryan_____         __6/20/2024_____
**Signature of Attorney Registrant**                              **Date**


- E-mail this completed form to ecfhelpdesk@mnd.uscourts.gov with a subject line of:
  **Attention: ECF Registration – MDL**

- **IN ADDITION** to emailing this completed form to the ECF Helpdesk, the MDL attorney MUST also apply for "Multi-District Litigation" Admission to the District of Minnesota through his or her individual upgraded PACER account for filing access. This last step only needs to be completed the first time an MDL Attorney is granted filing privileges in the District of Minnesota. For detailed step by step instructions, click here.

For questions, please email the ECF Helpdesk at ecfhelpdesk@mnd.uscourts.gov or contact an Attorney Admissions Clerk at 651-848-1100.