## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MINNESOTA

| | |
|---|---|
| BEGINNINGS AND BEYOND COUNSELING, d/b/a/ PLAY THERAPY MINNESOTA individually and on behalf of<br>all others similarly situated,<br><br>                    Plaintiff(s),<br>v.<br><br>CHANGE HEALTHCARE INC.,<br><br>                    Defendant. | CASE NO.: 0:24-cv-01558-DWF-DJF |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, through undersigned counsel, hereby gives notice that the above-styled action against Defendant Change Healthcare, Inc. is voluntarily dismissed without prejudice.


Date: July 25, 2024

/s/E. Michelle Drake
E. Michelle Drake, Bar No. 0387366
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
T. 612.594.5999
F. 612.584.4470
emdrake@bm.net

*Attorney for Plaintiff*