UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| IN RE: CHANGE HEALTHCARE INC. DATA BREACH LITIGATION | MDL No. 24-3108-DWF-DJF |
|---|---|

## NOTICE OF APPEARANCE

The undersigned attorney hereby notifies the Court and counsel that Timothy Devlin of Devlin Law Firm LLC shall appear as counsel of record for Plaintiff Dr. Monica Mehring and Monica Mehring, DDS, LLC doing business as Dr. Monica Mehring Family Dentistry, on behalf of herself, her business and all other similarly situated in this case.

Dated: August 15, 2024

/s/Timothy Devlin
Timothy Devlin (DE No. 4241)
tdevlin@devlinlawfirm.com
DEVLIN LAW FIRM LLC
1526 Gilpin Avenue
Wilmington, DE 19806
Tel: (302) 449-9010

Deepali A. Brahmbhatt (SBN 255646)
dbrahmbhatt@devlinlawfirm.com
DEVLIN LAW FIRM LLC
3120 Scott Blvd. #13
Santa Clara, CA 95054
Tel: (650) 254-9805

*Attorneys for Plaintiffs*
*Dr. Monica Mehring and*
*Dr. Monica Mehring Family Dentistry*
*and on behalf of themselves and all others*
*similarly situated*