

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

September 20, 2024

**By ECF Filing and Electronic Mail**

Hon. Donovan W. Frank
United States District Court for the District of Minnesota
Warren E. Burger Federal Building and U.S. Courthouse
316 North Robert Street, Suite 100
St. Paul, MN 55101
frank_chambers@mnd.uscourts.gov

Re:   *In re: Change Healthcare, Inc. Customer Data Sec. Breach Litig.*, **0:24-md-03108-DWF-DJF**, Coordination with Related State Court Proceedings

Dear Judge Frank:

Pursuant to the Court's request for a letter during the First Status Conference held on September 17, 2024, undersigned counsel for Defendants Change Healthcare Inc., UnitedHealth Group Incorporated, UnitedHealthcare, Inc., Optum, Inc., and Change Healthcare Solutions, LLC (collectively, "Defendants") hereby submit this list of pending state court cases stemming from the February 2024 cyberattack on Change Healthcare Inc., along with a brief description of the status of each.

1. *Eye Care Associates of Morristown, Inc. v. Change Healthcare, Inc.*, No. 24-CV-048 (Tenn. Cir. Ct. Hamblen Cnty. filed Apr. 16, 2024)

Status:

On August 28, 2024, the Court granted Change Healthcare Inc.'s Unopposed Motion for an Enlargement of Time to Respond to the Amended Class Action Complaint extending Change Healthcare Inc.'s time to respond to the complaint until the issuance of a scheduling order in the related Multidistrict Litigation (MDL No. 3108). Because the Court in this matter has ordered Parties shall jointly file a status update no later than ten days after the MDL court issues a scheduling order, we do not believe it is necessary to contact the state court to coordinate at this juncture.

Judge:

Hon. William E. Phillips, II
210 E Main Street
Rogersville, TN 37857
Phone: (423) 272-7633
Fax: (423) 272-6233

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Berlin  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Munich  New York  Northern Virginia  Paris  Philadelphia  Riyadh  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices: Budapest  Jakarta  Shanghai FTZ.  Business Service Centers: Johannesburg  Louisville.  For more information see www.hoganlovells.com

Plaintiff's Counsel:

David J. Hodge, Esq.
Morris, King & Hodge PC
200 Pratt Avenue, NE
Huntsville, AL 35801
Phone: (256) 536-0588
dhodge@mkhlawyers.com
(*Mr. Hodge is currently proposed as State Court Liaison in the Majority Plaintiffs' Motion for Appointment of Lead Counsel*).

F. Braxton Terry, Esq.
The Terry Law Firm
116 East Main Street
P.O. Box 724
Morristown, TN 37815
Phone: (423) 586-5800
brack@terry-lawfirm.com

Mark S. Stapleton, Esq.
Stapleton Law Office
225 S. Depot Street
Rogersville, TN 37857
Phone: (423) 546-4046
mark@stapletonlawoffice.com

  2. *Mid-South Imaging & Therapeutics, P.A. v. UnitedHealth Group, Inc., et al.*, No. 24-0723-III (Tenn. Ch. Ct. Davidson Cnty. filed June 21, 2024)

Status:

Defendants filed a Motion to Stay Proceedings Pending Resolution of, or Pertinent Guidance from, Substantially Related Multidistrict Litigation (MDL No. 3108).  The Motion to Stay is scheduled for oral argument on September 25, 2024.  As discussed during the September 17, 2024 MDL hearing and as requested in Defendants' September 5, 2024 letter, Defendants respectfully request that the MDL Court contact the Honorable Chancellor I'Aesha Myles to coordinate these matters.

Chancellor:

Hon. I'Aesha L. Myles
1 Public Square, Suite 407
Nashville, TN 37201
Phone: (615) 862-5705
Fax: (423) 272-6233

Plaintiff's Counsel:

Kathryn Hannen Walker, Esq.
Briana T. Sprick Schuster, Esq.
Taylor M. Sample, Esq.
Bass Berry & Sims PC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Phone: (615) 742-6200
kwalker@bassberry.com
briana.sprick.schuster@bassberry.com
taylor.sample@bassberry.com

   3. *Mhrez v. Change Healthcare, Inc.*, No. BER-L-004772-24 (N.J. Super. Ct. Bergen Cnty. filed Aug. 15, 2024)

Status:

Service has not been made in this action. Defendant Change Healthcare Inc. reserves all rights, and does not request any coordination by the MDL Court at this juncture.

Judge:

Hon. Nicholas Ostuni
Bergen County Justice Center
10 Main Street, Floor 4
Hackensack, New Jersey 07601
Phone: (201) 221-0700 ext. 25599
Fax: (201) 221-0629

Plaintiff's Counsel:

Daniel Zemel, Esq.
Zemel Law LLC
400 Sylvan Ave. Suite 200
Englewood Cliffs, NJ 07632
Phone: (862) 227-3106
dz@zemellawllc.com

4. *Bawaney v. Change Healthcare, Inc.*, No. 50-2024-CC-11988-XXXA-MB (Fla. Cnty. Ct. Palm Beach Cnty. filed Aug. 13, 2024)

Status:

On September 5, 2024, Change Healthcare Inc. filed an Unopposed Motion for Enlargement of Time to Respond to Complaint to October 9, 2024. Defendant Change Healthcare Inc. respectfully requests that the MDL Court contact the Honorable Judge Stephanie Tew to coordinate these matters.

