UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 24-3108 (DWF/DJF) |
| This Document Relates to: *Matthew Herrick v. Change Healthcare Inc., et al. (24-cv 00293)* | |

## NOTICE OF WITHDRAWAL AS COUNSEL

PLEASE TAKE NOTICE that, pursuant to Rule 83.7(a) of the Local Rules of the United States District Court for the District of Minnesota, the undersigned attorneys hereby give notice to the Court and counsel that Seeger Weiss, LLP, together with its attorneys Jennifer R. Scullion, and Christopher A. Seeger, have withdrawn as counsel of record for Plaintiff Matthew Herrick in the above action.

Dated: November 22, 2024

Respectfully submitted,

*/s/ Jennifer R. Scullion*
Jennifer R. Scullion
Christopher A. Seeger
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Tel: 973-639-9100
jscullion@seegerweiss.com
cseeger@seegerweiss.com