# EXHIBIT A

CASE 0:24-md-03108-DWF-DJF   Doc. 120-1   Filed 11/25/24   Page 1 of 4

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| *IN RE CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION* | | | | | | | |
| **TIME REPORT** (To be submitted on the 15th of every month) | | | | | | | |
| **Firm Name:** | | | | **Reporting Period:** | | **MONTH/YEAR** | |
| **Titles:** Partner (P), Associate (A), Contract (CT), Law Clerk (LC), Paralegal (PL) | | | | | | | |
| **Last Name, First Name (Title)** | **PREVIOUS HOURS** | **CURRENT HOURS** | **CUMULATIVE HOURS** | **HOURLY RATE** | **PREVIOUS LODESTAR** | **CURRENT LODESTAR** | **CUMULATIVE LODESTAR** |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **GRAND TOTAL:** | **0.00** | **0.00** | **0.00** | | **$0.00** | **$0.00** | **$0.00** |
| | | | | | | | |
| * If a timekeeper has a new rate, please add a new line for that timekeeper at the new rate; do not add hours at a different rate to previous hours. | | | | | | | |

Time Summary

*IN RE CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION*

**EXPENSE REPORT**

**(To be submitted on the 15th of each month)**

**FIRM NAME:**

**REPORTING PERIOD:** *MONTH/YEAR*

| CATEGORY | DESCRIPTION (If necessary) | PRIOR COSTS | CURRENT COSTS | CUMULATIVE COSTS |
|---|---|---|---|---|
| Litigation Assessment | | | | $0.00 |
| Court Costs/Filing Fees | | | | $0.00 |
| Hearing Transcripts | | | | $0.00 |
| Experts/Consultants | | | | $0.00 |
| Shipping Charges | | | | $0.00 |
| Postage | | | | $0.00 |
| Service of Process | | | | $0.00 |
| Courier/Delivery Charges | | | | $0.00 |
| Deposition Costs | | | | $0.00 |
| Computerized Research | | | | $0.00 |
| Photocopies (In-House) | | | | $0.00 |
| Photocopies (Outside Vendor) | | | | $0.00 |
| Long Distance/Conference Calls | | | | $0.00 |
| Travel - Transportation | | | | $0.00 |
| Travel - Meals | | | | $0.00 |
| Travel - Hotels | | | | $0.00 |
| Miscellaneous (Include Description) | | | | $0.00 |
| **TOTAL EXPENSES** | | **$0.00** | **$0.00** | **$0.00** |
| **TOTAL LODESTAR** | | **$0.00** | **$0.00** | **$0.00** |
| **TOTAL EXPENSES & LODESTAR** | | **$0.00** | **$0.00** | **$0.00** |

Expense Summary

| Last Name, First Name | Title | Date of Service | Detailed Work Description | Billing Rate | Total Hours | Fee Total |
|---|---|---|---|---|---|---|
| **SAMPLE** | | | | | | |
| Smith, Joe | A | 11/01/24 | Conference with J. Doe re discovery (0.2); draft first set of interrogatories (0.7); emails with lead counsel re same (0.1). | $500.00 | 1.00 | $500.00 |
| | | | | **Monthly Total** | **1.00** | **$500.00** |

Time Detail