

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

December 2, 2024

**By Electronic Mail**

Hon. Donovan W. Frank
Hon. Dulce J. Foster
United States District Court for the District of Minnesota
Warren E. Burger Federal Building and U.S. Courthouse
316 North Robert Street, Suite 100
St. Paul, MN 55101
frank_chambers@mnd.uscourts.gov
foster_chambers@mnd.uscourts.gov

Re:   *In re: Change Healthcare, Inc. Customer Data Sec. Breach Litig.*, **0:24-md-03108-DWF-DJF, Request to Postpone Status Conference**

Dear Judges Frank and Foster:

Defendants respectfully request that the December 4, 2024 status conference be moved to a later date due to the unforeseen illnesses of multiple members of the defense team, including lead counsel. All three members of the Change Defense team who attended the Court's initial status conference in September are either ill (including with Covid) or have been advised not to fly by a medical professional for other medical issues. As a result, Defendants respectfully request that the conference be postponed at which time Defense counsel would no longer be contagious and would be happy to address any of the issues identified in PTO 4. Defense counsel has met and conferred with lead counsel for Plaintiffs regarding this request and counsel does not object.

The parties can be available on December 16-17 or at the Court's previously scheduled January conference on January 16, 2025.  For scheduling purposes, Plaintiffs' Consolidated Amended Complaints are due January 15, 2025. Defense counsel will also provide an updated status of all state court cases no later than tomorrow.

Respectfully submitted,

/s/ *Allison Ryan*

Allison Ryan

Partner
allison.holt-ryan@hoganlovells.com
D 202 637 5872

*Counsel for Defendants Change Healthcare Inc., UnitedHealth Group Incorporated, Optum, Inc., UnitedHealthcare, Inc., and Change Healthcare Solutions LLC*

cc:   Dan Gustafson, Plaintiffs' Interim Lead Counsel

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante  Amsterdam  Baltimore  Berlin  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Munich  New York  Northern Virginia  Paris  Philadelphia  Riyadh  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices: Budapest   Jakarta  Shanghai FTZ.  Business Service Centers: Johannesburg  Louisville.  For more information see www.hoganlovells.com