UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: Change Healthcare, Inc. Customer Data Security Breach Litigation | MDL No. 24-3108 (DWF/DJF) |
| This Document Relates to:<br>0:24-cv-02356-DWF-DJF<br>0:24-cv-04217-DWF-DJF | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that the undersigned counsel, Ellen E. Short (LA# 40513), of Burns Charest LLP, 201 St. Charles Avenue, Suite 2900, New Orleans, LA 70170; telephone number: 504.799.2845; fax number: 504.881.1765; email address: eshort@burnscharest.com, hereby appears as counsel of record on behalf of Plaintiffs Diagnostic and Interventional Spinal Care of Louisiana, Inc. *doing business as* AVALA Spine; Compounding Pharmacies of Louisiana, Inc. *doing business as* Professional Arts Pharmacy; and Imperial Health, LLP in the above-captioned actions. The undersigned respectfully requests to be listed as counsel of record on the docket sheet and served with all pleadings, notices, and orders filed in the above-captioned actions.

Dated: December 11, 2024

Respectfully Submitted,

/s/ *Ellen E. Short*
Ellen E. Short (LA# 40513)
**BURNS CHAREST LLP**
201 St. Charles Avenue, Suite 2900
New Orleans, Louisiana 70170
T: 504.799.2845
F: 504.881.1765
eshort@burnscharest.com

*Attorney for Plaintiffs Diagnostic and Interventional Spinal Care of LA d/b/a AVALA Spine; Compounding Pharmacies of LA, Inc. d/b/a Professional Arts Pharmacy; and Imperial Health, LLP*

1