Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

December 19, 2024

**By ECF Filing and Electronic Mail**

Hon. Donovan W. Frank
United States District Court for the District of Minnesota
Warren E. Burger Federal Building and U.S. Courthouse
316 North Robert Street, Suite 100
St. Paul, MN 55101
frank_chambers@mnd.uscourts.gov

Re:   *In re: Change Healthcare, Inc. Customer Data Sec. Breach Litig.*, MDL No. 0:24-md-03108-DWF-DJF, Coordination with Related State Court Proceedings

Dear Judge Frank:

Pursuant to the Court's request during the Status Conference held on December 16, 2024 for updates concerning the state court cases related to this MDL, Defendants Change Healthcare Inc. ("Change Healthcare"), UnitedHealth Group Incorporated, UnitedHealthcare, Inc., Optum, Inc., and Change Healthcare Solutions, LLC (collectively, "Defendants") write to update the previously provided list of pending state court cases stemming from the February 2024 cyberattack on Change Healthcare. Attached hereto as Appendix A is a chart of all pending state court cases related to this MDL that Defendants are aware of at this time.

In addition, there are a number of cases, detailed below, for which Defendants request additional support from the MDL Court, in order to achieve the greatest coordination possible with the MDL.

1. *Mid-South Imaging & Therapeutics, P.A. v. UnitedHealth Group, Inc., et al.*, No. 24-0723-III (Tenn. Ch. Ct. Davidson Cnty. filed June 21, 2024)

Status:

Defendants filed a Motion to Stay Proceedings Pending Resolution of, or Pertinent Guidance from, Substantially Related Multidistrict Litigation (MDL No. 3108). That Motion to Stay was denied, although the Court directed that discovery should be coordinated with the MDL. On November 20, 2024, Mid-South served Defendants with a first set of discovery requests consisting of 41 requests for production of documents ("RFP"), 60 requests for admission, and five interrogatories per defendant. Many of these discovery requests encompass issues at the heart of the MDL and are not specific to Plaintiff Mid-South.

Defendants respectfully request that the MDL Court continue to communicate with the Honorable Chancellor I'Aesha Myles to coordinate discovery in these matters.

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Berlin  Beijing  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Munich  New York  Northern Virginia  Paris  Philadelphia  Riyadh  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices:  Budapest  Jakarta  Shanghai FTZ.  Business Service Centers:  Johannesburg  Louisville.  For more information see www.hoganlovells.com

Chancellor:

Hon. l'Aesha L. Myles
1 Public Square, Suite 407
Nashville, TN 37201
Phone: (615) 862-5705
Fax: (423) 272-6233

Plaintiff's Counsel:

Kathryn Hannen Walker, Esq.
Briana T. Sprick Schuster, Esq.
Taylor M. Sample, Esq.
Bass Berry & Sims PC
150 Third Avenue South, Suite 2800
Nashville, TN 37201
Phone: (615) 742-6200
kwalker@bassberry.com
briana.sprick.schuster@bassberry.com
taylor.sample@bassberry.com

2. *Teed v. Change Healthcare,* No. 24CL015029C (Cal. Super. Ct. San Diego Cnty., filed October 4, 2024)

Status:

The parties stipulated to an extension of time to answer or otherwise respond to the complaint—or to move to stay—until December 3, 2024. In addition, Defendants filed a Notice of Related Case as to *Golden v. Change Healthcare* (No. 3 below), which was granted on November 19, 2024. Change Healthcare filed a motion to stay on December 3, 2024 and a hearing on the motion to stay is set for February 14, 2025. Defendant Change Healthcare respectfully requests that the MDL Court contact the Honorable Judge Judy S. Bae, who is presiding over both *Teed v. Change Healthcare* and *Golden v. Change Healthcare*, to coordinate these matters with the MDL proceedings.

Judge:

Hon. Judy S. Bae
Central Civil Division – Hall of Justice
330 West Broadway,
San Diego, CA 92101
Phone: (619) 450-7062

Plaintiff's Counsel:
Jeremy S. Golden
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910

Phone: (619) 476-0030
Fax: (775) 989-5471
jeremy@goldencardona.com

3. *Golden v. Change Healthcare,* No. 24CL015029C (Cal. Super. Ct. San Diego Cnty., filed October 4, 2024)

Status:

As described above, this case has been related to *Teed* (No. 2 above). The parties stipulated to an extension of time to answer or otherwise respond to the complaint—or to move to stay—until December 3, 2024. Change Healthcare filed a motion to stay on December 3, 2024 and a hearing on the motion to stay is set for February 14, 2025. Defendant Change Healthcare respectfully requests that the MDL Court contact the Honorable Judge Judy S. Bae, who is presiding over both *Teed v. Change Healthcare* and *Golden v. Change Healthcare*, to coordinate these matters with the MDL proceedings.

