**Hogan Lovells**

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

December 27, 2024

**By ECF Filing and Electronic Mail**

Hon. Dulce J. Foster
United States District Court for the District of Minnesota
300 South Fourth Street
Minneapolis, MN 55415
Foster_Chambers@mnd.uscourts.gov

Re:  *In re: Change Healthcare, Inc. Customer Data Sec. Breach Litig.*, **0:24-md-03108-DWF-DJF, Defendants' Position on Receipt of Notice of Data Breach Letter**

Dear Judge Foster:

During the December 16, 2024 Status Hearing, Your Honor stated that you and a law clerk assigned to this MDL had received a Notice of Data Breach from Defendant Change Healthcare Inc. ("Change Healthcare"). Your Honor indicated that receipt of these notice letters will not impact the Court's ability to remain fair and impartial, but requested that the parties notify the Court of their positions on whether receipt of a notice letter is grounds for recusal.

Defendants Change Healthcare, UnitedHealth Group Incorporated, United Healthcare, Inc., Optum, Inc., and Change Healthcare Solutions, LLC do not view Your Honor's receipt of a notice letter as necessitating recusal.

Sincerely,

*/s/ Allison M. Ryan*

Allison M. Ryan
Partner
allison.holt-ryan@hoganlovells.com
D (202) 637-5600

cc:    Daniel E. Gustafson (MDL Plaintiffs' Overall Lead Counsel)

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Berlin  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dublin  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Munich  New York  Northern Virginia  Paris  Philadelphia  Riyadh  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices: Budapest  Jakarta  Shanghai FTZ.  Business Service Centers: Johannesburg  Louisville.  For more information see www.hoganlovells.com