

**MINNESOTA OFFICE**
CANADIAN PACIFIC PLAZA
120 S. 6TH ST., STE 2600
MINNEAPOLIS, MN 55402

**CALIFORNIA OFFICE**
600 W. BROADWAY
SUITE 3300
SAN DIEGO, CA 92101

**DANIEL E. GUSTAFSON**
dgustafson@gustafsongluek.com
TEL (612) 333-8844 • FAX (612) 339-6622
MINNESOTA OFFICE

December 27, 2024

**VIA ECF & E-MAIL**
The Honorable Dulce J. Foster
United States District Court
300 South Fourth Street
Minneapolis, MN 55415
Foster_Chambers@mnd.uscourts.gov

  Re: *In re: Change Healthcare, Inc. Customer Data Sec. Breach Litig.*,
     0:24-md-03108-DWF-DJF

Dear Judge Foster:

 I write in response to the Court's request that the Parties notify the Court of their positions on whether the Court or its clerk's receipt of a Data Breach Notification from the Defendants in this action warranted recusal.

 Plaintiffs, like Defendants, do not view the Court's receipt of this breach notice as grounds for recusal and are certain of the Court's ability to remain fair and impartial in this action.

 Please contact me with any questions.

           Sincerely,

           GUSTAFSON GLUEK PLLC

           Daniel E. Gustafson

DEG/sam
cc: Counsel for Defendants (via ECF & E-Mail)