# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 24-3108 (DWF/DJF) |
| This Document Relates to:<br><br>Carol Fraker, Erica Reyes, Brittany Meadows and David Custis, *individually and on behalf of all others similarly situated*,<br><br>Plaintiffs,<br><br>v.   Civil No. 24-2376 (DWF/DJF)<br><br>CHANGE HEALTHCARE, INC.,<br><br>Defendant. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE AS TO BRITTANY MEADOWS ONLY** |

Pursuant to Rule 41(a)(1)(A)(ii), and the Notice of Voluntary Dismissal without Prejudice filed in this action as to Brittany Meadows ONLY, (MDL No. 24-3108 (DWF/DJF), (Doc. No. [146]); Civil No. 24-2376 (DWF/DJF), (Doc. No. [27])),

**IT IS HEREBY ORDERED** that this action as to Brittany Meadows ONLY is **DISMISSED WITHOUT PREJUDICE**.

Dated: January 15, 2025        s/Donovan W. Frank
                               DONOVAN W. FRANK
                               United States District Judge