

# United States District Court
### District of Minnesota

CHAMBERS OF
**DONOVAN W. FRANK**
DISTRICT JUDGE
WARREN E. BURGER FEDERAL BUILDING
AND UNITED STATES COURTHOUSE
316 NORTH ROBERT STREET, SUITE 724
SAINT PAUL, MINNESOTA 55101-1477
(651) 848-1290

January 27, 2025

**VIA U.S. MAIL AND CM/ECF**

Hon. William E. Phillips, II
Suite 316
107 E Main Street
Rogersville, TN 37857

Hon. Nicholas Ostuni
Bergen County Justice Center
10 Main Street, Floor 4
Hackensack, NJ 07601

Hon. Gabrielle N. Sanders-Morency
Jon B. Morgan Osceola County Courthouse
2 Courthouse Square
Kissimmee, FL 34741

Hon. Judy S. Bae
Hall of Justice
Third Floor
330 West Broadway
San Diego, CA 92101

Hon. Cheryl K. Thomas
Edgecomb Courthouse
800 Twiggs Street, Room 525
Tampa, FL 33602

Hon. Susan I. Strong
Lancaster District Court
575 S 10th Street
Lincoln, NE 68508

Hon. I'Ashea L. Myles
Suite 407
1 Public Square
Nashville, TN 37201

Hon. M. Katherine Mullinax
Judge Daniel T.K. Hurley Courthouse
205 North Dixie Hwy.
West Palm Beach, FL 33401

Hon. Tanya L. Thorp
c/o King County Superior Court
516 Third Avenue, Room C-203
Seattle, WA 98104

Hon. Mark E. Windham
Clara Shortridge Foltz Criminal Justice Center
210 West Temple Street
Los Angeles, CA 90012

Hon. Angela Williams
Suite 204
350 Discovery Boulevard
Cedar Park, TX 78613

Hon. Judge Adam McGinnis
Orange County Court Building
425 North Orange Avenue
Orlando, FL 32801

January 27, 2025
Page 2

Re: MDL 3108 Change Healthcare et al.

Dear State Court Judges:

As noted in my letter dated December 20, 2024, the next status conference for the Change Healthcare litigation is Tuesday, February 4, 2025. As you all have state court cases that relate, I invite you to listen to the status conference. My goal is to keep you up to date on the status of the MDL so any overlapping issues can be addressed jointly.

If you would like to listen to the audio of the status conference, the instructions to join are as follows:

AUDIO ACCESS DIAL IN INSTRUCTIONS FOR THE 02/04/2025 AT 9:30 AM (CST) STATUS CONFERENCE.

Notice: Remote Audio access Only to this hearing is for LISTEN ONLY PARTICIPATION.

Meeting ID: 160 270 8295

Passcode: 833904

Dial in Numbers: +1 669 254 5252

+1 646 828 7666

+1 669 216 1590

+1 551 285 1373

Recording or rebroadcasting of Court proceedings is prohibited and any violation may result in sanctions.

This information can also be found on the District of Minnesota's website dedicated to this MDL. The website's address is:
https://www.mnd.uscourts.gov/content/change-healthcare-inc-data-breach.

January 27, 2025
Page 3

      Additionally, the consolidated complaints were filed on January 15, 2025. Those were filed as separate cases and have the following case numbers:

1. Providers' Consolidated Complaint – Total Care Dental and Orthodontics et al. v. UnitedHealth Group Incorporated et al. 0:25-cv-00179 (DWF/DJF).

2. Patients' Consolidated Complaint – Christenson et al. v. UnitedHealth Group Incorporated et al. 0:25-cv-00183 (DWF/DJF).

      Thank you for your attention to this matter. If you have any questions, please feel free to give me a call (651-848-1290) or email me (frank_chambers@mnd.uscourts.gov).

      Very truly yours,

      s/Donovan W. Frank

      DONOVAN W. FRANK
      United States District Judge

DWF/ljl