UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to All Actions | MDL No. 24-3108 (DWF/DJF)<br><br>PRETRIAL ORDER NO. 6<br>(*RE:* Agenda for February 4, 2025 9:30 a.m. Status Conference) |

Pursuant to the Court's Pretrial Order No. 2 (Doc. No. 69 ¶ 12) and consistent with issues discussed in both the current and proposed Federal Rule of Civil Procedure 16.1 aimed at providing case-management guidance in MDLs, the Court directs the parties place the following items on the agenda for the February 4, 2025 Status Conference:

- the stay of discovery;
- the status of the breach notices;
- TFAP loan collection efforts; and
- plaintiff transferor court determinations.

Dated: January 31, 2025

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge