

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

February 3, 2025

**By ECF Filing and Electronic Mail**

Hon. Donovan W. Frank
United States District Court for the District of Minnesota
Warren E. Burger Federal Building and U.S. Courthouse
316 North Robert Street, Suite 100
St. Paul, MN 55101
frank_chambers@mnd.uscourts.gov

Re:   *In re: Change Healthcare, Inc. Customer Data Sec. Breach Litig.*, 0:24-md-03108-DWF-DJF, Coordination with Related State Court Proceedings

Dear Judge Frank:

Pursuant to the Court's request during the Status Conference held on December 16, 2024 for updates concerning the state court cases related to this MDL, Defendants Change Healthcare Inc. ("Change Healthcare"), UnitedHealth Group Incorporated, UnitedHealthcare, Inc., Optum, Inc., and Change Healthcare Solutions, LLC (collectively, "Defendants") write to update the previously-provided list of pending state court cases stemming from the February 2024 cyberattack on Change Healthcare. Attached hereto as Appendix A is a chart of all pending state court cases related to this MDL that Defendants are aware of at this time. Defendants have also provided a brief status of each matter in Appendix A.

In addition, there are a number of cases, detailed below, for which Defendants request additional support from the MDL Court, in order to achieve the greatest coordination possible with the MDL.

1.  *Mid-South Imaging & Therapeutics, P.A. v. UnitedHealth Group, Inc., et al.*, No. 24-0723-III (Tenn. Ch. Ct. Davidson Cnty. filed June 21, 2024)

Status: The court denied Defendants' motion to stay but ordered that discovery should be coordinated with the MDL. On January 20, 2025, Defendants served responses to Mid-South's first set of discovery requests. Defendants respectfully request that the MDL Court continue to communicate with the Honorable Chancellor l'Aesha Myles to coordinate discovery in this case.

| Chancellor: | Plaintiff's Counsel: |
|---|---|
| Hon. l'Aesha L. Myles | Kathryn Hannen Walker, Esq. |
| 1 Public Square, Suite 407 | Briana T. Sprick Schuster, Esq. |
| Nashville, TN 37201 | Taylor M. Sample, Esq. |
| Phone: (615) 862-5705 | Bass Berry & Sims PC |
| Fax: (423) 272-6233 | 150 Third Avenue South, Suite 2800 |

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Berlin Beijing Birmingham Boston Brussels Colorado Springs Denver Dubai Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Philadelphia Riyadh Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Sydney Tokyo Warsaw Washington, D.C. Associated Offices: Budapest Jakarta Shanghai FTZ. Business Service Centers: Johannesburg Louisville. For more information see www.hoganlovells.com

|  | Nashville, TN 37201<br>Phone: (615) 742-6200<br>kwalker@bassberry.com<br>briana.sprick.schuster@bassberry.com<br>taylor.sample@bassberry.com |
|---|---|

2. *PruittHealth Inc. v. Change Healthcare, Inc.*, No. 25C149 (Tenn. Cir. Ct. Davidson Cnty., filed January 17, 2025)
   *Time for a Change Therapy LLC v. Change Healthcare, Inc.*, No. 25C151 (Tenn. Cir. Ct. Davidson Cnty., filed January 17, 2025)
   *Total Wound Care of Oklahoma LLC, et al. v. Change Healthcare, Inc.*, No. 25C155 (Tenn. Cir. Ct. Davidson Cnty., filed January 17, 2025)

Status: Defendant Change Healthcare was served with the complaints in *PruittHealth* and *Time for a Change Therapy* on January 17, 2025, and a response is currently due on February 18, 2025. Defendant Change Healthcare was served with the complaint in *Total Wound Care* on January 21 and a response is currently due on February 20, 2025. The plaintiffs in these cases are represented by Stranch, Jennings & Garvey, PLLC, a law firm representing plaintiffs in 18 cases that have been tagged and transferred to the MDL. Those cases transferred to the MDL are nearly identical in these three new state court cases. Defendant Change Healthcare respectfully requests that the MDL Court contact the Honorable Judge Lynne Tyler Ingram to coordinate these matters with the MDL proceedings.

