UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 24-3108 (DWF/DJF) |
| This Document Relates to All Actions | **ORDER GRANTING JOINT MOTION EXTENDING TIME TO RESPOND, SET MOTION TO DISMISS BRIEFING SCHEDULE AND PAGE LIMITS** |

This matter comes before the Court upon the parties' Joint Motion Regarding Extending Time to Answer or Otherwise Respond, Set Motion to Dismiss Briefing Schedule and Page Limits. (Doc. No. 184.) Based upon the record in this matter, the Court accepts and approves the parties' agreed upon briefing schedule.

**IT IS HEREBY ORDERED** that:

1. The parties' Joint Motion Regarding Extending Time to Answer or Otherwise Respond, Set Motion to Dismiss Briefing Schedule and Page Limits (Doc. No. [184]) is **GRANTED** as follows:

    a. Defendants have until March 21, 2025 to answer or otherwise respond to the Consolidated Class Action Complaints filed on January 15, 2025, as *Christenson et al. v. UnitedHealth Group Inc. et al.*, Civil No. 25-183, and *Total Care Dental and Orthodontics et al. v. UnitedHealth Group Inc. et al.*, Civil No. 25-179, which have since been transferred to the MDL docket.

b. To the extent Defendants file a Motion to Dismiss, the briefing schedule and page limits are as follows:

| Filing | Deadline | Page Limit |
| --- | --- | --- |
| Defendants' Motion to Dismiss | Friday, March 21, 2025 | Memorandum of Support: 60 pages |
| Plaintiffs' Response | Friday, April 25, 2025 | 90 pages |
| Defendants' Reply | Friday, May 23, 2025 | 30 pages |

c. Pending further orders of this Court, Defendants and any and all future-named defendants in actions transferred to this MDL are granted an indefinite extension of time for responding by motion or answer to complaint(s) other than the Consolidated Class Action Complaints.

Dated: February 4, 2025

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge

2