# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 24-3108 (DWF/DJF) |
| This Document Relates to: JAMES WELLER, *Individually, and on Behalf of All Others Similarly Situated*, Plaintiff, v.   Civil No. 24-2380 (DWF/DJF) CHANGE HEALTHCARE, INC., Defendant. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i), and the Notice of Voluntary Dismissal without Prejudice filed in this action, (MDL No. 24-3108 (DWF/DJF), (Doc. No. [186]); Civil No. 24-2380 (DWF/DJF), (Doc. No. [21])),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated: February 5, 2025

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge