**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE:  CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 24-3108 (DWF/DJF) |
| This Document Relates to: ROBERT REESE, *Individually, and on Behalf of All Others Similarly Situated*, Plaintiff, v.          Civil No. 24-2190 (DWF/DJF) CHANGE HEALTHCARE, INC., Defendant. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i), and the Notice of Voluntary Dismissal without

Prejudice filed in this action, (MDL No. 24-3108 (DWF/DJF), (Doc. No. [187]); Civil

No. 24-2190 (DWF/DJF), (Doc. No. [30])),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT**

**PREJUDICE**.


Dated:  February 5, 2025          s/Donovan W. Frank
                                                         DONOVAN W. FRANK
                                                         United States District Judge