UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to:<br><br>CITRUS CITY FAMILY COUNSELING, INC., *Individually, and on Behalf of All Others Similarly Situated*,<br><br>Plaintiff,<br><br>v.    Civil No. 24-2382 (DWF/DJF)<br><br>CHANGE HEALTHCARE, INC.,<br><br>Defendant. | MDL No. 24-3108 (DWF/DJF)<br><br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i), and the Notice of Voluntary Dismissal without Prejudice filed in this action, (MDL No. 24-3108 (DWF/DJF), (Doc. No. [188]); Civil No. 24-2382 (DWF/DJF), (Doc. No. [22])),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated: February 5, 2025        s/Donovan W. Frank
                DONOVAN W. FRANK
                United States District Judge