UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to:<br><br>RENEWED HOPE CLINICAL SERVICES, LLC, AND RAINCROSS FAMILY COUNSELING, INC., *Individually, and on Behalf of All Others Similarly Situated*,<br><br>Plaintiffs,<br><br>v.   Civil No. 24-2384 (DWF/DJF)<br><br>CHANGE HEALTHCARE, INC.,<br><br>Defendant. | MDL No. 24-3108 (DWF/DJF)<br><br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE AS TO RAINCROSS FAMILY COUNSELING, INC. ONLY** |

Pursuant to Rule 41(a)(1)(A)(i), and the Notice of Voluntary Dismissal without Prejudice filed in this action, as to Raincross Family Counseling, Inc., ONLY (MDL No. 24-3108 (DWF/DJF), (Doc. No. [190]); Civil No. 24-2384 (DWF/DJF), (Doc. No. [20])),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** as to Raincross Family Counseling, Inc. ONLY.

Dated: February 5, 2025          s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 United States District Judge