## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to:<br><br>*Through the Forest Counseling Inc. v. Change Healthcare, Inc., et al.*,<br>Case No. 0:24-cv-02374 | MDL No. 24-3108 (DWF/DJF)<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Through the Forest Counseling Inc. ("Dismissing Plaintiff") hereby voluntarily dismisses its claims in the above-captioned action against Defendants without prejudice.

This Notice of Voluntary Dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

In the event of a future recovery in this action, nothing in the foregoing shall prevent Dismissing Plaintiff from submitting a claim as an absent class member and/or from participating in any settlement or judgment as an absent class member.

Date:  February 6, 2025

  /s/Daniel E. Gustafson
Daniel E. Gustafson (#202241)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com

*Plaintiffs' Overall Lead Counsel*

Adam E. Polk (CA State Bar No. 273000)
GIRARD SHARP LLP
apolk@girardsharp.com
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846

*Counsel for Through the Forest Counseling Inc.*

E. Michelle Drake, Bar No. 0387366
BERGER MONTAGUE
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone: (612) 594-5933
emdrake@bm.net

Norman E. Siegel
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
siegel@stuevesiegel.com

Warren Burns
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, TX 75202
(469) 458-9890
wburns@burnscharest.com

*Provider Track Co-Lead Counsel*