UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

___

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 24-3108 (DWF/DJF) |
| | **RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |
| This Document Relates To: *Total Care Dental and Orthodontics, et al. v. UnitedHealth Group Incorporated, et al.* No. 0:25-cv-00179 | |

___

Compounding Pharmacies of Louisiana, Inc. dba Professional Arts Pharmacy makes the following disclosures pursuant to Federal Rule of Civil Procedure 7.1:

1. Does Compounding Pharmacies of Louisiana, Inc. dba Professional Arts Pharmacy have a parent corporation and/or wholly owned subsidiary?

    Yes          **X**     No

    If yes, the parent corporation and/or wholly owned subsidiary is/are:

2. Is 10% or more of the stock of Compounding Pharmacies of Louisiana, Inc. dba Professional Arts Pharmacy owned by a publicly held corporation?

    Yes          **X**     No

    If yes, identify all such owners:

Dated: February 7, 2025          *s/Daniel E. Gustafson*
Daniel E. Gustafson (#202241)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com

*Plaintiffs' Overall Lead Counsel*

E. Michelle Drake (#387366)
**BERGER MONTAGUE**
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone: (612) 594-5933
emdrake@bm.net

Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
siegel@stuevesiegel.com

Warren Burns
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 458-9890
wburns@burnscharest.com

*Provider Track Co-Lead Counsel*

2