# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 24-3108 (DWF/DJF) |
| This Document Relates to:<br><br>LUXE DENTAL SPA, LLC, *individually and on behalf of all others similarly situated*,<br>          Plaintiff,<br>v.<br>CHANGE HEALTHCARE INC., a Delaware corporation, UNITEDHEALTH GROUP INCORPORATED, a Delaware corporation, UNITEDHEALTHCARE, INC., a Delaware Corporation, and OPTUM, INC., a Delaware Corporation,<br>          Defendants.<br><br>No. 0:24-cv-02360 | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Luxe Dental Spa, LLC ("Dismissing Plaintiff") hereby voluntarily dismisses its claims in the above captioned action against Defendant without prejudice.

This Notice of Voluntary Dismissal is being filed with the Court before service by Defendant of either an answer or a motion for summary judgment.

In the event of a future recovery in this action, nothing in the foregoing shall prevent Dismissing Plaintiff from submitting a claim as an absent class member and/or from participating in any settlement or judgment as an absent class member.

Dated: February 10, 2025

                                              Respectfully submitted,

                                              <u>/s/ *Jennifer R. Scullion*</u>
                                              Jennifer R. Scullion
                                              SEEGER WEISS LLP
                                              55 Challenger Road,
                                              Suite 600
                                              Ridgefield Park, NJ 07660
                                              (973) 639-9100
                                              jscullion@seegerweiss.com

                                              *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that, on this date, the foregoing document was served by filing it on the Court's CM/ECF system, which will automatically send a notification of such filing to all counsel of record via electronic mail.

/s/ *Jennifer R. Scullion*
Jennifer R. Scullion