# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 24-3108 (DWF/DJF) |
| This Document Relates to:<br><br>LUXE DENTAL SPA, LLC, *individually, and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.    Civil No. 24-2360 (DWF/DJF)<br><br>CHANGE HEALTHCARE, INC., *a Delaware Corporation;* UNITEDHEALTH GROUP INCORPORATED, *a Delaware Corporation;* UNITEDHEALTHCARE, INC., *a Delaware Corporation*; and OPTUM, INC., *a Delaware Corporation*,<br><br>Defendants. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i), and the Notice of Voluntary Dismissal without Prejudice filed in this action, (MDL No. 24-3108 (DWF/DJF), (Doc. No. [209]); Civil No. 24-2360 (DWF/DJF), (Doc. No. [19])),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated: February 11, 2025

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge