UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 24-3108 (DWF/DJF) |
| | **[PROPOSED] ORDER REGARDING SUBMISSION DEADLINES** |
| This Document Relates to All Actions | |

Based upon the parties' Stipulation Regarding Submission of Deadlines (ECF No. 221), it is HEREBY ORDERED THAT:

1. The current deadlines to submit motions and briefs related to Early Discovery, an ESI Protocol and a Protective Order are vacated.

2. The parties shall continue to meet and confer on these issues to find agreement or narrow their disputes.

3. On or before March 11, 2025, the Parties shall file (i) motions to adopt an ESI Protocol and a Protective Order, and (ii) a joint submission setting forth the Parties' agreed or disputed issues regarding an ESI Protocol, Protective Order, and Early Discovery.

4. Given the parties are filing a joint submission setting forth their positions on any disputed issues in the ESI Protocol, Protective Order, and Early Discovery response briefs are necessary or permitted.

5. The Court will hear argument on any remaining issues via Zoom scheduled for March 18, 2025, at 10:00 a.m. CDT.

IT IS SO ORDERED.

Dated: _____       _____
                                      Dulce J. Foster
                                      United States Magistrate Judge