## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>*Bay Area Therapy Group A Marriage and Family Counseling Corp. v. Change Healthcare, Inc. et al.*<br>No. 0:24-cv-02354 (D. Minn.)<br>No. 3:24-cv-01682 (N.D. Cal.) | MDL No. 24-3108 (DWF/DJF) |

### NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Bay Area Therapy Group A Marriage and Family Counseling Corp. ("Dismissing Plaintiff") hereby voluntarily dismisses its claims in the above captioned action against Defendants without prejudice.

This Notice of Voluntary Dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

In the event of a future recovery in this action, nothing in the foregoing shall prevent Dismissing Plaintiff from submitting a claim as an absent class member and/or from participating in any settlement or judgment as an absent or representative class member.

Dated: February 27, 2025                    Respectfully submitted,

By: */s/ Rosanne L. Mah*
Rosanne L. Mah (*admitted pro hac vice*)
**GIBBS LAW GROUP LLP**
1111 Broadway, Suite 2100
Oakland, California 94607

(510) 350-9700 (tel.)
(510) 350-9701 (fax)
rlm@classlawgroup.com

*Counsel for Plaintiff Bay Area Therapy Group A Marriage and Family Counseling Corp.*