# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MINNESOTA

|  |  |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates To:<br><br>ACE American Insurance Company, et al. v. Unitedhealth Group Incorporated, et al. No. 0:25-cv-00666-DWF-DJF (D. Minn) | Case No. 0:24-md-03108-DWF-DJF<br><br>**ACE American Insurance Company Rule 7.1 Disclosure** |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff ACE American Insurance Company, a private non-governmental party, certifies the following:

(1) ACE American Insurance Company is a wholly owned subsidiary of INA Holdings Corporation, which is a wholly owned subsidiary of INA Financial Corporation. INA Financial Corporation is a wholly owned subsidiary of INA Corporation, which is a wholly owned subsidiary of Chubb INA Holdings LLC. Chubb INA Holdings LLC is owned by 81.89% by Chubb Group Holdings Inc. and 18.11% by Chubb Limited. Chubb Group Holdings Inc. is a wholly owned subsidiary of Chubb Limited. Chubb Limited (NYSE: CB) is the only publicly traded company holding more than a 10% ownership interest in ACE American Insurance Company.

(2) ACE American Insurance Company is a Pennsylvania domiciled insurance company with its principal place of business in Pennsylvania.

Dated: February 28, 2025

For the Plaintiffs,

   /s/ Jonathan Levy
Jonathan Levy
Joshua J. Whiteside (*pro hac vice pending*)
**COZEN O'CONNOR**
123 South Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 382-3100 (T)
(312) 382-8910 (F)
jlevy@cozen.com
jwhiteside@cozen.com