# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 24-3108 (DWF/DJF) |
| This Document Relates to:<br><br>Bay Area Therapy Group a Marriage and Family Counseling Corp., *individually and on behalf of all others similarly situated*,<br><br>Plaintiff,<br><br>v.        Civil No. 24-2354 (DWF/DJF)<br><br>Change Healthcare, Inc., Optum Inc. and UnitedHealth Group Incorporated,<br><br>Defendants. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i), and the Notice of Voluntary Dismissal without Prejudice filed in this action, (MDL No. 24-3108 (DWF/DJF), (Doc. No. [223]); Civil No. 24-2354 (DWF/DJF) (Doc. No. [25])),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated: March 3, 2025            s/Donovan W. Frank
                                DONOVAN W. FRANK
                                United States District Court