UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| GABRIEL PETHICK, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>*Plaintiff*,<br><br>v.<br><br>CHANGE HEALTHCARE INC. and CVS PHARMACY, INC.,<br><br>*Defendants*. | Civil Action No. 0:25-cv-00481-DWF-DJF |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Gabriel Pethick hereby voluntarily dismisses, with prejudice, the case captioned *Pethick v. Change Healthcare, Inc., et al.*, Case No. 0:25-cv-00481. This dismissal is on the merits and without costs, disbursements, or attorney's fees to any party. A judgment of dismissal with prejudice may be entered accordingly.

Dated: February 28, 2025

Respectfully submitted,

/s/ *Chet B. Waldman*

Chet B. Waldman (NYBPR No. 232060)
**WOLF POPPER LLP**
845 Third Ave.
New York, NY 10022
Telephone: (212) 759-4600
Fax: (212) 486-2093
cwaldman@wolfpopper.com

*Counsel for Plaintiff Gabriel Pethick*