UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 24-3108 (DWF/DJF) |
| This Document Relates to:<br><br>Gabriel Pethick, *Individually and on Behalf of All Other Persons Similarly Situated*,<br><br>Plaintiff,<br><br>v.    Civil No. 25-481 (DWF/DJF)<br><br>Change Healthcare, Inc., CVS Pharmacy Inc.,<br><br>Defendants. | **ORDER FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i), and the Notice of Voluntary Dismissal with Prejudice filed in this action, (MDL No. 24-3108 (DWF/DJF), (Doc. No. [227]); Civil No. 25-481 (DWF/DJF) (Doc. No. [36])),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE,** and on the merits without costs, disbursements, or attorneys' fees to any party.

Dated: March 6, 2025

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Court