UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 24-3108 (DWF/DJF) |
| This Document Relates to:<br><br>Sara Lemke; Revival Therapy, P.C.; EA Health Holdings, Inc.; EA Health, LLC; Leading Edge Mental Health, Inc.; Compassionate Concierge Physicians LLC; Clinicians of Color LLC; Center for Child Development Incorporated; Supportive Hands, Healing Minds, LLC; M.A.D. Billing, Inc.; Carriageway L.P.; *Individually and on Behalf of All Other Persons Similarly Situated*,<br><br>Plaintiffs,<br><br>v.      Civil No. 24-3813 (DWF/DJF)<br><br>Change Healthcare, Inc.; UnitedHealth Group Inc.; UnitedHealthcare Inc.; Optum Inc.; and Healthfirst, Inc., *Defendant's Class Representative, individually and on behalf of all others similarly situated;*<br><br>Defendants. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE BY M.A.D. BILLING, INC. ONLY, AS TO HEALTHFIRST, INC. ONLY** |

Pursuant to Rule 41(a)(1)(A)(i), and Plaintiff M.A.D. Billing, Inc.'s Notice of Voluntary Dismissal without Prejudice as to Defendant Healthfirst, Inc. ONLY filed in this action, (MDL No. 24-3108 (DWF/DJF), (Doc. No. [228]); Civil No. 24-3813 (DWF/DJF) (Doc. No. [90])),

**IT IS HEREBY ORDERED** that the claims of Plaintiff M.A.D. Billing, Inc., ONLY as to Defendant Healthfirst, Inc., ONLY are **DISMISSED WITHOUT PREJUDICE.**

Dated: March 6, 2025                  s/Donovan W. Frank
                                                DONOVAN W. FRANK
                                                United States District Court