# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

IN RE: CHANGE HEALTHCARE, INC., CUSTOMER
DATA SECURITY BREACH LITIGATION

Schottel, Jr. v. Change Healthcare LLC,  )
  E.D. Missouri, C.A. No. 4:25−00122     )          MDL No. 3108

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Schottel, Jr.*) on February 6, 2025. Prior to expiration of that order's 7-day stay of transmittal, plaintiff *Schottel, Jr.* filed a notice of opposition to the proposed transfer order. The Panel reinstated CTO-8 to allow plaintiff to pursue his opposition to transfer. Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-8" filed on February 6, 2025, is LIFTED. This action is transferred to the District of Minnesota for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Donovan W. Frank.

FOR THE PANEL:

*James V. Ingold*

James V. Ingold
Clerk of the Panel