UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 24-3108 (DWF/DJF) |
| This Document Relates to:<br><br>David Angel Sifuentes, III,<br><br>Plaintiff,<br><br>v.      Civil No. 24-4464 (DWF/DJF)<br><br>Change Healthcare,<br><br>Defendant. | ORDER |

This matter is before the Court on Plaintiff David Angel Sifuentes, III's application to proceed *in forma pauperis*. (Doc. No. 2.)

Based on the foregoing, and on all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The application to proceed *in forma pauperis* of Plaintiff David Angel Sifuentes, III (Doc. No. [2]) is **GRANTED.**

2. Sifuentes must submit a properly completed Marshal Service Form (Form USM-285) for the Defendant. If Sifuentes does not complete and return the Marshal Service Form within 30 days of this order, it will be recommended that this matter be dismissed without prejudice for failure to prosecute. A Marshal Service Form will be provided to Sifuentes by the Court.

3. After the return of the completed Marshal Service Form, the Clerk of Court is directed to seek waiver of service from Defendant Change Healthcare, consistent with Rule 4(d) of the Federal Rules of Civil Procedure.

4. If the Defendant fails without good cause to sign and return a waiver within 30 days of the date that the waiver is mailed, the Court will impose upon that Defendant the expenses later incurred in effecting service of process. Absent a showing of good cause, reimbursement of the costs of service is mandatory and will be imposed in all cases in which a defendant does not sign and return a waiver of service form. *See* Fed.R. Civ. P. 4(d)(2).

Dated: March 7, 2025                     s/Donovan W. Frank
                                                                         DONOVAN W. FRANK
                                                                         United States District Judge