## United States District Court
### District of Minnesota

March 12, 2025

CHAMBERS OF
DONOVAN W. FRANK
DISTRICT JUDGE
WARREN E. BURGER FEDERAL BUILDING
AND UNITED STATES COURTHOUSE
316 NORTH ROBERT STREET, SUITE 724
SAINT PAUL, MINNESOTA 55101-1477
(651) 848-1290

**VIA U.S. MAIL AND CM/ECF**

Hon. William E. Phillips, II
Suite 316
107 E Main Street
Rogersville, TN 37857

Hon. Nicholas Ostuni
Bergen County Justice Center
10 Main Street, Floor 4
Hackensack, NJ 07601

Hon. Gabrielle N. Sanders-Morency
Jon B. Morgan Osceola County Courthouse
Courtroom 5-E
2 Courthouse Square
Kissimmee, FL 34741

Hon. Judy S. Bae
Superior Court of California
County of San Diego
Hall of Justice
Third Floor
330 West Broadway
San Diego, CA 92101

Hon. Cheryl K. Thomas
Edgecomb Courthouse
Room 525
800 Twiggs Street
Tampa, FL 33602

Hon. I'Ashea L. Myles
Suite 407
1 Public Square
Nashville, TN 37201

Hon. M. Katherine Mullinax
Judge Daniel T.K. Hurley Courthouse
Room 6.2208
205 North Dixie Hwy.
West Palm Beach, FL 33401

Hon. Mark E. Windham
Clara Shortridge Foltz Criminal Justice Center
210 West Temple Street
Los Angeles, CA 90012

Hon. Angela Williams
Suite 204
350 Discovery Boulevard
Cedar Park, TX 78613

Hon. Michael D. Washington
Superior Court of California
County of San Diego
North County Court
325 South Melrose Dr.
Vista, CA 92081

March 12, 2025
Page 2

Hon. Susan I. Strong
Lancaster District Court
575 S 10th Street
Lincoln, NE 68508

Hon. Christopher Whitten
East Court Building 413
101 W Jefferson St.
Phoenix, AZ 85003

Hon. Eric J. Netcher
Orange County Courthouse
Courtroom 18-C
425 N Orange Ave.
Orlando, FL 32801

Hon. Scott Ryan Kerner
Judge Daniel T. K. Hurley Courthouse
Room 10.2208
205 North Dixie Hwy.
West Palm Beach, FL 33401

Hon. Lynne T. Ingram
Suite 604
1 Public Square
Nashville, TN 37201

Re:   MDL 3108 Change Healthcare et al.

Dear State Court Judges:

Today I issued a Coordination Order proposing a plan for coordinating discovery between the federal MDL and your state court cases. That Order is attached. The purpose of this Order is to avoid unnecessary duplication of discovery, saving resources for the courts and the parties.

I invite each of you to issue such an order in your respective state court cases. The Coordination Order I issued is not binding on state courts—it simply allows coordination with state courts that choose to issue complementary orders. For those of you who choose to issue such an order, I believe we will be able to promote prompt resolution of the cases, while respecting each other's independence.

To briefly summarize the Order: Any discovery relevant to both the MDL and an action in a state court which adopted the Order will be shared, subject to any protective orders. The Order does not control discovery of issues relevant only to the state court actions. The Order includes specific guidelines for deposition practice, requiring non-plaintiff depositions to be noticed in the MDL as to provide MDL counsel an opportunity to participate. The Order also describes the written discovery process, dictating that any party—in either the federal or state actions—is entitled to copies of written discovery.

March 12, 2025
Page 3

    If you have any questions or concerns about how this Coordination Order would impact your proceedings, please feel free to reach out. I want to emphasize that my goal is simply judicial efficiency. Even if I hadn't been a state court judge myself, I have no interest in stepping on the toes of state courts.

    To update you on the status of the MDL: The Court is currently awaiting motions to dismiss, which are due March 21, 2025. The Court's February 4, 2024 Order on the briefing schedule is available on the District of Minnesota's website: https://www.mnd.uscourts.gov/content/change-healthcare-inc-data-breach. The next Status Conference is scheduled for April 17, 2025 at 9:30AM Central. The audio access information to listen to the conference remotely will be available the week of April 7th on the website.

    Thank you for your attention to this matter. If you have any questions, please feel free to give me a call (651-848-1290) or email me (frank_chambers@mnd.uscourts.gov).

                                      Very truly yours,

                                      s/Donovan W. Frank

                                      DONOVAN W. FRANK
                                      United States District Judge

DWF/ljl
Attachment