# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

# CIVIL MOTION HEARING

**In Re: Change Healthcare, Inc. Customer Data Security Breach Litigation**

**COURT MINUTES**
BEFORE: Dulce J. Foster
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 24-md-3108 (DWF/DJF) |
| Date: | March 18, 2025 |
| Venue: | Zoom Video Hearing |
| Court Reporter: | Erin Drost |
| Recording: | Zoom Recording |
| Time Commenced: | 9:59 A.M. |
| Time Concluded: | 11:17 A.M. |
| Time in Court: | 1 Hour 18 Minutes |

**APPEARANCES:**

Plaintiffs:   Counsel – Daniel E. Gustafson

Defendants:   Counsel – Allison M. Holt-Ryan

**PROCEEDINGS:** The parties presented oral argument regarding the parties' *Joint Statement Regarding the Proposed Electronically Stored Information Protocol, Protective Order, Coordination Order, and Discovery* ("Joint Statement") (ECF No. 234).

For the reasons stated on the record, the Court states and orders the following:

1. The Court will circulate a proposed revision to paragraph 12(f) of the parties' proposed protective order by email to the parties' lead counsel. The parties shall meet and confer and file a joint letter stating each party's position regarding the proposed revision as soon as possible, and no later than **March 25, 2025**. The Court will issue a separate Protective Order following receipt of the parties' joint letter.
2. The Court will issue a separate ESI order based on the parties' proposals and the discussion on the record.
3. Plaintiffs' request for an order compelling Defendants to produce documents related to any statements, analyses, evaluations, testing, or assessments of the time, on a per system basis, that Defendants' systems were non-operational or did not function fully because of the Data Breach was **DENIED**. This decision is without prejudice insofar as it applies only to the early discovery period in this Action.
4. Plaintiffs' request for an order compelling Defendants to produce a list of all computer networks or systems used to process, keep, or maintain data or sensitive information was **GRANTED IN PART**. Defendants must produce a list of the names and locations of computer networks or systems used to store PHI or PII which

Defendants presently believe to have been impacted by the Data Breach. Defendants may supplement or amend this list as necessary upon further investigation.

☒ **ORDER TO BE ISSUED**   ☐ NO ORDER TO BE ISSUED   ☐ R&R TO BE ISSUED   ☐ NO R&R TO BE ISSUED

☐ Exhibits retained by the Court   ☐ Exhibits returned to counsel

Date: March 18, 2025                       /s *Daniel Caballero*
                                           Law Clerk