**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION**<br><br>*This Document Relates To All Provider Actions* | Case No. 24-md-3108 (DWF/DJF)<br><br>**DEFENDANTS' MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT – PROVIDER TRACK** |

Defendants in the above-entitled action, by and through their undersigned counsel, hereby move to dismiss the claims asserted against them by Plaintiffs in the Consolidated Class Action Complaint brought in the Provider Track, *Total Care Dental and Orthodontics v. UnitedHealth Grp. Inc.*, Case No. 25-cv-179 (D. Minn.), Dkt. 1, for all the reasons set forth in the accompanying memorandum of law and the Choice of Law memorandum.

This motion is supported by all files, records, and proceedings herein, as well as the accompanying memorandum of law, appendices, exhibits, and Choice of Law memorandum. A proposed order also accompanies this motion.

Respectfully submitted,

Dated: March 21, 2025

*/s/ Allison M. Ryan*
Allison M. Ryan
Alicia J. Paller (MN No. 0397780)
Joseph J. Cavanaugh
**HOGAN LOVELLS US LLP**
555 13th Street NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
allison.holt-ryan@hogbanlovells.com
alicia.paller@hoganlovells.com
joe.cavanaugh@hoganlovells.com

*/s/ Peter H. Walsh*
Peter H. Walsh (MN No. 0388672)
**HOGAN LOVELLS US LLP**
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
Tel: (612) 402-3017
Fax: (612) 339-5167
peter.walsh@hoganlovells.com

Vassi Iliadis
**HOGAN LOVELLS US LLP** 1999
Avenue of the Stars, Suite 1400 Los
Angeles, CA 90067
Vassi.iliadis@hoganlovells.com
Tel: (310) 785-4727
Fax: (310) 785-4601

***Attorneys for Defendants***