## Appendix D: Chart Summarizing Certain Arguments Regarding Unjust Enrichment Claim (Count IV)

Defendants' Motion to Dismiss and Memorandum of Law in Support present in full Defendants' arguments in dismissal of Plaintiffs' Unjust Enrichment ("UE") claim. For the Court's convenience, the chart below provides supporting citations under each states' laws for those arguments . Count IV fails for additional reasons not represented in the chart below, as set forth in Defendants' Motion to Dismiss.

| State | State Does Not Recognize UE as Separate Cause of Action | Enrichment Required to be at Plaintiff's Expense | Enrichment Must be Unjust | Fails for Other Reasons |
|---|---|---|---|---|
| Alabama<br><br>Plaintiff:<br>Christenson (¶ 17) | | **Yes.** *Scrushy v. Tucker*, 955 So.2d 988, 1011 (Ala. 2006). | **Yes.** *Mantiply v. Mantiply*, 951 So.2d 638, 654 (Ala. 2006). | **Cannot maintain UE action if adequate remedies exist at law.** *Fed. Home Loan Mortg. Corp. v. Ancrhum*, No. 2:14-cv-02129, 2015 WL 2452775, at *6 (N.D. Ala. May 22, 2015). |
| Alaska<br><br>Plaintiff:<br>Dixon (¶ 19) | | **Yes.** *Nicdao v. Chase Home Fin.*, 839 F. Supp. 2d 1051, 1071 (D. Alaska 2012). | **Yes.** *Alaska Sales and Service, Inc. v. Millet*, 735 P.2d 743, 746 (Alaska 1987). | **Cannot maintain UE action if adequate remedies exist at law.** *Haines v. Comfort Keepers, Inc.*, 393 P.3d 422, 428 (Alaska 2017). |

| State | State Does Not Recognize UE as Separate Cause of Action | Enrichment Required to be at Plaintiff's Expense | Enrichment Must be Unjust | Fails for Other Reasons |
|---|---|---|---|---|
| Arizona<br><br>Plaintiff:<br>Phillips (¶ 21) | | **Yes.** *Freeman v. Sorchych*, 245 P.3d 927, 936 (Ariz. 2011). | **Yes.** *USLife Title Co. of Ariz. v. Gutkin*, 732 P.2d 579, 584 (Ariz. Ct. App. 1986). | **Cannot maintain UE action if adequate remedies exist at law.** *Mousa v. Saba*, 218 P.3d 1038, 1045 (Ariz. Ct. App. 2009). |
| Arkansas<br><br>Plaintiff:<br>Avery (¶ 23) | | **Yes.** *Trickett v. Spann*, 613 S.W.3d 773, 777 (Ark. Ct. App. 2020). | **Yes.** *Kapach v. Carroll*, 468 S.W.3d 801, 804-05 (Ark. Ct. App. 2015). | |

| State | State Does Not Recognize UE as Separate Cause of Action | Enrichment Required to be at Plaintiff's Expense | Enrichment Must be Unjust | Fails for Other Reasons |
|---|---|---|---|---|
| California<br><br>Plaintiff:<br>Jackson (¶ 25) | **Yes.** *Hooked Media Grp., Inc. v. Apple Inc.*, 55 Cal. App. 5th 323, 336 (Cal. Ct. App. 2020). | **Yes.** *Peterson v. Cellco P'ship*, 164 Cal.App.4th 1583, 1593-94 (Cal. Ct. App. 2008). | **Yes.** *Hirsch v. Bank of Am.*, 107 Cal. App. 4th 708, 717 (Cal. Ct. App. 2003). | **Cannot maintain UE action if adequate remedies exist at law.** *Ramona Manor Convalescent Hosp. v. Care Enters.*, 177 Cal. App. 3d 1120, 1139-40 (Cal. Ct. App. 1986). |
| Colorado<br><br>Plaintiff:<br>Dugan (¶ 27) | | **Yes.** *Bd. of Governors of Colo. State Univ. v. Alderman*, No. 23SC565, 2025 WL 582943, at *7 (Colo. Feb. 24, 2025). | **Yes.** *Harris Grp. v. Robinson*, 209 P.3d 1188, 1205 (Colo. App. 2009). | **Cannot maintain UE action if adequate remedies exist at law.** *Harris Grp. v. Robinson*, 209 P.3d 1188, 1205 (Colo. App. 2009).<br><br>**PHI/PII cannot count as a benefit.** *Gordon v. Chipotle Mexican Grill, Inc.*, 344 F. Supp. 3d 1231, 1249 (D. Colo. 2018). |

