# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION**<br><br>*This Order Applies to All Individual Actions* | Case No. 24-md-3108 (DWF/DJF)<br><br>**[PROPOSED] ORDER** |

This matter came before the Court on Defendants' Motion to Dismiss the Consolidated Class Action Complaint filed in *Christenson v. UnitedHealth Grp. Inc.*, Case No. 25-cv-183 (D. Minn). Based upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1. Defendants' Motion to Dismiss Consolidated Class Action Complaint is **GRANTED;** and

2. Plaintiffs' claims against Defendants are **DISMISSED WITH PREJUDICE.**

Dated: 

                                                                     DONOVAN W. FRANK
                                                                     United States District Judge