## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION** | MDL No. 24-3108 (DWF/DJF) |
| *This Document Relates To All Provider Actions* | **NOTICE OF HEARING ON ALL MOTIONS TO DISMISS THE CONSOLIDATED CLASS ACTION COMPLAINTS** |

**PLEASE TAKE NOTICE** that Defendants in the above-entitled action will bring their Motion to Dismiss the Consolidated Class Action Complaint in the Provider Track, Dkt. 253 the Individual Track, Dkt. 256, both of which incorporate by reference the Choice of Law memorandum, Dkt. 255, and for Personal Jurisdiction, Dkts. 250-51, for hearing before the Honorable Donovan W. Frank, on June 12, 2025 at 10:30AM in Courtroom 7C United States District Court, 316 North Robert Street, St. Paul, Minnesota 55101.

Respectfully submitted,

Dated: March 21, 2025

*/s/ Allison M. Ryan*
Allison M. Ryan
Alicia J. Paller (MN No. 0397780)
Joseph J. Cavanaugh
**HOGAN LOVELLS US LLP**
555 13th Street NW
Washington, DC 20004
Tel:  (202) 637-5600
Fax:  (202) 637-5910
allison.holt-ryan@hogbanlovells.com
alicia.paller@hoganlovells.com
joe.cavanaugh@hoganlovells.com

1

*/s/ Peter H. Walsh*
Peter H. Walsh (MN No. 0388672)
**HOGAN LOVELLS US LLP**
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
Tel:  (612) 402-3017
Fax:  (612) 339-5167
peter.walsh@hoganlovells.com

Vassi Iliadis
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Vassi.iliadis@hoganlovells.com
Tel:  (310) 785-4727
Fax:  (310) 785-4601

***Attorneys for Defendants***