# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION**<br><br>*This Document Relates to All Individual Actions* | Case No. 24-md-3108 (DWF/DJF)<br><br>**CERTIFICATE OF COMPLIANCE** |

The Memorandum of Law in Support of Defendants' Motion to Dismiss Consolidated Class Action Complaint in the Individual Track complies with the 60-page limit set forth by the Court, Dkt. 192 ¶ 1(b), as the memorandum contains 59 pages, counting 3 pages from the Choice of Law memorandum, excluding the caption page, table of contents, table of authorities, and signature page. The undersigned utilized Microsoft® Word to produce this memorandum and to calculate the page count. This memorandum also complies with the type size limitation set forth in Local Rule 7.1(h), as the memorandum utilizes Times New Roman font size 13.

Respectfully submitted,

Dated: March 21, 2025

*/s/ Allison M. Ryan*
Allison M. Ryan
Alicia J. Paller (MN No. 0397780)
Joseph J. Cavanaugh
**HOGAN LOVELLS US LLP**
555 13th Street NW
Washington, DC 20004
Tel: (202) 637-5600

1

Fax:  (202) 637-5910
allison.holt-ryan@hogbanlovells.com
alicia.paller@hoganlovells.com
joe.cavanaugh@hoganlovells.com

*/s/ Peter H. Walsh*
Peter H. Walsh (MN No. 0388672)
**HOGAN LOVELLS US LLP**
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
Tel:  (612) 402-3017
Fax:  (612) 339-5167
peter.walsh@hoganlovells.com

Vassi Iliadis
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Vassi.iliadis@hoganlovells.com
Tel:  (310) 785-4727
Fax:  (310) 785-4601

*Attorneys for Defendants*