# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION**<br><br>*This Document Relates To All Individual Actions* | MDL No. 24-3108 (DWF/DJF)<br><br>**EXHIBIT LIST TO MEMORANDUM OF LAW IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS CONSOLIDATED CLASS ACTION COMPLAINT AND MOTION TO NARROW CLASS DEFINITION** |

- Appendix A: Chart Summarizing Certain Arguments Regarding Negligence Claim (Count I)

- Appendix B: Chart Summarizing Certain Arguments Regarding Negligence *Per Se* Claim (Count II)

- Appendix C: Chart Summarizing Certain Arguments Regarding Third-Party Beneficiary Breach of Contract Claim (Count III)

- Appendix D: Chart Summarizing Certain Arguments Regarding Unjust Enrichment Claim (Count IV)

- Appendix E: Chart Summarizing Certain Arguments Regarding State Consumer Protection Statutory Claims (Counts VI, VII, IX, X, XIV, XV, XVII, XVIII, XX-XXIV, XXVI, XXIX-XXXI, XXXIII-XXXV, XXXVII, XXXVIII, XLI)

- Appendix F: Chart Summarizing Certain Arguments Regarding Data Breach Notification Statutory Claims (Counts VIII, XI, XVI, XIX, XXVII, XXVIII, XXXII, XXXVI, XXXIX)

Dated: March 21, 2025
<u>/s/ Allison M. Ryan</u>
Allison M. Ryan
Alicia J. Paller (MN No. 0397780)
Joseph J. Cavanaugh
HOGAN LOVELLS US LLP
555 13th Street NW
Washington, DC 20004
Tel:  (202) 637-5600
Fax:  (202) 637-5910
allison.holt-ryan@hogbanlovells.com
alicia.paller@hoganlovells.com
joe.cavanaugh@hoganlovells.com

<u>/s/ Peter H. Walsh</u>
Peter H. Walsh (MN No. 0388672)
HOGAN LOVELLS US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
Tel:  (612) 402-3017
Fax:  (612) 339-5167
peter.walsh@hoganlovells.com

Vassi Iliadis
HOGAN LOVELLS US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Vassi.iliadis@hoganlovells.com
Tel:  (310) 785-4727
Fax:  (310) 785-4601

*Attorneys for Defendants*