**Appendix E: Chart Summarizing Certain Arguments Regarding State Consumer Protection Statutory Claims (Counts VI, VII, IX, X, XIV, XV, XVII, XVIII, XX-XXIV, XXVI, XXIX-XXXI, XXXIII-XXXV, XXXVII, XXXVIII, XLI)**

Defendants' Motion to Dismiss and Memorandum of Law in Support present in full Defendants' arguments in dismissal of Plaintiffs' state consumer protection law claims. For the Court's convenience, the chart below provides supporting citations under each states' laws for those arguments. Counts VI, VII, IX, X, XIV, XV, XVII, XVIII, XX-XXIV, XXVI, XXIX-XXXI, XXXIII-XXXV, XXXVII, XXXVIII, and XLI fail for additional reasons not represented in the chart below, as set forth in Defendants' Motion to Dismiss.

| Claim | Type of Injury Required | Causation Required? | Direct Consumer Interaction with Defendants Required? | Fails for Other Reasons |
|---|---|---|---|---|
| **Alabama Deceptive Trade Practices Act** Ala. Code §§ 8-19-1 *et seq.* (Count VI)<br><br><u>Plaintiff:</u> Christenson (¶ 17) | **Actual damages.** Ala. Code § 8-19-10; *Lynn v. Fort McClellan Credit Union*, No. 1:11-CV-2904, 2013 WL 5707372, at *6-7 (N.D. Ala. Oct. 21, 2013). | **Yes.** Ala. Code § 8-19-10(a). | **Yes.** Ala. Code § 8-19-3(4); *Univ. of Alabama Bd. of Trs. v. New Life Art, Inc.*, No. 7:05-CV-0585, 2005 WL 8160645, at *4 (N.D. Ala. Nov. 1, 2005). | **Class actions prohibited.** Ala. Code § 18-19-10(f). |

| Claim | Type of Injury Required | Causation Required? | Direct Consumer Interaction with Defendants Required? | Fails for Other Reasons |
|---|---|---|---|---|
| **Alaska Unfair Trade Practices and Consumer Protection Act** Alaska Stat. §§ 45.50.471, *et seq.* (Count VII)<br><br>Plaintiff:<br>Dixon (¶ 19) | **Ascertainable loss of money or property**. Alaska Stat. § 45.50.531; *Donahue v. Ledgends, Inc.*, 331 P.3d 342, 354 (Alaska 2014). | **Yes.** Alaska Stat. § 45.50.531; *Kirst v. Ottosen Propeller & Accessories, Inc.*, 784 F. App'x 980, 983 (9th Cir. 2019). | **Yes.** *Cornelison v. TIG Ins.*, 376 P.3d 1255, 1268-69 (Alaska 2016). | |
| **Arizona Consumer Fraud Act** Ariz. Rev. Stat. §§ 44-1521, *et seq.* (Count IX)<br><br>Plaintiff:<br>Phillips (¶ 21) | **Consequent and proximate injury.** *Stratton v. Am. Med. Sec., Inc.*, 266 F.R.D. 340, 348 (D. Ariz. 2009). | **Yes.** *Stratton v. Am. Med. Sec., Inc.*, 266 F.R.D. 340, 348 (D. Ariz. 2009). | **Yes (In Sale of Merchandise).** *Sutter Home Winery, Inc. v. Vintage Selections, Ltd.*, 971 F.2d 401, 407 (9th Cir. 1992). | |

| Claim | Type of Injury Required | Causation Required? | Direct Consumer Interaction with Defendants Required? | Fails for Other Reasons |
|---|---|---|---|---|
| **California Unfair Competition Law** Cal. Bus. Code §§ 17200, *et seq.* (Count X) <br><br> Plaintiff: Jackson (¶ 25) | **Economic injury.** *Joseph v. Nordstrom, Inc.*, No. 16-2252, 2016 WL 6917279, at *3 (C.D. Cal. June 17, 2016). | **Yes.** *Joseph v. Nordstrom, Inc.*, No. 16-2252, 2016 WL 6917279, at *3 (C.D. Cal. June 17, 2016). |  | **Injunctive relief and restitution only.** *Madrid v. Perot Sys. Corp.,* 130 Cal. App. 4th 440, 452 (Ct. App. 3d 2005). |
| **Colorado Consumer Protection Act** Colo. Rev. Stat. §§ 6-1-101 to 116 (Count XIV) <br><br> Plaintiff: Dugan (¶ 27) | **Actual damages.** Colo. Rev. Stat. § 6-1-113(2)(a)(I). | **Yes.** *Rhino Linings USA, Inc. v. Rocky Mountain Rhino Lining, Inc.*, 62 P.3d 142, 147 (Colo. 2003). | **Yes.** Colo. Rev. Stat. § 6-1-113(1)(a); *Buyers of Ritz-Carlton Vail, LLC v. RCR Vail, LLC*, No. 11-cv-01789, 2013 WL 452204, at *6 (D. Colo. Feb. 6, 2013). |  |

