

**MINNESOTA OFFICE**
CANADIAN PACIFIC PLAZA
120 S. 6TH ST., STE 2600
MINNEAPOLIS, MN 55402

**CALIFORNIA OFFICE**
600 W. BROADWAY
SUITE 3300
SAN DIEGO, CA 92101

**DANIEL E. GUSTAFSON**
dgustafson@gustafsongluek.com
TEL (612) 333-8844 • FAX (612) 339-6622
MINNESOTA OFFICE

March 25, 2025

<u>**VIA ECF**</u>
The Honorable Dulce J. Foster
United States District Court
300 South Fourth Street
Minneapolis, MN 55415
Foster_Chambers@mnd.uscourts.gov

      Re:    *In re: Change Healthcare, Inc. Customer Data Sec. Breach Litig.*,
             0:24-md-03108-DWF-DJF

Dear Judge Foster:

    The parties submit this joint letter pursuant to the Court's instruction in the Minute Entry following the March 18, 2025 hearing (Dkt. 242). The parties agree with the Court's proposed language related to paragraph 12(f) of the Protective Order as stated in the Court's March 18, 2025 e-mail.

    Please contact me and counsel for Defendants with any questions.

                                       Sincerely,

                                       GUSTAFSON GLUEK PLLC

                                       Daniel E. Gustafson

DEG/sam
cc:    Counsel for Defendants (via ECF)