# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | MDL No. 24-3108 (DWF/DJF)<br><br>**PLAINTIFFS DILLMAN CLINIC'S AND ODOM HEALTH'S MOTION FOR PRELIMINARY INJUNCTION** |
| Total Care Dental and Orthodontics, et al.,<br><br>        Plaintiffs,<br>v.<br><br>UnitedHealth Group Incorporated, UnitedHealthCare Services, Inc., Optum Insight, Change Healthcare Inc., Change Healthcare Operations, LLC, Change Healthcare Solutions, LLC, Change Healthcare Holdings, Inc., Change Healthcare Technologies, LLC, and Change Healthcare Pharmacy Solutions, Inc., Optum, Inc., Optum Financial, Inc., Optum Bank, and Optum Pay,<br><br>        Defendants. | Case No. 0:25-cv-00179-DWF-DJF |
| Odom Sports Medicine P.A. d/b/a Odom Health & Wellness, on behalf of itself and all others similarly situated,<br><br>        Plaintiff,<br>v.<br><br>UnitedHealth Group Incorporated, UnitedHealthCare Services, Inc., Optum Insight, Change Healthcare Inc., Change Healthcare Operations, LLC, Change Healthcare Solutions, LLC, Change Healthcare Holdings, Inc., Change | Case No. 0:25-cv-00949-DWF-DJF |

| |
|---|
| Healthcare Technologies, LLC, and Change Healthcare Pharmacy Solutions, Inc., Optum, Inc., Optum Financial, Inc., Optum Bank, and Optum Pay,<br><br>            Defendants. |

Plaintiffs Odom Sports Medicine P.A. d/b/a Odom Health & Wellness ("Odom") and Dillman Clinic and Lab, Inc., ("Dillman Clinic") hereby move for a preliminary injunction enjoining Defendants from taking any action against Plaintiffs Dillman Clinic and Odom relating to the Temporary Funding Assistance Program (TFAP) loans until the Court has had an opportunity to consider and determine Providers Plaintiffs' claims for Defendants' breach of the TFAP contracts and declaratory relief on the merits.

Said motion is based on the pleadings, files, records, and proceedings herein, as well as the memorandum of law and declarations filed in support of this motion.

Dated: April 2, 2025

    *s/Daniel E. Gustafson*
Daniel E. Gustafson (#202241)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com

*Plaintiffs' Overall Lead Counsel*

Shawn M. Raiter
**LARSON-KING LLP**
30 East Seventh Street, Suite 2800
St. Paul, MN 55101
Telephone: (651) 312-6500
sraiter@larsonking.com

*MDL Liaison Counsel*

E. Michelle Drake (#387366)
**BERGER MONTAGUE**
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone: (612) 594-5933
emdrake@bm.net

Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
siegel@stuevesiegel.com

Warren Burns
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 458-9890
wburns@burnscharest.com

*Provider Track Co-Lead Counsel*