# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to:<br>ALL ACTIONS | MDL No. 24-3108 (DWF/DJF)<br><br>**PROVIDER PLAINTIFFS' MOTION FOR DECLARATORY JUDGMENT** |
| Total Care Dental and Orthodontics, et al.,<br><br>          Plaintiffs,<br>v.<br><br>UnitedHealth Group Incorporated, UnitedHealthCare Services, Inc., Optum Insight, Change Healthcare Inc., Change Healthcare Operations, LLC, Change Healthcare Solutions, LLC, Change Healthcare Holdings, Inc., Change Healthcare Technologies, LLC, and Change Healthcare Pharmacy Solutions, Inc., Optum, Inc., Optum Financial, Inc., Optum Bank, and Optum Pay,<br><br>          Defendants. | Case No. 0:25-cv-00179-DWF-DJF |

Provider Plaintiffs hereby move the Court for Order declaring that under the Temporary Funding Assistant Program (TFAP) contract language repayment is due 45 days after claims processing services have resumed *and* all payments impacted during the Service Shutdown are fully processed (i.e., all payments are in the process of being paid). Plaintiffs also request that the Court pause Defendants' efforts to collect repayment on the TFAP loans or otherwise penalize Provider Plaintiffs for failing to repay the loans until the issue of interpretation is resolved on its merits.

Said motion is based on the pleadings, files, records, and proceedings herein, as well as the memorandum of law and declaration filed in support of this motion.

Dated: April 2, 2025

  s/Daniel E. Gustafson
Daniel E. Gustafson (#202241)
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com

*Plaintiffs' Overall Lead Counsel*

Shawn M. Raiter
**LARSON-KING LLP**
30 East Seventh Street, Suite 2800
St. Paul, MN 55101
Telephone: (651) 312-6500
sraiter@larsonking.com

*MDL Liaison Counsel*

E. Michelle Drake (#387366)
**BERGER MONTAGUE**
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone: (612) 594-5933
emdrake@bm.net

Norman E. Siegel
**STUEVE SIEGEL HANSON LLP**
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Telephone: (816) 714-7100
siegel@stuevesiegel.com

Warren Burns
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 458-9890
wburns@burnscharest.com

*Provider Track Co-Lead Counsel*