UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 24-3108 (DWF/DJF) |
| This Document Relates to All Actions | PRETRIAL ORDER NO. 13 (*RE:* Agenda for April 17, 2025 Status Conference) |

Pursuant to the Court's Pretrial Order No. 2 (Doc. No. 69 ¶ 12) and consistent with issues discussed in both the current and proposed Federal Rule of Civil Procedure 16.1 aimed at providing case-management guidance in MDLs, the Court directs the parties place the following items on the agenda for the April 17, 2025 Status Conference:

- oral argument schedule for Plaintiffs' motions;
- briefing and oral argument schedule for Defendants' motions to dismiss;
- briefing schedule for motion to compel on forensic reports; and
- filing of coordination orders in state court cases.

Dated: April 15, 2025         s/Donovan W. Frank
                              DONOVAN W. FRANK
                              United States District Judge