**Hogan
Lovells**

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

April 23, 2025

**By ECF Filing and Electronic Mail**

Hon. Donovan W. Frank
United States District Court for the District of Minnesota
Warren E. Burger Federal Building and U.S. Courthouse
316 North Robert Street, Suite 100
St. Paul, MN 55101
frank_chambers@mnd.uscourts.gov

Re:    *In re: Change Healthcare, Inc. Customer Data Sec. Breach Litig.*, 0:24-md-03108-DWF-
       DJF, Coordination with Related State Court Proceedings

Dear Judge Frank:

Pursuant to the Court's request during the Status Conference held on February 4, 2025 for updates concerning the state court cases related to this MDL, Defendants write to update the previously provided list of pending state court cases stemming from the February 2024 cyberattack on Change Healthcare. Eleven new cases have been filed in state courts since the previous report that was filed on February 3, 2025. Attached hereto as Appendix A is a chart of all pending state court cases related to this MDL that Defendants are aware of at this time.

In addition, there are a number of cases, detailed below, for which Defendants request additional support from the MDL Court, in order to achieve the greatest coordination possible with the MDL.

1.  *Mid-South Imaging & Therapeutics, P.A. v. UnitedHealth Group, Inc., et al.*, No. 24-0723-III
    (Tenn. Ch. Ct. Davidson Cnty. filed June 21, 2024)

Status: The court denied Defendants' motion to stay but ordered that discovery should be coordinated with the MDL. On April 11, 2025, the parties served discovery requests. Defendants respectfully request that the MDL Court continue to communicate with the Honorable Chancellor I'Aesha Myles to coordinate discovery in this case.

| Chancellor: | Plaintiff's Counsel: |
|---|---|
| Hon. I'Aesha L. Myles | Kathryn Hannen Walker, Esq. |
| 1 Public Square, Suite 407 | Briana T. Sprick Schuster, Esq. |
| Nashville, TN 37201 | Taylor M. Sample, Esq. |
| Phone: (615) 862-5705 | Bass Berry & Sims PC |
| Fax: (423) 272-6233 | 150 Third Avenue South, Suite 2800 |
| | Nashville, TN 37201 |
| | Phone: (615) 742-6200 |

| | kwalker@bassberry.com<br>briana.sprick.schuster@bassberry.com<br>taylor.sample@bassberry.com |
|---|---|

2.  *State of Nebraska, ex rel. Michael T. Hilgers, Attorney General v. Change Healthcare Inc., et al.*, No. D02CI240004356 (Neb. Distr. Ct. Lancaster Cnty., filed December 16, 2024)

<u>Status</u>: Defendants' motion to stay was granted in part staying the case until Judge Susan Strong decides the pending motion to dismiss, which is set for hearing on June 18, 2025. Defendants respectfully request that the MDL Court continue to communicate with Judge Strong to coordinate this matter with the MDL proceedings.

| <u>Judge:</u> | <u>Plaintiff's Counsel:</u> |
|---|---|
| Hon. Susan Strong<br>575 S 10th Street<br>Lincoln, NE 68508<br>Phone: (402) 441-7301<br>Email: ClerkDistCt@lancaster.ne.gov | Tyrone E. Fahie<br>Beatrice O. Strnad<br>Justin C. McCully<br>Consumer Protection Bureau<br>Office of the Attorney General<br>2115 State Capitol Lincoln, NE 68509-8920<br>Phone: (402) 471-2811<br>tyrone.fahie@nebraska.gov<br>bebe.strnad@nebraska.gov<br>justin.mccully@nebraska.gov<br><br>William A. Burck<br>Adam B. Wolfson<br>Jennifer J. Barrett<br>Derek L. Shaffer<br>Sara C. Clark<br>Ryan Swindall<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Phone: (213) 443-3000<br>williamburck@quinnemanuel.com<br>adamwolfson@quinnemanuel.com<br>jenniferbarrett@quinnemanuel.com<br>derekshaffer@quinnemanuel.com<br>saraclark@quinnemanuel.com<br>ryanswindall@quinnemanuel.com |

