## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 24-3108 (DWF/DJF) **CERTIFICATE OF COMPLIANCE** |
| This Document Relates to: All Provider Actions & *Total Care Dental and Orthodontics, et al. v. UnitedHealth Group Incorporated, et al.* No. 0:25-cv-00179 | |

The undersigned hereby certifies that, pursuant to the 90-page limit set by the Court, Dkt. 192, Provider Plaintiffs' Memorandum in Opposition to Defendants' Motion to Dismiss Consolidated Class Action Complaint contains 89 pages, including 6 pages from Plaintiffs' Memorandum in of Law Addressing Choice-of-Law Determination in Patient and Provider Track Motions to Dismiss. The memorandum was prepared using Microsoft Office 365 word processing software in 13-point font in accordance with the type size limitation of Local Rule 7.1(h).

Dated: April 25, 2025

      *s/Daniel E. Gustafson*
      Daniel E. Gustafson (#202241)
      **GUSTAFSON GLUEK PLLC**
      Canadian Pacific Plaza
      120 South Sixth Street, Suite 2600
      Minneapolis, MN 55402
      Telephone: (612) 333-8844
      dgustafson@gustafsongluek.com

      *Plaintiffs' Overall Lead Counsel*