# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 24-3108 (DWF/DJF) |
| This Document Relates to: | **DECLARATION OF DANIEL E. GUSTAFSON IN SUPPORT OF PATIENT PLAINTIFFS' OPPOSITION TO DEFNDANTS' MOTION TO DISMISS** |
| All Patient Actions & *Christenson, et al. v. UnitedHealth Group Incorporated, et al.* No. 0:25-cv-00183 | |

I, Daniel E. Gustafson, state that the following is true and accurate to the best of my knowledge:

1. I am Overall Lead Counsel for the Plaintiffs in the above-captioned matter.

2. I submit the Declaration in Support of Patient Plaintiffs' Opposition to Defendants' Motion to Dismiss.

3. On October 8, 2024, I received an e-mail from counsel for the Defendants concerning notice and pre-suit letters. A copy of that e-mail is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.

Dated: April 25, 2025   *s/Daniel E. Gustafson*
                       Daniel E. Gustafson