# EXHIBIT A

| | |
|---|---|
| **From:** | Paller, Alicia |
| **To:** | Dan Gustafson; khreibel@locklaw.com; bbleichner@chestnutcambronne.com; Brian Gudmundson |
| **Cc:** | Holt Ryan, Allison M.; Iliadis, Vassi; Kimak, Gregory S.; Amanda Williams; Mary M. Nikolai |
| **Subject:** | In re CHC - Communications from Individuals (0:24-md-03108-DWF/DJF) |
| **Date:** | Tuesday, October 8, 2024 8:40:08 PM |

**EXTERNAL EMAIL:** Use caution with requests, links, and attachments.

Dan,

We are providing you with letters and other communications from individuals who reached out regarding the cyberattack on Change. The materials will be sent shortly via SFTP (box.com). To our knowledge, none of the individuals are currently plaintiffs in an active suit but they allege having received notice letters from Change. As Overall Lead Counsel in the MDL, we believe you should have copies of these communications. Furthermore, except as noted below, we do not intend to respond directly to these individuals or firms given your appointment.

Two of the individuals (Ms. Teed and Ms. Golden) are represented by attorneys and referenced the California Consumer Privacy Act (CCPA) pre-suit notice provision (Cal. Civ. Code Section 1798.150) in their letters. We responded to each attorney on October 1, 2024 stating, *inter alia*, that the mere fact that Change experienced a data security incident does not mean that it violated the law and that Change's offer of two years of identity protection adequately addresses each individual's concerns.

A third individual, Mr. Mitros, reached out via email and voicemail. To the extent that Mr. Mitros' reference to "another Massachusetts request on record" is intended to serve as pre-suit notice under Massachusetts General Laws c. 93A ("Section 93A"), Change disputes that claim as well. Change disputes any allegation that it made any false or misleading statements about its data security practices and Change's offer of two years of identity protection adequately addresses any concern Mr. Mitros may have.

Now that the MDL has a formal leadership structure in place, we do not intend to respond to future communications from individuals regarding this cyberattack. To the extent that any letters attempt to provide pre-suit notice under a particular statute, including but not limited to the CCPA or Section 93A, defendants dispute any and all liability under those statutes and this writing should be considered defendants' response to those pre-suit notice letters.

Going forward, we intend to periodically provide you with similar communications as they are received. Please let us know if you feel that it is necessary for Change to send particularized responses directly to individuals.

Thank you,
Alicia

**Alicia J. Paller**

Senior Associate

Pronouns: She, Her, Hers

**Hogan Lovells US LLP**
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004

| | |
|---|---|
| Tel: | +1 202 637 5600 |
| Direct: | +1 202 637 6404 |
| | +1 612 402 3028 |
| Fax: | +1 202 637 5910 |
| Email: | alicia.paller@hoganlovells.com |
| | www.hoganlovells.com |

*Please consider the environment before printing this e-mail.*

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

PRIVACY. Hogan Lovells processes personal data, including data relating to email communications, in accordance with the terms of its privacy policy which is available at www.hoganlovells.com/en/privacy.

This email has been scanned for spam and viruses by Proofpoint Essentials. Click here to report this email as spam.