# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates To All Provider Actions* | Case No. 24-md-3108 (DWF/DJF)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE SURREPLY TO PLAINTIFFS' REPLY IN SUPPORT OF MOTIONS FOR PRELIMINARY INJUNCTION AND DECLARATORY JUDGMENT** |
| This Document Relates to:<br><br>TOTAL CARE DENTAL and ORTHODONTICS, ET AL.,<br>   Plaintiffs,<br>v.<br>UNITEDHEALTH GROUP INCORPORATED, ET AL.<br>   Defendants.<br><br>[Case No. 25-cv-00179] | |
| This Document Relates to:<br><br>ODOM SPORTS MEDICINE P.A. D/B/A ODOM HEALTH & WELLNESS,<br>   Plaintiffs,<br>v.<br>UNITEDHEALTH GROUP INCORPORATED, ET AL.<br>   Defendants.<br><br>[Case No. 25-cv-00949] | |

This matter came before the Court on Defendants' Motion for Leave to File Surreply

to Plaintiffs Dillman Clinic and Labs ("Dillman") and Odom Sports Medicine P.A. d/b/a

Odom Health & Wellness ("Odom")'s Motion for Preliminary Injunction filed in *Total*

*Care Dental and Orthodontics v. UnitedHealth Grp. Inc.*, No. 25-cv-179 (D. Minn. Apr. 2, 2025) and *Odom Sports Med. P.A. v. UnitedHealth Grp. Inc.*, No. 25-cv-949 (D. Minn. Mar. 14, 2025) and Provider Plaintiffs'[1] Motion for Declaratory Judgment filed in *Total Care Dental and Orthodontics supra*. Based upon all the files, records and proceedings herein, **IT IS HEREBY ORDERED THAT:**

1.    Defendants' Motion for Leave to File Surreply to Plaintiffs Dillman and Odom's Motion for Preliminary Injunction and Provider Plaintiffs' Motion for Declaratory Judgment is **GRANTED.**

2.    Defendants **SHALL FILE** their Surreply—not to exceed three pages of double-spaced proportional font in accordance with Local Rule 7.1—on or before _____.

Dated:_____, 2025          _____
                                                        DONOVAN W. FRANK
                                                        United States District Judge

---

[1] Advanced Cardiology of South Jersey, P.C.; AMB Medical Services d/b/a DocCare; Beginnings and Beyond Counseling d/b/a Play Therapy Minnesota; Cultivating Mind LLC; Dillman; Hackensack Meridian Health, Inc.; Irwin Counseling Service, PLLC; K. Wade Foster MD, PA, d/b/a Florida Dermatology and Cancer Centers; Magnolia Medical Clinic, P.A.; MedCare Pediatric Nursing, LP; MedCare Pediatric Therapy, LP; MedCare Pediatric Rehab Center, LP; Odom; Pediatric Clinic, Ltd.; Ridge Eye Care, Inc.; Total Care Dental and Orthodontics; and York Hospital.