UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 24-3108 (DWF/DJF) |
| This Document Relates to:<br><br>Total Care Dental and Orthodontics, et al.,<br><br>Plaintiffs,<br><br>v.    Civil No. 25-179 (DWF/DJF)<br><br>UnitedHealth Group Incorporated, et al.,<br><br>Defendants.<br><br>and<br><br>Odom Sports Medicine P.A.,<br><br>Plaintiff,<br><br>v.    Civil No. 25-949 (DWF/DJF)<br><br>UnitedHealth Group Incorporated, et al.,<br><br>Defendants. | **PRETRIAL ORDER NO. 15**<br>(*RE:* Motion for Leave to File Surreply to Plaintiffs' Reply in Support of Motions for Preliminary Injunction and Declaratory Judgment) |

This matter is before the Court on Defendants' motions for leave to file a surreply (MDL No. 24-3108 (Doc. No. 347); Civil No. 25-179 (Doc. No. 77); Civil No. 25-949 (Doc. No. 21)) to Plaintiffs' motions for preliminary injunction (MDL No. 24-3108 (Doc. No. 276); Civil No. 25-179 (Doc. No. 45); Civil No. 25-949 (Doc. No. 6)) and declaratory judgment (MDL No. 24-3108 (Doc. No. 289); Civil No. 25-179 (Doc.

No. 59)).  Plaintiffs do not object.  (*See* MDL No. 24-3108 (Doc. No. 350); Civil No. 25-179 (Doc. No. 80); Civil No. 25-949 (Doc. No. 24)).

**IT IS HEREBY ORDERED** that:

1. Defendants' motions for leave to file a surreply (MDL No. 24-3108 (Doc. No. [347]); Civil No. 25-179 (Doc. No. [77]); Civil No. 25-949 (Doc. No. [21])) to Plaintiffs' motions for preliminary injunction and declaratory judgment are **GRANTED**.

2. Defendants have until May 12, 2025, to file their surreply.  The surreply must not exceed three pages of double-spaced proportional font in accordance with Local Rule 7.1.

Dated: May 9, 2025                                    s/Donovan W. Frank
                                                                     DONOVAN W. FRANK
                                                                     United States District Judge