# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION**<br><br>*This Document Relates to All Actions* | Case No. 24-md-3108 (DWF/DJF)<br><br>**JOINT STIPULATION SETTING BRIEFING SCHEDULE REGARDING NON-PERSONAL JURISDICTION ARGUMENTS IN DEFENDANTS' MOTION TO DISMISS (DKT. 251 AT 17–20)** |

Plaintiffs and Defendants (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

1.      WHEREAS, on March 21, 2025, Defendants filed a motion to dismiss for lack of personal jurisdiction as to Change Healthcare Inc. and Change Healthcare Operations, LLC;

2.      WHEREAS, on April 14, 2025, the Court subsequently lifted the discovery stay for the limited purpose of allowing Plaintiffs to serve jurisdictional discovery on Change Healthcare Inc. and Change Healthcare Operations, LLC. Dkt. 311;

3.      WHEREAS, Defendants now request resolution of the non-personal jurisdiction arguments raised in Section II of their Motion to Dismiss, *see* Dkt. 251 at 17–20 ("Section II") as soon as practicable;

4.      WHEREAS, the Parties have conferred and agreed to a briefing schedule concerning the arguments raised in Section II of Defendants' Motion to Dismiss;

5.      NOW, THEREFORE, the Parties stipulate and agree as follows:

1

a.  Plaintiffs' response in opposition to the arguments set forth in Section II of Defendants' Motion to Dismiss shall be due on Tuesday, June 3, 2025;

b.  Defendants' reply in support of the arguments set forth in Section II of Defendants' Motion to Dismiss shall be due on Tuesday, June 10, 2025;

c.  Oral argument on the issues set forth in Section II of Defendants' Motion to Dismiss shall be heard on Thursday, June 12, 2025 in conjunction with the other Motions to Dismiss slated for the same day;

d.  The Parties further agree that the word count for the response in opposition and reply briefs for Section II will be included in the remaining limits applicable to the Change Healthcare Inc. and Change Healthcare Operations, LLC's Motion to Dismiss for lack of personal jurisdiction. *See* Dkt. 248.

IT IS SO STIPULATED.


Respectfully submitted,

Dated: May 21, 2025

By: */s/ Vassi Iliadis*
Vassi Iliadis
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Vassi.iliadis@hoganlovells.com
Tel:  (310) 785-4727
Fax:  (310) 785-4601

Allison Holt Ryan
Alicia J. Paller (#0397780)
Joseph J. Cavanaugh
**HOGAN LOVELLS US LLP**

2

555 13th Street NW
Washington, DC 20004
Tel:  (202) 637-5600
Fax:  (202) 637-5910
allison.holt-ryan@hogbanlovells.com
alicia.paller@hoganlovells.com
joe.cavanaugh@hoganlovells.com

*Counsel for Defendants*


*/s/ Dan Gustafson*
Daniel E. Gustafson (#202241)

**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
612-333-8844
dgustafson@gustafsongluek.com
*Plaintiffs' Overall Lead Counsel*