UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 24-3108 (DWF/DJF) |
| This Document Relates to All Actions | PRETRIAL ORDER NO. 17 (*RE:* Agenda for June 12, 2025 Status Conference) |

Pursuant to the Court's Pretrial Order No. 2 (Doc. No. 69 ¶ 12) and consistent with issues discussed in both the current and proposed Federal Rule of Civil Procedure 16.1 aimed at providing case-management guidance in MDLs, the Court directs the parties place the following items on the agenda for the June 12, 2025 Status Conference:

- consideration of appendices attached to Defendants' memorandums in support of the motions to dismiss (Doc. Nos. 261, 266);

- briefing and oral argument schedule for Defendants' motion to dismiss for lack of personal jurisdiction;

- compliance with the Court's May 21, 2025 Order (Doc. No. 365);

- coordination with state court cases;

- early discovery; and

- updates on mailing of notices.

Dated:  June 9, 2025            s/Donovan W. Frank
                                DONOVAN W. FRANK
                                United States District Judge