UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 24-3108 (DWF/DJF) |
| This Document Relates to All Actions | ORDER GRANTING LEAVE TO FILE *AMICUS CURIAE* BRIEF |

This matter is before the Court on the American Society of Anesthesiologists' motion to appear as *amicus curiae* and file an *amicus curiae* brief. (Doc. No. 400.)

Based upon the foregoing and the record in this case, **IT IS HEREBY ORDERED** that:

1. The American Society of Anesthesiologists' motion to appear as *amicus curiae* (Doc. No. [400]) is **GRANTED**.

2. The American Society of Anesthesiologists may file an *amicus curiae* brief on or before July 11, 2026. That brief is limited to no more than 30 pages.

Dated: July 3, 2025

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge