# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 24-3108 (DWF/DJF) |
| This Document Relates to All Actions | **AMENDED ORDER GRANTING LEAVE TO FILE *AMICUS CURIAE* BRIEF** |

This matter is before the Court on the American Society of Anesthesiologists' motion to appear as *amicus curiae* and file an *amicus curiae* brief. (Doc. No. 400.)

Based upon the foregoing and the record in this case, **IT IS HEREBY ORDERED** that:

1. The American Society of Anesthesiologists' motion to appear as *amicus curiae* (Doc. No. [400]) is **GRANTED**.

2. The American Society of Anesthesiologists may file an *amicus curiae* brief on or before **July 11, 2025**. That brief is limited to no more than 30 pages.

3. The Court's previous order granting leave to file an amicus brief (Doc. No. [402]) is amended for an incorrect date. If the amicus party would like additional time to file, they may file a letter so requesting.

Dated: July 7, 2025

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge