IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This document relates to all provider actions.* | MDL No. 24-3108 (DWF/DJF)<br><br>**Certificate of Compliance with LR 7.1(f)** |

  I, Christopher L. Lynch, certify that the Amicus Curiae Brief of the American Society of Anesthesiologists complies with Local Rule 7.1(f)(1).

  I further certify that, in preparation of this memorandum, I used Microsoft Word, and that this word processing program has been applied specifically to include all text in 13 point, including headings, footnotes, and quotations in the following word count.

  I certify that the above referenced memorandum contains 2,717 words according to the word-count feature of Microsoft Word for Microsoft 365 MSO (version 2504).

Dated: July 7, 2025

**BARNES & THORNBURG LLP**

By: */s/ Christopher L. Lynch*
Christopher L. Lynch (#0284154)
225 South Sixth Street, Suite 2800
Minneapolis, MN 55402-4662
Tel: (612) 367 – 8768
Fax: (612) 333 – 6798
Christopher.lynch@btlaw.com

***ATTORNEYS FOR AMICUS CURIAE, THE AMERICAN SOCIETY OF ANESTHESIOLOGISTS***