UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 24-3108 (DWF/DJF) |
| This Document Relates to All Actions | PRETRIAL ORDER NO. 19 (*RE:* Agenda for July 17, 2025 Status Conference) |

Pursuant to the Court's Pretrial Order No. 2 (Doc. No. 69 ¶ 12) and consistent with issues discussed in both the current and proposed Federal Rule of Civil Procedure 16.1 aimed at providing case-management guidance in MDLs, the Court directs the parties place the following items on the agenda for the July 17, 2025 Status Conference:

- compliance with the Pretrial Order No. 18 (Doc. No. 403);

- need for additional briefing, including response and reply appendices, on the motions to dismiss;

- status of Defendants' motion to dismiss for lack of personal jurisdiction, and the need for discovery on personal jurisdiction;

- jurisdictional implications of filing of new discrete cases;

- compliance with the Court's May 21, 2025 Order (Doc. No. 365);

- requests for response and reply briefing to the American Society of Anesthesiologist's *amicus curiae* brief (Doc. No. 408);

- early discovery; and

- coordination with state court cases.

Dated: July 14, 2025                    s/Donovan W. Frank
                                        DONOVAN W. FRANK
                                        United States District Judge