UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION**<br><br>*This Document Relates to All Provider Actions* | MDL No. 24-md-3108 (DWF/DJF)<br><br>**CERTIFICATE OF COMPLIANCE** |

The Memorandum of Law Opposing *Amicus Curiae* Brief of American Society of Anesthesiologists complies with the 10-page limit set forth by the Court on July 21, 2025, Dkt. No. 418 ¶ 3, as the memorandum contains 9 pages, excluding the caption page and signature page. The undersigned utilized Microsoft® Word to produce this memorandum and to calculate the page count. This memorandum also complies with the type size limitation set forth in Local Rule 7.1(h), as the memorandum utilizes Times New Roman font size 13.

Dated: July 31, 2025

*/s/ Allison M. Ryan*
Allison M. Ryan
Alicia J. Paller (MN No. 0397780)
Joseph J. Cavanaugh
**HOGAN LOVELLS US LLP**
555 13th Street NW
Washington, DC 20004
Tel:  (202) 637-5600
Fax:  (202) 637-5910
allison.holt-ryan@hogbanlovells.com
alicia.paller@hoganlovells.com

joe.cavanaugh@hoganlovells.com

*/s/ Peter H. Walsh*
Peter H. Walsh (MN No. 0388672)
**HOGAN LOVELLS US LLP**
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
Tel: (612) 402-3017
Fax: (612) 339-5167
peter.walsh@hoganlovells.com

Michael M. Maddigan
Vassi Iliadis
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Michael.maddigan@hoganlovells.com
Vassi.iliadis@hoganlovells.com
Tel: (310) 785-4727
Fax: (310) 785-4601

*Attorneys for Defendants*