UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 24-3108 (DWF/DJF) |
| This Document Relates to:<br><br>Fairview Health Services,<br><br>       Plaintiff,<br><br>v.   Civil No. 25-1457 (DWF/DJF)<br><br>Change HealthCare, Inc.,<br><br>       Defendant. | **Notice of Voluntary Dismissal** |

  PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Fairview Health Services ("Dismissing Plaintiff") hereby voluntarily dismisses its claims in the above captioned action against Defendants without prejudice.

  This Notice of Voluntary Dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment.

  In the event of future recovery in this action, nothing in the foregoing shall prevent Dismissing Plaintiff from submitting a claim as an absent class member and/or from participating in any settlement or judgment as an absent or representative class member.

1

2

| | |
|---|---|
| Dated: August 19, 2025 | Respectfully submitted,<br><br>**MADEL PA**<br><br>By: */s/ Matthew J.M. Pelikan*<br>    Christopher W. Madel (MN #230297)<br>    Matthew J.M. Pelikan (MN #393065)<br>    800 Hennepin Avenue<br>    800 Pence Building<br>    Minneapolis, MN 55403<br>    Phone: (612) 605-0630<br>    *cmadel@madellaw.com*<br>    *mpelikan@madellaw.com*<br><br>    *Attorneys for Plaintiff Fairview Health Services* |