UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>This Document Relates to:<br><br>Fairview Health Services,<br><br>Plaintiff,<br><br>v.   Civil No. 25-1457 (DWF/DJF)<br><br>Change HealthCare, Inc.,<br><br>Defendant. | MDL No. 24-3108 (DWF/DJF)<br><br>**ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i), and the Notice of Voluntary Dismissal without Prejudice filed in this action, (MDL No. 24-3108 (DWF/DJF), (Doc. No. [428]); Civil No. 25-1457 (DWF/DJF), (Doc. Nos. [9])),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated: August 19, 2025          s/Donovan W. Frank
                                DONOVAN W. FRANK
                                United States District Judge