## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 24-3108 (DWF/DJF) |
| This Document Relates to All Actions | **PRETRIAL ORDER NO. 22** (*RE:* Follow-Up to November 20, 2025 Status Conference) |

Pursuant to discussions at the November 20, 2025 Status Conference (Doc. No. 462) and to Pretrial Order No. 10 ("the Protective Order") (Doc. No. 271), and based upon the record in this case,

**IT IS HEREBY ORDERED** that:

1. The briefing schedule for the motion to remand filed in *Nomi Health, Inc. v. Change Healthcare Solutions, LLC* (Civil No. 25-3213, Doc. No. [25]) is adjusted in light of the Thanksgiving holiday as follows:

    a. Defendants' response shall be filed on or before Monday, December 1, 2025.

    b. Plaintiff Nomi Health, Inc.'s reply shall be filed on or before Monday, December 15, 2025.

2. MDL Lead Counsels' request to brief the procedural status of the motion to remand filed in *Nomi Health, Inc. v. Change Healthcare Solutions, LLC* (Civil No. 25-3213, Doc. No. [25]) is **GRANTED**.

   a. Lead Counsel for both Plaintiffs and Defendants are permitted to file briefs on procedure only. The Court will not accept or consider briefing on the merits of the motion.

   b. Lead Counsel briefs shall be filed on or before December 8, 2025.

3. In accordance with the Protective Order (Doc. No. [271]), Defendants shall produce privilege logs associated with the productions made on May 1, 2025 and August 18, 2025, on or before January 9, 2026.

4. The Status Conference scheduled for December 18, 2025 is **CANCELED**.

5. The Status Conference scheduled for January 15, 2026 is **CANCELED**.

6. The next Status Conference is set for February 19, 2026 at 10:00 a.m. in Courtroom 7C (STP) before Judge Donovan W. Frank and Magistrate Judge Dulce J. Foster.

Dated: November 21, 2025    s/Donovan W. Frank
              DONOVAN W. FRANK
              United States District Judge

              *s/ Dulce J. Foster*
              DULCE J. FOSTER
              United States Magistrate Judge