UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 24-3108 (DWF/DJF) |
| This Document Relates to:<br><br>Nomi Health, Inc., *a corporation*,<br><br>Plaintiff,<br><br>v.   Civil No. 25-3213 (DWF/DJF)<br><br>Change Healthcare Solutions LLC, *a limited-liability company*, Change Healthcare Technology Enabled Services, LLC, *a limited-liability company*, UnitedHealth Group Incorporated, *a corporation*, Optum Inc., *a corporation*, and OptumInsight, Inc., *a corporation*,<br><br>Defendants. | **MEMORANDUM OPINION AND ORDER** |

This matter is before the Court on Plaintiff Nomi Health, Inc.'s ("Nomi") motion to remand. (MDL No. 24-3108 (Doc. No. 445), Civil No. 25-3213 (Doc. No. 25).) Nomi's brief in support of the motion noted that Overall Lead Counsel believed the motion to be "premature" but did not make clear if Overall Lead Counsel approved the filing of the motion. (*See* MDL No. 24-3108 (Doc. No. 447), Civil No. 25-3213 (Doc. No. 27) at 5 n.5.) Overall Lead Counsel subsequently filed a brief opposing the motion on procedural grounds. (MDL No. 24-3108 (Doc. No. 474).) That brief makes clear that Overall Lead Counsel does not approve of Nomi's motion. (*See id.* (asking the Court to

deny or defer Nomi's motion).)  Pretrial Order No. 3 mandates that "[n]o counsel shall file any pleadings, motions, or other documents with the Court, or communicate with Defendant's counsel without approval of Overall Lead Counsel."  (MDL No. 24-3108 (Doc. Nos. 83, 477).)  The motion is therefore moot because it does not comport with the Court's previous order.

Based upon the foregoing and the record in this case, **IT IS HEREBY ORDERED** that:

1. Plaintiff Nomi Health, Inc.'s motions to remand (MDL No. 24-3108 (Doc. No. [445]), Civil No. 25-3213 (Doc. No. [25])) are **DENIED AS MOOT**.

2. The hearing scheduled for December 18, 2025 at 9:30 a.m. is **CANCELED**.

Dated:  December 11, 2025          s/Donovan W. Frank
                                   DONOVAN W. FRANK
                                   United States District Judge