**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**IN RE: CHANGE HEALTHCARE, INC.**
**CUSTOMER DATA SECURITY BREACH**
**LITIGATION**

Case No. 24-md-3108 (DWF/DJF)

**PRETRIAL ORDER NO. 23**

This Order Applies to All Actions

**ORDER SETTING PRETRIAL**
**SCHEDULING CONFERENCE**

---

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, a pretrial conference will be held on **February 4, 2026 at 2:30 p.m. (CST)**, before United States Magistrate Judge Dulce J. Foster, by **Zoom Video**. The Court will circulate Zoom instructions a few days before the conference to lead counsel <u>only</u>. Attorneys who are entering an appearance at the conference must participate by video; other counsel and observers may listen to the proceedings by audio only and will receive separate dial-in instructions.

Counsel must meet in person or by videoconference before the scheduled pretrial conference pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 26.1. No later than **<u>one week</u>** before the pretrial conference, the parties must prepare and file a joint Rule 26(f) Report in compliance with the rules using the attached Rule 26(f) Report Template. A copy of the 26(f) Report in Word format should also be emailed to Magistrate Judge Foster at foster_chambers@mnd.uscourts.gov at the time of the joint filing.

**In addition to the Rule 26(f) Report, each party must prepare a 1-2 page confidential letter describing any settlement discussions that have taken place, whether and when the party believes a settlement conference or private mediation might be most productive, and what discovery might be needed to maximize the chances of reaching a settlement in such a conference. The letter must be sent by email to Magistrate Judge Foster at foster_chambers@mnd.uscourts.gov no later than <u>one week</u> before the pretrial conference.**

Counsel are expected to review and familiarize themselves, <u>before</u> the Rule 26(f) conference, with recent amendments to the Federal Rules of Civil Procedure and the Local Rules for this District. In addition, counsel should review the Court's Guide, "Discussion of Electronic Discovery at Rule 26(f) Conferences: A Guide for Practitioners." A copy of this guide may be found at https://www.mnd.uscourts.gov/sites/mnd/files/eDiscovery-Guide.pdf.

If the parties cannot reach agreement on any particular item regarding scheduling or discovery, they should set forth their separate positions in the Rule 26(f) Report for discussion at the pretrial conference. Lead counsel should be present for the conference and have authority to discuss all aspects of the 26(f) Report and scheduling conference topics. If this is not possible, substitute counsel with knowledge about the case and the Rule 26(f) Report should be arranged.

2

Failure by any party or counsel to comply with any part of this Order, including timely submission of the Rule 26(f) Report and settlement letter to Magistrate Judge Foster, may result in the postponement of the pretrial conference, an imposition of an appropriate sanction on the party, company, or attorney who failed to comply, or both.

Counsel should contact Magistrate Judge Foster's Courtroom Deputy at 612-664-5540 with respect to any matters concerning the pretrial conference.

Dated:  December 23, 2025          *s/ Dulce J. Foster*
                                    DULCE J. FOSTER
                                    United States Magistrate Judge

Attachment

2