CASE 0:24-md-03108-DWF-DJF    Doc. 488    Filed 01/05/26    Page 1 of 3



# United States District Court
### District of Minnesota

CHAMBERS OF
DONOVAN W. FRANK
DISTRICT JUDGE
WARREN E. BURGER FEDERAL BUILDING
AND UNITED STATES COURTHOUSE
316 NORTH ROBERT STREET, SUITE 724
SAINT PAUL, MINNESOTA 55101-1477
(651) 848-1290

January 5, 2026

**VIA U.S. MAIL AND CM/ECF**

Hon. William E. Phillips, II
Suite 316
107 E Main Street
Rogersville, TN 37857

Hon. Gabrielle N. Sanders-Morency
Jon B. Morgan Osceola County Courthouse
Courtroom 5-E
2 Courthouse Square
Kissimmee, FL 34741

Hon. Cheryl K. Thomas
Edgecomb Courthouse
Room 525
800 Twiggs Street
Tampa, FL 33602

Hon. Susan I. Strong
Lancaster District Court
575 S 10th Street
Lincoln, NE 68508

Hon. Kara L. Pettit
P.O. Box 1860
Matheson Courthouse
450 South State Street
Salt Lake City, UT 84111-1860

Hon. Reynaldo A. Aligada, Jr.
Ramsey County Courthouse
15 West Kellogg Boulevard
Saint Paul, MN 55102

Hon. I'Ashea L. Myles
Suite 407
1 Public Square
Nashville, TN 37201

Hon. M. Katherine Mullinax
Judge Daniel T.K. Hurley Courthouse
Room 6.2208
205 North Dixie Hwy.
West Palm Beach, FL 33401

Hon. Mark E. Windham
Clara Shortridge Foltz Criminal Justice Center
210 West Temple Street
Los Angeles, CA 90012

Hon. Angela Williams
Suite 204
350 Discovery Boulevard
Cedar Park, TX 78613

Hon. Lynne T. Ingram
Suite 604
1 Public Square
Nashville, TN 37201

Hon. Daniel J. Kubasiak
Richard J. Daley Center
50 W. Washington St.
Chicago, Illinois 60602

January 5, 2026
Page 2

Hon. Katherine A. Bacal
San Diego Superior Court
Hall of Justice
Third Floor
330 West Broadway
San Diego, CA 92101

Hon. Cindy Pánuco
Department 027
Spring Street Courthouse
312 North Spring Street
Los Angeles, CA 90012

Hon. KT Musselman
Suite 100
1801 E Old Settlers Blvd.
Round Rock, TX 78664

Comm. Emma Castro
Department 090
Stanley Mosk Courthouse
111 North Hill Street
Los Angeles, CA 90012

Hon. Tametrice E. Hodges Linzey
P.O. Box 686
Jackson, MS 39205-0686

Hon. Shawn M. Moynihan
14955 Galaxie Ave. West
Apple Valley, MN 55124

Re:   MDL 3108 Change Healthcare et al.

Dear Judges:

    Happy New Year!  I write to update you on the status of the Change Healthcare multi-district litigation ongoing in the District of Minnesota.  Per the updates provided to me by Lead Defense Counsel, you each have ongoing cases related to the MDL.  Whether those cases are administratively closed, stayed, or proceeding in due course, I hope to promote coordination with the MDL.

    On December 19, 2025, I issued orders granting in part and denying in part Defendants' motions to dismiss the consolidated class action complaints in both the Individual Patient Track and the Provider Track.  Those orders can be accessed publicly on the MDL's website (https://www.mnd.uscourts.gov/content/change-healthcare-inc-data-breach) under the Orders tab.

    Magistrate Judge Foster will host the pre-trial scheduling conference on February 4, 2026 at 2:30 p.m. Central.  Judge Foster and I will jointly host the next Status Conference on February 19, 2026 at 10:00 a.m. Central.  The audio access information to listen to both conferences remotely will be available on the website.

January 5, 2026
Page 3

    If you would like to discuss these orders or the MDL at large, please feel free to give me a call (651-848-1290) or email me (frank_chambers@mnd.uscourts.gov).

                                Very truly yours,

                                s/Donovan W. Frank

                                DONOVAN W. FRANK
                                United States District Judge

DWF/ljl