**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates to All Actions* | MDL No. 24-3108 (DWF/DJF)<br><br>**JOINT STIPULATION REGARDING RESPONSE AND REPLY BRIEFING ON NON-MINNESOTA-BASED PLAINTIFFS' CLAIMS UNDER THEIR RESPECTIVE HOME STATE'S LAWS** |

Pursuant to the Court's December 19, 2025 Memorandum Opinions and Orders as to all Provider Actions, Doc. No. 483, and Individual Patient Actions, Doc. No. 484, the Parties have met and conferred regarding a timeline for response and reply briefing on the home-state laws for Provider Plaintiffs who filed in Minnesota but are not located in Minnesota and on non-Minnesota Individual Plaintiffs' claims under their respective home state's laws.

As described in the Memorandum Opinions and Orders, "Defendants submitted appendices summarizing the relevant laws of each home state in support of their motion to dismiss." Doc No. 483 n.17; Doc. No. 484, n.12. In opposition briefing, Plaintiffs "objected to Defendants' use of appendices." Doc No. 483 n.17; Doc. No. 484, n.12. "At the June 12, 2025 Status Conference, the Court overruled Plaintiffs' objections but noted that if the appendices were considered by the Court in its ruling, Plaintiffs would have the opportunity to file response appendices and Defendants would have an opportunity to reply." Doc No. 483 n.17; Doc. No. 484, n.12. Because the Court now intends to rely on Defendants' appendices, having determined that the law of Individual Plaintiffs' home state applies to their common law claims, Doc. No. 484, n.12, and having determined that the law of Provider Plaintiffs' home-state laws apply to the common law claims originally filed in Minnesota, Doc. No. 483 at 24, the Court

has ordered submissions on the home-state laws of the non-Minnesota Individual Plaintiffs and the Provider Plaintiffs who filed in Minnesota but are not located in Minnesota. Doc. No. 483, n.17

Subject to the approval of the Court, and without waiver of any rights or defenses, the Parties hereby stipulate and agree that:

1. No later than February 16, 2026, Plaintiffs shall file response appendices to Defendants' appendices that addressed state common law claims and were included with Defendants' Motions to Dismiss in the Provider Track, Doc. No. 253-6 to 253-13, and Motion to Dismiss in the Individual Track, Doc. No. 267-1 to 267-4.

2. No later than March 9, 2026, Defendants shall file replies to Plaintiffs' appendices.

The parties respectfully request that the Court so order.

Dated: January 16, 2026

/s/ Daniel E. Gustafson
Daniel E. Gustafson (#202241)
**GUSTAFSON GLUEK PLLC**
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
T. (612) 333-8844
dgustafson@gustafsongluek.com

***Overall Lead Counsel for Plaintiffs***

/s/ Allison M. Ryan
Allison M. Ryan
Joseph Cavanaugh
**HOGAN LOVELLS US LLP**
555 13th Street NW, Columbia Square
Washington, D.C. 20004
T. (202) 637-5872
allison.holt-ryan@hoganlovells.com
joe.cavanaugh@hoganlovells.com

Peter Walsh (MN No. 0388672)
Alicia J. Paller (MN No. 0397780)
**HOGAN LOVELLS US LLP**
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
T. (612) 402-3017
peter.walsh@hoganlovells.com

2

alicia.paller@hoganlovells.com

Vassi Iliadis
Michael M. Maddigan
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
T. (310) 785-4600
vassi.iliadis@hoganlovells.com
michael.maddigan@hoganlovells.com

*Counsel for Defendants*