**Hogan Lovells**

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

January 19, 2025

**By ECF Filing and Electronic Mail**

Hon. Donovan W. Frank
United States District Court for the District of Minnesota
Warren E. Burger Federal Building and U.S. Courthouse
316 North Robert Street, Suite 100
St. Paul, MN 55101
frank_chambers@mnd.uscourts.gov

**Re:**  *In re: Change Healthcare, Inc. Customer Data Sec. Breach Litig.*, 0:24-md-03108-DWF-DJF, Coordination with Related State Court Proceedings

Dear Judge Frank:

Pursuant to the Parties' joint submission regarding state court cases related to this MDL, Defendants write to update the previously provided list of pending state court cases stemming from the February 2024 cyberattack on Change Healthcare. Attached hereto as Appendix A is a chart of all pending state court cases related to this MDL that Defendants are aware of at this time, along with updates relevant to these cases since our last report filed on November 19, 2025.

Since the previous report on December 18, 2025, one new case has been filed in state court (*Gemini Professional Counseling*) and no new cases have been filed in federal court. No new cases have been transferred to the MDL and one case is currently under consideration for transfer before the JPML (*Diagnostic Imaging Alliance*). Motions to Stay are under consideration in state court in Minnesota *(Fairview)*, as well as in the U.S. District Court for the Middle District of Tennessee (*Diagnostic Imaging Alliance)*. The Coordination Order (MDL Pretrial Order No. 7) has been entered in two cases thus far.

In order to achieve the greatest coordination possible with the MDL, Defendants request support from the MDL Court as to several previously filed cases as denoted below.

1.  *PruittHealth Inc. v. Change Healthcare Inc.*, No. 25C149 (Tenn. Cir. Ct. Davidson Cnty., filed January 17, 2025)
    *Time for a Change Therapy, LLC v. Change Healthcare Inc.*, No. 25C151 (Tenn. Cir. Ct. Davidson Cnty., filed January 17, 2025)
    *Total Wound Care of Oklahoma LLC, et al. v. Change Healthcare, Inc*., No. 25C155 (Tenn. Cir. Ct. Davidson Cnty., filed January 17, 2025)
    *Deer Creek Medical Center LLC, et al. v. Change Healthcare Inc.*, No. 25C1826 (Tenn. Cir. Ct., Davidson Cnty., filed July 2, 2025)

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Berlin  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dublin  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Munich  New York  Northern Virginia  Paris  Philadelphia  Riyadh  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices:  Budapest  Jakarta  Shanghai FTZ.  Business Service Centers:  Johannesburg  Louisville.  For more information see www.hoganlovells.com

*Columbia Radiology Imaging Services, LLC v. Change Healthcare Technology Enabled Services, LLC*, No. 25C2264 (Tenn. Cir. Ct. Davidson Cnty., filed August 13, 2025)
*Taos Comprehensive Health Corporation v. Change Healthcare Inc.*, No. 25C2291 (Tenn. Cir. Ct. Davidson Cnty., filed August 18, 2025)

Status: Defendants filed an answer in *PruittHealth, Inc.*, *Time for a Change Therapy, LLC*, *Total Wound Care of Oklahoma LLC, et al.,* and *Taos Comprehensive Health Corporation* on December 9, 2025. At a hearing on December 19, 2025, the Court granted Defendants' motions to dismiss in *Deer Creek Medical Center LLC* and *Columbia Radiology Imaging Services, LLC* and denied Plaintiffs' motions to lift the stay of discovery in *PruittHealth, Inc.*, *Time for a Change Therapy, LLC*, and *Total Wound Care of Oklahoma LLC, et al.* As of the date of this Letter, Judge Ingram has not entered an order formally dismissing *Deer Creek* and *Columbia Radiology.* Defendants respectfully request that the MDL Court communicate with the Honorable Judge Lynne T. Ingram to coordinate these matters with the MDL proceedings.

