## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| In re: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 24-3108 (DWF/DJF) |
| This Document Relates to All Actions | PRETRIAL ORDER NO. 23 (*RE:* Stipulation Regarding Response and Reply Briefing on State Laws) |

Pursuant to the parties' joint stipulation regarding response and reply briefing on non-Minnesota-based Plaintiffs' claims under their respective home state's laws (Doc. No. 489), and based on the record in this case, **IT IS HEREBY ORDERED** that:

1. The stipulation regarding response and reply briefing (Doc. No. [489]) is **APPROVED**.

2. Plaintiffs shall file response appendices on or before February 16, 2026.

3. Defendants shall file replies to the response appendices on or before March 9, 2026.

Dated: January 21, 2026

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge