**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION**<br><br>*This Document Relates to All Actions* | MDL No. 24-3108 (DWF/DJF)<br><br>**RULE 7.1(b)(2) SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT** |

Pursuant to Federal Rule of Civil Procedure 7.1(b)(2), Defendants Change Healthcare Inc., Change Healthcare Holdings, Inc., Change Healthcare Pharmacy Solutions, Inc., Change Healthcare Operations, LLC, and Change Healthcare Solutions, LLC hereby inform the Court of the following changes to their citizenship:

1. Change Healthcare Inc.'s principal place of business is now Minnesota. As a result, Change Healthcare, Inc. is now a citizen of Minnesota and Delaware.
2. Change Healthcare Holdings, Inc.'s principal place of business is now Minnesota. As a result, Change Healthcare Holdings, Inc. is now a citizen of Minnesota and Delaware.
3. Change Healthcare Pharmacy Solutions, Inc.'s principal place of business is now Minnesota. As a result, Change Healthcare Pharmacy Solutions, Inc. is now a citizen of Minnesota and Maine.
4. Change Healthcare Operations, LLC is now a citizen of Minnesota and Delaware.
5. Change Healthcare Solutions, LLC is now a citizen of Minnesota and Delaware.

Dated: January 28, 2026

*<u>/s/ Allison M. Ryan</u>*

Allison M. Ryan
Joseph Cavanaugh
**HOGAN LOVELLS US LLP**
555 13th Street NW, Columbia Square
Washington, D.C. 20004
T. (202) 637-5872
allison.holt-ryan@hoganlovells.com
joe.cavanaugh@hoganlovells.com

Peter Walsh (MN No. 0388672)
Alicia J. Paller (MN No. 0397780)
**HOGAN LOVELLS US LLP**
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
T. (612) 402-3017
peter.walsh@hoganlovells.com
alicia.paller@hoganlovells.com

Vassi Iliadis
Michael M. Maddigan
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
T. (310) 785-4600
vassi.iliadis@hoganlovells.com
michael.maddigan@hoganlovells.com

***Counsel for Defendants***