**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 24-3108 (DWF/DJF) |
| | **DECLARATION OF DANIEL E. GUSTAFSON IN RESPONSE TO** |
| This Document Relates to: | **PRETRIAL ORDER NO. 23** |
| All Provider Actions | |

---

I, Daniel E. Gustafson, declare as follows:

1.      I am Overall Lead Counsel for the Plaintiffs in the above-captioned matter.

2.      I submit the Declaration in response to Pretrial Order No. 23, dated January 21, 2026 (Doc. No. 491).

3.      Attached as **Appendix A** is Provider Plaintiffs' response to chart summarizing Defendants' argument regarding negligence (Count I).

4.      Attached as **Appendix B** is Provider Plaintiffs' response to chart summarizing Defendants' arguments regarding negligence *per se* (Count II).

5.      Attached as **Appendix C** is Provider Plaintiffs' response to chart summarizing Defendants' argument regarding breach of contract (Count III).

6.      Attached as **Appendix D** is Provider Plaintiffs' response to chart summarizing Defendants' argument regarding unjust enrichment (Count V).

7.      Attached as **Appendix E** is Provider Plaintiffs' response to chart summarizing Defendants' argument regarding interference with prospective economic advantage, business relationship or expectancy (Count VI).

8.      Attached as **Appendix F** is Provider Plaintiffs' response to chart summarizing Defendants' argument regarding public nuisance (Count XI).

9.      Attached as **Appendix G** is Provider Plaintiffs' response to chart summarizing Defendants' argument regarding fraudulent inducement (Count X).

10.     Attached as **Appendix H** is Provider Plaintiffs' response to chart summarizing Defendants' argument regarding negligent misrepresentation (Count IX).

I declare under penalty of perjury under the laws of the United States of America that the forgoing is true and correct.


Dated: February 16, 2026                    *s/Daniel E. Gustafson*
                                             Daniel E. Gustafson


2