**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br>*This Document Relates to All Actions* | MDL No. 24-md-3108 (DWF/DJF)<br><br>**MDL PRETRIAL ORDER NO. 26 DEPOSITION AND SUBPOENA PROTOCOL** |

Based upon the Parties' *Joint Stipulation Regarding Noticing Depositions Under Fed. R. Civ. P. 30* (ECF No. 510), IT IS HEREBY ORDERED THAT:

1.      A notice or subpoena served on a Party pursuant to Fed. R. Civ. P. 30(b)(6) shall be served at least 45 days prior to the noticed deposition date and the Parties agree that they will meet and confer promptly on these notices to prioritize topics, scope, timing, location(s), and any other logistics.

2.      A notice served on a Party pursuant to Fed. R. Civ. P. 30(b)(1) shall be served at least 30 days prior to the noticed deposition date and the Parties agree that they will meet and confer promptly on these notices to prioritize timing, location(s), and any other logistics.

3.      A subpoena for documents or testimony served on a third party pursuant to Fed. R. Civ. P. 45 shall be served at least 30 days prior to the date for deposition or the production of documents and the Party serving the subpoena shall coordinate with the recipient and other interested parties on these subpoenas to prioritize topics, scope, timing, location(s), and any other logistics.

4.      Except for unusual or unanticipated circumstances, to promote efficiency, fairness, and coordination across the MDL, the state court cases, and other interested parties, the Parties

shall use best efforts to schedule 30(b)(1) and 30(b)(6) depositions consecutively (i.e., on the same day or two consecutive days), where the witness is the same individual.

IT IS SO ORDERED.

Dated: February 19, 2026                                  _s/ Dulce J. Foster_____
                                                          Dulce J. Foster
                                                          United States Magistrate Judge