**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION<br><br><br>This Document Relates to All Actions | MDL No. 24-3108 (DWF/DJF)<br><br>. |

**JOINT STIPULATION TO EXTEND TIME TO FILE HOME-STATE LAW**
**REPLY BRIEFING**

Defendants in the above-entitled matter currently must file their home-state law reply briefing on March 9, 2026. (*See* Doc. No. 491). The Parties have met and conferred, and agree that good cause exists to extend this deadline by two weeks to March 23, 2026. *See Baden v. Craig-Hallum, Inc.*, 115 F.R.D. 582, 585 (D. Minn. 1987) (requests "to extend are to be liberally permitted" when made before current deadline expires).

Accordingly, and subject to approval of the Court, and without waiver of any rights or defenses, the Parties hereby stipulate and agree that:

1. Defendants shall file their reply to Plaintiffs' response appendices on or before March 23, 2026;

2. Defendants' prior deadline of March 9, 2026, (Doc. No. 491), is rescinded and no longer applicable.

The Parties respectfully request that the Court so order.

Dated: March 4, 2026

<u>*/s/ Daniel E. Gustafson*</u>
Daniel E. Gustafson (#202241)
**GUSTAFSON GLUEK PLLC**
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
dgustafson@gustafsongluek.com

***Overall Lead Counsel for Plaintiffs***

<u>*/s/ Allison M. Ryan*</u>
Allison M. Ryan
Joseph Cavanaugh
**HOGAN LOVELLS US LLP**
555 13th Street NW, Columbia Square
Washington, D.C. 20004
T. (202) 637-5872
allison.holt-ryan@hoganlovells.com
joe.cavanaugh@hoganlovells.com

Peter Walsh (MN No. 0388672)
Alicia J. Paller (MN No. 0397780)
**HOGAN LOVELLS US LLP**
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
T. (612) 402-3017
peter.walsh@hoganlovells.com
alicia.paller@hoganlovells.com

Vassi Iliadis
Michael M. Maddigan
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
T. (310) 785-4600
vassi.iliadis@hoganlovells.com
michael.maddigan@hoganlovells.com

***Counsel for Defendants***

2