**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re:  CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 24-3108 (DWF/DJF) |
| This Document Relates to All Actions | **PRETRIAL ORDER NO. 27** (*RE:*  **Stipulation to Extend Time to File Home-State Law Reply Briefing)** |

Pursuant to the parties' joint stipulation (Doc. No. [520]) to extend the deadline for Defendants to file home-state law reply briefing established in Pretrial Order No. 23 (Doc. No. [491]), and based on the record in this case, **IT IS HEREBY ORDERED** that:

1.      The stipulation regarding response and reply briefing (Doc. No. [520]) is **APPROVED**.

2.      Defendants shall file replies to the response appendices on or before March 23, 2026.

Dated:  March 5, 2026

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge