**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re:  CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 24-3108 (DWF/DJF) |
| This Document Relates to All Actions | **PRETRIAL ORDER NO. 28** (*RE:* **Agenda for March 24, 2026 Status Conference**) |

Pursuant to the Court's Pretrial Order No. 2 (Doc. No. 69 ¶ 12) and consistent with Federal Rule of Civil Procedure 16.1 aimed at providing case-management guidance in MDLs, the Court directs the parties to place the following items on the agenda for the March 24, 2026 Status Conference:

- TFAP loan collection efforts;

- status of discovery;

- potential for amended master complaints;

- insurance company complaints and potential for a third track;

- position of State Court/MDL Liaison Counsel;

- noticing appearance for Co-Lead Counsel;

- applicability of orders to counsel in underlying cases; and

- newly filed state court complaints and coordination with state court cases.

Dated:  March 19, 2026                    s/Donovan W. Frank
                                          DONOVAN W. FRANK
                                          United States District Judge