Hogan Lovells

Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T +1 202 637 5600
F +1 202 637 5910
www.hoganlovells.com

March 24, 2026

**By ECF Filing and Electronic Mail**

Hon. Donovan W. Frank
United States District Court for the District of Minnesota
Warren E. Burger Federal Building and U.S. Courthouse
316 North Robert Street, Suite 100
St. Paul, MN 55101
frank_chambers@mnd.uscourts.gov

**Re: *In re: Change Healthcare Inc. Customer Data Sec. Breach Litig.*, 0:24-md-03108-DWF-DJF, Coordination with Related State Court Proceedings**

Dear Judge Frank:

Pursuant to the Parties' joint submission regarding state court cases related to this MDL, Defendants write to update the previously provided list of pending state court cases stemming from the February 2024 cyberattack on Change Healthcare. Attached hereto as Appendix A is a chart of all pending state court cases related to this MDL that Defendants are aware of at this time, along with updates relevant to these cases since our last report filed on January 19, 2026.

Since the previous report on January 19, 2026, 57 new cases have been filed in state court and eight new cases have been filed in federal court.

Of these, 36 state court cases and one federal court case were filed by MDL Plaintiffs Leadership Committee. Defendants understand that Plaintiffs' Leadership believed that these cases needed to be filed to account for tolling and choice of law issues. Each protective complaint filed in state court is removable to federal court and appropriate for transfer to the MDL. Defendants do not request that the MDL Court reach out to the state court judges of these cases at this time, but have identified these cases as protective state court complaints in Appendix A. Plaintiffs have also filed two individual class actions and one provider class action in Tennessee state court which are also removable.

Additionally, 15 provider cases have been filed in Tennessee state court and are likely removable because Change Healthcare, Inc. is no longer a citizen of Tennessee. *See* Dkt. No. 493. Defendants have removed four of these actions to federal court as the citizenship of the Plaintiff in these matters is apparent from the Complaint. The remainder of the cases are brought by LLCs whose citizenship is not readily ascertainable, and Defendants intend to engage in limited jurisdictional discovery in Tennessee state court to determine the citizenship of each LLC.

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Berlin Birmingham Boston Brussels Colorado Springs Denver Dubai Dublin Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Philadelphia Riyadh Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Sydney Tokyo Warsaw Washington, D.C. Associated Offices: Budapest Jakarta Shanghai FTZ. Business Service Centers: Johannesburg Louisville. For more information see www.hoganlovells.com

Finally, the stay in 20 state court cases (17 of which are California state court cases) was lifted upon issuance of a scheduling order in the MDL. The Coordination Order (MDL Pretrial Order No. 7) has been or will be entered in four state court cases thus far, and a Motion for Entry of the Coordination Order is pending in one state court case (*Nebraska*).

Since the previous report, nine cases have been transferred to the MDL (*Medical Imaging, Diagnostic Imaging Alliance of Louisville, Delgado, Florida Health Sciences Center, F.I.T. Muscle & Joint Clinic, Radiology Associates of Ridgewood, Dr. Kallas Dental Center, Temple University Health Systems, Methodist Pathology).* Two cases are under consideration for transfer before the JPML (*Path MD, Benefit Source*). Both plaintiffs have filed a motion to vacate the conditional transfer order.

In order to achieve the greatest coordination possible with the MDL, Defendants request support from the MDL Court as to several new and previously filed cases as denoted below.

1. *PruittHealth Inc. v. Change Healthcare Inc.*, No. 25C149 (Tenn. Cir. Ct. Davidson Cnty., filed January 17, 2025)
   *Time for a Change Therapy, LLC v. Change Healthcare Inc.*, No. 25C151 (Tenn. Cir. Ct. Davidson Cnty., filed January 17, 2025)
   *Total Wound Care of Oklahoma LLC, et al. v. Change Healthcare Inc.*, No. 25C155 (Tenn. Cir. Ct. Davidson Cnty., filed January 17, 2025)
   *Taos Comprehensive Health Corporation v. Change Healthcare Inc.*, No. 25C2291 (Tenn. Cir. Ct. Davidson Cnty., filed August 18, 2025)

Status: Defendants filed an answer in *PruittHealth, Inc.*, *Time for a Change Therapy, LLC*, *Total Wound Care of Oklahoma LLC, et al.*, and *Taos Comprehensive Health Corporation* on December 9, 2025. The parties continue to discuss a scheduling order in these cases, and a status conference is scheduled for April 24, 2026. Defendants respectfully request that the MDL Court communicate with the Honorable Judge Lynne T. Ingram to coordinate these matters with the MDL proceedings.

| **Judge** | **Plaintiff's Counsel** |
|---|---|
| Hon. Lynne T. Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201<br>Tel: (615) 880-2591<br>Jud. Assistant:<br>tammylrutledge@jisnashville.gov | J. Gerard Stranch, IV<br>Grayson Wells<br>Miles M. Schiller<br>Stranch, Jennings & Garvey, PLLC<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>Tel: (615) 254-8801<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com<br>mschiller@stranchlaw.com<br><br>Matthew J. Sill<br>Tara Tabatabaie<br>Dimitri Flowers |

| **Judge** | **Plaintiff's Counsel** |
|---|---|
| | Sill Law Group, PLLC<br>1101 N. Broadway Ave., Suite 102<br>Oklahoma City, OK 73103<br>Tel: (405) 509-6300<br>Fax: (800) 978-1345<br><br>Jacob Diesselhorst<br>Andy Campbell<br>Maples Nix & Diesselhorst<br>15401 N. May Avenue<br>Edmond, OK 73013<br>Tel: (405) 478-3737<br>Fax: (405) 513-5005<br>jacob@mndlawfirm.com<br>andy@mndlawfirm.com |

2. *AdvancedMD, Inc., v. Change Healthcare Solutions, LLC, et al.*, No. 250907931 (Utah Distr. Ct., Salt Lake Cnty., filed September 26, 2025)

Status: Following a November 21, 2025, hearing on Defendants' motion to stay proceedings, the court entered an order denying the motion to stay and entering the coordination order. A Motion to Dismiss is fully briefed and set for a hearing on April 22, 2026. Defendants respectfully request that the MDL Court communicate with the Honorable Judge Kara Pettit to coordinate these matters with the MDL proceedings.

| **Judge** | **Plaintiff's Counsel** |
|---|---|
| Hon. Kara Pettit<br>450 S State Street<br>Salt Lake City, UT 84111<br>Phone: (801) 238-7144<br>3rdpettitteam@utcourts.gov | Stephen Q. Wood<br>Alexander S. Allred<br>Erin Cranor<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>2755 E. Cottonwood Pkwy., Suite 520<br>Salt Lake City, UT 84121<br>Phone: (801) 515-7300<br>Fax: (801) 515-7400<br>stephenwood@quinnemanuel.com<br>alexallred@quinnemanuel.com<br>erincranor@quinnemanuel.com |

