**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | Case No. 24-md-3108 (DWF/DJF)<br><br>**AMENDMENT TO**<br>**CASE MANAGEMENT ORDER**<br><br>**MDL PRETRIAL**<br>**ORDER NO. 30** |

This matter is before the Court on Overall Lead Counsel's request, during the March 24, 2026 Status Conference, to extend the deadlines for motions to join or add parties and motions to amend the pleadings set forth in the Case Management Order, Pretrial Order No. 24 (Doc. No. [497] at 5). The request is **GRANTED**:

1. The deadline for motions to join or add parties shall be two weeks after the District Judge enters an order on the motions to dismiss appendices; and

2. The deadline for motions to amend the pleadings shall be two weeks after the District Judge enters an order on the motions to dismiss appendices.

All other deadlines remain in full force and effect.

**SO ORDERED**.

Date: March, 2026

s/ Dulce J. Foster
DULCE J. FOSTER
United States Magistrate Judge