**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| **IN RE: CHANGE HEALTHCARE INC. CUSTOMER DATA SECURITY BREACH LITIGATION** | **MDL No. 0:24-03108 (DWF/DJF)** **JOINT LETTER** |
| *This Document Relates to All Actions* | |

Pursuant to the Court's Pre-Trial Order No. 25 (Dkt. No. 500) and Pre-Trial Order No. 29 (Dkt. No. 548), the Parties submit this joint letter.

*First*, the Parties have conferred as to whether there are any legal issues that are appropriate in this matter for early resolution by the Court and whether any such issues require discovery. Despite their conferrals, the Parties request more time than the original two-week deadline to confer both as to any legal issues that may be helpful for the Court to resolve, and a proposed schedule to brief any such issues. The Parties will continue to confer and will update the Court on those conferrals.

*Second*, given additional amendments Plaintiffs intend to make to the master complaints that have come to light since the status conference, the Parties now agree that there are no claims in the pending motions to dismiss that the Court does not need to rule on at this time. All issues briefed in those motions are ripe for the Court's consideration.

*Third*, the Parties have also conferred and Lead Plaintiffs Counsel has spoken to the current State Court/MDL Liaison as to whether additional State Court/MDL Liaison Counsel is necessary given the recusal of Mr. Sill. At this time, the Parties do not believe

any additional Liaison is necessary, but are continuing to discuss this issue to ensure that

state court cases are appropriately coordinated with the MDL Court.

Dated: April 7, 2026

/s/ Daniel E. Gustafson
Daniel E. Gustafson (#202241)
**GUSTAFSON GLUEK PLLC**
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
T. (612) 333-8844
dgustafson@gustafsongluek.com

***Overall Lead Counsel for Plaintiffs***

/s/ Allison M. Ryan
Allison M. Ryan
Joseph Cavanaugh
**HOGAN LOVELLS US LLP**
555 13th Street NW, Columbia Square
Washington, D.C. 20004
T. (202) 637-5872
allison.holt-ryan@hoganlovells.com
joe.cavanaugh@hoganlovells.com

Peter Walsh (MN No. 0388672)
Alicia J. Paller (MN No. 0397780)
**HOGAN LOVELLS US LLP**
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
T. (612) 402-3017
peter.walsh@hoganlovells.com
alicia.paller@hoganlovells.com

Vassi Iliadis
Michael M. Maddigan
**HOGAN LOVELLS US LLP**
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
T. (310) 785-4600
F. (310) 785-4601
vassi.iliadis@hoganlovells.com
michael.maddigan@hoganlovells.com

***Counsel for Defendants***