Judge:

Hon. Stephanie F. Tew
Judge Daniel T.K. Hurley Courthouse
205 North Dixie Hwy.
West Palm Beach, FL 33401
Phone: (561) 335-7845
CAD-DivisionRJ@pbcgov.org

Plaintiff's Counsel:

Jibrael S. Hindi, Esq.
Gerald D. Lane, Esq.
Zane C. Hedaya, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
Phone: (954) 907-1136
jibrael@jibraellaw.com
gerald@jibraellaw.com
zane@jibraellaw.com

5. *Fullwood v. Change Healthcare, Inc.*, No. 2024 CC 004047 CL (Fla. Cnty. Ct. Osceola Cnty. filed Aug. 13, 2024)

Status:

On September 5, 2024, Change Healthcare Inc. filed an Unopposed Motion for Enlargement of Time to Respond to Complaint to October 9, 2024. Defendant Change Healthcare Inc. respectfully requests that the MDL Court contact the Honorable Judge Gabrielle Sanders-Morency to coordinate these matters.

Judge:

Hon. Gabrielle Sanders-Morency
Jon B. Morgan Osceola County Courthouse

2 Courthouse Square
Kissimmee, Florida 34741
Phone: (407) 742-2495

Plaintiff's Counsel:

Jibrael S. Hindi, Esq.
Gerald D. Lane, Esq.
Zane C. Hedaya, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
Phone: (954) 907-1136
jibrael@jibraellaw.com
gerald@jibraellaw.com
zane@jibraellaw.com

6. *Bollinger v. Washington State Department of Labor & Industries*, No. 24-2-12761-5 SEA (Wash. Super. Ct. King Cnty.)

Status:

The Washington State Department of Labor & Industries' response to the complaint is due on September 27, 2024. While Defendants are not named in this suit, the subject matter of the *Bollinger* case overlaps with that of the instant MDL and for that reason, Defendants respectfully request that the MDL Court contact the Honorable Judge Tanya L. Thorp to coordinate these matters.

Judge:

Hon. Tanya L. Thorp
c/o King County Superior Court
516 Third Avenue, Room C-203
Seattle, WA 98104
Phone: (206) 477-1489
thorp.court@kingcounty.gov

Plaintiff's Counsel:

Timothy W. Emery
Patrick B. Reddy
Brook E. Garberding
Paul Cipriani
Emery Reddy, PLLC
600 Steward Street, Suite 1100
Seattle, WA 98101
Phone: (206) 442-9106

emeryt@emeryreddy.com
reddyp@emeryreddy.com
brook@emeryreddy.com
paul@emeryreddy.com

Counsel for Defendant Wash. State Dept. of Labor & Industries:

Alexander Vitruk
BakerHostetler LLP
999 Third Avenue, Suite 3900
Seattle, WA 98104
Phone: (206) 332-1380
Fax: (206) 624-7317
avitruk@bakerlaw.com

                                * * *

Sincerely,

/s/ Allison M. Ryan

Allison M. Ryan
Partner
allison.holt-ryan@hoganlovells.com
D (202) 637-5600

cc:     Daniel E. Gustafson (MDL Plaintiffs' Temporary Interim Leadership Counsel)
        Daniel J. Hodge (Counsel for Eye Care Assocs. of Morristown, Inc.)
        F. Braxton Terry (Counsel for Eye Care Assocs. of Morristown, Inc.)
        Mark S. Stapleton (Counsel for Eye Care Assocs. of Morristown, Inc.)
        Kathryn Hannen Walker (Counsel for Mid-South Imaging & Therapeutics, P.A.)
        Briana T. Sprick Schuster (Counsel for Mid-South Imaging & Therapeutics, P.A.)
        Taylor M. Sample (Counsel for Mid-South Imaging & Therapeutics, P.A.)
        Daniel Zemel (Counsel for Jasmine Mhrez)
        Jibrael S. Hindi (Counsel for Anna Bawaney and Damica Fullwood)
        Gerald D. Lane (Counsel for Anna Bawaney and Damica Fullwood)
        Zane C. Hedaya (Counsel for Anna Bawaney and Damica Fullwood)
        Timothy W. Emery (Counsel for Marc Bollinger)
        Patrick B. Reddy (Counsel for Marc Bollinger)
        Brook E. Garberding (Counsel for Marc Bollinger)
        Paul Cipriani (Counsel for Marc Bollinger)
        Alexander Vitruk (Counsel for Washington State Department of Labor & Industries)