Judge:

Hon. Judy S. Bae
Central Civil Division – Hall of Justice
330 West Broadway,
San Diego, CA 92101
Phone: (619) 450-7062

Plaintiff's Counsel:

Cory M. Teed
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
Phone: (619) 476-0030
Fax: (775) 989-5471
cory@goldencardona.com

4. *Rehn v. Change Healthcare,* No. 24STLC08355 (Cal. Super. Ct. Los Angeles Cnty., filed November 15, 2024)

Status:

This case is nearly identical to *Teed* (No. 2 above) and *Golden* (No. 3 above), but it was filed in Los Angeles County Superior Court rather than San Diego County Superior Court. Change Healthcare filed a motion to stay on December 17, 2024. Defendant Change Healthcare respectfully requests that the MDL Court contact the Honorable Mark Windham to coordinate this matter with the MDL proceedings.

Judge:

Hon. Mark E. Windham
Spring Street Courthouse
312 North Spring Street
Los Angeles, CA 90012
Phone: (213) 310-7026

Plaintiff's Counsel:

Cory M. Teed
Jeremy S. Golden
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
Phone: (619) 476-0030
Fax: (775) 989-5471
cory@goldencardona.com
jeremy@goldencardona.com

5. *Lincare Holdings Inc. v. UHG, Inc.,* No. 210144594 (Fla. Circ. Ct. Hillsborough Cnty., filed Nov. 2, 2024)

Status:

Defendants were served on November 19, 2024. Defendants filed a motion to stay on December 6, 2024 and plaintiffs filed a response on December 17, 2024. Defendants respectfully request that the MDL Court contact the Honorable Judge Cheryl Thomas to coordinate this matter with the MDL proceedings.

Judge:

Hon. Cheryl K. Thomas
Edgecomb Courthouse
800 Twiggs Street, Room 525
Tampa, Florida 33602
Phone: (813) 272-6993
gencivdiva@fljud13.org

Plaintiff's Counsel:

Gregory A. Fencik
Donato, Brown, Pool & Moehlmann
3200 Southwest Freeway, Suite 2300
Houston, Texas 77027
Phone: (407) 310-8571
gfencik@donatobrown.com

6. *Edwards v. Change Healthcare, Inc.,* No. 2SC-24-0600 (Tex. Williamson Just. Ct., Williamson Cnty., filed October 4, 2024)

Status:

Defendant Change Healthcare filed a general answer denying allegations in the complaint on November 4, 2024. The plaintiff filed a motion for summary judgment on December 12, 2024 and a pre-trial hearing has been set for January 9, 2025. Defendant Change Healthcare respectfully requests that the MDL Court contact the Honorable Judge Angela Williams to coordinate this matter with the MDL proceedings.

Judge:

Hon. Angela Williamson
350 Discovery Boulevard
Suite 204
Cedar Park, TX 78613
Phone: (512) 260-4210

Plaintiff's Counsel:

Kim Carson Edwards (Pro se)
1406 Duster Cv
Cedar Park, Texas 78613
(512) 784-6808
UTKim06@aim.com

7. *Bawaney v. Change Healthcare, Inc.*, No. 50-2024-CC-11988-XXXA-MB (Fla. Cnty. Ct. Palm Beach Cnty., filed Aug. 13, 2024)

Status:

This case is nearly identical to *Fullwood* (No. 9 below) and brought by the same counsel but in a different court. On October 9, 2024, Change Healthcare filed a Motion to Stay Proceedings Pending Resolution of, or Scheduling Order From, Substantially Related Multidistrict Litigation. This case is subject to a "streamlined track" designation and case management order, and a hearing on the motion to stay has been scheduled for January 23, 2025. Defendant Change Healthcare respectfully requests that the MDL Court contact the Honorable Judge M. Katherine Mullinax to coordinate this matter with the MDL proceedings.