| Judge:<br>Hon. Lynne Tyler Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201<br>Tel: (615) 880-2591<br>Jud. Assistant: tammylrutledge@jisnashville.gov | Plaintiff's Counsel:<br>J. Gerard Stranch, IV<br>Grayson Wells<br>Miles M. Schiller<br>Stranch, Jennings & Garvey, PLLC<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>Tel. (615) 254-8801<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com<br>mschiller@stranchlaw.com |
|---|---|

3. *Teed v. Change Healthcare Inc., et al.,* No. 24CL015029C (Cal. Super. Ct. San Diego Cnty., filed October 4, 2024)
   *Golden v. Change Healthcare Inc., et al.*, No. 24CL015029C (Cal. Super. Ct. San Diego Cnty., filed October 4, 2024)

Status: Change Healthcare filed motions to stay in *Teed* and *Golden* on December 3, 2024. A hearing on the motions to stay is set for February 14, 2025. Defendant Change Healthcare respectfully

requests that the MDL Court continue to communicate with the Honorable Judge Judy S. Bae to coordinate these cases with the MDL proceedings.

| Judge: | Plaintiff's Counsel: |
|---|---|
| Hon. Judy S. Bae<br>Central Civil Division – Hall of Justice<br>330 West Broadway,<br>San Diego, CA 92101<br>Phone: (619) 450-7062 | Jeremy S. Golden<br>Cory M. Teed<br>Golden & Cardona-Loya, LLP<br>3130 Bonita Road, Suite 200B<br>Chula Vista, CA 91910<br>Phone: (619) 476-0030<br>Fax: (775) 989-5471<br>jeremy@goldencardona.com<br>cory@goldencardona.com |

4. *Fay v. Change Healthcare Inc., et. al.*, No. 25CL000431N (Cal. Super. Ct. San Diego Cnty., filed January 6, 2025)

Status: Defendant Change Healthcare accepted service of this newly filed case on January 17, 2025. The plaintiff in this case is represented by Golden & Cardona-Loya, LLP, the same law firm representing the plaintiffs in *Teed* and *Golden*, and the claims brought are nearly identical in all three cases. Defendant Change Healthcare respectfully requests that the MDL Court contact the Honorable Judge Washington to coordinate this matter with the MDL proceedings.

| Judge: | Plaintiff's Counsel: |
|---|---|
| Hon. Michael D. Washington<br>Superior Court of California<br>County of San Diego, North Branch<br>325 South Melrose Dr.<br>Vista, CA 92081 | Jeremy S. Golden<br>Cory M. Teed<br>Golden & Cardona-Loya, LLP<br>3130 Bonita Road, Suite 200B<br>Chula Vista, CA 91910<br>Phone: (619) 476-0030<br>Fax: (775) 989-5471<br>jeremy@goldencardona.com<br>cory@goldencardona.com |

5. *Rehn v. Change Healthcare Inc.,* No. 24STLC08355 (Cal. Super. Ct. Los Angeles Cnty., filed November 15, 2024)

Status: The plaintiff in this case is represented by Golden & Cardona-Loya, LLP, the same law firm representing the plaintiffs in *Teed*, *Golden*, and *Fay* (described above) and the allegations and claims are nearly identical in all four cases. Unlike *Teed*, *Golden*, and *Fay*, *Rehn* was filed in Los Angeles County Superior Court rather than San Diego County Superior Court. Change Healthcare filed a motion to stay on December 17, 2024. Defendant Change Healthcare respectfully requests that the

MDL Court continue to communicate with the Honorable Mark Windham to coordinate this matter with the MDL proceedings.