| State | State Does Not Recognize UE as Separate Cause of Action | Enrichment Required to be at Plaintiff's Expense | Enrichment Must be Unjust | Fails for Other Reasons |
|---|---|---|---|---|
| Connecticut<br><br>Plaintiff:<br>Mammad<br>(¶ 29) | | **Yes.** *Town of Plainville v. Almost Home Animal Rescue & Shelter, Inc.*, 187 A.3d 1174, 1183 (Conn. App. Ct. 2018). | **Yes.** *Gagne v. Vaccaro*, 766 A.2d 416, 424 (Conn. 2001). | **Cannot maintain UE action if adequate remedies exist at law.** *Town of Plainville v. Almost Home Animal Rescue & Shelter, Inc.*, 187 A.3d 1174, 1183 (Conn. App. Ct. 2018). |
| Delaware<br><br>Plaintiff:<br>Madonna<br>(¶ 31) | | **Yes.** *Fleer Corp. v. Topps Chewing Gum, Inc.*, 539 A.2d 1060, 1062 (Del. 1988). | **Yes.** *Windsor I, LLC v. CWCapital Asset Mgmt. LLC*, 238 A.3d 863, 875 (Del. 2020). | **Cannot maintain UE action if adequate remedies exist at law.** *Windsor I, LLC v. CWCapital Asset Mgmt. LLC*, 238 A.3d 863, 875 (Del. 2020). |

| State | State Does Not Recognize UE as Separate Cause of Action | Enrichment Required to be at Plaintiff's Expense | Enrichment Must be Unjust | Fails for Other Reasons |
|---|---|---|---|---|
| District of Columbia<br><br><u>Plaintiff:</u><br>Warren (¶ 33) | | **Yes.** *Keown v. Int'l Ass'n of Sheet Metal Air Rail Transp. Workers*, No. 23-cv-3570, 2024 WL 4239936, at *14 (D.D.C. Sept. 19, 2024). | **Yes.** *Keown v. Int'l Ass'n of Sheet Metal Air Rail Transp. Workers*, No. 23-cv-3570, 2024 WL 4239936, at *14 (D.D.C. Sept. 19, 2024). | **PHI/PII cannot count as a benefit.** *Keown v. Int'l Ass'n of Sheet Metal Air Rail Transp. Workers*, No. 23-cv-3570, 2024 WL 4239936, at *14 (D.D.C. Sept. 19, 2024). |
| Florida<br><br><u>Plaintiffs:</u><br>Conley (¶ 35)<br>Meadows (¶ 37)<br>Diatlova (¶ 39) | | **Yes.** *Vanguard Plastic Surgery, PLLC v. UnitedHealthcare Ins. Co.*, No. 21-62403-CIV, 2022 WL 19037216, at *3 (S.D. Fla. Feb. 9, 2022). | **Yes.** *Vanguard Plastic Surgery, PLLC v. UnitedHealthcare Ins. Co.*, No. 21-62403-CIV, 2022 WL 19037216, at *3 (S.D. Fla. Feb. 9, 2022). | |

| State | State Does Not Recognize UE as Separate Cause of Action | Enrichment Required to be at Plaintiff's Expense | Enrichment Must be Unjust | Fails for Other Reasons |
|---|---|---|---|---|
| Georgia<br><br>Plaintiff:<br>Darby (¶ 41) | **Yes.** *Collins v. Athens Orthopedic Clinic*, 849 S.E.2d 213, 216 (Ga. Ct. App. 2020). | **Yes.** *Collins v. Athens Orthopedic Clinic*, 849 S.E.2d 213, 216 (Ga. Ct. App. 2020). | **Yes.** *Collins v. Athens Orthopedic Clinic*, 849 S.E.2d 213, 216 (Ga. Ct. App. 2020). | **Cannot maintain UE action if adequate remedies exist at law.** *Eastside Recovery, LLC v. Calhoun*, 890 S.E.2d 135, 141(Ga. Ct. App. 2023). |
| Hawaii<br><br>Plaintiff:<br>Antonio (¶ 43) | | **Yes.** *Aquilina v. Certain Underwriters at Lloyd's Syndicate #2003*, 407 F. Supp. 3d 1016, 1046 (D. Haw. 2019). | **Yes.** *Aquilina v. Certain Underwriters at Lloyd's Syndicate #2003*, 407 F. Supp. 3d 1016, 1046 (D. Haw. 2019). | **Cannot maintain UE action if adequate remedies exist at law.** *Aquilina v. Certain Underwriters at Lloyd's Syndicate #2003*, 407 F. Supp. 3d 1016, 1047 (D. Haw. 2019). |