| Claim | Type of Injury Required | Causation Required? | Direct Consumer Interaction with Defendants Required? | Fails for Other Reasons |
|---|---|---|---|---|
| **Connecticut Unfair Trade Practices Act** Conn. Gen. Stat. §§ 42-110a, *et seq.* (Count XV) <br><br> Plaintiff: Mammad (¶ 29) | **Ascertainable loss of money or property.** *Smith v. Wells Fargo Bank, N.A.*, 158 F. Supp. 3d 91, 100 (D. Conn. 2016). | **Yes.** *Smith v. Wells Fargo Bank, N.A.*, 158 F. Supp. 3d 91, 100 (D. Conn. 2016). | | |
| **Hawaii Unfair or Deceptive Acts or Practices** Haw. Rev. Stat. §§ 480-1, *et seq.* (Count XVII) <br><br> Plaintiff: Antonio (¶ 43) | **Injury to plaintiff's business or property.** *Lizza v. Deutsche Bank Nat'l Tr. Co.*, 1 F. Supp. 3d 1106, 1121 (D. Haw. 2014). | **Yes.** *Lizza v. Deutsche Bank Nat'l Tr. Co.*, 1 F. Supp. 3d 1106, 1121 (D. Haw. 2014). | **Yes.** *Dalesandro v. Longs Drug Stores Cal., Inc.*, 383 F. Supp. 2d 1244, 1249 (D. Haw. 2005). | |

4

| Claim | Type of Injury Required | Causation Required? | Direct Consumer Interaction with Defendants Required? | Fails for Other Reasons |
|---|---|---|---|---|
| **Illinois Consumer Fraud and Deceptive Business Practices Act** 815 Ill. Comp. Stat. §§ 505, *et seq.* (Count XVIII) <u>Plaintiffs:</u> M.O. (¶ 47 Leffers (¶ 49) | **Actual pecuniary loss.** *In re SuperValu, Inc.*, 925 F.3d 955, 964 (8th Cir. 2019). | | **Yes.** *Ramirez v. LexisNexis Risk Sols.*, 729 F. Supp. 3d 838, 846-48 (N.D. Ill 2024). | |
| **Louisiana Unfair Trade Practices Act** La. Rev. Stat. §§ 51:1405, *et seq.* (Count XX) <u>Plaintiff:</u> Bonier (¶ 62) | **Ascertainable loss of money or movable property.** La. Stat. Ann. § 51:1409; *Walker v. Dollar Tree Stores, Inc.*, 53,898, p. 7 (La. App. 2d Cir. 4/14/21), 316 So. 3d 585, 591. | **Yes**. La. Stat. Ann. § 51:1409; *Walker v. Dollar Tree Stores, Inc.*, 53,898, p. 7 (La. App. 2d Cir. 4/14/21), 316 So. 3d 585, 591. | | **Class actions are prohibited for damages.** La. Stat. Ann. § 51:1409; *In re Ford Motor Co. F-150 & Ranger Truck Fuel Econ. Mktg. & Sales Pracs. Litig.*, No. 2:19-md-02901, 2022 WL 551221, at *19 (E.D. Mich. Feb. 23, 2022). |

| Claim | Type of Injury Required | Causation Required? | Direct Consumer Interaction with Defendants Required? | Fails for Other Reasons |
|---|---|---|---|---|
| **Maine Unfair Trade Practices Act** Me. Rev. Stat. tit. 5 §§ 502-A, *et seq.* (Count XXI)<br><br>Plaintiff:<br>Merrill (¶ 64) | **Loss of money or property.** Me. Rev. Stat. Ann. tit. 5, § 213; *Noveletsky v. Metro. Life Ins. Co.*, 49 F. Supp. 3d 123, 151 (D. Me. 2014). | **Yes.** Me. Rev. Stat. Ann. tit. 5, § 213; *Noveletsky v. Metro. Life Ins. Co.*, 49 F. Supp. 3d 123, 151 (D. Me. 2014). | **Yes.** *Noveletsky v. Metro. Life Ins. Co.*, 49 F. Supp. 3d 123, 151 (D. Me. 2014). | |
| **Maryland Consumer Protection Act** Md. Code Ann. Com. Law §§ 13-101, *et seq.* (Count XXII)<br><br>Plaintiff:<br>Seibert (¶ 66) | **Actual injury.** *Webb v. Carrington Mortg. Servs. LLC*, No. 24-1950, 2025 WL 213950, at *11 (D. Md. Jan. 16, 2025). | **Yes.** *Webb v. Carrington Mortg. Servs. LLC*, No. 24-1950, 2025 WL 213950, at *11 (D. Md. Jan. 16, 2025). | **Yes.** *Morris v. Osmose Wood Preserving*, 667 A.2d 624, 635 (Md. 1995). | |