3. *PruittHealth Inc. v. Change Healthcare, Inc.*, No. 25C149 (Tenn. Cir. Ct. Davidson Cnty., filed January 17, 2025)
*Time for a Change Therapy LLC v. Change Healthcare, Inc.*, No. 25C151 (Tenn. Cir. Ct. Davidson Cnty., filed January 17, 2025)
*Total Wound Care of Oklahoma LLC, et al. v. Change Healthcare, Inc.*, No. 25C155 (Tenn. Cir. Ct. Davidson Cnty., filed January 17, 2025)

Status: Defendant filed a notice to relate *PruittHealth*, *Time for a Change Therapy*, and *Total Wound Care* on February 17, 2025. Defendant also filed a motion to stay in each of these cases and a hearing is scheduled for May 9, 2025. The plaintiffs in these cases are represented by Stranch, Jennings & Garvey, PLLC, the same law firm representing plaintiffs in 18 cases that have been tagged and transferred to the MDL, and the claims brought are nearly identical in all three cases. Defendant Change Healthcare respectfully requests that the MDL Court continue to communicate with the Honorable Judge Lynne Tyler Ingram to coordinate these matters with the MDL proceedings.

| Judge: | Plaintiff's Counsel: |
|---|---|
| Hon. Lynne Tyler Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201<br>Phone: (615) 880-2591<br>Jud. Assistant: tammylrutledge@jisnashville.gov | J. Gerard Stranch, IV<br>Grayson Wells<br>Miles M. Schiller<br>Stranch, Jennings & Garvey, PLLC<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>Phone:. (615) 254-8801<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com<br>mschiller@stranchlaw.com |

4. *Lincare Holdings Inc., et al. v. UHG, Inc.,* No. 210144594 (Fla. Circ. Ct. Hillsborough Cnty., filed Nov. 2, 2024)

Status: Defendants' motion to stay is pending before the court, with a hearing likely to be set this summer. Defendants respectfully request that the MDL Court continue to communicate with the Honorable Judge Cheryl Thomas to coordinate this matter with the MDL proceedings.

| Judge: | Plaintiffs' Counsel: |
|---|---|
| Hon. Cheryl K. Thomas<br>Edgecomb Courthouse<br>800 Twiggs Street, Room 525<br>Tampa, Florida 33602<br>Phone: (813) 272-6993<br>gencivdiva@fljud13.org | Gregory A. Fencik<br>Donato, Brown, Pool & Moehlmann<br>3200 Southwest Freeway, Suite 2300<br>Houston, Texas 77027<br>Phone: (407) 310-8571<br>gfencik@donatobrown.com |

5. *Esparza v. Change Healthcare Solutions LLC*, No. 502024CA000189XXXAMB (Fla. Cir. Ct. Palm Beach Cnty., filed Jan. 10, 2025)

<u>Status</u>: Defendant filed a motion to stay and Plaintiff served his first set of discovery requests, which Defendant objected to on April 16, 2025. Defendant respectfully requests that the MDL Court communicate with the Honorable Judge Scott Kerner to coordinate this matter with the MDL proceedings.

| <u>Judge:</u> | <u>Plaintiff's Counsel:</u> |
|---|---|
| Hon. Scott Kerner<br>Judge Daniel T. K. Hurley Courthouse<br>205 North Dixie Hwy.<br>West Palm Beach, FL 33401<br>Phone: (561) 355-1535<br>CAD-DivisionAN@pbcgov.org | Thomas Patti, Esq.<br>Patti Zabaleta Law Group<br>110 SE 6th Street, Suite 1732<br>Fort Lauderdale, FL 33301<br>Phone: (561) 542-8550<br>Tom@pzlg.legal |

6. *Marc Krasnow v. Change Healthcare LLC*, No. 05-2024-SC-053686-XXSC-BC (Fl. Cnty. Ct., Brevard Cnty., filed February 10, 2025) (**new case since previous report**)

<u>Status</u>: On April 14, 2025, the parties filed a joint motion to stay pending resolution of the MDL, which is currently pending with the court. Defendant Change Healthcare respectfully requests that the MDL Court communicate with the Honorable Judge Michelle A. Baker to coordinate this matter with the MDL proceedings.

| <u>Judge:</u> | <u>Plaintiff's Counsel:</u> |
|---|---|
| Hon. Michelle A. Baker<br>Titusville Courthouse<br>506 S Palm Ave<br>Titusville, FL 32796<br>Phone: (321) 264-6996<br>Judicial Assistant: Lisa.Walters@flcourts18.org | Marc Krasnow (pro se)<br>925 Koch Street<br>Merritt Island, FL 32953<br>Phone: (540) 818-0512 |

7. *Blue Cross and Blue Shield of Arizona, Inc., et al. v. Change Healthcare Practice Management Solutions, Inc., et al.*, No. 2:25-cv-00550 (D. Ariz., removed Feb. 18, 2025).