| Judge: | Plaintiff's Counsel: |
|---|---|
| Hon. Lynne T. Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201<br>Tel: (615) 880-2591<br>Jud. Assistant:<br>tammylrutledge@jisnashville.gov | J. Gerard Stranch, IV<br>Grayson Wells<br>Miles M. Schiller<br>Stranch, Jennings & Garvey, PLLC<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>Tel: (615) 254-8801<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com<br>mschiller@stranchlaw.com<br><br>Matthew J. Sill<br>Tara Tabatabaie<br>Dimitri Flowers<br>Sill Law Group, PLLC<br>1101 N. Broadway Ave., Suite 102<br>Oklahoma City, OK 73103<br>Tel: (405) 509-6300<br>Fax: (800) 978-1345<br><br>Jacob Diesselhorst<br>Andy Campbell<br>Maples Nix & Diesselhorst<br>15401 N. May Avenue<br>Edmond, OK 73013<br>Tel: (405) 478-3737<br>Fax: (405) 513-5005<br>jacob@mndlawfirm.com<br>andy@mndlawfirm.com |

2. *AdvancedMD, Inc., v. Change Healthcare Solutions, LLC, et al.*, No. 250907931 (Utah Distr. Ct., Salt Lake Cnty., filed September 26, 2025)

Status: Following a November 21, 2025, hearing on Defendants' motion to stay proceedings, the court entered an order denying the motion to stay and entering the coordination order. Defendants' responsive pleading is due on January 16, 2026. Defendants respectfully request that the MDL Court communicate with the Honorable Judge Kara Pettit to coordinate these matters with the MDL proceedings.

| Judge: | Plaintiff's Counsel: |
|---|---|
| Hon. Kara Pettit<br>450 S State Street<br>Salt Lake City, UT 84111<br>Phone: (801) 238-7144<br>3rdpettitteam@utcourts.gov | Stephen Q. Wood<br>Alexander S. Allred<br>Erin Cranor<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>2755 E. Cottonwood Pkwy., Suite 520<br>Salt Lake City, UT 84121<br>Phone: (801) 515-7300<br>Fax: (801) 515-7400<br>stephenwood@quinnemanuel.com<br>alexallred@quinnemanuel.com<br>erincranor@quinnemanuel.com |

3. *Fairview v. Change Healthcare Technologies, LLC, et al.*, No. 62-CV-25-7116 (Minn. Distr. Ct., Ramsey Cnty., filed August 29, 2025)

Status: Plaintiff filed the initial case on March 21, 2025, which was transferred to the MDL on April 16, 2025. Plaintiff voluntarily dismissed its case on August 12, 2025, and re-filed its case with additional defendants, which prevented removal and transfer to the MDL. Defendants were served on August 29, 2025 and responsive pleadings were due on September 19, 2025. Defendants filed a motion to stay on September 9, 2025 and the parties stipulated to extend the responsive pleading deadline. The court granted an extension of Defendants' responsive pleading deadline until 21 days after the court decides the pending motion to stay or February 19, 2026. A hearing on the motion to stay occurred on October 31, 2025 and the motion remains pending before the court. Defendants respectfully request that the MDL Court communicate with the Honorable Judge Reynaldo A. Aligada, Jr. to coordinate these matters with the MDL proceedings.

| Judge: | Plaintiff's Counsel: |
|---|---|
| Hon. Reynaldo A. Aligada, Jr.<br>Ramsey County Courthouse<br>15 W. Kellogg Blvd.<br>St. Paul, MN 55102<br>Phone: (651) 266-9271<br>Heather.Kendall@courts.state.mn.us | Christopher W. Madel<br>Matthew J.M. Pelikan<br>Cassandra B. Merrick<br>800 Pence Building<br>800 Hennepin Avenue<br>Minneapolis, MN 55403 |

| | Phone: (612) 605-0630<br>cmadel@madellaw.com<br>mpelikan@madellaw.com<br>cmerrick@madellaw.com |
|---|---|

4. *Hanson v. Change Healthcare Practice Management Solutions, Inc.*, No. 25STSCO3557 (Cal. Super. Ct., Los Angeles Cnty., filed August 21, 2025)
   *Gemini Professional Counseling v. Magellan Healthcare Incorporated, et al.*, No. 25STSC05296 (Cal. Super. Ct. Los Angeles Cnty., filed Dec. 22, 2025) (**new case since last report**)