3. *Fairview v. Change Healthcare Technologies, LLC, et al.*, No. 62-CV-25-7116 (Minn. Distr. Ct., Ramsey Cnty., filed August 29, 2025)

Status: Plaintiff filed the initial case on March 21, 2025, which was transferred to the MDL on April 16, 2025. Plaintiff voluntarily dismissed its case on August 12, 2025, and re-filed its case with additional defendants, which prevented removal and transfer to the MDL. Defendants were served

on August 29, 2025 and filed a motion to stay on September 9, 2025, which the Court denied on January 28, 2026. The Court has entered the MDL Coordination Order and the parties are briefing a Motion to Dismiss. Defendants respectfully request that the MDL Court communicate with the Honorable Judge Reynaldo A. Aligada, Jr. to coordinate these matters with the MDL proceedings.

| **Judge** | **Plaintiff's Counsel** |
|---|---|
| Hon. Reynaldo A. Aligada, Jr.<br>Ramsey County Courthouse<br>15 W. Kellogg Blvd.<br>St. Paul, MN 55102<br>Phone: (651) 266-9271<br>Heather.Kendall@courts.state.mn.us | Christopher W. Madel<br>Ellen Ahrens WickhamCassandra B. Merrick<br>800 Pence Building<br>800 Hennepin Avenue<br>Minneapolis, MN 55403<br>Phone: (612) 605-0630<br>cmadel@madellaw.com<br>ewickham@madellaw.com<br>cmerrick@madellaw.com |

4. *Golden v. Change Healthcare Inc. et al.*, No. 24CL015029C (filed 10/04/24)
   *Teed v. Change Healthcare Inc. et al.,* No.24CL016207C (filed 10/04/24)
   *Fay v. Change Healthcare Inc. et al.*, No. 25CL000431N (filed 01/06/25)
   *Leverson v. Change Healthcare Inc. et al.*, No. 25CL005953C (filed 02/03/25)
   *Gossett v. Change Healthcare Inc. et al.,* No. 25CL013083C (filed 03/12/25)
   *Marshall v. Change Healthcare Inc. et al.*, No. 25CL013084C (filed 03/12/25)
   *Cervantes v. Change Healthcare Inc. et al.,* No. 25CL013376N (filed 03/14/25)
   *Derr v. Change Healthcare Inc. et al.*, No. 25CL015152N (filed 03/19/25)
   *Elliott v. Change Healthcare Inc. et al.,* No. 25CL015673C (filed 03/26/25)
   *Derocco v. Change Healthcare Inc. et al.,* No. 25CL020545C (filed 04/15/25)
   *Bekas Rasoul v. Change Healthcare Inc. et al.,* No. 25CL019456C (filed 04/16/25)
   *Dashti Rasoul v. Change Healthcare Inc. et al.,* No. 25CL019460C (filed 04/16/25)
   *Mustafa v. Change Healthcare Inc. et al.,* No. 25CL01938C (filed 04/16/25)
   *Lee v. Change Healthcare Inc., et al.*, No. 25CL035216C (filed 7/2/25)
   (Cal Super. Ct. San Diego Cnty.)

   *Rehn v. Change Healthcare Inc. et al.*, No. 24STL08355 (filed 11/21/24)
   *Jones v. Change Healthcare Inc. et al.*, No. 25STLC02423 (filed 03/26/25)
   *Rodriguez, et al. vs. Change Healthcare Inc.*, *et al.*, No. 25STLC03157 (filed 4/21/25)
   (Cal Super. Ct. Los Angeles County)

Status: On February 24, 2025, the *Golden*, *Teed*, *Fae*, and *Leverson* cases (which are stayed pending a scheduling order in the MDL) were transferred to the Honorable Judge Katherine A. Bacal, San Diego County Superior Court. Subsequently, Plaintiffs' counsel filed *Gossett, Marshall, Cervantes, Derr, Elliott, Derocco, Bekas Rasoul, Dashti Rasoul,* and *Mustafa* in San Diego County and filed *Rehn* and *Jones* in Los Angeles County. On November 14, 2025, the cases pending in Los Angeles Superior Court were coordinated and transferred to Judge Maria Jhai.

The stay in these cases was lifted upon the issuance of a scheduling order in the MDL. The parties have a status conference in the San Diego cases on June 12, 2026 and a status conference in the Los Angeles cases on June 5, 2026. The parties continue to discuss a schedule in these matters and potential coordination with the MDL. Defendants respectfully request that the MDL Court communicate with the Honorable Judges Bacal and Jhai to coordinate these matters with the MDL proceedings.

| **Judges** | **Plaintiff's Counsel** |
|---|---|
| Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328<br><br>Hon. Maria Jhai<br>312 N. Spring St<br>Los Angeles, CA 90012<br>Dept. 26<br>Phone: (213) 310-7026 | Jeremy S. Golden<br>Cory M. Teed<br>Golden & Cardona-Loya, LLP<br>3130 Bonita Road, Suite 200B<br>Chula Vista, CA 91910<br>Phone: (619) 476-0030<br>jeremy@goldencardona.com<br>cory@goldencardona.com |

5. *State of Nebraska, ex rel. Michael T. Hilgers, Attorney General v. Change Healthcare Inc., et al.*, No. D02CI240004356 (Neb. Distr. Ct. Lancaster Cnty., filed December 16, 2024)

Status: On December 16, 2024, this action was filed against Change Healthcare, UnitedHealth Group Incorporated, and Optum, Inc. On November 10, the Court denied Defendants' motion to dismiss. Defendants filed an Answer on December 15, 2025. On January 9, 2026, Plaintiff filed a Motion to Compel Defendants, which is pending before the Court. On January 9, 2026, Defendants also filed a Motion to Enter the Coordination Order, which is pending before the Court. The parties filed a joint submission with proposed schedules on February 11, 2026. Defendants respectfully request that the MDL Court continue to communicate with the Honorable Judge Susan Strong to coordinate this matter with the MDL proceedings.