Judge:

Hon. M. Katherine Mullinax
Judge Daniel T.K. Hurley Courthouse
205 North Dixie Hwy.
West Palm Beach, FL 33401
Phone: (561) 355-6158

CAD-DivisionRJ@pbcgov.org

Plaintiff's Counsel:

Jibrael S. Hindi, Esq.
Gerald D. Lane, Esq.
Zane C. Hedaya, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
Phone: (954) 907-1136
jibrael@jibraellaw.com
gerald@jibraellaw.com
zane@jibraellaw.com

8. *Fullwood v. Change Healthcare, Inc.*, No. 2024 CC 004047 CL (Fla. Cnty. Ct. Osceola Cnty., filed Aug. 13, 2024)

Status:

This case is nearly identical to *Bawaney* (No. 8 above) and brought by the same counsel but in a different court. On October 9, 2024, Change Healthcare filed a Motion to Stay Proceedings Pending Resolution of, or Scheduling Order From, Substantially Related Multidistrict Litigation and believes a hearing will be scheduled on that motion shortly. Defendant Change Healthcare respectfully requests that the MDL Court contact the Honorable Judge Gabrielle Sanders-Morency to coordinate this matter with the MDL proceedings.

Judge:

Hon. Gabrielle Sanders-Morency
Jon B. Morgan Osceola County Courthouse
2 Courthouse Square
Kissimmee, Florida 34741
Phone: (407) 742-2495

Plaintiff's Counsel:

Jibrael S. Hindi, Esq.
Gerald D. Lane, Esq.
Zane C. Hedaya, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
Phone: (954) 907-1136
jibrael@jibraellaw.com
gerald@jibraellaw.com

zane@jibraellaw.com

9. *State of Nebraska, ex rel. Michael T. Hilgers, Attorney General v. Change Healthcare Inc., et al.*, No. D02CI240004356 (Lancaster Cnty., filed December 16, 2024)

Status:

On December 16, 2024, this action was filed against Change Healthcare Inc., UnitedHealth Group Incorporated, and Optum, Inc. Service has not yet been effectuated. Defendants respectfully request that the MDL Court contact the Honorable Judge Susan Strong to coordinate this matter with the MDL proceedings.

Judge:
Hon. Susan Strong
575 S 10th Street
Lincoln, NE 68508
Phone: (402) 441-7301
Email: ClerkDistCt@lancaster.ne.gov

Plaintiff's Counsel:

Tyrone E. Fahie
Beatrice O. Strnad
Justin C. McCully
Consumer Protection Bureau
Office of the Attorney General
2115 State Capitol Lincoln, NE 68509-8920
Phone: (402) 471-2811
tyrone.fahie@nebraska.gov
bebe.strnad@nebraska.gov
justin.mccully@nebraska.gov

William A. Burck
Adam B. Wolfson
Jennifer J. Barrett
Derek L. Shaffer
Sara C. Clark
Ryan Swindall
Quinn Emanuel Urquhart & Sullivan, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Phone: (213) 443-3000
williamburck@quinnemanuel.com
adamwolfson@quinnemanuel.com
jenniferbarrett@quinnemanuel.com
derekshaffer@quinnemanuel.com

saraclark@quinnemanuel.com
ryanswindall@quinnemanuel.com

\* \* \*

Sincerely,

*/s/ Allison M. Ryan*

Allison M. Ryan
Partner
allison.holt-ryan@hoganlovells.com
Phone: (202) 637-5600

cc:   Daniel E. Gustafson (Plaintiffs Overall Lead Counsel )
      Matthew Sill (Plaintiffs State Court/MDL Liaison Counsel)
      David Hodge (Plaintiffs State Court/MDL Liaison Counsel)

Enclosures

# Appendix A.

**LIST OF STATE COURT CASES FOR COORDINATION**

Below is a list of cases stemming from the February 2024 cyberattack on Change Healthcare pending in state courts of which the parties are currently aware.

| Case Caption | Case No. and case type | Court | Judge | Status |
|---|---|---|---|---|
| *Mid-South Imaging & Therapeutics, P.A. v. UnitedHealth Group, Inc., et al.* | No. 24-0723-III<br><br>Not a class action. | Tenn. Ch. Ct. Davidson Cnty. | Hon. l'Aesha L. Myles<br>1 Public Square, Suite 407<br>Nashville, TN 37201<br>(615) 862-5705 | Stay denied, but the court ordered "some type of coordination" with the MDL. Defendants answered on October 28, 2024, and discovery is underway. |
| *Teed v. Change Healthcare* | No. 24CL015029C<br><br>Not a class action. | Cal. Super. Ct. San Diego Cnty. | Hon. Judy S. Bae<br>Central Civil Division, Hall of Justice<br>330 West Broadway,<br>San Diego, CA 92101<br>(619) 450-7062 | Motion to stay pending. Hearing on motion to stay set for February 14, 2025. |
| *Golden v. Change Healthcare* | No. 24CL015029C<br><br>Not a class action. | Cal. Super. Ct. San Diego Cnty. | Hon. Judy S. Bae<br>Central Civil Division, Hall of Justice<br>330 West Broadway,<br>San Diego, CA 92101<br>(619) 450-7062 | Motion to stay pending. Hearing on motion to stay set for February 14, 2025. |
| *Rehn v. Change Healthcare* | No. 24STLC08355<br><br>Not a class action. | Cal. Super. Ct. Los Angeles Cnty. | Hon. Mark E. Windham<br>Spring Street Courthouse<br>312 North Spring St<br>Los Angeles, CA 90012<br>(213) 310-7026 | Motion to stay pending. |
| *Lincare Holdings Inc. v. UHG, Inc.* | No. 210144594<br><br>Not a class action. | Fla. Circ. Ct. Hillsborough Cnty. | Hon. Cheryl K. Thomas<br>Edgecomb Courthouse<br>800 Twiggs Street, Room 525<br>Tampa, FL 33602<br>(813) 272-6993<br>gencivdiva@fljud13.org | Motion to stay pending. |
| *Edwards v. Change Healthcare, Inc.* | No. 2SC-24-0600<br><br>Not a class action. | Tex. Williamson Justice Ct., Williamson Cnty. | Hon. Angela Williamson<br>350 Discovery Boulevard<br>Suite 204<br>Cedar Park, TX 78613<br>(512) 260-4210 | Answer filed on November 4, 2024. Plaintiff filed motion for summary judgment on December 12. |