| Judge: | Plaintiff's Counsel: |
|---|---|
| Hon. Mark E. Windham<br>Spring Street Courthouse<br>312 North Spring Street<br>Los Angeles, CA 90012<br>Phone: (213) 310-7026 | Cory M. Teed<br>Jeremy S. Golden<br>Golden & Cardona-Loya, LLP<br>3130 Bonita Road, Suite 200B<br>Chula Vista, CA 91910<br>Phone: (619) 476-0030<br>Fax: (775) 989-5471<br>cory@goldencardona.com<br>jeremy@goldencardona.com |

6. *Jeff M. Edwards v. Change Healthcare, Inc.,* No. 2SC-24-0708 (Tex. Williamson Just. Ct., Williamson Cnty., filed December 5, 2024)

Status: Change Healthcare was served with the complaint in this newly filed case on January 8, 2025. On January 21, 2024, Defendant Change Healthcare filed a general answer denying the allegations in the complaint. Change Healthcare respectfully requests that the MDL Court contact the Honorable Judge Angela Williams to coordinate this case with the MDL proceedings.

The plaintiff in this case, Jeff M. Edwards, is related to another plaintiff, Kim Edwards, who filed a nearly identical complaint in another case filed in the same court, Case No. 2SC-24-0600. Judge Williams recently ordered that Kim Edwards's case be stayed pending resolution of the MDL.

| Judge: | Plaintiff: |
|---|---|
| Hon. Angela Williams<br>350 Discovery Boulevard<br>Suite 204<br>Cedar Park, TX 78613<br>Phone: (512) 260-4210 | Jeff M. Edwards (Pro se)<br>1406 Duster Cv<br>Cedar Park, Texas 78613<br>Phone: (512) 300-7555<br>JeffEdwards777@gmail.com |

7. *Lincare Holdings Inc., et al. v. UHG, Inc.,* No. 210144594 (Fla. Circ. Ct. Hillsborough Cnty., filed Nov. 2, 2024)

Status: On December 6, 2024, Change Healthcare filed a motion to stay and plaintiffs filed a response on December 17, 2024. Defendants respectfully request that the MDL Court continue to communicate with the Honorable Judge Cheryl Thomas to coordinate this matter with the MDL proceedings.

| Judge: | Plaintiffs' Counsel: |
|---|---|
| Hon. Cheryl K. Thomas | Gregory A. Fencik |

| | |
|---|---|
| Edgecomb Courthouse<br>800 Twiggs Street, Room 525<br>Tampa, Florida 33602<br>Phone: (813) 272-6993<br>gencivdiva@fljud13.org | Donato, Brown, Pool & Moehlmann<br>3200 Southwest Freeway, Suite 2300<br>Houston, Texas 77027<br>Phone: (407) 310-8571<br>gfencik@donatobrown.com |

8. *Esparza v. Change Healthcare Solutions LLC*, No. 502024CA000189XXXAMB (Fla. Cir. Ct. Palm Beach Cnty., filed Jan. 10, 2025)

Status: Defendant Change Healthcare Solutions LLC was served with the complaint in this newly filed case on January 10, 2025. The parties agreed to an extension of Defendant's time to respond to the complaint until March 5, 2025. Defendant Change Healthcare Solutions LLC respectfully requests that the MDL Court contact the Honorable Judge Scott Kerner to coordinate this matter with the MDL proceedings.

| Judge: | Plaintiff's Counsel: |
|---|---|
| Hon. Scott Kerner<br>Judge Daniel T. K. Hurley Courthouse<br>205 North Dixie Hwy.<br>West Palm Beach, FL 33401<br>Phone: (561) 355-1535<br>CAD-DivisionAN@pbcgov.org | Thomas Patti, Esq.<br>Patti Zabaleta Law Group<br>110 SE 6th Street, Suite 1732<br>Fort Lauderdale, FL 33301<br>Phone: (561) 542-8550<br>Tom@pzlg.legal |

9. *Morris, et. al. v. Change Healthcare*, No. 2025-CA-000411-O (Fla. Cir. Ct. Orange Cnty., filed Jan. 17, 2025)