| State | State Does Not Recognize UE as Separate Cause of Action | Enrichment Required to be at Plaintiff's Expense | Enrichment Must be Unjust | Fails for Other Reasons |
|---|---|---|---|---|
| Idaho<br><br>Plaintiff:<br>Rape (¶ 45) | | **Yes.** *Beco Const. Co., Inc. v. Bannock Paving Co., Inc.*, 797 P.2d 862, 866-67 (Idaho 1990). | **Yes.** *Beco Const. Co., Inc. v. Bannock Paving Co., Inc.*, 797 P.2d 862, 866-67 (Idaho 1990). | **Cannot maintain UE action if adequate remedies exist at law.** *Mannos v. Moss*, 155 P.3d 1166, 1173 (Idaho. 2007). |
| Illinois<br><br>Plaintiffs:<br>Leffers (¶ 47)<br>M.O. (¶ 49) | **Yes.** *Karlinski v. Costco Wholesale Corp.*, 616 F. Supp. 3d 753, 768 (N.D. Ill. 2022). | **Yes.** *Gociman v. Loyola Univ. of Chicago*, 41 F.4th 873, 886 (7th Cir. 2022). | **Yes.** *HPI Health Care Servs., Inc. v. Mt. Vernon Hosp., Inc.*, 545 N.E.2d 672, 679 (Ill. 1989). | **PHI/PII cannot count as a benefit.** *In re Arthur J. Gallagher Data Breach Litig.*, 631 F. Supp. 3d 573, 592 (N.D. Ill. 2022). |

| State | State Does Not Recognize UE as Separate Cause of Action | Enrichment Required to be at Plaintiff's Expense | Enrichment Must be Unjust | Fails for Other Reasons |
|---|---|---|---|---|
| Indiana<br><br><u>Plaintiffs:</u><br>Lowe (¶ 52)<br>Sims (¶ 54) | | **Yes.** *Reed v. Reid*, 980 N.E.2d 277, 296 (Ind. 2012). | **Yes.** *Reed v. Reid*, 980 N.E.2d 277, 296 (Ind. 2012). | **Cannot maintain UE action if adequate remedies exist at law.** *Reed v. Reid*, 980 N.E.2d 277, 296 (Ind. 2012).<br><br>**PHI/PII cannot count as a benefit.** *Johnson v. Nice Pak Prods., Inc.*, 736 F. Supp. 3d 639, 652 (S.D. Ind. 2024). |

| State | State Does Not Recognize UE as Separate Cause of Action | Enrichment Required to be at Plaintiff's Expense | Enrichment Must be Unjust | Fails for Other Reasons |
|---|---|---|---|---|
| Iowa<br><br><u>Plaintiff:</u><br>Kleinheksel (¶ 56) | | **Yes.** *Guy v. Neb. Furniture Mart, Inc.*, No. 4:18-cv-216, 2019 WL 12043671, at *4 (S.D. Iowa Apr. 17, 2019). | **Yes.** *Guy v. Neb. Furniture Mart, Inc.*, No. 4:18-cv-216, 2019 WL 12043671, at *4 (S.D. Iowa Apr. 17, 2019). | **Cannot maintain UE action if adequate remedies exist at law.** *Guy v. Neb. Furniture Mart, Inc.*, No. 4:18-cv-216, 2019 WL 12043671, at *6 (S.D. Iowa Apt. 17, 2019).<br><br>**PHI/PII cannot count as a benefit.** *Harris v. Mercy Health Network, Inc.*, No. 4:23-cv-00195, 2024 WL 5055556, at *12 (S.D. Iowa June 26, 2024). |
| Kansas<br><br><u>Plaintiff:</u><br>Carter (¶ 58) | | **Yes.** *In re EpiPen (Epinephrine Injection, USP) Mktg., Sales Practices and Antitrust Litig.*, No. 17-md-2785-DDC-TJJ, 2020 WL 1873989, at *57 (D. Kan. Feb. 27, 2020). | **Yes.** *Univ. of Kan. Hosp. Auth. v. Bd. of Comm'rs of Cnty. of Wabaunsee*, 327 P.3d 430, 441 (Kan. 2014). | **Cannot maintain UE action if adequate remedies exist at law.** *Pinkney v. TBC Corp.*, No. 2:19-cv-02680, 2020 WL 1528544, at *7 (D. Kan. Mar. 31, 2020). |

| State | State Does Not Recognize UE as Separate Cause of Action | Enrichment Required to be at Plaintiff's Expense | Enrichment Must be Unjust | Fails for Other Reasons |
|---|---|---|---|---|
| Kentucky<br><br><u>Plaintiff:</u><br>Hatfield (¶ 60) | | **Yes.** *Triton Servs., Inc. v. Century Constr., Inc.*, Case No. 2:19-CV-135, 2022 WL 789009, at *10 (E.D. Ky. Mar. 14, 2022). | **Yes.** *Triton Servs., Inc. v. Century Constr., Inc.*, Case No. 2:19-CV-135, 2022 WL 789009, at *10 (E.D. Ky. Mar. 14, 2022). | **Cannot maintain UE action if adequate remedies exist at law.** *Triton Servs., Inc. v. Century Constr., Inc.*, Case No. 2:19-CV-135, 2022 WL 789009, at *10 (E.D. Ky. Mar. 14, 2022). |
| Louisiana<br><br><u>Plaintiff:</u><br>Bonier (¶ 62) | | **Yes.** *Vicari v. Melancon*, 446 So.2d 899, 901 (La. Ct. App. 1984). | **Yes.** *JP Mack Indus. LLC v. Mosaic Fertilizer, LLC*, 970 F. Supp. 2d 516, 520 (E.D. La. 2013). | **Cannot maintain UE action if adequate remedies exist at law.** *JP Mack Indus. LLC v. Mosaic Fertilizer, LLC*, 970 F. Supp. 2d 516, 521 (E.D. La. 2013). |