| Claim | Type of Injury Required | Causation Required? | Direct Consumer Interaction with Defendants Required? | Fails for Other Reasons |
|---|---|---|---|---|
| **Massachusetts Consumer Protection Act** Mass. Gen. Laws Ann. ch. 93A §§ 1, *et seq.* (Count XXIII) <u>Plaintiff:</u> Paul (¶ 68) | **Readily quantifiable loss of money or property, measurable emotional distress, or an invasion of the consumer's personal privacy causing injury or harm worth more than a penny.** *Ferreira v. Sterling Jewelers, Inc.*, 130 F. Supp. 3d 471, 478 (D. Mass. 2015). | **Yes.** *Ferreira v. Sterling Jewelers, Inc.*, 130 F. Supp. 3d 471, 478 (D. Mass. 2015). | | **Pre-Suit Notice Required.** Mass. Gen. Laws. Ann. ch. 93A § 9(3). *Rodi v. S. New Eng. Sch. of Law,* 389 F.3d 5, 19 (1st Cir. 2004). |
| **Minnesota Uniform Deceptive Trade Practices Act** Minn. Stat. § 325D.43 (Count XXIV) <u>Plaintiffs:</u> Brooks (¶ 72) Powers (¶ 74) Allen (¶ 76) | **Irreparable injury or threat of future harm.** *Mekhail v. N. Memorial Health Care*, 726 F. Supp. 3d 916, 931-32 (D. Minn. 2024). | **Yes.** *Luckey v. Alside, Inc.*, 245 F. Supp. 3d 1080, 1096 (D. Minn. 2017). | | **Injunctive relief only.** *Gardner v. First Am. Title Ins. Co.*, 296 F. Supp. 2d 1011, 1020 (D. Minn. 2003). |

| Claim | Type of Injury Required | Causation Required? | Direct Consumer Interaction with Defendants Required? | Fails for Other Reasons |
|---|---|---|---|---|
| **New Hampshire Consumer Protection Act** N.H. Rev. Stat. Ann. §§ 358-A:1, *et seq.* (Count XXVI)<br><br>Plaintiff:<br>Rubera (¶ 90) | **Personal harm.** *Pagan v. Abbott Lab'ys, Inc.*, 287 F.R.D. 139, 149 (E.D.N.Y. 2012). | **Yes.** *Pagan v. Abbott Lab'ys, Inc.*, 287 F.R.D. 139, 149 (E.D.N.Y. 2012). | | |
| **New Mexico Unfair Practices Act** N.M. Stat. §§ 57-12-10, *et seq.* (Count XXIX)<br><br>Plaintiff:<br>Schiller (¶ 96) | **Loss of money or property.** N.M. Stat. § 57-12-10(B). | | | |

8

| Claim | Type of Injury Required | Causation Required? | Direct Consumer Interaction with Defendants Required? | Fails for Other Reasons |
|---|---|---|---|---|
| **New York General Business Law § 349** N.Y. Gen. Bus. Law § 349 (Count XXX)<br><br><u>Plaintiffs:</u><br>Korlou (¶ 98)<br>Donadio (¶ 100) | **Actual injury.** *Reyes v. Upfield US Inc.*, No. 22-CV-6722, 2025 WL 786656, at *7-9 (S.D.N.Y. Mar. 12, 2025). | **Yes.** *Fero v. Excellus Health Plan, Inc.*, 502 F. Supp. 3d 724, 738 (W.D.N.Y. 2020). | **Yes (Act or Practice is Consumer-Oriented).** *Josephson v. United Healthcare Corp.*, No. 11-CV-3665, 2012 WL 4511365, at *8 (E.D.N.Y. Sept. 28, 2012). | |
| **North Carolina Unfair and Deceptive Trade Practices Act** N.C. Gen. Stat. §§ 75.1.1, *et seq.* (Count XXXI)<br><br><u>Plaintiff:</u><br>Morgan (¶ 102) | **Actual injury.** *Town of Belhaven, NC v. Pantego Creek, LLC*, 793 S.E.2d 711, 720 (N.C. Ct. App. 2016). | **Yes.** *Town of Belhaven, NC v. Pantego Creek, LLC*, 793 S.E.2d 711, 720 (N.C. Ct. App. 2016). | **Yes.** *Town of Belhaven, NC v. Pantego Creek, LLC*, 793 S.E.2d 711, 720 (N.C. Ct. App. 2016). | |