<u>Status:</u> This case, originally filed in Arizona state court, was removed to federal court and is currently pending before the JPML and the U.S. District Court for the District of Arizona. Plaintiffs opposed the JPML's conditional transfer order and briefing is underway regarding Plaintiffs' motion to vacate. Meanwhile, the district court denied Defendants' motion to stay pending the JPML's final transfer decision, prompting Defendants to file a motion to dismiss on April 14, 2025. Defendants respectfully request that the MDL Court communicate with the Honorable Dominic W. Lanza to coordinate discovery in this case.

| Judge: | Plaintiff's Counsel: |
|---|---|
| Hon. Dominic W Lanza<br>Sandra Day O'Connor U.S. Courthouse<br>401 West Washington Street, Suite 621<br>SPC 46 Phoenix, AZ 85003-2151<br>Phone: (602) 322-7510 | Keith Beauchamp<br>Marvin C. Ruth<br>Malvika A. Sinha<br>Kelleen Mull<br>Coppersmith Brockelman PLC<br>2800 North Central Avenue, Suite 1900<br>Phoenix, Arizona 85004<br>Phone: (602) 381-5490<br>Fax: (602) 224-6020<br>kbeauchamp@cblawyers.com<br>mruth@cblawyers.com<br>msinha@cblawyers.com<br>kmull@cblawyers.com |

8.  *Nomi Health, Inc. v. Change Healthcare Solutions, et al.*, No. 1:25-cv-01550 (N.D. Ga., removed March 24, 2025) (**new case since previous report**)

Status: This case, originally filed in Georgia state court, was removed to federal court and is currently pending before the JPML and the U.S. District Court for the Northern District of Georgia. Plaintiff opposed the JPML's conditional transfer order and briefing is underway on Plaintiff's motion to vacate. In the district court, Defendants filed a motion to stay and Plaintiff filed a motion for remand. Both motions are pending with the court. Defendants respectfully request that the MDL Court communicate with the Honorable Judge Eleanor L. Ross to coordinate this matter with the MDL proceedings.

| Judge: | Plaintiff's Counsel: |
|---|---|
| Hon. Eleanor L. Ross<br>1788 Richard B. Russell Federal Building and United States Courthouse, Courtroom 1708<br>75 Ted Turner Drive, SW<br>Atlanta, GA 30303-3309<br>Phone: (404) 215-1520<br>Clerk: michelle_beck@gand.uscourts.gov | Robin L. McGrath<br>Pranav Lokin<br>Quinn Emanuel Urquhart<br>& Sullivan, LLP<br>1200 Abernathy Road NE<br>Building 600, Suite 1500<br>Atlanta, GA 30328<br>Phone: (770) 336-8733<br>Fax: (404) 681-8290<br>robinmcgrath@quinnemanuel.com<br>pranavlokin@quinnemanuel.com<br><br>Stephen Q. Wood<br>Nathan Archibald<br>Quinn Emanuel Urquhart<br>& Sullivan, LLP<br>2755 E. Cottonwood Parkway, Suite 430<br>Salt Lake City, Utah 84121<br>Phone: (801) 515-7300 |

| | Fax: (801) 515-7400<br>stephenwood@quinnemanuel.com<br>nathanarchibald@quinnemanuel.com |
|---|---|

9. *Oroville Hospital v. Change Healthcare Inc. et al.*, No. 2:25-cv-00993 (E.D. Cal., removed April 1, 2025) (**new case since previous report**)

Status: This case, originally filed in California state court, was removed to federal court and is currently pending before the JPML and the U.S. District Court for the Eastern District of California. Plaintiff opposed the JPML's conditional transfer order and briefing is underway regarding Plaintiff's motion to vacate. Defendants respectfully request that the MDL Court communicate with the Honorable Judge Daniel J. Calabretta to coordinate discovery in this case.