Status: Defendants were served and the cases are ongoing in California Small Claims Court. Defendant respectfully requests that the MDL Court communicate with the Honorable Commissioner Emma Castro to coordinate these matters with the MDL proceedings.

| Commissioner: | Plaintiff's Counsel (pro se): |
|---|---|
| Hon. Emma Castro<br>Stanley Mosk Courthouse<br>111 North Hill Street<br>Los Angeles, CA 90012<br>Phone: (213) 633-0690 | Anne Hanson<br>6310 San Vicente Boulevard, Suite 410<br>Los Angeles, CA 90048<br>Phone: (312) 231-9196<br>Anneliese.tiessen@gmail.com |

5. *Golden v. Change Healthcare Inc. et al.*, No. 24CL015029C (filed 10/04/24)
   *Teed v. Change Healthcare Inc. et al.,* No.24CL016207C (filed 10/04/24)
   *Fae v. Change Healthcare Inc. et al.*, No. 25CL000431N (filed 01/06/25)
   *Leverson v. Change Healthcare Inc. et al.*, No. 25CL005953C (filed 02/03/25)
   *Gossett v. Change Healthcare Inc. et al.,* No. 25CL013083C (filed 03/12/25)
   *Marshall v. Change Healthcare Inc. et al.*, No. 25CL013084C (filed 03/12/25)
   *Cervantes v. Change Healthcare Inc. et al.,* No. 25CL013376N (filed 03/14/25)
   *Derr v. Change Healthcare Inc. et al.*, No. 25CL015152N (filed 03/19/25)
   *Elliott v. Change Healthcare Inc. et al.,* No. 25CL015673C (filed 03/26/25)
   *Derocco v. Change Healthcare Inc. et al.,* No. 25CL020545C (filed 04/15/25)
   *Bekas Rasoul v. Change Healthcare Inc. et al.,* No. 25CL019456C (filed 04/16/25)
   *Dashti Rasoul v. Change Healthcare Inc. et al.,* No. 25CL019460C (filed 04/16/25)
   *Mustafa v. Change Healthcare Inc. et al.,* No. 25CL01938C (filed 04/16/25)
   *Lee v. Change Healthcare Inc., et al.*, No. 25CL035216C (filed 7/2/25)
   (Cal Super. Ct. San Diego Cnty.)

   *Rehn v. Change Healthcare Inc. et al.*, No. 24STL08355 (filed 11/21/24)
   *Jones v. Change Healthcare Inc. et al.*, No. 25STLC02423 (filed 03/26/25)
   *Rodriguez, et al. vs. Change Healthcare, Inc., et al.*, No. 25STLC03157 (filed 4/21/25)
   (Cal Super. Ct. Los Angeles County)

Status: On February 24, 2025, the *Golden*, *Teed*, *Fae*, and *Leverson* cases (which are stayed pending a scheduling order in the MDL) were transferred to the Honorable Judge Katherine A.

Bacal, San Diego County Superior Court. Subsequently, Plaintiffs' counsel filed *Gossett, Marshall, Cervantes, Derr, Elliott, Derocco, Bekas Rasoul, Dashti Rasoul,* and *Mustafa* in San Diego County and filed *Rehn* and *Jones* in Los Angeles County. Defendants have noticed *Rodriguez* and *Lee* as related and these cases have been transferred to Judges Pánuco and Bacal respectively.

All cases are stayed by the parties' agreement pending the issuance of a scheduling order in the MDL. The parties have a status conference scheduled with Judge Bacal on February 18, 2026. Defendants respectfully request that the MDL Court communicate with the Honorable Judges Bacal and Pánuco to coordinate these matters with the MDL proceedings.

| Judges: | Plaintiff's Counsel: |
|---|---|
| Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328<br><br>Hon. Cindy Pánuco<br>312 N. Spring St<br>Los Angeles, CA 90012<br>Dept. 26, 8th Floor Room 827C<br>Phone: (213) 310-7026 | Jeremy S. Golden<br>Cory M. Teed<br>Golden & Cardona-Loya, LLP<br>3130 Bonita Road, Suite 200B<br>Chula Vista, CA 91910<br>Phone: (619) 476-0030<br>jeremy@goldencardona.com<br>cory@goldencardona.com |