| **Judge** | **Plaintiff's Counsel** |
|---|---|
| Hon. Susan Strong<br>575 S 10th Street<br>Lincoln, NE 68508<br>Phone: (402) 441-7301<br>Email: ClerkDistCt@lancaster.ne.gov | Tyrone E. Fahie<br>Beatrice O. Strnad<br>Justin C. McCully<br>Consumer Protection Bureau<br>Office of the Attorney General<br>2115 State Capitol Lincoln, NE 68509-8920<br>Phone: (402) 471-2811<br>tyrone.fahie@nebraska.gov<br>bebe.strnad@nebraska.gov<br>justin.mccully@nebraska.gov |

| Judge | Plaintiff's Counsel |
|---|---|
| | William A. Burck<br>Adam B. Wolfson<br>Jennifer J. Barrett<br>Derek L. Shaffer<br>Sara C. Clark<br>Ryan Swindall<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Phone: (213) 443-3000<br>williamburck@quinnemanuel.com<br>adamwolfson@quinnemanuel.com<br>jenniferbarrett@quinnemanuel.com<br>derekshaffer@quinnemanuel.com<br>saraclark@quinnemanuel.com<br>ryanswindall@quinnemanuel.com |

6. *Lincare Holdings Inc., et al. v. UHG, Inc.,* No. 210144594 (Fla. Circ. Ct. Hillsborough Cnty., filed Nov. 2, 2024)

Status: The stay in this case was lifted upon the issuance of a scheduling order in the MDL. The parties are negotiating a joint differentiated scheduling order. Defendants respectfully request that the MDL Court continue to communicate with the Honorable Judge Cheryl Thomas to coordinate this matter with the MDL proceedings.

| Judge | Plaintiff's Counsel |
|---|---|
| Hon. Cheryl K. Thomas<br>Edgecomb Courthouse<br>800 Twiggs Street, Room 525<br>Tampa, Florida 33602<br>Phone: (813) 272-6993<br>gencivdiva@fljud13.org | Mike Prather<br>Freeman Mathis & Gary, LLP<br>1800 West Loop South \| Suite 1110 \| Houston, TX 77027<br>D: 832-371-6036<br>C: 713 829 0363<br>Email: Mike.Prather@fmglaw.com<br><br>Gregory A. Fencik<br>Donato, Brown, Pool & Moehlmann<br>3200 Southwest Freeway, Suite 2300<br>Houston, Texas 77027<br>Phone: (407) 310-8571<br>gfencik@donatobrown.com |

7. *John Aretakis v. Change Healthcare*, No. 988/2025 (New York Kings Cnty. Sup. Ct., October 15, 2025)

Status: Plaintiff filed the initial case on April 9, 2025, which was transferred to the MDL on July 16, 2025. Plaintiff filed another case in state court on October 15, 2025 and claims a maximum amount of damages below the jurisdictional limit for removal. Defendants filed a Motion to Dismiss or, in the Alternative, to Stay and a hearing on the Motion is set for April 15, 2026. Once this matter is assigned to a judge, Defendants respectfully request that the MDL Court communicate with that Judge to coordinate this matter with the MDL proceedings.

| **Judge** | **Plaintiff's Counsel (pro se)** |
|---|---|
| Not Assigned | John Aretakis<br>1008 Cortelyou Road<br>Brooklyn, NY 11218<br>Phone: (917) 304-4885<br>john.aretakis@@gmail.com |

8. *Eye Care Associates of Morristown, Inc. v. Change Healthcare Inc.*, No. 24-CV-048 (Tenn. Cir. Ct. Hamblen Cnty.)

Status: The stay in this case was lifted upon issuance of the MDL scheduling order. Plaintiffs intend to submit an amended complaint in this matter and to the parties have agreed to enter the MDL Coordination Order. Plaintiffs filed a Second Amended Complaint and Defendants' response is due on June 14, 2026. Defendants respectfully request that the MDL Court communicate with the Honorable Judge William E. Phillips, II to coordinate this matter with the MDL proceedings.

| **Judge** | **Plaintiffs' Counsel** |
|---|---|
| Hon. William E. Phillips, II<br>210 E Main Street<br>Rogersville, TN 37857<br>(423) 272-7633<br>Email: Teresa West, Circuit Court Clerk<br>twest@hamblen.tn.us | David J. Hodge<br>Morris, King & Hodge, P.C.<br>200 Pratt Avenue, NE<br>Huntsville, Alabama 35801<br>Phone (256) 536-0588<br>dhodge@mkhlawyers.com<br><br>F. Braxton Terry<br>The Terry Law Firm<br>116 East Main Street<br>P.O. Box 724<br>Morristown, Tennessee 37815<br>Phone: (423) 586-5800<br>brack@terry-lawfirm.com<br><br>Mark S. Stapleton<br>Stapleton Law Office<br>225 S. Depot Street<br>Rogersville, Tennessee 37857<br>Phone: (423) 546-4046 |

| Judge | Plaintiffs' Counsel |
|---|---|
| | mark@stapletonlawoffice.com |

9. *Zing Health Holdings, Inc.*, No. 26CV001838 (Ga. Superior Ct. Fulton Cnty., filed February 6, 2026) (**new case since last report**)

Status: Plaintiff filed this case on February 6, 2026 and Defendants' responsive pleading is due on April 14, 2026. Defendants respectfully request that the MDL Court communicate with the Honorable Judge Robert C. I. McBurney to coordinate this matter with the MDL proceedings.

| Judge | Plaintiffs' Counsel |
|---|---|
| Hon. Robert C. I. McBurney<br>Justice Center Tower<br>185 Shirley C. Franklin Blvd., S.W.<br>Chambers Room 8855<br>Atlanta, Georgia 30303<br>Email: Monica Niles, Staff Attorney<br>monica.niles@fultoncountyga.gov | Deborah Shelles Cameron<br>Mozley, Finlayson & Loggins LLP<br>1050 Crown Point Parkway, Suite 1500<br>Atlanta, Georgia 30338<br>Phone: (404) 256-0700<br>dcameron@mfllaw.com<br><br>Bradley Hoppe<br>Jessica Copeland<br>Travis Talerico<br>Bond, Schoeneck & King, PLLC<br>200 Delaware Avenue<br>Buffalo, New York 14202<br>Phone: (716) 416-7000<br>bhoppe@bsk.com<br>jcopeland@bsk.com<br>ttalerico@bsk.com |

10. *Alliance Pathology Consultants, PLLC, et al. v. Change Healthcare Technology Enabled Services LLC, et al.*, No. 2024-L-012135 (Ill. Cir. Ct. Cook Cnty., filed October 29, 2024)

Status: This case was filed on October 29, 2024 against Change Healthcare Technology Enabled Services and Healthcare Business Consultants, Inc. but did not include any allegations related to the Cyberattack. On June 20, 2025, Plaintiffs filed an amended complaint which added cyberattack-related allegations. On November 17, 2025, the court stayed the cyberattack-related claims for six months pending the issuance of a scheduling order in the MDL. The stay in this case was lifted upon issuance of the scheduling order in the MDL, but discovery has not begun on any of the claims. Defendants respectfully request that the MDL Court communicate with the Honorable Judge Daniel Kubasiak to coordinate this matter with the MDL proceedings.