| | | | | |
|---|---|---|---|---|
| | | | | Pre-trial hearing set for January 9, 2025. Defendants intend to file a motion to stay. |
| *Bawaney v. Change Healthcare, Inc.* | No. 502024 CC 011988 XXX AMB<br><br>Not a class action. | Fla. Cnty. Ct. Palm Beach Cnty. | Hon. M. Katherine Mullinax<br>Judge Daniel T.K. Hurley Courthouse<br>205 North Dixie Hwy.<br>West Palm Beach, FL 33401<br>(561) 355-6158<br>CAD-DivisionRJ@pbcgov.org | Motion to stay pending. Hearing on motion to stay set for January 23, 2025. |
| *Fullwood v. Change Healthcare, Inc,* | No. 2024 CC 004047 CL<br><br>Not a class action. | Fla. Cnty. Ct. Osceola Cnty. | Hon. Gabrielle Sanders-Morency<br>Jon B. Morgan Osceola County Courthouse<br>2 Courthouse Square<br>Kissimmee, FL 34741<br>(407) 742-2495 | Motion to stay pending. |
| *Eye Care Associates of Morristown, Inc. v. Change Healthcare, Inc.* | No. 24-CV-048<br><br>Class action. | Tenn. Cir. Ct. Hamblen Cnty. | Hon. William E. Phillips, II<br>210 E Main Street<br>Rogersville, TN 37857<br>(423) 272-7633 | Parties to jointly file a status update within 10 days of the MDL court issuing a scheduling order. |
| *Mhrez v. Change Healthcare, Inc.* | No. BER-L-004772-24<br><br>Class action. | N.J. Super. Ct. Bergen Cnty. | Hon. Nicholas Ostuni<br>Bergen County Justice Center<br>10 Main Street, Floor 4<br>Hackensack, NJ 07601<br>(201) 221-0700, ext. 25599 | Service has not been made. |
| *Bollinger v. Washington State Department of Labor & Industries* | No. 24-2-12761-5 SEA<br><br>Class action. | Wash. Super. Ct. King Cnty. | Hon. Tanya L. Thorp<br>c/o King County Superior Court<br>516 Third Avenue, Room C-203<br>Seattle, WA 98104<br>(206) 477-1489<br>thorp.court@kingcounty.gov | This matter includes allegations related to the cyberattack but does not include Change Healthcare as a defendant. A December 2, 2024 filing stated that the parties have |

| | | | | |
|---|---|---|---|---|
| | | | | reached a settlement agreement in principle. |
| *Enriquez v. Change Healthcare, Inc.* | No. 2024SC38950-0<br><br>Not a class action. | Fla. Cnty. Ct. Orange Cnty. | Hon. Judge Adam K. McGinnis<br>Orange County Court Building<br>425 North Orange Avenue, Suite 47<br>Orlando, FL 32802<br>(407) 836-2024<br>70orange@ocnjcc.org | This case was dismissed for plaintiff's failure to appear for a pre-trial hearing and because plaintiff had requested dismissal. |
| *Nebraska v. Change Healthcare, Inc., et al.* | No. D02CI240004356<br><br>Not a class action. | Lancaster Cnty. | Hon. Susan Strong<br>575 S 10th Street<br>Lincoln, NE 68508<br>(402) 441-7301<br>ClerkDistCt@lancaster.ne.gov | Service has not been made. |