Status: Defendant Change Healthcare Solutions LLC was served with the complaint in this newly filed case on January 30, 2025 and a response is due on February 19, 2025. Defendant Change Healthcare respectfully requests that the MDL Court contact the Honorable Judge Eric J. Netcher to coordinate this matter with the MDL proceedings.

| Judge: | Plaintiff's Counsel: |
|---|---|
| Hon. Eric J. Netcher<br>Orange County Courthouse<br>425 N Orange Ave,<br>Orlando, FL 32801<br>Phone: (407) 836-4576<br>40orange@ninthcircuit.org | Benjamin Morris (Pro Se)<br>15788 Avenue of the Arbors<br>Winter Garden, FL 34787<br>Phone: (407) 815-5228<br>nebyenside@gmail.com |

10. *State of Nebraska, ex rel. Michael T. Hilgers, Attorney General v. Change Healthcare Inc., et al.*, No. D02CI240004356 (Neb. Distr. Ct. Lancaster Cnty., filed December 16, 2024)

Status: On December 16, 2024, this action was filed against Change Healthcare, UnitedHealth Group Incorporated, and Optum, Inc. Defendants' response to the complaint is currently due by February 28, 2025. Defendants respectfully request that the MDL Court continue to communicate with the Honorable Judge Susan Strong to coordinate this matter with the MDL proceedings.

| Judge: | Plaintiff's Counsel: |
|---|---|
| Hon. Susan Strong<br>575 S 10th Street<br>Lincoln, NE 68508<br>Phone: (402) 441-7301<br>Email: ClerkDistCt@lancaster.ne.gov | Tyrone E. Fahie<br>Beatrice O. Strnad<br>Justin C. McCully<br>Consumer Protection Bureau<br>Office of the Attorney General<br>2115 State Capitol Lincoln, NE 68509-8920<br>Phone: (402) 471-2811<br>tyrone.fahie@nebraska.gov<br>bebe.strnad@nebraska.gov<br>justin.mccully@nebraska.gov<br><br>William A. Burck<br>Adam B. Wolfson<br>Jennifer J. Barrett<br>Derek L. Shaffer<br>Sara C. Clark<br>Ryan Swindall<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Phone: (213) 443-3000<br>williamburck@quinnemanuel.com<br>adamwolfson@quinnemanuel.com<br>jenniferbarrett@quinnemanuel.com<br>derekshaffer@quinnemanuel.com<br>saraclark@quinnemanuel.com<br>ryanswindall@quinnemanuel.com |

Sincerely,

*/s/ Allison M. Ryan*

Allison M. Ryan
Partner
allison.holt-ryan@hoganlovells.com
Phone: (202) 637-5600

cc:     Daniel E. Gustafson (Plaintiffs Overall Lead Counsel)
        Matthew Sill (Plaintiffs State Court/MDL Liaison Counsel)
        David Hodge (Plaintiffs State Court/MDL Liaison Counsel)

Enclosures

February 3, 2025

# Appendix A

## LIST OF STATE COURT CASES

Below is a list of cases stemming from the February 2024 cyberattack on Change Healthcare pending in state courts of which the parties are currently aware. The cases are listed in alphabetical order by state.