| State | State Does Not Recognize UE as Separate Cause of Action | Enrichment Required to be at Plaintiff's Expense | Enrichment Must be Unjust | Fails for Other Reasons |
|---|---|---|---|---|
| Maine<br><br><u>Plaintiff:</u><br>Merrill (¶ 64) | | **Yes.** *Knope v. Green Tree Servicing, LLC*, 161 A.3d 696, 699, as revised (Me. Nov. 30, 2017). | **Yes.** *Knope v. Green Tree Servicing, LLC*, 161 A.3d 696, 699, as revised (Me. Nov. 30, 2017). | **Cannot maintain UE action if adequate remedies exist at law.** *Wahlcometroflex, Inc. v. Baldwin*, 991 A.2d 44, 49 (Me. 2010). |
| Maryland<br><br><u>Plaintiff:</u><br>Seibert (¶ 66) | | **Yes.** *Royal Inv. Grp., LLC v. Wang*, 961 A.2d 665, 684 (Md. Ct. Spec. App. 2008). | **Yes.** *Berry & Gould, P.A. v. Berry*, 757 A.2d 108, 113 (Md. 2000). | **PHI/PII cannot count as a benefit.** *Chambliss v. Carefirst, Inc.*, 189 F. Supp. 3d 564, 572 (D. Md. 2016). |

| State | State Does Not Recognize UE as Separate Cause of Action | Enrichment Required to be at Plaintiff's Expense | Enrichment Must be Unjust | Fails for Other Reasons |
|---|---|---|---|---|
| Massachusetts<br><br><u>Plaintiff:</u><br>Paul (¶ 68) | **Yes.** *Flores v. OneWest Bank, F.S.B.*, 172 F. Supp. 3d 391, 395 (D. Mass. 2016). | **Yes.** *Infinity Fluids Corp. v. Gen. Dynamics Land Sys., Inc.*, 210 F. Supp. 3d 294, 309 (D. Mass. 2016). | **Yes.** *Infinity Fluids Corp. v. Gen. Dynamics Land Sys., Inc.*, 210 F. Supp. 3d 294, 309 (D. Mass. 2016). | **Cannot maintain UE action if adequate remedies exist at law.** *Infinity Fluids Corp. v. Gen. Dynamics Land Sys., Inc.*, 210 F. Supp. 3d 294, 309 (D. Mass. 2016). |
| Michigan<br><br><u>Plaintiff:</u><br>Evans (¶ 70) | | **Yes.** *Kerrigan v. ViSalus, Inc.*, 112 F. Supp. 3d 580, 614 (E.D. Mich. 2015). | **Yes.** *Lochridge v. Quality Temp. Servs., Inc.*, 22-cv-12086, 2023 WL 4303577, at *6 (E.D. Mich. June 30, 2023). | **Cannot maintain UE action if adequate remedies exist at law.** *Everett v. Nickola*, 599 N.W.2d 732, 735 (Mich. Ct. App. 1999).<br><br>**PHI/PII cannot count as a benefit.** *Lochridge v. Quality Temp. Servs., Inc.*, 22-cv-12086, 2023 WL 4303577, at *7 (E.D. Mich. June 30, 2023). |

| State | State Does Not Recognize UE as Separate Cause of Action | Enrichment Required to be at Plaintiff's Expense | Enrichment Must be Unjust | Fails for Other Reasons |
|---|---|---|---|---|
| Minnesota<br><br><u>Plaintiffs:</u><br>Brooks (¶ 72)<br>Powers (¶ 74)<br>Allen (¶ 76) | | **Yes.** *Hall v. Centerspace, LP*, No. 22-cv-2028, 2023 WL 3435100, at *6 (D. Minn. May 12, 2023). | **Yes.** *Serv.Master of St. Cloud v. GAB Bus. Servs., Inc.*, 544 N.W.2d 302, 306 (Minn. 1996). | **Cannot maintain UE action if adequate remedies exist at law.** *Serv.Master of St. Cloud v. GAB Bus. Servs., Inc.*, 544 N.W.2d 302, 305 (Minn. 1996).<br><br>**PHI/PII cannot count as a benefit.** *Hall v. Centerspace, LP*, No. 22-cv-2028, 2023 WL 3435100 (D. Minn. May 12, 2023). |
| Mississippi<br><br><u>Plaintiff:</u><br>Baggett (¶ 78) | | **Yes.** *1704 21st Ave., Ltd. v. City of Gulfport*, 988 So. 2d 412, 416 (Miss. Ct. App. 2008). | **Yes.** *1704 21st Ave., Ltd. v. City of Gulfport*, 988 So. 2d 412, 416 (Miss. Ct. App. 2008). | **Cannot maintain UE action if adequate remedies exist at law.** *1704 21st Ave., Ltd. v. City of Gulfport*, 988 So.2d 412, 416 (Miss. Ct. App. 2008). |