9

| Claim | Type of Injury Required | Causation Required? | Direct Consumer Interaction with Defendants Required? | Fails for Other Reasons |
|---|---|---|---|---|
| **Oregon Unlawful Trade Practices Act** Or. Rev. Stat. §§ 646.608, *et seq.* (Count XXXIII)<br><br><u>Plaintiff:</u><br>Lanier (¶ 112) | **Ascertainable loss of money or property.** Or. Rev. Stat. § 646.638; *Clark v. Eddie Bauer LLC*, 532 P.3d 880, 882 (Or. 2023). | **Yes.** Or. Rev. Stat. § 646.638; *Clark v. Eddie Bauer LLC*, 532 P.3d 880, 882 (Or. 2023). | | |
| **Rhode Island Deceptive Trade Practices Act** R.I. Gen. Laws §§ 6-13.1-1, *et seq.* (Count XXXIV)<br><br><u>Plaintiff:</u><br>Bussick (¶ 120) | **Ascertainable loss of money or property.** *Laccinole v. Appriss, Inc.*, 453 F. Supp. 3d 499, 506 (D.R.I. 2020). | **Yes.** *Laccinole v. Appriss, Inc.*, 453 F. Supp. 3d 499, 506 (D.R.I. 2020). | **Yes.** *Rhode Island Laborers' Health & Welfare Fund v. Philip Morris, Inc.*, 99 F. Supp. 2d 174, 188-89 (D.R.I. 2000). | |

| Claim | Type of Injury Required | Causation Required? | Direct Consumer Interaction with Defendants Required? | Fails for Other Reasons |
|---|---|---|---|---|
| **South Carolina Unfair Trade Practices Act** S.C. Code § 39-5-20 (Count XXXV)<br><br>Plaintiff: Tynch (¶ 122) | **Monetary or property loss.** S.C. Code § 39-5-140; *Gallipeau v. Renewal by Andersen LLC*, 742 F. Supp. 3d 508, 520 (D.S.C. 2024). | **Yes.** S.C. Code § 39-5-140; *Gallipeau v. Renewal by Andersen LLC*, 742 F. Supp. 3d 508, 520 (D.S.C. 2024). | | **Class actions are prohibited.** S.C. Code § 39-5-140; *Fejzulai v. Sam's W., Inc.*, 205 F. Supp. 3d 723, 725 (D.S.C. 2016). |
| **Vermont Consumer Protection Act** Vt. Stat. Ann. tit. 9 §§ 2451, *et seq.* (Count XXXVII)<br><br>Plaintiff: Agres (¶ 134) | **Damages or injury.** *Dernier v. Mortg. Network, Inc.*, 87 A.3d 465, 481-82 (Vt. 2013). | **Yes.** *Dernier v. Mortg. Network, Inc.*, 87 A.3d 465, 481 (Vt. 2013). | **Yes.** *Lafayette v. Blueprint Basketball*, No. 24-AP-127, 2024 WL 4471988, at *2 (Vt. Oct. 11, 2024). | |

| Claim | Type of Injury Required | Causation Required? | Direct Consumer Interaction with Defendants Required? | Fails for Other Reasons |
|---|---|---|---|---|
| **Washington Consumer Protection Act** Wash. Rev. Code §§ 19.86.020, *et seq.* (Count XXXVIII) <br><br>Plaintiff: <br>Ivory (¶ 138) | **Injury to a person's business or property.** *Braden v. Tornier, Inc.*, No. C09-5529, 2009 WL 3188075, at *4 (W.D. Wash. Sept. 30, 2009). | **Yes.** *Braden v. Tornier, Inc.*, No. C09-5529, 2009 WL 3188075, at *4 (W.D. Wash. Sept. 30, 2009). | | |
| **Wyoming Consumer Protection Act** Wyo. Stat. Ann. § 40-12-101 (Count XLI) <br><br>Plaintiff: <br>Fossen (¶ 146) | **Actual damages.** *Broderick v. Dairyland Ins. Co.*, 270 P.3d 684, 692 (Wyo. 2012). | **Yes.** *Broderick v. Dairyland Ins. Co.*, 270 P.3d 684, 692 (Wyo. 2012). | **Yes.** *Dellos Farms, Inc. v. Sec. State Bank*, 516 P.3d 846, 849 (Wyo. 2022). | **Pre-Suit Notice Required.** Wyo. Stat. Ann. § 40-12-109; *In re Pharm. Indus. Average Wholesale Price Litig.*, 230 F.R.D. 61, 84-85 (D. Mass. 2005). |

12