| Judge: | Plaintiff's Counsel: |
|---|---|
| Hon. Daniel J. Calabretta<br>Robert T. Matsui United States Courthouse<br>501 I Street<br>Sacramento, CA 95814<br>Courtroom 7, 14th floor<br>Phone: (916) 930-4115<br>Courtroom Deputy Gabriel Michel:<br>gmichel@caed.uscourts.gov | Devin M. Senelick<br>Cole Hoyt<br>Hooper, Lundy & Bookman, P.C.<br>1875 Century Park East, Suite 1600<br>Los Angeles, CA 90067<br>Phone: (301) 551-8111<br>Fax: (301) 551-0304<br>dsenelick@hooperlundy.com<br>choyt@hooperlundy.com |

10. *Borgioli v. Change Healthcare LLC*, No. 25SC000165 (Cal. Sup. Ct., Monterey Cnty., filed April 4, 2025) (**new case since previous report**)

Status: Defendant Change Healthcare was served with this petition in this case on April 8, 2025 and intend to move to stay this action. Defendant Change Healthcare respectfully requests that the MDL Court communicate with Commissioner William M. Litt to coordinate this matter with the MDL proceedings.

| Judge: | Plaintiff's Counsel: |
|---|---|
| Comm. William M. Litt<br>Marina Courthouse, Courtroom 20 - 21<br>3180 Del Monte Blvd.<br>Marina, CA 93933<br>Phone: (831) 883-5300 | Scott Borgioli (pro se)<br>PO Box 247<br>Morgan Hill, CA 95038<br>Phone: (831) 673-0313 |

11. *Golden v. Change Healthcare Inc. et al.*, No. 24CL015029C (filed 10/04/24)
    *Teed v. Change Healthcare Inc. et al.,* No.24CL016207C (filed 10/04/24)
    *Fae v. Change Healthcare Inc. et al.*, No. 25CL000431N (filed 01/06/25)
    (Cal Super. Ct. San Diego Cnty.)

*Rehn v. Change Healthcare Inc. et al.*, No. 24STL08355 (filed 11/21/24)
(Cal Super. Ct. Los Angeles County)

*Leverson v. Change Healthcare Inc. et al.*, No. 25CL005953C (filed 02/03/25)
*Gossett v. Change Healthcare Inc. et al.,* No. 25CL013083C (filed 03/12/25)
*Marshall v. Change Healthcare Inc. et al.*, No. 25CL013084C (filed 03/12/25)
*Cervantes v. Change Healthcare Inc. et al.,* No. 25CL013376N (filed 03/14/25)
*Derr v. Change Healthcare Inc. et al.*, No. 25CL015152N (filed 03/19/25)
*Elliott v. Change Healthcare Inc. et al.,* No. 25CL015673C (filed 03/26/25)
(Cal Super. Ct. San Diego Cnty.) (**new cases since previous report**)

*Jones v. Change Healthcare Inc. et al.*, No. 25STLC02423 (filed 03/26/25)
(Cal Super. Ct. Los Angeles County) (**new case since previous report**)

Status: On February 18, 2025, the Honorable Judge Judy S Bae filed an order staying the *Golden* case pending the issuance of a scheduling order in the MDL. Subsequently, plaintiffs in the above-listed cases (who are represented by the same counsel and bring the same claims) agreed to jointly stipulate and stay each of the additional cases listed above. On February 24, 2025, the *Golden*, *Teed*, *Fae*, and *Leverson* cases were transferred to the Honorable Judge Katherine A. Bacal, San Diego County Superior Court, Dept. No. 63. Subsequently, Plaintiffs' counsel filed an additional six complaints, five of which were in San Diego County and one in Los Angeles county, similar to the initial complaints. Defendants filed a notice relating the six new cases on April 1, 2025, and are in the process of relating the San Diego County cases under the San Diego local rules. The parties have agreed to jointly stay the new cases. Defendants respectfully request that the MDL Court communicate with the Honorable Judges Bacal and Windham to coordinate these matters with the MDL proceedings.

| Judges: | Plaintiff's Counsel: |
|---|---|
| Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328<br><br>Hon. Mark E. Windham<br>312 N. Spring St<br>Los Angeles, CA 90012<br>Dept. 26, 8th Floor Room 827C<br>Phone: (213) 310-7026 | Jeremy S. Golden<br>Cory M. Teed<br>Golden & Cardona-Loya, LLP<br>3130 Bonita Road, Suite 200B<br>Chula Vista, CA 91910<br>jeremy@goldencardona.com<br>cory@goldencardona.com<br>Phone: (619) 476-0030 |