6. *Diagnostic Imaging Alliance of Louisville, PSC Radiology Associates, PLLC v. Change Healthcare Operations, et al.*, No. 3:25-cv-00470 (M.D. Tenn., filed April 25, 2025)

Status: Defendants were served on July 17, 2025. Plaintiff filed a third amended complaint on September 4, 2025, and Defendant filed an answer with counterclaims on October 27. Defendant filed a notice of this case as a potential tag-along action with the JPML on October 6. Plaintiffs have opposed transfer and their Motion to Vacate the Conditional Transfer Order is pending before the JPML. On October 10, Defendant filed a motion to stay proceedings pending the JPML transfer order, which is pending before the court. On October 23, Defendant filed a motion to modify the case management order, which is also pending before the court. Defendant respectfully requests that the MDL Court communicate with the Honorable Magistrate Judge Eli Richardson to coordinate these matters with the MDL proceedings.

| Judge: | Plaintiff's Counsel: |
|---|---|
| Hon. Eli Richardson<br>110 9th Ave S, Suite 5325<br>Nashville, TN 37203<br>Phone: (615) 736-5291<br>Fax: (615) 736-2535 | Craig D. Dillard<br>1111 Bagby Street, Suite 2100<br>Houston, Texas 77002<br>Phone: (346) 646-6670<br>Fax: (346) 241-3758<br>Craig.dillard@nelsonmullins.com |

7. *State of Nebraska, ex rel. Michael T. Hilgers, Attorney General v. Change Healthcare Inc., et al.*, No. D02CI240004356 (Neb. Distr. Ct. Lancaster Cnty., filed December 16, 2024)

Status: On December 16, 2024, this action was filed against Change Healthcare, UnitedHealth Group Incorporated, and Optum, Inc. On November 10, the Court denied Defendants' motion to dismiss. Defendants filed an Answer on December 15, 2025. On January 9, 2026, Plaintiff filed a Motion to Compel Defendants, which is pending before the Court and set for hearing on January 20, 2026. On January 9, 2026, Defendants also filed a Motion to Enter the Coordination Order, which is pending before the Court with a hearing to be scheduled at the January 20 hearing. Defendants respectfully request that the MDL Court continue to communicate with the Honorable Judge Susan Strong to coordinate this matter with the MDL proceedings.

| Judge: | Plaintiff's Counsel: |
|---|---|
| Hon. Susan Strong<br>575 S 10th Street<br>Lincoln, NE 68508<br>Phone: (402) 441-7301<br>Email: ClerkDistCt@lancaster.ne.gov | Tyrone E. Fahie<br>Beatrice O. Strnad<br>Justin C. McCully<br>Consumer Protection Bureau<br>Office of the Attorney General<br>2115 State Capitol Lincoln, NE 68509-8920<br>Phone: (402) 471-2811<br>tyrone.fahie@nebraska.gov<br>bebe.strnad@nebraska.gov<br>justin.mccully@nebraska.gov<br><br>William A. Burck<br>Adam B. Wolfson<br>Jennifer J. Barrett<br>Derek L. Shaffer<br>Sara C. Clark<br>Ryan Swindall<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Phone: (213) 443-3000<br>williamburck@quinnemanuel.com<br>adamwolfson@quinnemanuel.com<br>jenniferbarrett@quinnemanuel.com<br>derekshaffer@quinnemanuel.com<br>saraclark@quinnemanuel.com<br>ryanswindall@quinnemanuel.com |

8. *Alliance Pathology Consultants, PLLC, et al. v. Change Healthcare Technology Enabled Services LLC, et al.*, No. 2024-L-012135 (Ill. Cir. Ct. Cook Cnty., filed October 29, 2024)

<u>Status</u>: This case was filed on October 29, 2024 against Change Healthcare Technology Enabled Services and Healthcare Business Consultants, Inc. but did not include any allegations related to the Cyberattack. On June 20, 2025, Plaintiffs filed an amended complaint which added Cyberattack allegations. On November 17, 2025, the court stayed the cyberattack-related claims for six months pending the issuance of a scheduling order in the MDL Defendants respectfully request that the MDL Court communicate with the Honorable Judge Daniel Kubasiak to coordinate this matter with the MDL proceedings.