| Judge | Plaintiff's Counsel |
|---|---|
| Hon. Daniel J. Kubasiak<br>Richard J. Daley Center | Michael J. Scotti, III<br>Hillard Sterling |

| **Judge** | **Plaintiff's Counsel** |
|---|---|
| 50 W. Washington St.<br>Chicago, Illinois 60602<br>Phone: (312) 603-5930<br>Email: law.caltcc@cookcountyil.gov | Garry L. Wills<br>Roetzel & Andress, LPA<br>70 West Madison St., Suite 3000<br>Chicago, IL 60602<br>(312) 580-1200<br>mscotti@ralaw.com<br>hsterling@ralaw.com<br>gwills@ralaw.com |

* * *

Sincerely,

*/s/ Allison M. Ryan*

Allison M. Ryan
Partner
allison.holt-ryan@hoganlovells.com
Phone: (202) 637-5600

cc: Daniel E. Gustafson (Plaintiffs Overall Lead Counsel )
Matthew Sill (Plaintiffs State Court/MDL Liaison Counsel)
David Hodge (Plaintiffs State Court/MDL Liaison Counsel)

Enclosures

# Appendix A

## LIST OF STATE COURT CASES FOR COORDINATION

Below is a list of cases stemming from the February 2024 cyberattack on Change Healthcare pending in state courts of which the parties are currently aware. The cases are listed in alphabetical order by state.

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| **Alabama** | | | | |
| Trinity Medical Care LLC v. UnitedHealth Group Incorporated, et al. | 47-CV-2026-900309<br><br>Class Action. | Madison Cnty. Cir. Ct. | Hon. Donna S. Pate<br>Madison County Courthouse, Room 810<br>100 Northside Square<br>Huntsville, Alabama 35801<br>(256) 532-3631 | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL.<br><br>**New since last update** |
| **Arizona** | | | | |
| *Desert ABA Solutions LLC v. UnitedHealth Group Incorporated, et al.* | Not Assigned.<br><br>Class action | Yuma Cnty. Sup. Ct. | Not Assigned. | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL.<br><br>**New since last update** |
| *Parker Medical Center Ltd. v. UnitedHealth Group Incorporated, et al.* | S-1500-CV-202600017<br><br>Class action | La Paz Cnty. Sup. Ct. | Not Assigned. | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL.<br><br>**New since last update** |

| | | | | |
|---|---|---|---|---|
| *Pathfinder Counseling & Consulting LLC v. UnitedHealth Group Incorporated et al.* | CV2026006784<br><br>Class action | Maricopa Cnty. Sup. Ct. | Not Assigned. | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL.<br><br>**New since last update** |
| **California** | | | | |
| *Bekas Rasoul v. Change Healthcare Inc., et al.* | No. 25CL019456C<br><br>Not a class action. | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Status conference scheduled on June 12, 2026 |
| *Cervantes v. Change Healthcare Inc., et al.* | No. 25CL000431N<br><br>Not a class action. | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Status conference scheduled on June 12, 2026 |
| *Dashti Rasoul v. Change Healthcare Inc., et al.* | No. 25CL019460C<br><br>Not a class action. | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Status conference scheduled on June 12, 2026 . |
| *Derocco v. Change Healthcare Inc., et al.* | No. 25CL020545C<br><br>Not a class action. | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63 | Status conference scheduled on June 12, 2026 |

| | | | | |
|---|---|---|---|---|
| | | | Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | |
| *Derr v. Change Healthcare Inc., et al.* | No. 25CL015152N<br><br>Not a class action. | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Status conference scheduled on June 12, 2026 |
| *E5 Therapy, et al. v. UnitedHealth Group Incorporated, et al.* | No. TC26-607<br><br>Class action | Cal. Super.Ct. Sacramento County | Hon. Richard Miadich<br>Sacramento Superior Court<br>720 9th Street<br>Sacramento, California 95814<br>(916) 874-6695 | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL.<br><br>**New since last update** |
| *Elliott v. Change Healthcare Inc., et al.* | No. 25CL015673C<br><br>Not a class action. | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Status conference scheduled on June 12, 2026 |
| *Fay v. Change Healthcare Inc., et al.* | No. 25CL000431N<br><br>Not a class action. | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Status conference scheduled on June 12, 2026 |
| *Gemini Professional Counseling v.* | No. 25STSC05296 | Cal. Super. Ct. Los Angeles Cnty. | Hon. Emma Castro<br>Stanley Mosk Courthouse | Ongoing in Small Claims Court. |

| | | | | |
|---|---|---|---|---|
| *Magellan Healthcare Incorporated, et al.* | Not a class action. | | 111 North Hill Street<br>Los Angeles, CA 90012<br>(213) 633-0690 | |
| *Golden v. Change Healthcare Inc., et al.* | No. 24CL015029C<br><br>Not a class action. | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Status conference scheduled on June 12, 2026 |
| *Gossett v. Change Healthcare Inc., et al.* | No. 25CL013084C<br><br>Not a class action. | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Status conference scheduled on June 12, 2026 |
| *Hanson v. Change Healthcare Practice Management Solutions, Inc.* | No. 25STSCO3557<br><br>Not a class action. | Cal. Super. Ct., Los Angeles Cnty. | Hon. Emma Castro<br>Stanley Mosk Courthouse<br>111 North Hill Street<br>Los Angeles, CA 90012<br>(213) 633-0690 | Pending appeal to Superior Court. |
| *Jones v. Change Healthcare Inc., et al.* | No. 25STLC02423<br><br>Not a class action. | Cal. Super. Ct. Los Angeles Cnty. | Hon. Maria Jhai<br>312 N. Spring St<br>Los Angeles, CA 90012<br>Dept. 26<br>Phone: (213) 310-7026 | Status conference scheduled on June 5, 2026. |
| *Lee v. Change Healthcare Inc., et al.* | No. 25CL035126C<br><br>Not a class action. | Cal. Super. Ct. Los Angeles Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Status conference scheduled on June 12, 2026 |