| Case Caption | Case No. and case type | Court | Judge | Status |
|---|---|---|---|---|
| **Arizona** | | | | |
| *Blue Cross and Blue Shield of Arizona, Inc., et al. v. Change Healthcare Practice Management Solutions, Inc., et al.* | Case No. CV2025-001530<br><br>Not a class action. | Ariz. Super. Ct. Maricopa Cnty. | Hon. Christopher Whitten<br>Southeast Regional Public Service Facility<br>Courtroom 303<br>222 E Javelina Ave<br>Mesa, AZ 85210<br>(602) 372-1164 | Not yet served. |
| **California** | | | | |
| *Fay v. Change Healthcare Inc., et al.* | No. 25CL000431N<br><br>Not a class action. | Cal. Super. Ct. San Diego Cnty. | Hon. Michael D. Washington<br>Superior Court of California, County of San Diego, North Branch<br>325 South Melrose Dr.<br>Vista, CA 92081 | Defendants' response to the complaint is due on February 21, 2025. |
| *Golden v. Change Healthcare* | No. 24CL015029C<br><br>Not a class action. | Cal. Super. Ct. San Diego Cnty. | Hon. Judy S. Bae<br>Central Civil Division, Hall of Justice<br>330 West Broadway, San Diego, CA 92101<br>(619) 450-7062 | Motion to stay pending. Hearing on motion to stay set for February 14, 2025. |
| *Rehn v. Change Healthcare* | No. 24STLC08355<br><br>Not a class action. | Cal. Super. Ct. Los Angeles Cnty. | Hon. Mark E. Windham<br>Spring Street Courthouse<br>312 North Spring St<br>Los Angeles, CA 90012<br>(213) 310-7026 | Motion to stay pending. |
| *Teed v. Change Healthcare* | No. 24CL015029C | Cal. Super. Ct. San Diego Cnty. | Hon. Judy S. Bae<br>Central Civil Division, Hall of Justice | Motion to stay pending. Hearing on motion to stay set |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Not a class action. |  | 330 West Broadway, San Diego, CA 92101<br>(619) 450-7062 | for February 14, 2025. |
| **Florida** | | | | |
| *Bawaney v. Change Healthcare, Inc.* | No. 502024 CC 011988 XXX AMB<br><br>Not a class action. | Fla. Cnty. Ct. Palm Beach Cnty. | Hon. M. Katherine Mullinax<br>Judge Daniel T.K. Hurley Courthouse<br>205 North Dixie Hwy.<br>West Palm Beach, FL 33401<br>(561) 355-6158<br>CAD-DivisionRJ@pbcgov.org | Stayed pending resolution of the MDL. |
| *Enriquez v. Change Healthcare, Inc.* | No. 2024SC38950-0<br><br>Not a class action. | Fla. Cnty. Ct. Orange Cnty. | Hon. Judge Adam K. McGinnis<br>Orange County Court Building<br>425 North Orange Avenue, Suite 47<br>Orlando, FL 32802<br>(407) 836-2024<br>70orange@ocnjcc.org | Dismissed. |
| *Esparza v. Change Healthcare Solutions, LLC* | No. 502024CA000189XXXAMB<br><br>Not a class action. | Fla. Cir. Ct. Palm Beach Cnty. | Hon. Scott Kerner<br>Judge Daniel T. K. Hurley Courthouse<br>205 North Dixie Hwy.<br>West Palm Beach, FL 33401<br>(561) 355-1535<br>CAD-DivisionAN@pbcgov.org | Defendant's response to the complaint is due March 5, 2025. |
| *Fullwood v. Change Healthcare, Inc,* | No. 2024 CC 004047 CL<br><br>Not a class action. | Fla. Cnty. Ct. Osceola Cnty. | Hon. Gabrielle Sanders-Morency<br>Jon B. Morgan Osceola County Courthouse<br>2 Courthouse Square<br>Kissimmee, FL 34741<br>(407) 742-2495 | Stayed pending resolution of the MDL. |