| State | State Does Not Recognize UE as Separate Cause of Action | Enrichment Required to be at Plaintiff's Expense | Enrichment Must be Unjust | Fails for Other Reasons |
|---|---|---|---|---|
| Missouri<br><br><u>Plaintiffs:</u><br>Jones (¶ 80)<br>Hoag (¶ 82) | | **Yes.** *Miller v. Horn*, 254 S.W.3d 920, 924 (Mo. Ct. App. 2008). | **Yes.** *Binkley v. Am. Equity Mortg., Inc.*, 447 S.W.3d 194, 199 (Mo. 2014). | **Cannot maintain UE action if adequate remedies exist at law.** *Amalaco, LLC v. Butero*, 593 S.W.3d 647, 653 (Mo. Ct. App. 2019). |
| Montana<br><br><u>Plaintiff:</u><br>Schwalbe (¶ 84) | | **Yes.** *Robertus v. Candee*, 205 Mont. 403, 408 (1983). | **Yes.** *N. Cheyenne Tribe v. Roman Cath. Church ex rel. Dioceses of Great Falls/Billings*, 296 P.3d 450, 457 (Mont. 2013). | **Cannot maintain UE action if adequate remedies exist at law.** *N. Cheyenne Tribe v. Roman Cath. Church*, 296 P.3d 450, 457 (Mont. 2013).<br><br>**PHI/PII cannot count as a benefit.** *Teeter v. Easterseals-Goodwill N. Rocky Mountain, Inc.*, No. CV-22-96, 2023 WL 2330241, at *6 (D. Mont. Mar. 2, 2023). |

| State | State Does Not Recognize UE as Separate Cause of Action | Enrichment Required to be at Plaintiff's Expense | Enrichment Must be Unjust | Fails for Other Reasons |
|---|---|---|---|---|
| Nebraska<br><br><u>Plaintiff:</u><br>Kentner (¶ 86) | | **Yes.** *Pioneer Hi-Bred Int'l, Inc. v. AltEn, LLC*, Nos. 8:22CV70, 8:22CV71, 8:22CV82, 2023 WL 1822724, at *20 (D. Neb. Feb. 8, 2023). | **Yes.** *Zook v. Zook*, 978 N.W.2d 156, 161 (Neb. 2022). | |
| Nevada<br><br><u>Plaintiff:</u><br>Duncan (¶ 88) | | **Yes.** *Korte Constr. Co. v. State on Relation of Bd. of Sys. of Higher Ed.*, 492 P.3d 540, 544 (Nev. 2021). | **Yes.** *Nautilus Ins. Co. v. Access Med., LLC*, 482 P.3d 683, 688 (Nev. 2021). | **Cannot maintain UE action if adequate remedies exist at law.** *Small v. Univ. Med. Ctr. of S. Nev.*, No. 2:13-cv-298, 2016 WL 4157309, at *3 (D. Nev. Aug. 3, 2016). |

| State | State Does Not Recognize UE as Separate Cause of Action | Enrichment Required to be at Plaintiff's Expense | Enrichment Must be Unjust | Fails for Other Reasons |
|---|---|---|---|---|
| New Hampshire<br><br><u>Plaintiff:</u><br>Rubera (¶ 90) | | **Yes.** *Est. of Mortner v. Thompson*, 182 A.3d 1260, 1265 (N.H. 2018). | **Yes.** *Est. of Mortner v. Thompson*, 182 A.3d 1260, 1265 (N.H. 2018). | |
| New Jersey<br><br><u>Plaintiffs:</u><br>Loforese (¶ 92)<br>Slack (¶ 94) | **Yes.** *In re Riddell Concussion Reduction Litig.*, 121 F. Supp. 3d 402, 423 (D.N.J. 2015). | **Yes.** *Maniscalco v. Brother Int'l Corp. (USA)*, 627 F. Supp. 2d 494, 505 (D.N.J. 2009). | **Yes.** *VRG Corp. v. GKN Realty Corp.*, 641 A.2d 519, 526 (N.J. 1994). | **Cannot maintain UE action if adequate remedies exist at law.** *Duffy v. Charles Schwab & Co., Inc.*, 123 F. Supp. 2d 802, 814 (D.N.J. 2000). |