*  *  *

Sincerely,

*/s/ Allison M. Ryan*

Allison M. Ryan
Partner
allison.holt-ryan@hoganlovells.com
Phone: (202) 637-5600

cc:    Daniel E. Gustafson (Plaintiffs Overall Lead Counsel )
       Matthew Sill (Plaintiffs State Court/MDL Liaison Counsel)
       David Hodge (Plaintiffs State Court/MDL Liaison Counsel)

Enclosures

# Appendix A

**LIST OF STATE COURT CASES FOR COORDINATION**

        Below is a list of cases stemming from the February 2024 cyberattack on Change Healthcare pending in state courts of which the parties are currently aware. The cases are listed in alphabetical order by state.

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| **Arizona** | | | | |
| *Blue Cross and Blue Shield of Arizona, Inc., et al. v. Change Healthcare Practice Management Solutions, Inc., et al.* | No. 2:25-cv-550<br><br>Not a class action. | Ariz. Super. Ct. Maricopa Cnty.<br><br>Removed to U.S. District Court for the District of Arizona | Hon. Dominic W Lanza Sandra Day O'Connor U.S. Courthouse 401 West Washington Street, Suite 621 SPC 46 Phoenix, AZ 85003-2151 Phone: (602) 322-7510 | Motion to stay pending JPML transfer decision was denied. Motion to dismiss filed on April 14, 2025. Briefing is underway regarding Plaintiffs' motion to vacate the JPML's conditional transfer order. |
| **California** | | | | |
| *Borgioli v. Change Healthcare LLC*<br><br>**New case since previous report** | No. 25SC000165<br><br>Not a class action. | Cal. Sup. Ct., Monterey Cnty. | Comm. William M. Litt Marina Courthouse Courtroom 20 - 21 3180 Del Monte Blvd. Marina, CA 93933 (831) 883-5300 | Defendants were served on April 8, 2025 and intend to move to stay this action. |
| *Cervantes v. Change Healthcare Inc., et al.*<br><br>**New case since previous report** | No. 25CL000431N<br><br>Not a class action. | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal 330 West Broadway San Diego, CA 92101 Dept. 63 Courtroom Clerk: (619) 450-7063 Calendar Clerk: (619) 450-7328 | Parties have agreed to jointly stipulate to a stay pending scheduling order in MDL. |
| *Derr v. Change Healthcare Inc., et al.*<br><br>**New case since previous report** | No. 25CL015152N<br><br>Not a class action. | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal 330 West Broadway San Diego, CA 92101 Dept. 63 Courtroom Clerk: (619) 450-7063 Calendar Clerk: (619) 450-7328 | Parties have agreed to jointly stipulate to a stay pending scheduling order in MDL. |

| | | | | |
|---|---|---|---|---|
| *Elliott v. Change Healthcare Inc., et al.*<br><br>**New case since previous report** | No. 25CL015673 C<br><br>Not a class action. | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal 330 West Broadway San Diego, CA 92101 Dept. 63 Courtroom Clerk: (619) 450-7063 Calendar Clerk: (619) 450-7328 | Parties have agreed to jointly stipulate to a stay pending scheduling order in MDL. |
| *Emergency Medicine Specialists of Orange County v. Change Healthcare Technology Enabled Services, LLC*<br><br>**New case since previous report** | No. 30-2025-01476588-CU-BC-CJC | Cal. Super. Ct. Orange Cnty. | Hon. Shawn Nelson Central Justice Center 700 Civic Center Drive West Santa Ana, CA 92701 (657) 622–5219 | Defendant has not yet been served. |
| *Fay v. Change Healthcare Inc., et al.* | No. 25CL000431 N<br><br>Not a class action. | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal 330 West Broadway San Diego, CA 92101 Dept. 63 Courtroom Clerk: (619) 450-7063 Calendar Clerk: (619) 450-7328 | Stayed pending scheduling order in the MDL. |
| *Golden v. Change Healthcare* | No. 24CL015029 C<br><br>Not a class action. | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal 330 West Broadway San Diego, CA 92101 Dept. 63 Courtroom Clerk: (619) 450-7063 Calendar Clerk: (619) 450-7328 | Stayed pending scheduling order in MDL. |
| *Gossett v. Change Healthcare Inc., et al.*<br><br>**New case since previous report** | No. 25CL013084 C<br><br>Not a class action. | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal 330 West Broadway San Diego, CA 92101 Dept. 63 Courtroom Clerk: (619) 450-7063 Calendar Clerk: (619) 450-7328 | Parties have agreed to jointly stipulate to a stay pending scheduling order in MDL. |