| <u>Judge:</u> | <u>Plaintiff's Counsel:</u> |
|---|---|
| Hon. Daniel J. Kubasiak<br>Richard J. Daley Center<br>50 W. Washington St.<br>Chicago, Illinois 60602<br>Phone: (312) 603-5930<br>Email: law.caltcc@cookcountyil.gov | Michael J. Scotti, III<br>Hillard Sterling<br>Garry L. Wills<br>Roetzel & Andress, LPA<br>70 West Madison St., Suite 3000<br>Chicago, IL 60602<br>(312) 580-1200<br>mscotti@ralaw.com<br>hsterling@ralaw.com<br>gwills@ralaw.com |

* * *

Sincerely,

*/s/ Allison M. Ryan*

Allison M. Ryan
Partner
allison.holt-ryan@hoganlovells.com
Phone: (202) 637-5600

cc:     Daniel E. Gustafson (Plaintiffs Overall Lead Counsel )
        Matthew Sill (Plaintiffs State Court/MDL Liaison Counsel)
        David Hodge (Plaintiffs State Court/MDL Liaison Counsel)

Enclosures

# Appendix A

**LIST OF STATE COURT CASES FOR COORDINATION**

Below is a list of cases stemming from the February 2024 cyberattack on Change Healthcare pending in state courts of which the parties are currently aware. The cases are listed in alphabetical order by state.