| | | | | |
|---|---|---|---|---|
| *Leverson v. Change Healthcare Inc., et al.* | No. 25CL005953C<br><br>Not a class action. | Cal. Super. Ct. Los Angeles Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Status conference scheduled on June 12, 2026 |
| *Marshall v. Change Healthcare Inc., et al.* | No. 25CL013084C<br><br>Not a class action. | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Status conference scheduled on June 12, 2026.. |
| *Mustafa v. Change Healthcare Inc., et al.* | No. 25CL01938C<br><br>Not a class action. | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Status conference scheduled on June 12, 2026.. |
| *Rehn v. Change Healthcare Inc., et al.* | No. 24STLC08355<br><br>Not a class action. | Cal. Super. Ct. Los Angeles Cnty. | Hon. Maria Jhai<br>312 N. Spring St<br>Los Angeles, CA 90012<br>Dept. 26<br>Phone: (213) 310-7026 | Status conference scheduled on June 5, 2026. |
| *Rodriguez, et al. v. Change Healthcare Inc., et al.* | No. 24CL015029C<br><br>Not a class action. | Cal. Super. Ct. Los Angeles Cnty. | Hon. Maria Jhai<br>312 N. Spring St<br>Los Angeles, CA 90012<br>Dept. 26<br>Phone: (213) 310-7026 | Status conference scheduled on June 5, 2026. |
| *Teed v. Change Healthcare Inc., et al.* | No. 24CL015029C | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63 | Status conference scheduled on June 12, 2026.. |

| | | | | |
|---|---|---|---|---|
| | Not a class action. | | Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | |
| **Colorado** | | | | |
| *KidStuff Child & Family Counseling PC v. UnitedHealth Group Incorporated, et al.* | No. 2026cv30151<br><br>Class action | Col. Ft. Collins Larimer Cnty. District Ct. | Hon. Laurie K. Dean<br>Larimer County Justice Center<br>201 LaPorte Ave., Courtroom 4C<br>Fort Collins, Colorado 80521<br>Phone: (970) 494-3720 | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL.<br><br>**New since last update** |
| **Delaware** | | | | |
| *Anesthesia Services, P.A., et al. v. Change Healthcare Inc.* | No. N26C-02-375 KMM<br><br>Class Action | Delaware New Castle Cnty. Sup. Ct. | Hon. Kathleen M. Miller<br>Leonard L. Williams Justice Center<br>500 North King Street<br>Wilmington, DE 19801<br>Phone: (302) 255-0654<br>Email: Administrative Specialist stephanie.jackson@delaware.gov | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL.<br><br>**New since last update** |
| **Florida** | | | | |
| *Bawaney v. Change Healthcare Inc.* | No. 502024 CC 011988 XXX AMB<br><br>Not a class action. | Fla. Cnty. Ct. Palm Beach Cnty. | Hon. Judge M. Katherine Mullinax<br>205 North Dixie Hwy.<br>West Palm Beach, FL 33401<br>(561) 355-6158<br>CAD-DivisionRJ@pbcgov.org | Administratively closed pending resolution of the MDL. |
| *Fullwood v. Change Healthcare Inc,* | No. 2024 CC 004047 CL<br><br>Not a class action. | Fla. Cnty. Ct. Osceola Cnty. | Hon. Gabrielle Sanders-Morency<br>Jon B. Morgan Osceola County Courthouse | Administratively closed pending resolution of the MDL. |

| | | | | |
|---|---|---|---|---|
| | | | 2 Courthouse Square<br>Kissimmee, FL 34741<br>(407) 742-2495 | |
| *Krasnow v. Change Healthcare LLC* | No. 05-2024-SC-053686-XXSX-BC | Fla. Cnty. Ct. Brevard Cnty. | Jon. Michelle A. Baker<br>506 S. Palm Ave.<br>Titusville, FL 32796-3501<br>(321) 264-6996<br>Lisa.Walters@flcourts18.org | Administratively closed pending resolution of the MDL |
| *Lincare Holdings Inc. v. UnitedHealth Group Incorporated* | No. 210144594<br><br>Not a class action. | Fla. Circ. Ct. Hillsborough Cnty. | Hon. Cheryl K. Thomas<br>Edgecomb Courthouse<br>800 Twiggs Street, Room 525<br>Tampa, FL 33602<br>(813) 272-6993<br>gencivdiva@fljud13.org | A proposed differentiated scheduling order is being negotiated between the parties.<br><br>**Coordination Order entered.** |
| *Urological Consultants of Florida, et al. v. UnitedHealth Group Incorporated, et al.* | No. 241757428<br><br>Class action | Fla. 17th Judicial Cir. Ct. Broward Cnty. | Hon. N. Hunter Davis<br>Broward County Courthouse<br>201 Southeast Sixth Street<br>Chambers WW-16-127<br>Fort Lauderdale, Florida 33301<br>Phone: (954) 831-7763<br>Email: div14@17thflcourts.org | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL.<br><br>**New since last update** |
| **Georgia** | | | | |
| *Sunny Days Therapeutics, LLC v. UnitedHealth Group Incorporated, et al.* | No. SUCV2026000077 | Ga. Chatham Cnty. Sup. Ct. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL. |

| | | | | |
|---|---|---|---|---|
| | | | | **New since last update** |
| *Zing Health Holdings, Inc.*, | No. 26CV001838 | Ga. Superior Ct. Fulton Cnty., filed February 6, 2026 | Hon. Robert C. I. McBurney<br>Justice Center Tower<br>185 Shirley C. Franklin Blvd., S.W.<br>Chambers Room 8855<br>Atlanta, Georgia 30303<br>Email: Monica Niles, Staff Attorney<br>monica.niles@fultoncountyga.gov | Response to Complaint due by April 14, 2026<br><br>**New since last update** |
| **Hawaii** | | | | |
| *Big Island Health Clinic Inc. v. UnitedHealth Group Incorporated, et al.* | No. 3CCV-26-59<br><br>Class action | Hawaii Third Cir. Ct. | Hon. Peter K. Kubota, Third Circuit Court, Division 1,<br>Hale Kaulike,<br>777 Kilauea Avenue,<br>Hilo, Hawai'i 96720<br>(808) 961-7464 | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL.<br><br>**New since last update** |
| **Idaho** | | | | |
| *Compassionate Concierge Physicians, LLC v. UnitedHealth Group Incorporated, et al.* | No. CV10-26-0983<br><br>Class action | Idaho Booneville Cnty. District Ct. | Hon. Jason D. Walker<br>605 North Capital St<br>Idaho Falls, Idaho | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL.<br><br>**New since last update** |
| *Pathologists' Regional Laboratory, P.A. v. Change Healthcare* | CV35-26-0361 | Idaho<br>Nez Perce Cnty. 2nd Jud. Dist. Ct. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for |