| *Lincare Holdings Inc. v. UHG, Inc.* | No. 210144594<br><br>Not a class action. | Fla. Circ. Ct. Hillsborough Cnty. | Hon. Cheryl K. Thomas<br>Edgecomb Courthouse<br>800 Twiggs Street, Room 525<br>Tampa, FL 33602<br>(813) 272-6993<br>gencivdiva@fljud13.org | Motion to stay pending. |
|---|---|---|---|---|
| *Morris, et al. v. Change Healthcare* | No. 2025-CA-000411-O<br><br>Not a class action. | Fla. Cir. Ct. Orange Cnty. | Hon. Eric J. Netcher<br>Orange County Courthouse<br>425 N Orange Ave, Orlando, FL 32801<br>(407) 836-4576<br>40orange@ninthcircuit.org | Defendant's response to the complaint is due on February 19, 2025. |
| **Nebraska** | | | | |
| *Nebraska v. Change Healthcare, Inc., et al.* | No. D02CI240004356<br><br>Not a class action. | Neb. Distr. Ct. Lancaster Cnty. | Hon. Susan Strong<br>575 S 10th Street<br>Lincoln, NE 68508<br>(402) 441-7301<br>ClerkDistCt@lancaster.ne.gov | Defendants' response to the complaint is due on February 28, 2025. |
| **New Jersey** | | | | |
| *Mhrez v. Change Healthcare, Inc.* | No. BER-L-004772-24<br><br>Class action. | N.J. Super. Ct. Bergen Cnty. | Hon. Nicholas Ostuni<br>Bergen County Justice Center<br>10 Main Street, Floor 4<br>Hackensack, NJ 07601<br>(201) 221-0700, ext. 25599 | Not yet served. |
| **Tennessee** | | | | |
| *Eye Care Associates of Morristown, Inc. v. Change Healthcare, Inc.* | No. 24-CV-048<br><br>Class action. | Tenn. Cir. Ct. Hamblen Cnty. | Hon. William E. Phillips, II<br>210 E Main Street<br>Rogersville, TN 37857<br>(423) 272-7633 | Stayed. Parties to jointly file a status update within 10 days of the MDL court issuing a scheduling order. |
| *Mid-South Imaging & Therapeutics, P.A. v.* | No. 24-0723-III<br><br>Not a class action. | Tenn. Ch. Ct. Davidson Cnty. | Hon. l'Aesha L. Myles<br>1 Public Square, Suite 407 | In discovery. Court ordered coordination with the MDL. |

| | | | | |
|---|---|---|---|---|
| *UnitedHealth Group, Inc., et al.* | | | Nashville, TN 37201 (615) 862-5705 | |
| *PruittHealth Inc. v. Change Healthcare Inc.* | No. 25C149<br><br>Not a class action. | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne Tyler Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201<br>(615) 880-2591<br>Jud. Assistant: tammylrutledge@jisnashville.gov | Defendant's response to the complaint is due on February 18, 2025. |
| *Time for a Change Therapy, LLC v. Change Healthcare Inc.* | No. 25C151<br><br>Not a class action. | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne Tyler Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201<br>(615) 880-2591<br>Jud. Assistant: tammylrutledge@jisnashville.gov | Defendant's response to the complaint is due on February 18, 2025. |
| *Total Wound Care of Oklahoma LLC, et al. v. Change Healthcare, Inc.* | No. 25C155<br><br>Not a class action. | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne Tyler Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201<br>(615) 880-2591<br>Jud. Assistant: tammylrutledge@jisnashville.gov | Defendant's response to the complaint is due on February 20, 2025. |
| **Texas** | | | | |
| *Jeff Edwards v. Change Healthcare, Inc.* | No. 2SC-24-0708<br><br>Not a class action. | Tex. Williamson Justice Ct., Williamson Cnty. | Hon. Angela Williams<br>350 Discovery Boulevard<br>Suite 204<br>Cedar Park, TX 78613<br>(512) 260-4210 | Answer and special exceptions filed on January 21, 2025. |
| *Kim Edwards v. Change Healthcare, Inc.* | No. 2SC-24-0600<br><br>Not a class action. | Tex. Williamson Justice Ct., Williamson Cnty. | Hon. Angela Williams<br>350 Discovery Boulevard<br>Suite 204<br>Cedar Park, TX 78613<br>(512) 260-4210 | Stayed pending resolution of the MDL. |
| **Washington** | | | | |

| *Bollinger v. Washington State Department of Labor & Industries* | No. 24-2-12761-5 SEA<br><br>Class action. | Wash. Super. Ct. King Cnty. | Hon. Tanya L. Thorp<br>c/o King County Superior Court<br>516 Third Avenue, Room C-203<br>Seattle, WA 98104<br>(206) 477-1489<br>thorp.court@kingcounty.gov | Dismissed. |