| State | State Does Not Recognize UE as Separate Cause of Action | Enrichment Required to be at Plaintiff's Expense | Enrichment Must be Unjust | Fails for Other Reasons |
|---|---|---|---|---|
| New Mexico<br><br><u>Plaintiff:</u><br>Schiller (¶ 96) | | **Yes.** *Olivo v. Crawford Chevrolet Inc.*, 799 F. Supp. 2d 1237, 1244 (D.N.M. 2011). | **Yes.** *Belanger v. Allstate Fire & Cas. Ins. Co.*, 588 F. Supp. 3d 1249, 1266-67 (D.N.M. 2022). | **Cannot maintain UE action if adequate remedies exist at law.** *Belanger v. Allstate Fire & Cas. Ins. Co.*, 588 F. Supp. 3d 1249, 1266-67 (D.N.M. 2022). |
| New York<br><br><u>Plaintiffs:</u><br>Korlou (¶ 98)<br>Donadio (¶ 100) | **Yes.** *Mid–Hudson Catskill Rural Migrant Ministry, Inc. v. Fine Host Corp.*, 418 F.3d 168, 175 (2d Cir. 2005). | **Yes.** *Mount v. Pulsepoint, Inc.*, No. 13 CIV. 6592, 2016 WL 5080131, at *6 (S.D.N.Y. Aug. 17, 2016). | **Yes.** *Mount v. Pulsepoint, Inc.*, No. 13 CIV. 6592, 2016 WL 5080131, at *6 (S.D.N.Y. Aug. 17, 2016), *aff'd*, 684 F. App'x 32 (2d Cir. 2017), *as amended* (May 3, 2017). | |

| State | State Does Not Recognize UE as Separate Cause of Action | Enrichment Required to be at Plaintiff's Expense | Enrichment Must be Unjust | Fails for Other Reasons |
|---|---|---|---|---|
| North Carolina<br><br><u>Plaintiff:</u><br>Morgan<br>(¶ 102) | | **Yes.** *New Prime, Inc. v. Harris Transp. Co.*, No. COA12-271, 2012 WL 3192718, at *4 (N.C. App. Aug. 7, 2012). | **Yes.** *Crump v. City of Hickory*, 240 N.C. App. 602, 772 S.E.2d 873 (2015). | **Cannot maintain UE action if adequate remedies exist at law.** *Jones Cooling & Heating, Inc. v. Booth*, 394 S.E.2d 292, 294 (N.C. App. 1990). |
| North Dakota<br><br><u>Plaintiff:</u><br>Poitra (¶ 104) | | **Yes.** *Wilkinson v. Bd. of Univ. & Sch. Lands*, 981 N.W.2d 853, 870-71 (N.D. 2022). | **Yes.** *Wilkinson v. Bd. of Univ. & Sch. Lands*, 981 N.W.2d 853, 870-71 (N.D. 2022). | **Cannot maintain UE action if adequate remedies exist at law.** *Wilkinson v. Bd. of Univ. & Sch. Lands*, 981 N.W.2d 853, 870-71 (N.D. 2022). |

| State | State Does Not Recognize UE as Separate Cause of Action | Enrichment Required to be at Plaintiff's Expense | Enrichment Must be Unjust | Fails for Other Reasons |
|---|---|---|---|---|
| Ohio<br><br><u>Plaintiffs:</u><br>Abramczyk (¶ 106)<br>Griffith (¶ 108) | | **Yes.** *Gaier v. Midwestern Grp.*, 601 N.E.2d 624, 627 (Ohio Ct. App. 1991). | **Yes.** *Johnson v. Microsoft Corp.*, 834 N.E.2d 791, 799 (Ohio 2005). | **Cannot maintain UE action if adequate remedies exist at law.** *Banks v. Nationwide Mut. Fire Ins. Co.*, No. 99AP-1413, 2000 WL 1742064, at *5 (Ohio Ct. App. Nov. 28, 2000).<br><br>**PHI/PII cannot count as a benefit.** *Tate v. EyeMed Vision Care, LLC*, 1:21-cv-36, 2023 WL 6383467, at *8 (S.D. Ohio Sept. 29, 2023). |

| **State** | **State Does Not Recognize UE as Separate Cause of Action** | **Enrichment Required to be at Plaintiff's Expense** | **Enrichment Must be Unjust** | **Fails for Other Reasons** |
|---|---|---|---|---|
| Oklahoma<br><br>Plaintiff:<br>Thorne (¶ 110) | | **Yes.** *United Built Homes, L.L.C. v. Middleton*, No. CIV-20-722, 2020 WL 8339212, at *2 (W.D. Okla. Nov. 3, 2020). | **Yes.** *Orthman v. Premiere Pediatrics, PLLC*, 545 P.3d 124, 137 (Okla. Civ. App. 2024). | **Cannot maintain UE action if adequate remedies exist at law.** *Harvell v. Goodyear*, 164 P.3d 1028, 1035 (Okla. 2006).<br><br>**PHI/PII cannot count as a benefit.** *Orthman v. Premiere Pediatrics, PLLC*, 545 P.3d 124, 136-37 (Okla. Civ. App. 2024). |
| Oregon<br><br>Plaintiff:<br>Lanier (¶ 112) | | **Yes.** *Grimstad v. Knudsen*, 386 P.3d 649, 662-63 (Or. Ct. App. 2016). | **Yes.** *Cumming v. Nipping*, 395 P.3d 928, 931 (Or. Ct. App. 2017). | |