| | | | | |
|---|---|---|---|---|
| *Jones v. Change Healthcare Inc., et al.*<br><br>**New case since previous report** | No. 25STLC02423<br><br>Not a class action. | Cal. Super. Ct. Los Angeles Cnty. | Hon. Katherine A. Bacal 330 West Broadway San Diego, CA 92101 Dept. 63 Courtroom Clerk: (619) 450-7063 Calendar Clerk: (619) 450-7328 | Parties have agreed to jointly stipulate to a stay pending scheduling order in MDL. |
| *Marshall v. Change Healthcare Inc., et al.*<br><br>**New case since previous report** | No. 25CL013084C<br><br>Not a class action. | Cal. Super. Ct. San Diego Cnty. | Hon. Mark E. Windham Spring Street Courthouse 312 North Spring St Los Angeles, CA 90012 (213) 310-7026 | Parties have agreed to jointly stipulate to a stay pending scheduling order in MDL. |
| *Oroville Hospital v. Change Healthcare Inc. et al.*<br><br>**New case since previous report** | No. 2:25-cv-00993<br><br>Not a class action. | Cal. Sup. Ct., Butte Cnty.<br><br>Removed to U.S. District Court for the Eastern District of California | Hon. Daniel J. Calabretta Robert T. Matsui United States Courthouse 501 I Street Sacramento, CA 95814 Courtroom 7, 14th floor Courtroom Deputy Gabriel Michel: gmichel@caed.uscourts.gov Phone: (916) 930-4115 | Briefing is underway regarding Plaintiff's motion to vacate the JPML's conditional transfer order. |
| *Rehn v. Change Healthcare* | No. 24STLC08355<br><br>Not a class action. | Cal. Super. Ct. Los Angeles Cnty. | Hon. Mark E. Windham Spring Street Courthouse 312 North Spring St Los Angeles, CA 90012 (213) 310-7026 | Stayed pending scheduling order in the MDL. |
| *Teed v. Change Healthcare* | No. 24CL015029C<br><br>Not a class action. | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal 330 West Broadway San Diego, CA 92101 Dept. 63 Courtroom Clerk: (619) 450-7063 Calendar Clerk: (619) 450-7328 | Stayed pending scheduling order in the MDL. |
| **Florida** | | | | |
| *Bawaney v. Change Healthcare, Inc.* | No. 502024 CC 011988 XXX AMB | Fla. Cnty. Ct. Palm Beach Cnty. | Hon. M. Katherine Mullinax Judge Daniel T.K. Hurley Courthouse 205 North Dixie Hwy. | Stayed pending resolution of the MDL. |

| | Not a class action. | | West Palm Beach, FL 33401 (561) 355-6158 CAD-DivisionRJ@pbcgov.org | |
|---|---|---|---|---|
| *Enriquez v. Change Healthcare, Inc.* | No. 2024SC389 50-0

Not a class action. | Fla. Cnty. Ct. Orange Cnty. | Hon. Judge Adam K. McGinnis Orange County Court Building 425 North Orange Avenue, Suite 47 Orlando, FL 32802 (407) 836-2024 70orange@ocnjcc.org | Dismissed. |
| *Esparza v. Change Healthcare Solutions, LLC* | No. 502024CA0 00189XXXA MB

Not a class action. | Fla. Cir. Ct. Palm Beach Cnty. | Hon. Scott Kerner Judge Daniel T. K. Hurley Courthouse 205 North Dixie Hwy. West Palm Beach, FL 33401 (561) 355-1535 CAD-DivisionAN@pbcgov.org | Motion to stay pending. Objections to discovery requests served on April 16. |
| *Fullwood v. Change Healthcare, Inc,* | No. 2024 CC 004047 CL