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| **California** | | | | |
| *Bekas Rasoul v. Change Healthcare Inc., et al.* | No. 25CL019456C  Not a class action. | Cal. Super. Ct. Los Angeles Cnty. | Hon. Katherine A. Bacal 330 West Broadway San Diego, CA 92101 Dept. 63 Courtroom Clerk: (619) 450-7063 Calendar Clerk: (619) 450-7328 | Parties have agreed to jointly stipulate to a stay pending scheduling order in MDL. |
| *Cervantes v. Change Healthcare Inc., et al.* | No. 25CL000431N  Not a class action. | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal 330 West Broadway San Diego, CA 92101 Dept. 63 Courtroom Clerk: (619) 450-7063 Calendar Clerk: (619) 450-7328 | Parties have agreed to jointly stipulate to a stay pending scheduling order in MDL. |
| *Dashti Rasoul v. Change Healthcare Inc., et al.* | No. 25CL019460C  Not a class action. | Cal. Super. Ct. Los Angeles Cnty. | Hon. Katherine A. Bacal 330 West Broadway San Diego, CA 92101 Dept. 63 Courtroom Clerk: (619) 450-7063 Calendar Clerk: (619) 450-7328 | Parties have agreed to jointly stipulate to a stay pending scheduling order in MDL. |
| *Derocco v. Change Healthcare Inc., et al.* | No. 25CL020545C  Not a class action. | Cal. Super. Ct. Los Angeles Cnty. | Hon. Katherine A. Bacal 330 West Broadway San Diego, CA 92101 Dept. 63 Courtroom Clerk: (619) 450-7063 Calendar Clerk: (619) 450-7328 | Parties have agreed to jointly stipulate to a stay pending scheduling order in MDL. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Derr v. Change Healthcare Inc., et al.* | No. 25CL015152N<br><br>Not a class action. | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Parties have agreed to jointly stipulate to a stay pending scheduling order in MDL. |
| *Elliott v. Change Healthcare Inc., et al.* | No. 25CL015673C<br><br>Not a class action. | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Parties have agreed to jointly stipulate to a stay pending scheduling order in MDL. |
| *Fay v. Change Healthcare Inc., et al.* | No. 25CL000431N<br><br>Not a class action. | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Stayed pending scheduling order in the MDL. |
| *Gemini Professional Counseling v. Magellan Healthcare Incorporated, et al.* | No. 25STSC05296<br><br>Not a class action. | Cal. Super. Ct. Los Angeles Cnty. | Hon. Emma Castro<br>Stanley Mosk Courthouse<br>111 North Hill Street<br>Los Angeles, CA 90012<br>(213) 633-0690 | Ongoing in Small Claims Court. |
| *Golden v. Change Healthcare Inc., et al.* | No. 24CL015029C<br><br>Not a class action. | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Stayed pending scheduling order in MDL. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Gossett v. Change Healthcare Inc., et al.* | No. 25CL013084C<br><br>Not a class action. | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Parties have agreed to jointly stipulate to a stay pending scheduling order in MDL. |
| *Hanson v. Change Healthcare Practice Management Solutions, Inc.* | No. 25STSCO3557<br><br>Not a class action. | Cal. Super. Ct., Los Angeles Cnty. | Hon. Emma Castro<br>Stanley Mosk Courthouse<br>111 North Hill Street<br>Los Angeles, CA 90012<br>(213) 633-0690 | Ongoing in Small Claims Court. |
| *Jones v. Change Healthcare Inc., et al.* | No. 25STLC02423<br><br>Not a class action. | Cal. Super. Ct. Los Angeles Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Parties have agreed to jointly stipulate to a stay pending scheduling order in MDL. |
| *Lee v. Change Healthcare Inc., et al.* | No. 25CL035126C<br><br>Not a class action. | Cal. Super. Ct. Los Angeles Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Parties have agreed to jointly stipulate to a stay pending scheduling order in MDL. |
| *Leverson v. Change Healthcare Inc., et al.* | No. 25CL005953C<br><br>Not a class action. | Cal. Super. Ct. Los Angeles Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Parties have agreed to jointly stipulate to a stay pending scheduling order in MDL. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Marshall v. Change Healthcare Inc., et al.* | No. 25CL013084C<br><br>Not a class action. | Cal. Super. Ct. San Diego Cnty. | Hon. Mark E. Windham Spring Street Courthouse 312 North Spring St Los Angeles, CA 90012 (213) 310-7026 | Parties have agreed to jointly stipulate to a stay pending scheduling order in MDL. |
| *Mustafa v. Change Healthcare Inc., et al.* | No. 25CL01938C<br><br>Not a class action. | Cal. Super. Ct. Los Angeles Cnty. | Hon. Katherine A. Bacal 330 West Broadway San Diego, CA 92101 Dept. 63 Courtroom Clerk: (619) 450-7063 Calendar Clerk: (619) 450-7328 | Parties have agreed to jointly stipulate to a stay pending scheduling order in MDL. |