| | | | | |
|---|---|---|---|---|
| *Operations, LLC, et al.* | | | | removal and transfer to the MDL.<br><br>**New since last update** |
| **Illinois** | | | | |
| *Alliance Pathology Consultants, PLLC, et al. v. Change Healthcare Technology Enabled Services LLC, et al.* | No. 2024-L-012135<br><br>Not a class action. | Ill. Cir. Ct. Cook Cnty. | Hon. Daniel Kubasiak<br>Richard J. Daley Center<br>50 W. Washington St.<br>Chicago, Illinois 60602<br>(312) 603-5930<br>law.caltcc@cookcountyil.gov | Cyberattack-related claims stayed for six months from November 17, 2025. |
| *Pediatric Clinic Ltd., et al. v. UnitedHealth Group Incorporated, et al* | 2026-CH-1450 | Ill. Cir. Ct., Cook Cnty | Hon. William Sullivan<br>Richard J. Daley Center<br>50 W. Washington St.<br>Chicago, Illinois 60602<br>(312) 603-6025<br>calendar15.chancery@cookcountyil.gov | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL.<br><br>**New since last update** |
| **Indiana** | | | | |
| *Mind Garden LLC et al. v. UnitedHealth Group Incorporated, et al.* | No. 49D01-2602-CE-008320<br><br>Class action | Ind. Sup. Ct. 1 Marion Cnty. | Not Assigned. | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL.<br><br>**New since last update** |
| **Iowa** | | | | |
| *Serenity Therapy LLC v. United Health* | 05771 CVCV070631 | Iowa Dist. Ct., Polk Cnty. | Not Assigned. | This state court complaint was filed by MDL |

| | | | | |
|---|---|---|---|---|
| *Group, Inc., et al.* | | | | Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL.<br><br>**New since last update** |
| **Kansas** | | | | |
| *Southeast Kansas Eye Care Associates, P.A., v. UnitedHealth Group Incorporated* | No. MGC-2026-000009<br><br>Class action | Kan. Montgomery-Coffeyville Cnty. District Ct. | Hon. F. William Cullins<br>14th Judicial District Court<br>102 West 7th Street<br>Coffeyville, Kansas 67337<br>cullins@14JD.org | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL.<br><br>**New since last update** |
| **Kentucky** | | | | |
| *Brent C. Garrard Counseling, LLC, et al. v. UnitedHealth Group Incorporated, et al.* | No. 26-CI-00212<br><br>Class action | Ky. Commonwealth, Daviess Cir. Ct. | Not Assigned. | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL.<br><br>**New since last update** |
| *Radiology Group of Paducah, PSC v. Change Healthcare Technology Enabled Services, LLC et al.* | No. 26-CI-00294 | Ky. Cir. Ct. McCracken Cnty. | Not Assigned | **New since last update** |
| **Louisiana** | | | | |
| *Dr. Warren H. Johnson,* | No. 2026-01267 | Orleans Parish District Ct. La. | Not Assigned. | This state court complaint was |

| | | | | |
|---|---|---|---|---|
| *Podiatrist v. UnitedHealth Group Incorporated* | Class action | | | filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL.<br><br>**New since last update** |
| **Maryland** | | | | |
| *Rebound Physical Therapy, LLC v. UnitedHealth Group Incorporated, et al.* | No. C-15-CV-26-001042 | Md. Cir. Ct. Montgomery Cnty. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL.<br><br>**New since last update** |
| **Massachusetts** | | | | |
| *Bello Therapy, et al. v. UnitedHealth Group Incorporated, et al.* | Not Assigned Yet | Commonwealth Mass. Trl. Ct. Sup. Ct. Dept., Suffolk Cnty. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL.<br><br>**New since last update** |
| **Michigan** | | | | |
| *Agius Psychological Services, LLC, et al. v. UnitedHealth Group Incorporated, et al.* | No. CZ-26-60914 | Mich. Cir. Ct. Genesee Cnty. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL. |

| | | | | |
|---|---|---|---|---|
| | | | | **New since last update** |
| **Minnesota** | | | | |
| *Fairview Health Services v. Change Healthcare Technologies, LLC* | No. 62-CV-25-7116<br><br>Not a class action. | Minn. Distr. Ct., Ramsey Cnty. | Hon. Reynaldo A. Aligada, Jr.<br>Ramsey County Courthouse<br>15 W. Kellogg Blvd.<br>St. Paul, MN 55102<br>(651) 266-9271<br>Heather.Kendall@courts.state.mn.us | Briefing Motion to Dismiss<br><br>**Coordination Order entered.** |
| *Nides v. Change Healthcare* | No. 19WS-CO-25-332<br><br>Not a class action. | Minn. Distr. Ct. Dakota Cnty. | Hon. Shawn M. Moynihan<br>14955 Galaxie Ave, Apple Valley, MN 55124<br>(952) 247-7099 | Administratively closed. |
| **Mississippi** | | | | |
| *Trustcare Health, LLC, et al. v. Change Healthcare Inc.* | No. 25C1:25-cv-00899 | Miss. Chancery Ct., Hinds Cnty. | Hon. Tametrice Hodges-Linzey<br>316 S President St<br>Jackson, MS 39201<br>(601) 968-6545<br>(601) 973-5554<br>Court administrator: renee.runyon-truss@co.hinds.ms.us | Stayed per stipulation of the parties. |
| **Missouri** | | | | |
| *Teresa Schroeder South City Counsel, STL, LLC, et al. v. UnitedHealth Group Incorporated, et al.* | No. 26220CC00482 | Mo. Cir. Ct. St. Louis | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL.<br><br>**New since last update** |
| **Nebraska** | | | | |
| *Nebraska v. Change* | No. D02CI240004356 | Neb. Distr. Ct. Lancaster Cnty. | Hon. Susan Strong<br>575 S 10th Street<br>Lincoln, NE 68508 | Plaintiff's Motion to Compel and Defendants' |

| | | | | |
|---|---|---|---|---|
| *Healthcare Inc., et al.* | Not a class action. | | (402) 441-7301<br>ClerkDistCt@lancaster.ne.gov | Motion to Enter Coordination Order are pending before the Court. |
| **Nevada** | | | | |
| *K. Sasse Surgical Associates PC, d/b/a Nevada Surgical and Advanced Manual Therapy Institute I, LLC v. UnitedHealth Group Incorporated, et al.* | No. A-26-939363-C | Nev. Distr. Ct., Clark Cnty. | Hon. Kathleen Delaney,<br>Eighth Judicial District Court,<br>Regional Justice Center,<br>Courtroom 15B,<br>200 Lewis Avenue,<br>Las Vegas, Nevada.<br>(702) 671-0850<br>dept251c@clarkcountycourts.us. | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL.<br><br>**New since last update** |
| **New Hampshire** | | | | |
| *Care Counseling Services LLC v. UnitedHealth Group Incorporated, et al.* | No. 216-2026-CV-00285 | N.H. Hillborough N. Dist. Sup. Ct. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL.<br><br>**New since last update** |
| **New Jersey** | | | | |
| *Nancy Fist, et. al. v. UnitedHealth Group Incorporated, et al.* | No. BER-L-003074-26 | N.J. Bergen Cnty. Sup. Ct. Law Div. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL.<br><br>**New since last update** |
| **New York** | | | | |