| State | State Does Not Recognize UE as Separate Cause of Action | Enrichment Required to be at Plaintiff's Expense | Enrichment Must be Unjust | Fails for Other Reasons |
|---|---|---|---|---|
| Pennsylvania<br><br><u>Plaintiffs:</u><br>Harbon<br>(¶ 114)<br>Kaehler<br>(¶ 116)<br>Kirkpatrick<br>(¶ 118) | | **Yes.** *Sachs v. Cont'l Oil Co.*, 454 F. Supp. 614, 619-20 (E.D. Penn. 1978). | **Yes.** *Burgettstown-Smith Twp. Joint Sewage Auth. v. Langeloth Townsite Co.*, 588 A.2d 43, 45 (Pa. 1991). | |
| Rhode Island<br><br><u>Plaintiff:</u><br>Bussick<br>(¶ 120) | | **Yes.** *Merchants Mut. Ins. Co. v. Newport Hosp.*, 272 A.2d 329, 332-33 (R.I. 1971). | **Yes.** *S. Cnty. Post & Beam, Inc. v. McMahon*, 116 A.3d 204, 210-11 (R.I. 2015). | |

| State | State Does Not Recognize UE as Separate Cause of Action | Enrichment Required to be at Plaintiff's Expense | Enrichment Must be Unjust | Fails for Other Reasons |
|---|---|---|---|---|
| South Carolina<br><br>Plaintiff:<br>Tynch (¶ 122) | | **Yes.** *Barrett v. Miller*, 321 S.E.2d 198, 199 (S.C. Ct. App. 1984). | **Yes.** *Dema v. Tenet Physician Servs.-Hilton Head, Inc.*, 678 S.E.2d 430, 434 (S.C. 2009). | **Cannot maintain UE action if adequate remedies exist at law.** *Barrett v. Miller*, 321 S.E.2d 198, 199 (S.C. Ct. App. 1984).<br><br>**PHI/PII cannot count as a benefit.** *In re Blackbaud, Inc., Customer Data Breach Litig.*, 567 F. Supp. 3d 667, 688 (D.S.C. 2021). |
| South Dakota<br><br>Plaintiff:<br>Rush (¶ 124) | | **Yes.** *Dowling Fam. P'ship v. Midland Farms*, 865 N.W.2d 854, 863 (S.D. 2015). | **Yes.** *Dowling Fam. P'ship v. Midland Farms*, 865 N.W.2d 854, 862-63 (S.D. 2015). | **Cannot maintain UE action if adequate remedies exist at law.** *Schumacher v. Tyson Fresh Meats, Inc.*, No. 1:02-cv-1027, 2006 WL 7124778, at *4 (D.S.D. Apr. 10, 2006). |

| State | State Does Not Recognize UE as Separate Cause of Action | Enrichment Required to be at Plaintiff's Expense | Enrichment Must be Unjust | Fails for Other Reasons |
|---|---|---|---|---|
| Tennessee<br><br><u>Plaintiff:</u><br>Lovell (¶ 126) | | **Yes.** *McKee v. Meltech, Inc.*, No. 10- 2730, 2011 WL 1770461, at *9 (W.D. Tenn. May 9, 2011). | **Yes.** *Freeman Indus., LLC v. Eastman Chem. Co.*, 172 S.W.3d 512, 525 (Tenn. 2005). | **PHI/PII cannot count as a benefit.** *Haney v. Charter Foods N., LLC*, No. 2:23-cv-46, 2024 WL 4054361, at *11 (E.D. Tenn. Aug. 28, 2024). |
| Texas<br><br><u>Plaintiffs:</u><br>Estep (¶ 128)<br>Williams (¶ 130) | | **Yes.** *In re Okedokun*, 593 B.R. 469, 580 (Bankr. S.D. Tex. 2018). | **Yes.** *Logan v. Marker Grp., Inc.*, No. 4:22-cv-00174, 2024 WL 3489208, at *10-11 (S.D. Tex. July 18, 2024). | **PHI/PII cannot count as a benefit.** *Logan v. Marker Grp., Inc.*, No. 4:22-cv-00174, 2024 WL 3489208, at *10-11 (S.D. Tex. July 18, 2024). |