Not a class action. | Fla. Cnty. Ct. Osceola Cnty. | Hon. Gabrielle Sanders-Morency Jon B. Morgan Osceola County Courthouse 2 Courthouse Square Kissimmee, FL 34741 (407) 742-2495 | Stayed pending resolution of the MDL. |
| *Lincare Holdings Inc. v. UHG, Inc.* | No. 210144594

Not a class action. | Fla. Circ. Ct. Hillsborough Cnty. | Hon. Cheryl K. Thomas Edgecomb Courthouse 800 Twiggs Street, Room 525 Tampa, FL 33602 (813) 272-6993 gencivdiva@fljud13.org | Motion to stay pending. Case management conference scheduled for June 26, 2025. |
| *Morris, et al. v. Change Healthcare* | No. 2025-CA-000411-O

Not a class action. | Fla. Cir. Ct. Orange Cnty.

Removed to U.S. District Court for the Middle District of Florida | Hon. Paul G. Byron George C. Young Federal Annex Courthouse 401 West Central Boulevard Orlando, Florida 32801 (407) 835-4200 | Stayed pending resolution of JPML decision on transfer of removed federal case to the MDL. Briefing is underway regarding |

| | | | | Plaintiffs' motion to vacate the JPML's conditional transfer order. |
|---|---|---|---|---|
| **Georgia** | | | | |
| *Nomi Health, Inc. v. Change Healthcare Solutions, et al.* <br><br> **New case since previous report** | 1:25-cv-01550 <br><br> Not a class action. | Ga. Sup. Ct., Gwinnett Cnty. <br><br> Removed to U.S. District Court for the Northern District of Georgia | Hon. Eleanor L. Ross 1788 Richard B. Russell Federal Building and U.S. Courthouse, Courtroom 1708 75 Ted Turner Drive, SW Atlanta, GA 30303-3309 (404) 215-1520 michelle_beck@gand.uscourts.gov (Deputy Clerk) | Motion to stay pending JPML transfer decision and motion for remand are pending. Briefing is underway regarding Plaintiffs' motion to vacate the JPML's conditional transfer order. |
| **Michigan** | | | | |
| *Basha Diagnostics, P.C. v. Change Healthcare Technology Enabled Services, LLC, et al.* <br><br> **New case since previous report** | No. 2:25-cv-10807 <br><br> Not a class action. | Mich. Cir. Ct. Oakland Cnty. <br><br> Removed to U.S. District Court for the Eastern District of Michigan | Hon. Donovan W. Frank | Removed to federal court and transferred to the MDL. |
| **Minnesota** | | | | |
| *Fairview Health Services v. Change Healthcare Technologies, LLC* <br><br> **New case since previous report** | No. 0:25-cv-01457 <br><br> Not a class action. | Minn. Distr. Ct., Ramsey Cnty. <br><br> Removed to U.S. District Court for the District of Minnesota | Hon. Donovan W. Frank | Removed to federal court and transferred to the MDL. |
| **Nebraska** | | | | |
| *Nebraska v. Change Healthcare, Inc., et al.* | No. D02CI240004356 <br><br> Not a class action. | Neb. Distr. Ct. Lancaster Cnty. | Hon. Susan Strong 575 S 10th Street Lincoln, NE 68508 (402) 441-7301 ClerkDistCt@lancaster.ne.gov | Motion to stay granted in part until motion to dismiss is decided. Hearing on motion to dismiss |