| *Rehn v. Change Healthcare Inc., et al.* | No. 24STLC08355<br><br>Not a class action. | Cal. Super. Ct. Los Angeles Cnty. | Hon. Mark E. Windham Spring Street Courthouse 312 North Spring St Los Angeles, CA 90012 (213) 310-7026 | Stayed pending scheduling order in the MDL. |
| *Rodriguez, et al. v. Change Healthcare Inc., et al.* | No. 24CL015029C<br><br>Not a class action. | Cal. Super. Ct. San Diego Cnty. | Hon. Cindy Pánuco 312 N. Spring St Dept. 26, 8th Floor Room 827C Los Angeles, CA 90012 (213) 310-7026 | Parties have agreed to jointly stipulate to a stay pending scheduling order in MDL. |
| *Teed v. Change Healthcare Inc., et al.* | No. 24CL015029C<br><br>Not a class action. | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal 330 West Broadway San Diego, CA 92101 Dept. 63 Courtroom Clerk: (619) 450-7063 Calendar Clerk: (619) 450-7328 | Stayed pending scheduling order in the MDL. |
| **Florida** | | | | |
| *Bawaney v. Change Healthcare, Inc.* | No. 502024 CC 011988 XXX AMB | Fla. Cnty. Ct. Palm Beach Cnty. | Hon. Judge M. Katherine Mullinax | Administratively closed pending |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| | Not a class action. | | Judge Daniel T.K. Hurley Courthouse 205 North Dixie Hwy. West Palm Beach, FL 33401 (561) 355-6158 CAD-DivisionRJ@pbcgov.org | resolution of the MDL. |
| *Fullwood v. Change Healthcare, Inc,* | No. 2024 CC 004047 CL<br><br>Not a class action. | Fla. Cnty. Ct. Osceola Cnty. | Hon. Gabrielle Sanders-Morency Jon B. Morgan Osceola County Courthouse 2 Courthouse Square Kissimmee, FL 34741 (407) 742-2495 | Administratively closed pending resolution of the MDL. |
| *Lincare Holdings Inc. v. UnitedHealth Group Incorporated* | No. 210144594<br><br>Not a class action. | Fla. Circ. Ct. Hillsborough Cnty. | Hon. Cheryl K. Thomas Edgecomb Courthouse 800 Twiggs Street, Room 525 Tampa, FL 33602 (813) 272-6993 gencivdiva@fljud13.org | Stayed pending scheduling order in the MDL.<br><br>**Coordination Order entered.** |
| **Illinois** | | | | |
| *Alliance Pathology Consultants, PLLC, et al. v. Change Healthcare Technology Enabled Services LLC, et al.* | No. 2024-L-012135<br><br>Not a class action. | Ill. Cir. Ct. Cook Cnty. | Hon. Daniel J. Kubasiak Richard J. Daley Center 50 W. Washington St. Chicago, Illinois 60602 (312) 603-5930 law.caltcc@cookcountyil.gov | Cyberattack-related claims stayed for six months from November 17, 2025 pending issuance of scheduling order in the MDL. |
| **Minnesota** | | | | |
| *Fairview Health Services v. Change Healthcare Technologies, LLC* | No. 62-CV-25-7116<br><br>Not a class action. | Minn. Distr. Ct., Ramsey Cnty. | Hon. Reynaldo A. Aligada, Jr. Ramsey County Courthouse 15 W. Kellogg Blvd. St. Paul, MN 55102 (651) 266-9271 Heather.Kendall@courts.state.mn.us | Motion to stay is pending. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Nides v. Change Healthcare* | No. 19WS-CO-25-332<br><br>Not a class action. | Minn. Distr. Ct. Dakota Cnty. | Hon. Shawn M. Moynihan<br>14955 Galaxie Ave, Apple Valley, MN 55124<br>(952) 247-7099 | Administratively closed. |
| **Mississippi** | | | | |
| *Trustcare Health, LLC, et al. v. Change Healthcare Inc.* | No. 25C1:25-cv-00899<br><br>Not a class action. | Miss. Chancery Ct., Hinds Cnty. | Hon. Tametrice Hodges-Linzey<br>316 S President St Jackson, MS 39201<br>(601) 968-6545<br>(601) 973-5554<br>Court administrator: renee.runyon-truss@co.hinds.ms.us | Stayed per stipulation of the parties. |
| **Nebraska** | | | | |
| *Nebraska v. Change Healthcare, Inc., et al.* | No. D02CI240004356<br><br>Not a class action. | Neb. Distr. Ct. Lancaster Cnty. | Hon. Susan Strong<br>575 S 10th Street Lincoln, NE 68508<br>(402) 441-7301<br>ClerkDistCt@lancaster.ne.gov | Motion to dismiss denied on November 10. Plaintiff's Motion to Compel and Defendants' Motion to Enter Coordination Order are pending before the Court, with a hearing on January 20, 2026. |
| **New York** | | | | |
| *John Aretakis v. Change Healthcare,* | No. 988/2025<br><br>Not a class action. | New York Kings Cnty. Sup. Ct. | None assigned | Case filed but not served on Defendants. |
| **Tennessee** | | | | |