| | | | | |
|---|---|---|---|---|
| *John Aretakis v. Change Healthcare,* | No. 988/2025 | New York Kings Cnty. Sup. Ct. | Not Assigned | Hearing on Defendants' Motion to Dismiss set on April 15, 2026 |
| *Therapy My Way Psychology PC, et al. v. UnitedHealth Group Incorp* | No.603362/ 2026 | New York Nassau County Sup. Ct. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL.<br><br>**New since last update** |
| **North Carolina** | | | | |
| *Life Learning Counseling PLLC et al. v. UnitedHealth Group Incorporated, et al.* | No. 26CV01302 1-590 | N.C. Gen. Ct. Just., Mecklenburg Cnty. Sup. Ct. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL.<br><br>**New since last update** |
| **Ohio** | | | | |
| *Firelands Regional Medical Center, et al. v. UnitedHealth Group Incorporated, et al.* | No. 2026 CV 0075<br><br>Class action | Erie County Court of Common Pleas | Hon. Tygh M. Tone<br>323 Columbus Ave.<br>Sandusky, Ohio 44870<br>(419) 627-7731<br>Email: Susan Kelsey, Magistrate & Staff Attorney<br>skelsey@eriecounty.oh.gov | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL.<br><br>**New since last update** |
| **Oklahoma** | | | | |

| | | | | |
|---|---|---|---|---|
| *Moe Karami DDS Inc. v. Change Healthcare Pharmacy Solutions, Inc., et al.* | CJ-2026-237<br><br>Class action | Okla. District Ct., Cleveland Cnty. | Jeff Virgin<br>200 S. Peters Ave.<br>Norman, OK 73069<br>(405) 366-0600 | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL.<br><br>**New since last update** |
| **Oregon** | | | | |
| *Tiffany Kettermann, LLC, et al. v. UnitedHealth Group Incorporated, et al.* | No. 26CV08353<br><br>Class Action. | Multnomah Cnty. Cir. Ct. Oregon | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL.<br><br>**New since last update** |
| **Pennsylvania** | | | | |
| *CEPD Psychological Services, et al. v. UnitedHealth Group Incorporated, et al.* | No. 260202092<br><br>Class action | Philadelphia Cnty. Ct. Common Pleas, Penn. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL.<br><br>**New since last update** |
| **Tennessee** | | | | |
| *Advanced Billing Consultants, Inc. v. Change Healthcare Inc.* | No. 26C526 | Tenn. Cir. Ct. Davidson Cnty. | Not Assigned | **New since last update** |
| *Alamance Eye Center, P.A. v.* | No. 26C519 | Tenn. Cir. Ct. Davidson | Not Assigned | **New since last update** |

| | | | | |
|---|---|---|---|---|
| *Change Healthcare Inc.* | | Cnty. 20th Jud. Dist. | | |
| *Autumn Abramczyk, et al. v. UnitedHealth Group Incorporated, et al.* | No. 26C524<br><br>Class Action | Tenn. Cir. Ct. Davidson Cnty. 20th Jud. Dist. | Not Assigned | **New since last update** |
| *DentFirst, P.C. v. Change Healthcare Inc.* | No. 26C522 | Tenn. Cir. Ct. Davidson Cnty. 20th Jud. Dist. | Not Assigned | **New since last update** |
| *Dexios Corporation v. Change Healthcare Inc.* | No. 26C518 | Tenn. Cir. Ct. Davidson Cnty. | Not Assigned | **New since last update** |
| *Eye Care Associates of Morristown, Inc. v. Change Healthcare Inc.* | No. 24-CV-048<br><br>Class action. | Tenn. Cir. Ct. Hamblen Cnty. | Hon. William E. Phillips, II<br>210 E Main Street<br>Rogersville, TN 37857<br>(423) 272-7633 | Defendants' response to Second Amended Complaint due June 14, 2026.<br><br>**Coordination Order entered** |
| *Family Care Medical Center, P.A. v. Change Healthcare Inc. (sic)* | No. 26C520 | Tenn. Cir. Ct. Davidson Cnty. 20th Jud. Dist. | Not Assigned | **New since last update** |
| *Healthcare Administrative, LLC v. Change Healthcare Inc.* | No. 26C517 | Tenn. Cir. Ct. Davidson Cnty. | Not Assigned | **New since last update** |
| *Intelibill Professional Services LLC v. Change Healthcare Inc.* | No. 26C516 | Tenn. Cir. Ct. Davidson Cnty. | Not Assigned | **New since last update** |
| *Janice Ainsworth et al. v. UnitedHealth Group Incorporated, et al.* | No. 26C513 | Tenn. Cir. Ct. Davidson Cnty. 20th Jud. Dist. | Not Assigned | **New since last update** |

| | | | | |
|---|---|---|---|---|
| *Lutze Consulting, LLC v. Change Healthcare Inc.* | No. 26C536 | Tenn. Cir. Ct. Davidson Cnty. | Not Assigned | **New since last update** |
| *Medical Management & Mentoring LLC v. Change Healthcare, Inc.* | No. 26C689 | Tenn. Cir. Ct. Davidson Cnty. | Not assigned | **New since last update** |
| *Mid-South Imaging & Therapeutics, P.A. v. UnitedHealth Group, Inc., et al.* | No. 24-0723-III<br><br>Not a class action. | Tenn. Ch. Ct. Davidson Cnty. | Hon. I'Aesha L. Myles<br>1 Public Square, Suite 407<br>Nashville, TN 37201<br>(615) 862-5705 | In discovery. Court ordered coordination with the MDL, but Coordination Order not filed. |
| *Mind Over Matters, PLLC v. Change Healthcare Inc.* | No. 26C542 | Tenn. Chancery Ct. Davidson Cnty. | Not Assigned | **New since last update** |
| *Professional Billing & Management Services Inc. v. Change Healthcare Inc.* | No. 26C581 | Tenn. Cir. Ct. Davidson Cnty | Not Assigned | **New since last update** |
| *PruittHealth Inc. v. Change Healthcare Inc.* | No. 25C149<br><br>Not a class action. | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne T. Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201<br>(615) 880-2591<br>Jud. Assistant: tammylrutledge@jisnashville.gov | Answer filed on December 9.<br><br>The parties continue to discuss a case schedule. |
| *Red House Medical Billing MI LLC v. Change Healthcare Inc.* | No. 26C525 | Tenn. Cir. Ct. Davidson Cnty. | Not Assigned | **New since last update** |
| *Surgical Recovery Solutions, LLC v. Change Healthcare Inc.* | No. 26C521 | Tenn. Cir. Ct. Davidson Cnty. | Not Assigned | **New since last update** |