| State | State Does Not Recognize UE as Separate Cause of Action | Enrichment Required to be at Plaintiff's Expense | Enrichment Must be Unjust | Fails for Other Reasons |
|---|---|---|---|---|
| Utah<br><br><u>Plaintiff:</u><br>Johnson<br>(¶ 132) | | **Yes.** *Am. Towers Owners Ass'n v. CCI Mech.*, 930 P.2d 1182, 1192-93 (Utah 1996). | **Yes.** *Desert Miriah, Inc. v. B & L Auto, Inc.*, 12 P.3d 580, 582 (Utah 2000). | **Cannot maintain UE action if adequate remedies exist at law.** *Am. Towers Owners Ass'n v. CCI Mech.*, 930 P.2d 1182, 1192-93 (Utah 1996). |
| Vermont<br><br><u>Plaintiff:</u><br>Agres (¶ 134) | | **Yes.** *Mueller v. Mueller*, 54 A.3d 168, 172-73 (Vt. 2012). | **Yes.** *Beldock v. VWSD, LLC*, 307 A.3d 209, 233 (Vt. 2023). | |

| State | State Does Not Recognize UE as Separate Cause of Action | Enrichment Required to be at Plaintiff's Expense | Enrichment Must be Unjust | Fails for Other Reasons |
|---|---|---|---|---|
| Virginia<br><br><u>Plaintiff:</u><br>Hanes (¶ 136) | | **Yes.** *Newman v. Corsner*, No. CL16-1512, 2016 WL 11575142 (Va. Cir. Ct. Dec. 1, 2016). | **Yes.** *James G. Davis Constr. Corp. v. FTJ, Inc.*, 841 S.E.2d 642, 650 (Va. 2020). | **Cannot maintain UE action if adequate remedies exist at law.** *Amazon.com, Inc. v. WDC Holdings LLC*, No. 1:20-cv-484, 2023 WL 2815140, at *18 (E.D. Va. 2023). |
| Washington<br><br><u>Plaintiff:</u><br>Ivory (¶ 138) | | **Yes.** *In re MCG Health Data Sec. Issue Litig.*, No. 2:22-CV-849, 2023 WL 3057428, at*6 (W.D. Wash. March 27, 2023). | **Yes.** *In re MCG Health Data Sec. Issue Litig.*, No. 2:22-CV-849, 2023 WL 3057428, at *6 (W.D. Wash. March 27, 2023). | **Cannot maintain UE action if adequate remedies exist at law.** *Kelley v. Microsoft Corp.*, 251 F.R.D. 544, 551 (W.D. Wash. 2008). |

| State | State Does Not Recognize UE as Separate Cause of Action | Enrichment Required to be at Plaintiff's Expense | Enrichment Must be Unjust | Fails for Other Reasons |
|---|---|---|---|---|
| West Virginia<br><br><u>Plaintiffs:</u><br>Knopp (¶ 140)<br>Wetzel (¶ 142) | | **Yes.** *Am. Heartland Port, Inc. v. Am. Port Holdings, Inc.*, 53 F. Supp. 3d 871, 879 (N.D. W. Va. 2014). | **Yes.** *Emp. Teamsters-Loc. Nos. 175/505 Health & Welfare Tr. Fund v. Bristol Myers Squibb Co.*, 969 F. Supp. 2d 463, 471 (S.D. W. Va. 2013). | **Cannot maintain UE action if adequate remedies exist at law.** *Gulfport Energy Cor. V. Harbert Private Equity Partners, LP*, 851 S.E.2d 817, 822-23 (W. Va. 2020). |
| Wisconsin<br><br><u>Plaintiff:</u><br>Anderson<br>(¶ 144) | | **Yes.** *T&M Farms v. CNH Indust. America, LLC*, 488 F. Supp. 3d 756, 769 (E.D. Wis. Sept. 21, 2020). | **Yes.** *T&M Farms v. CNH Indust. America, LLC*, 488 F. Supp. 3d 756, 769 (E.D. Wis. Sept. 21, 2020). | **Cannot maintain UE action if adequate remedies exist at law.** *T&M Farms v. CNH Indus. Am., LLC*, 488 F. Supp. 3d 756, 769 (E.D. Wis. Sept. 21, 2020).<br><br>**PHI/PII cannot count as a benefit.** *Reetz v. Advocate Aurora Health, Inc.*, N.W.2d 669, 683(Wis. Ct. App. 2022). |

| State | State Does Not Recognize UE as Separate Cause of Action | Enrichment Required to be at Plaintiff's Expense | Enrichment Must be Unjust | Fails for Other Reasons |
|---|---|---|---|---|
| Wyoming<br><br>Plaintiff:<br>Fossen (¶ 146) | | **Yes.** *Boyce v. Freeman*, 39 P.3d 1062, 1066 (Wyo. 2002). | **Yes.** *Elec. Wholesale Supply Co. v. Fraser*, 356 P.3d 254, 261 (Wyo. 2015). | **Cannot maintain UE action if adequate remedies exist at law.** *R.O. Corp. v. John H. Bell Iron Mountain Ranch Co.*, 781 P.2d 910, 911 (Wyo. 1989). |