|  |  |  |  | scheduled for June 18, 2025. |
|---|---|---|---|---|
| **New York** | | | | |
| *Aretakis v. Change Healthcare, et al.* **New case since previous report** | No. 100431-2025 | N.Y. Sup. Ct. New York Cnty. | A judge has not yet been assigned. | Defendants have not yet been served. |
| *Delphi Healthcare, PLLC v. Change Healthcare Inc., et al.* **New case since previous report** | No. 0:25-cv-01072 Not a class action. | N.Y. Sup. Ct. Monroe Cnty. Removed to U.S. District Court for the Western District of New York | Hon. Donovan W. Frank | Removed to federal court and transferred to the MDL. |
| **New Jersey** | | | | |
| *Mhrez v. Change Healthcare, Inc.* | No. BER-L-004772-24 Class action. | N.J. Super. Ct. Bergen Cnty. | Hon. Nicholas Ostuni Bergen County Justice Center 10 Main Street, Floor 4 Hackensack, NJ 07601 (201) 221-0700, ext. 25599 | Dismissed. |
| **Tennessee** | | | | |
| *Eye Care Associates of Morristown, Inc. v. Change Healthcare, Inc.* | No. 24-CV-048 Class action. | Tenn. Cir. Ct. Hamblen Cnty. | Hon. William E. Phillips, II 210 E Main Street Rogersville, TN 37857 (423) 272-7633 | Stayed. Parties to jointly file a status update within 10 days of the MDL court issuing a scheduling order. |
| *Mid-South Imaging & Therapeutics, P.A. v. UnitedHealth Group, Inc., et al.* | No. 24-0723-III Not a class action. | Tenn. Ch. Ct. Davidson Cnty. | Hon. I'Aesha L. Myles 1 Public Square, Suite 407 Nashville, TN 37201 (615) 862-5705 | In discovery. Court ordered coordination with the MDL. |
| *PruittHealth Inc. v. Change Healthcare Inc.* | No. 25C149 | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne Tyler Ingram Metro Courthouse | Hearing on motion to stay scheduled for May 9. |

|  |  |  |  |  |
|---|---|---|---|---|
|  | Not a class action. |  | 1 Public Square Nashville, TN 37201 (615) 880-2591 Jud. Assistant: tammylrutledge@jisnashville.gov |  |
| *Time for a Change Therapy, LLC v. Change Healthcare Inc.* | No. 25C151  Not a class action. | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne Tyler Ingram Metro Courthouse 1 Public Square Nashville, TN 37201 (615) 880-2591 Jud. Assistant: tammylrutledge@jisnashville.gov | Hearing on motion to stay scheduled for May 9. |
| *Total Wound Care of Oklahoma LLC, et al. v. Change Healthcare, Inc.* | No. 25C155  Not a class action. | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne Tyler Ingram Metro Courthouse 1 Public Square Nashville, TN 37201 (615) 880-2591 Jud. Assistant: tammylrutledge@jisnashville.gov | Hearing on motion to stay scheduled for May 9. |
| **Texas** |  |  |  |  |
| *Jeff Edwards v. Change Healthcare, Inc.* | No. 2SC-24-0708  Not a class action. | Tex. Williamson Justice Ct., Williamson Cnty. | Hon. Angela Williams 350 Discovery Boulevard Suite 204 Cedar Park, TX 78613 (512) 260-4210 | Stayed pending resolution of the MDL. |
| *Kim Edwards v. Change Healthcare, Inc.* | No. 2SC-24-0600  Not a class action. | Tex. Williamson Justice Ct., Williamson Cnty. | Hon. Angela Williams 350 Discovery Boulevard Suite 204 Cedar Park, TX 78613 (512) 260-4210 | Stayed pending resolution of the MDL. |
| *Loforese v. Optum, Inc., et al.*  **New case since previous report** | No. 1JC-25-1253 | Tex. Justice Ct., Williamson Cnty. | Hon. KT Musselman 1801 E Old Settlers Boulevard, Suite 100 Round Rock, TX 78664 Phone: 512-244-8622 Fax: 512-244-8602 JP1@wilco.org | Defendants have not yet been served. |
| **Virginia** |  |  |  |  |
| *Peninsula Radiological* | No. 3:25-cv-00170 | Va. Cir. Ct., Henrico Cnty. | Hon. Roderick C. Young | Removed to federal court. |

April 23, 2025

| | | | | |
|---|---|---|---|---|
| *Associates, Ltd. v. Change Healthcare Inc., et al.*<br><br>**New case since previous report** | | Removed to U.S. District Court for the Eastern District of Virginia | Spottswood W. Robinson III and Robert R. Merhige, Jr., Federal Courthouse<br>701 East Broad Street<br>Richmond, VA 23219<br>(804) 916-2240 | Briefing is underway regarding Plaintiff's motion to vacate the JPML's conditional transfer order. |
| **Washington** | | | | |
| *Bollinger v. Washington State Department of Labor & Industries* | No. 24-2-12761-5 SEA<br><br>Class action. | Wash. Super. Ct. King Cnty. | Hon. Tanya L. Thorp c/o King County Superior Court<br>516 Third Avenue, Room C-203<br>Seattle, WA 98104<br>(206) 477-1489<br>thorp.court@kingcounty.gov | Dismissed. |