| *Diagnostic Imaging Alliance of Louisville, PSC Radiology Associates, PLLC v. Change* | No. 3:25-cv-00470<br><br>Not a class action. | M.D. Tenn. | Hon. Eli Richardson<br>110 9th Ave S Suite 5325 Nashville, TN 37203<br>(615) 736-5291<br>(615) 736-2535 | Motion to stay pending JPML transfer decision is pending before the court. Case tagged to JPML |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Healthcare Operations, et al.* | | | | and Motion to Vacate Conditional Transfer Order is pending before the JPML. |
| *Deer Creek Medical Center LLC, et al. v. Change Healthcare Inc.* | No. 25C1826<br><br>Not a class action. | Tenn. Cir. Ct., Davidson Cnty. | Hon. Lynne Tyler Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201 | Motion to Dismiss granted on December 19; formal dismissal order not yet entered. |
| *Columbia Radiology Imaging Services, LLC v. Change Healthcare Technology Enabled Services, LLC* | No. 25C2264<br><br>Not a class action. | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne Tyler Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201<br>(615) 880-2591<br>Jud. Assistant:<br>tammylrutledge@jisnashville.gov | Motion to Dismiss granted on December 19; formal dismissal order not yet entered. |
| *Taos Comprehensive Health Corporation v. Change Healthcare Inc.* | No. 25C2291<br><br>Not a class action. | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne Tyler Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201<br>(615) 880-2591<br>Jud. Assistant:<br>tammylrutledge@jisnashville.gov | Answer filed on December 9. Stay of discovery pending scheduling order in the MDL. |
| *Eye Care Associates of Morristown, Inc. v. Change Healthcare, Inc.* | No. 24-CV-048<br><br>Class action. | Tenn. Cir. Ct. Hamblen Cnty. | Hon. William E. Phillips, II<br>210 E Main Street<br>Rogersville, TN 37857<br>(423) 272-7633 | Stayed. Parties to jointly file a status update within 10 days of the MDL court issuing a scheduling order. |
| *Mid-South Imaging & Therapeutics, P.A. v. UnitedHealth Group, Inc., et al.* | No. 24-0723-III<br><br>Not a class action. | Tenn. Ch. Ct. Davidson Cnty. | Hon. l'Aesha L. Myles<br>1 Public Square,<br>Suite 407<br>Nashville, TN 37201<br>(615) 862-5705 | In discovery. Court ordered coordination with the MDL, but Coordination Order not filed. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *PruittHealth Inc. v. Change Healthcare Inc.* | No. 25C149<br><br>Not a class action. | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne T. Ingram Metro Courthouse 1 Public Square Nashville, TN 37201 (615) 880-2591 Jud. Assistant: tammylrutledge@jisnashville.gov | Answer filed on December 9. Stay of discovery pending scheduling order in the MDL. |
| *Time for a Change Therapy, LLC v. Change Healthcare Inc.* | No. 25C151<br><br>Not a class action. | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne T. Ingram Metro Courthouse 1 Public Square Nashville, TN 37201 (615) 880-2591 Jud. Assistant: tammylrutledge@jisnashville.gov | Answer filed on December 9. Stay of discovery pending scheduling order in the MDL. Responsive pleading due |
| *Total Wound Care of Oklahoma LLC, et al. v. Change Healthcare, Inc.* | No. 25C155<br><br>Not a class action. | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne T. Ingram Metro Courthouse 1 Public Square Nashville, TN 37201 (615) 880-2591 Jud. Assistant: tammylrutledge@jisnashville.gov | Answer filed on December 9. Stay of discovery pending scheduling order in the MDL. |
| **Texas** | | | | |
| *Jeff Edwards v. Change Healthcare, Inc.* | No. 2SC-24-0708<br><br>Not a class action. | Tex. Williamson Justice Ct., Williamson Cnty. | Hon. Angela Williams 350 Discovery Boulevard Suite 204 Cedar Park, TX 78613 (512) 260-4210 | Stayed pending resolution of the MDL. |
| *Kim Edwards v. Change Healthcare, Inc.* | No. 2SC-24-0600<br><br>Not a class action. | Tex. Williamson Justice Ct., Williamson Cnty. | Hon. Angela Williams 350 Discovery Boulevard, Suite 204 Cedar Park, TX 78613 (512) 260-4210 | Stayed pending resolution of the MDL. |
| *Loforese v. Optum, Inc., et al.* | No. 1JC-25-1253<br><br>Not a class action. | Tex. Justice Ct., Williamson Cnty. | Hon. KT Musselman 1801 E Old Settlers Boulevard, Suite 100 Round Rock, TX 78664 Phone: 512-244-8622 Fax: 512-244-8602 JP1@wilco.org | Stayed pending resolution of the MDL. |
| **Utah** | | | | |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *AdvancedMD, Inc., v. Change Healthcare Solutions, LLC, et al.* | No. 250907931<br><br>Not a class action. | Utah Distr. Ct., Salt Lake Cnty. | Hon. Kara Pettit<br>450 S State St<br>Salt Lake City, UT 84111<br>(801) 238-7144<br>3rdpettitteam@utcourts.gov | Responsive pleading due January 16, 2025.<br><br>**Coordination Order entered.** |