| | | | | |
|---|---|---|---|---|
| *Taos Comprehensive Health Corporation v. Change Healthcare Inc.* | No. 25C2291 | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne Tyler Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201<br>(615) 880-2591<br>Jud. Assistant:<br>tammylrutledge@jisnashville.gov | Answer filed on December 9.<br><br>The parties continue to discuss a case schedule. |
| *The Auctus Group, LLC v. Change Healthcare Inc.* | No. 26C540 | Tenn, Cir. Ct. Davidson Cnty. | Not Assigned | **New since last update** |
| *Time for a Change Therapy, LLC v. Change Healthcare Inc.* | No. 25C151 | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne T. Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201<br>(615) 880-2591<br>Jud. Assistant:<br>tammylrutledge@jisnashville.gov | Answer filed on December 9.<br><br>The parties continue to discuss a case schedule. |
| *Total Care Dental and Orthodontics, et al. v. UnitedHealth Group Inc., et al.* | No. 26C631<br><br>Class Action | Tenn. Cir. Ct. Davidson Cnty. 20th Jud. Dist. | Not Assigned | **New since last update** |
| *Total Wound Care of Oklahoma LLC, et al. v. Change Healthcare Inc.* | No. 25C155<br><br>Not a class action. | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne T. Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201<br>(615) 880-2591<br>Jud. Assistant:<br>tammylrutledge@jisnashville.gov | Answer filed on December 9.<br><br>The parties continue to discuss a case schedule. |
| *Reus Services Valued Professionals, Inc.* | No. 26C693 | Tenn. Cir. Ct. Davidson Cnty. | Not assigned | **New since last update** |
| **Texas** | | | | |
| *Apex Physical Rehabilitation & Wellness PLLC, et al. v. UnitedHealth Group* | No. 2026-10201 | 129th Judicial District Ct. Harris Cnty Tex. | Hon. Michael Gomez<br>Harris County Civil Courthouse<br>201 Caroline, 10th Floor<br>Houston, Texas 77002 | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for |

| | | | | |
|---|---|---|---|---|
| *Incorporated, et al.* | | | Phone: (832) 927-2500<br>Email: Chanelle Taylor Clerk<br>Shanelle.taylor@hcdistrictclerk.com | removal and transfer to the MDL.<br><br>**New since last update** |
| *Jeff Edwards v. Change Healthcare Inc.* | No. 2SC-24-0708<br><br>Not a class action. | Tex. Williamson Justice Ct., Williamson Cnty. | Hon. Angela Williams<br>350 Discovery Boulevard<br>Suite 204<br>Cedar Park, TX 78613<br>(512) 260-4210 | Stayed pending resolution of the MDL. |
| *Kim Edwards v. Change Healthcare Inc.* | No. 2SC-24-0600<br><br>Not a class action. | Tex. Justice Ct., Williamson Cnty. | Hon. Angela Williams<br>350 Discovery Boulevard, Suite 204<br>Cedar Park, TX 78613<br>(512) 260-4210 | Stayed pending resolution of the MDL. |
| *Loforese v. Optum, Inc., et al.* | No. 1JC-25-1253<br><br>Not a class action. | Tex. Justice Ct., Williamson Cnty. | Hon. KT Musselman<br>1801 E Old Settlers Boulevard, Suite 100 Round<br>Rock, TX 78664<br>Phone: 512-244-8622<br>Fax: 512-244-8602<br>JP1@wilco.org | Stayed pending resolution of the MDL. |
| *Unifeye Vision Partners Holdings, LLC, et al. v. Change Healthcare Operations, LLC* | No. DC-26-02572<br><br>Not a class action | 101st Judicial District Ct. Dallas Cnty. Tex. | Hon. Staci Williams<br>George L. Allen, Sr. Courts Building<br>600 Commerce Street, 6th Floor West<br>Dallas, Texas 75202<br>(214) 653-6937<br>Email: 101court@dallascounty.org | Plaintiffs' Original Petition filed 2/13/2026<br><br>**New since last update** |
| **Utah** | | | | |
| *AdvancedMD, Inc., v. Change Healthcare Solutions, LLC, et al.* | No. 250907931<br><br>Not a class action. | Utah Distr. Ct., Salt Lake Cnty. | Hon. Kara Pettit<br>450 S State St<br>Salt Lake City, UT 84111<br>(801) 238-7144<br>3rdpettitteam@utcourts.gov | Hearing on Motion to Dismiss April 22, 2026<br><br>**Coordination Order entered.** |
| **Vermont** | | | | |

| | | | | |
|---|---|---|---|---|
| *Northern Vermont Dermatology PLLC v. UnitedHealth Group Incorporated, et al.* | No. 26-CV-01047<br><br>Class action | Vermont Sup. Ct., Franklin Cnty. | Hon. Navah Spero<br>Franklin Civil Division<br>17 Church Street<br>St. Albans, Vermont 05478<br>Email: General Court franklingrandisleunit@vtcourts.gov | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL.<br><br>**New since last update** |
| **Washington** | | | | |
| *Dov Willis, PLLC v. UnitedHealth Group Incorporated, et al.* | No. 26-2-08678-8 | Wash. King. Cnty. Sup. Ct. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL.<br><br>**New since last update** |
| **West Virginia** | | | | |
| *Living Waters Medical Center v. UnitedHealth Group, Incorporated, et al.* | No. CC-23-2026-C-25<br><br>Class action | W. Va. Cir. Ct., Logan Cnty. | Hon. Sabrina Deskins<br>Mingo County Courthouse<br>78 East Second Avenue, Room 228<br>Williamson, WV 25661<br>Phone: (304) 235-0340 | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL.<br><br>**New since last update** |
| **Wisconsin** | | | | |
| *Anesis Center for Marriage and Family Therapy, LLC, et al. v. UnitedHealth Group* | No. 2026CV000541<br><br>Class action | Wis. Dane Cnty. Cir. Ct. | Hon. Julie Genovese<br>Dane County Courthouse<br>Room 8103<br>215 S. Hamilton Street<br>Madison, WI 53703<br>(608) 266-4186 | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and |

| | | | | |
|---|---|---|---|---|
| *Incorporated, et al.* | | | | transfer to the MDL.<br><br>**New since last update** |