Hogan Lovells US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T +1 202 637 5600
F +1 202 637 5910
www.hoganlovells.com

May 27, 2026

**By ECF Filing and Electronic Mail**

Hon. Donovan W. Frank
United States District Court for the District of Minnesota
Warren E. Burger Federal Building and U.S. Courthouse
316 North Robert Street, Suite 100
St. Paul, MN 55101
frank_chambers@mnd.uscourts.gov

**Re:** ***In re: Change Healthcare Inc. Customer Data Sec. Breach Litig.*****, 0:24-md-03108-DWF-DJF, Coordination with Related State Court Proceedings**

Dear Judge Frank:

Pursuant to the Parties' joint submission regarding state court cases related to this MDL, Defendants write to update the previously provided list of pending state court cases stemming from the February 2024 cyberattack on Change Healthcare. Attached hereto as Appendix A is a chart of all pending state court cases related to this MDL that Defendants are aware of at this time, along with updates relevant to these cases since our last report filed on March 24, 2026.

Since the previous report, two new cases have been filed in state court and three new cases have been filed in federal court. Of these, one state court case was filed by MDL Plaintiffs Leadership Committee. This complaint is removable to federal court and appropriate for transfer to the MDL.

In the previous update letter, Defendants informed the Court of 15 provider actions filed in Tennessee state court that are likely removable due to the change in Change Healthcare's citizenship. *See* Dkt. No. 493. Five of these cases (*Services Valued Professionals, Advanced Billing Consultants, Dentfirst P.S., Dexios Corporation, Alamance Eye Center*) were brought by corporations with clear citizenship, removed to the Middle District of Tennessee, and tagged for transfer to the MDL. Defendants moved to stay these cases pending a decision on transfer, and Plaintiffs moved to remand these cases back to state court. On April 28, 2026, Judge Richardson in M.D. Tenn. stayed the cases and denied Plaintiffs' motion to remand. The cases are currently pending a decision on transfer to the MDL by the JPML.

Nine of the remaining cases were brought by limited liability corporations with unclear citizenship, and Defendants have moved for limited jurisdictional discovery in Tennessee state court. On May 15, 2026, Judge Ingram granted Defendants' motion and ordered discovery in six of the actions. *See* Appendix A. The motions in the remaining three actions are pending before other judges. *Id.*

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware. "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Berlin Birmingham Boston Brussels Colorado Springs Denver Dubai Dublin Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Philadelphia Riyadh Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Sydney Tokyo Warsaw Washington, D.C. Associated Offices: Budapest Jakarta Shanghai FTZ. Business Service Centers: Johannesburg Louisville. For more information see www.hoganlovells.com

The remaining case, *Professional Billing and Management Services*, will remain in Tennessee state court and join the existing actions there.

Since the previous report, 29 cases have been transferred to the MDL. Eight cases are under consideration for transfer before the JPML (*Path MD, Benefit Source, Apex Physical Rehabilitation & Wellness PLLC, Reus Services Valued Professionals, Advanced Billing Consultants, Dentfirst P.S., Dexios Corporation, Alamance Eye Center*).

In order to achieve the greatest coordination possible with the MDL, Defendants provide the following updates, including requests for support from the MDL Court as to several new and previously filed cases as denoted below.

**Active State Court Matters With No Current Coordination Order and For Which Defendants Request Support from the MDL Court**

1. *PruittHealth Inc. v. Change Healthcare Inc.*, No. 25C149 (Tenn. Cir. Ct. Davidson Cnty., filed January 17, 2025)
   *Time for a Change Therapy, LLC v. Change Healthcare Inc.*, No. 25C151 (Tenn. Cir. Ct. Davidson Cnty., filed January 17, 2025)
   *Total Wound Care of Oklahoma LLC, et al. v. Change Healthcare Inc.*, No. 25C155 (Tenn. Cir. Ct. Davidson Cnty., filed January 17, 2025)
   *Taos Comprehensive Health Corporation v. Change Healthcare Inc.*, No. 25C2291 (Tenn. Cir. Ct. Davidson Cnty., filed August 18, 2025)
   *Professional Billing and Management Services, Inc*. v. Change Healthcare Inc., No. 26C581 (Tenn. Cir. Ct. Davidson Cnty., filed February 23, 2026)

<u>Status</u>: The Court has entered a scheduling order in these matters but has not entered the MDL Coordination Order. Defendants have filed an Answer in all five matters, and the parties are now engaging in discovery. Defendants respectfully request that the MDL Court communicate with the Honorable Judge Lynne T. Ingram to coordinate these matters with the MDL proceedings.

| **Judge** | **Plaintiff's Counsel** |
|---|---|
| Hon. Lynne T. Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201<br>Tel: (615) 880-2591<br>Jud. Assistant:<br>tammylrutledge@jisnashville.gov | J. Gerard Stranch, IV<br>Grayson Wells<br>Miles M. Schiller<br>Stranch, Jennings & Garvey, PLLC<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>Tel: (615) 254-8801<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com<br>mschiller@stranchlaw.com<br><br>Matthew J. Sill<br>Tara Tabatabaie<br>Dimitri Flowers |

| Judge | Plaintiff's Counsel |
|---|---|
| | Sill Law Group, PLLC<br>1101 N. Broadway Ave., Suite 102<br>Oklahoma City, OK 73103<br>Tel: (405) 509-6300<br>Fax: (800) 978-1345<br><br>Jacob Diesselhorst<br>Andy Campbell<br>Maples Nix & Diesselhorst<br>15401 N. May Avenue<br>Edmond, OK 73013<br>Tel: (405) 478-3737<br>Fax: (405) 513-5005<br>jacob@mndlawfirm.com<br>andy@mndlawfirm.com |

2. *Mid-South Imaging & Thereapeutics, P.A. v. UnitedHealth Group, Inc. et al.* No. 24-0723-III (Tenn. Ch. Ct. Davidson Cnty., filed June 21, 2024).

Status: The Court has entered a case management order, and the parties are engaging in discovery. The Court ordered the parties to coordinate with the MDL but has not entered the MDL Coordination Order. Defendants respectfully request that the MDL Court communicate with the Honorable Chancellor I'Aesha L. Myles to coordinate these matters with the MDL proceedings.

| Judge | Plaintiff's Counsel |
|---|---|
| Hon. I'Aesha L. Myles<br>1 Public Square,<br>Suite 407<br>Nashville, TN 37201<br>(615) 862-5705 | Kathryn Hannen Walker<br>Briana T. Sprick Schuster<br>Taylor M. Sample<br>BASS BERRY & SIMS PLC<br>150 Third Avenue South, Suite 2800<br>Nashville, TN 37201<br>Phone: (615) 742-6200<br>Facsimile: (615) 742-2844<br>kwalker@bassberry.com<br>briana.sprick.schuster@bassberry.com<br>taylor.sample@bassberry.com |

3. *State of Iowa, ex rel. Brenna Bird, Attorney General v. Change Healthcare Inc., et al.*, No. EQCE092772 (Iowa Distr. Ct. Polk Cnty., filed Mar. 31, 2026) (**new case since last report)**

Status: On March 31, 2026, the State of Iowa filed suit against Defendants. Defendants were served on April 17, 2026, and their responsive pleading is due on June 1, 2026. Defendants

respectfully request that the MDL Court communicate with the Honorable Judge Jason Walke to coordinate this matter with the MDL proceedings.

| **Judge** | **Plaintiff's Counsel** |
|---|---|
| Hon. Jason Walke<br>Polk County Courthouse<br>500 Mulberry St,<br>Des Moines, Iowa 50309<br>Phone: (402) 441-7301<br>Email: countyclerk.polk@iowacourts.gov | William R. Pearson<br>Daniel L. Barnes<br>Office of the Attorney General<br>1305 E. Walnut St.<br>Des Moines, Iowa 50319<br>Phone: (515) 242-6773<br>william.pearson@ag.iowa.gov<br>daniel.barnes@ag.iowa.gov<br><br>William A. Burck<br>Adam B. Wolfson<br>Jennifer J. Barrett<br>Derek L. Shaffer<br>Sara C. Clark<br>Ryan Swindall<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Phone: (213) 443-3000<br>williamburck@quinnemanuel.com<br>adamwolfson@quinnemanuel.com<br>jenniferbarrett@quinnemanuel.com<br>derekshaffer@quinnemanuel.com<br>saraclark@quinnemanuel.com<br>ryanswindall@quinnemanuel.com |

4. *Unifeye Vision Partners Holdings, LLC, et al. v. Change Healthcare Operations, LLC*, No. DC-26-02572 (101st Judicial District Ct. Dallas Cnty. Tex., filed Feb. 13, 2026)

Status: On August 1, 2025, Plaintiffs filed this action against Defendant. Plaintiffs filed a notice of nonsuit on December 29, 2025, and the court dismissed without prejudice on December 31, 2026. On February 13, 2026, Plaintiff re-filed this action against Defendants. Defendants were served on May 5, 2026, and Defendants' responsive pleading is due on June 8, 2026. Defendants respectfully request that the MDL Court communicate with the Honorable Judge Staci Williams to coordinate this matter with the MDL proceedings.

| **Judge** | **Plaintiff's Counsel** |
|---|---|
| Hon. Staci Williams<br>George L. Allen,<br>Sr. Courts Building<br>600 Commerce Street, 6th Floor West<br>Dallas, Texas 75202 | Micah E. Skidmore<br>Aimee Furness<br>J. Wilson Miller II<br>Haynes and Boone LLP<br>3801 N. Harwood St, Suite 2300 |

| Judge | Plaintiff's Counsel |
|---|---|
| (214) 653-6937<br>101court@dallascounty.org | Dallas, Texas 75201<br>Tel: (214) 651-5000<br>micah.skidmore@haynesboone.com<br>aimee.furness@haynesboone.com<br>wilson.miller@haynesboones.com |

5. *Zing Health Holdings, Inc.*, No. 26CV001838 (Ga. Sup. Ct. Fulton Cnty., filed Feb. 6, 2026)

Status: Plaintiff filed this case on February 6, 2026, and Defendants filed a motion to dismiss on April 14, 2026. Defendants respectfully request that the MDL Court communicate with the Honorable Judge Robert C. I. McBurney to coordinate this matter with the MDL proceedings.

| Judge | Plaintiffs' Counsel |
|---|---|
| Hon. Robert C. I. McBurney<br>Justice Center Tower<br>185 Shirley C. Franklin Blvd., S.W.<br>Chambers Room 8855<br>Atlanta, Georgia 30303<br>Email: Monica Niles, Staff Attorney<br>monica.niles@fultoncountyga.gov | Deborah Shelles Cameron<br>Mozley, Finlayson & Loggins LLP<br>1050 Crown Point Parkway, Suite 1500<br>Atlanta, Georgia 30338<br>Phone: (404) 256-0700<br>dcameron@mfllaw.com<br><br>Bradley Hoppe<br>Jessica Copeland<br>Travis Talerico<br>Bond, Schoeneck & King, PLLC<br>200 Delaware Avenue<br>Buffalo, New York 14202<br>Phone: (716) 416-7000<br>bhoppe@bsk.com<br>jcopeland@bsk.com<br>ttalerico@bsk.com |

6. *Alliance Pathology Consultants, PLLC, et al. v. Change Healthcare Technology Enabled Services LLC, et al.*, No. 2024-L-012135 (Ill. Cir. Ct. Cook Cnty., filed October 29, 2024)

Status: This case was filed on October 29, 2024 against Change Healthcare Technology Enabled Services and Healthcare Business Consultants, Inc. but did not include any allegations related to the Cyberattack. On June 20, 2025, Plaintiffs filed an amended complaint, which added cyberattack-related allegations. On November 17, 2025, the court stayed the cyberattack-related claims for six months pending the issuance of a scheduling order in the MDL. The stay in this case was lifted upon issuance of the scheduling order in the MDL, but discovery has not begun on any of the claims. Defendants respectfully request that the MDL Court communicate with the Honorable Judge Daniel Kubasiak to coordinate this matter with the MDL proceedings.

| Judge | Plaintiff's Counsel |
| --- | --- |
| Hon. Daniel J. Kubasiak<br>Richard J. Daley Center<br>50 W. Washington St.<br>Chicago, Illinois 60602<br>Phone: (312) 603-5930<br>Email: law.caltcc@cookcountyil.gov | Michael J. Scotti, III<br>Hillard Sterling<br>Garry L. Wills<br>Roetzel & Andress, LPA<br>70 West Madison St., Suite 3000<br>Chicago, IL 60602<br>(312) 580-1200<br>mscotti@ralaw.com<br>hsterling@ralaw.com<br>gwills@ralaw.com |

* * *

**Coordination Order is Under Consideration By The Parties and Thus Outreach to State Courts Is Not Currently Needed**

1. *Golden v. Change Healthcare Inc. et al.*, No. 24CL015029C (filed 10/04/24)
   *Teed v. Change Healthcare Inc. et al.,* No.24CL016207C (filed 10/04/24)
   *Fay v. Change Healthcare Inc. et al.*, No. 25CL000431N (filed 01/06/25)
   *Leverson v. Change Healthcare Inc. et al.*, No. 25CL005953C (filed 02/03/25)
   *Gossett v. Change Healthcare Inc. et al.,* No. 25CL013083C (filed 03/12/25)
   *Marshall v. Change Healthcare Inc. et al.*, No. 25CL013084C (filed 03/12/25)
   *Cervantes v. Change Healthcare Inc. et al.,* No. 25CL013376N (filed 03/14/25)
   *Derr v. Change Healthcare Inc. et al.*, No. 25CL015152N (filed 03/19/25)
   *Elliott v. Change Healthcare Inc. et al.,* No. 25CL015673C (filed 03/26/25)
   *Derocco v. Change Healthcare Inc. et al.,* No. 25CL020545C (filed 04/15/25)
   *Bekas Rasoul v. Change Healthcare Inc. et al.,* No. 25CL019456C (filed 04/16/25)
   *Dashti Rasoul v. Change Healthcare Inc. et al.,* No. 25CL019460C (filed 04/16/25)
   *Mustafa v. Change Healthcare Inc. et al.,* No. 25CL01938C (filed 04/16/25)
   *Lee v. Change Healthcare Inc., et al.*, No. 25CL035216C (filed 7/2/25)
   (Cal Super. Ct. San Diego Cnty.)

   *Rehn v. Change Healthcare Inc. et al.*, No. 24STL08355 (filed 11/21/24)
   *Jones v. Change Healthcare Inc. et al.*, No. 25STLC02423 (filed 03/26/25)
   *Rodriguez, et al. vs. Change Healthcare Inc.*, *et al.*, No. 25STLC03157 (filed 4/21/25)
   (Cal Super. Ct. Los Angeles County)

<u>Status</u>: On February 24, 2025, the *Golden*, *Teed*, *Fae*, and *Leverson* cases (which are stayed pending a scheduling order in the MDL) were transferred to the Honorable Judge Katherine A. Bacal, San Diego County Superior Court. Subsequently, Plaintiffs' counsel filed *Gossett, Marshall, Cervantes, Derr, Elliott, Derocco, Bekas Rasoul, Dashti Rasoul,* and *Mustafa* in San Diego County and filed *Rehn* and *Jones* in Los Angeles County. On November 14, 2025, the cases pending in Los Angeles Superior Court were coordinated and transferred to Judge Maria Jhai.

The stay in these cases was lifted upon the issuance of a scheduling order in the MDL. The parties have a status conference in the San Diego cases on June 12, 2026 and a status conference in the Los Angeles cases on June 18, 2026. The parties continue to discuss a schedule in these matters and potential coordination with the MDL.

| **Judges** | **Plaintiff's Counsel** |
|---|---|
| Hon. Katherine A. Bacal<br>330 West Broadway, Dept. 63<br>San Diego, CA 92101<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328<br><br>Hon. Maria Jhai<br>312 N. Spring St., Dept. 26<br>Los Angeles, CA 90012<br>Phone: (213) 310-7026 | Jeremy S. Golden<br>Cory M. Teed<br>Golden & Cardona-Loya, LLP<br>3130 Bonita Road, Suite 200B<br>Chula Vista, CA 91910<br>Phone: (619) 476-0030<br>jeremy@goldencardona.com<br>cory@goldencardona.com |

2. *Eye Care Associates of Morristown, Inc. v. Change Healthcare Inc.*, No. 24-CV-048 (Tenn. Cir. Ct. Hamblen Cnty.)

<u>Status</u>: The stay in this case was lifted upon issuance of the MDL scheduling order. Plaintiffs intend to submit an amended complaint in this matter, and the parties have agreed to enter the MDL Coordination Order. Plaintiffs filed a Second Amended Complaint, and Defendants' response is due on June 14, 2026.

| **Judge** | **Plaintiffs' Counsel** |
|---|---|
| Hon. William E. Phillips, II<br>210 E Main Street<br>Rogersville, TN 37857<br>(423) 272-7633<br>Email: Teresa West, Circuit Court Clerk<br>twest@hamblen.tn.us | David J. Hodge<br>Morris, King & Hodge, P.C.<br>200 Pratt Avenue, NE<br>Huntsville, Alabama 35801<br>Phone (256) 536-0588<br>dhodge@mkhlawyers.com<br><br>F. Braxton Terry<br>The Terry Law Firm<br>116 East Main Street<br>P.O. Box 724<br>Morristown, Tennessee 37815<br>Phone: (423) 586-5800<br>brack@terry-lawfirm.com<br><br>Mark S. Stapleton<br>Stapleton Law Office<br>225 S. Depot Street<br>Rogersville, Tennessee 37857 |

| Judge | Plaintiffs' Counsel |
| --- | --- |
| | Phone: (423) 546-4046<br>mark@stapletonlawoffice.com |

* * *

**Coordinated Actions For Which Outreach to State Courts Is Not Currently Needed**

1. *AdvancedMD, Inc., v. Change Healthcare Solutions, LLC, et al.*, No. 250907931 (Utah Distr. Ct., Salt Lake Cnty., filed September 26, 2025)

Status: Following a November 21, 2025, hearing on Defendants' motion to stay proceedings, the Court entered an order denying the motion to stay and entering the coordination order on December 2, 2025. The parties argued a Motion to Dismiss at a hearing on April 22, 2026. Defendants respectfully request that the MDL Court communicate with the Honorable Judge Kara Pettit to coordinate these matters with the MDL proceedings.

| Judge | Plaintiff's Counsel |
| --- | --- |
| Hon. Kara Pettit<br>450 S State Street<br>Salt Lake City, UT 84111<br>Phone: (801) 238-7144<br>3rdpettitteam@utcourts.gov | Stephen Q. Wood<br>Alexander S. Allred<br>Erin Cranor<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>2755 E. Cottonwood Pkwy., Suite 520<br>Salt Lake City, UT 84121<br>Phone: (801) 515-7300<br>Fax: (801) 515-7400<br>stephenwood@quinnemanuel.com<br>alexallred@quinnemanuel.com<br>erincranor@quinnemanuel.com |

2. *Fairview v. Change Healthcare Technologies, LLC, et al.*, No. 62-CV-25-7116 (Minn. Distr. Ct., Ramsey Cnty., filed August 29, 2025)

Status: Plaintiff filed the initial case on March 21, 2025, which was transferred to the MDL on April 16, 2025. Plaintiff voluntarily dismissed its case on August 12, 2025, and re-filed its case with additional defendants, which prevented removal and transfer to the MDL. Defendants were served on August 29, 2025 and filed a motion to stay on September 9, 2025, which the Court denied on January 28, 2026. The Court entered the MDL Coordination Order on February 24, 2026. The parties have briefed a Motion to Dismiss and a hearing on that motion was held on May 12, 2026.

| Judge | Plaintiff's Counsel |
| --- | --- |
| Hon. Reynaldo A. Aligada, Jr.<br>Ramsey County Courthouse<br>15 W. Kellogg Blvd.<br>St. Paul, MN 55102 | Christopher W. Madel<br>Ellen Ahrens Wickham<br>Cassandra B. Merrick<br>800 Pence Building |

| Judge | Plaintiff's Counsel |
|---|---|
| Phone: (651) 266-9271<br>Heather.Kendall@courts.state.mn.us | 800 Hennepin Avenue<br>Minneapolis, MN 55403<br>Phone: (612) 605-0630<br>cmadel@madellaw.com<br>ewickham@madellaw.com<br>cmerrick@madellaw.com |

3. *State of Nebraska, ex rel. Michael T. Hilgers, Attorney General v. Change Healthcare Inc., et al.*, No. D02CI240004356 (Neb. Distr. Ct. Lancaster Cnty., filed December 16, 2024)

Status: On November 10, 2025, the Court denied Defendants' motion to dismiss. Defendants filed an Answer on December 15, 2025. On January 9, 2026, Plaintiff filed a Motion to Compel Defendants, which is pending before the Court. On January 9, 2026, Defendants also filed a Motion to Enter the Coordination Order. The Court entered the Coordination Order on April 13, 2026 and designated a plaintiff liaison on April 29, 2026.

| Judge | Plaintiff's Counsel |
|---|---|
| Hon. Susan Strong<br>575 S 10th Street<br>Lincoln, NE 68508<br>Phone: (402) 441-7301<br>Email: ClerkDistCt@lancaster.ne.gov | Tyrone E. Fahie<br>Beatrice O. Strnad<br>Justin C. McCully<br>Consumer Protection Bureau<br>Office of the Attorney General<br>2115 State Capitol Lincoln, NE 68509-8920<br>Phone: (402) 471-2811<br>tyrone.fahie@nebraska.gov<br>bebe.strnad@nebraska.gov<br>justin.mccully@nebraska.gov<br><br>William A. Burck<br>Adam B. Wolfson<br>Jennifer J. Barrett<br>Derek L. Shaffer<br>Sara C. Clark<br>Ryan Swindall<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Phone: (213) 443-3000<br>williamburck@quinnemanuel.com<br>adamwolfson@quinnemanuel.com<br>jenniferbarrett@quinnemanuel.com<br>derekshaffer@quinnemanuel.com<br>saraclark@quinnemanuel.com<br>ryanswindall@quinnemanuel.com |

4. *Lincare Holdings Inc., et al. v. UHG, Inc.,* No. 24-CA-008765 (Div. A) (Fla. Cir. Ct. Hillsborough Cnty., filed Nov. 2, 2024)

Status: The stay in this case was lifted upon the issuance of a scheduling order in the MDL. The court entered the Coordination Order on June 17, 2025, and the parties are negotiating a joint differentiated scheduling order.

| **Judge** | **Plaintiff's Counsel** |
|---|---|
| Hon. Cheryl K. Thomas<br>Edgecomb Courthouse<br>800 Twiggs Street, Room 525<br>Tampa, Florida 33602<br>Phone: (813) 272-6993<br>gencivdiva@fljud13.org | Mike Prather<br>Freeman Mathis & Gary, LLP<br>1800 West Loop South, Suite 1110<br>Houston, TX 77027<br>D: 832-371-6036<br>C: 713 829 0363<br>Email: Mike.Prather@fmglaw.com<br><br>Gregory A. Fencik<br>Donato, Brown, Pool & Moehlmann<br>3200 Southwest Freeway, Suite 2300<br>Houston, Texas 77027<br>Phone: (407) 310-8571<br>gfencik@donatobrown.com |

* * *

Sincerely,

*/s/ Allison M. Ryan*

Allison M. Ryan
Partner
allison.holt-ryan@hoganlovells.com
Phone: (202) 637-5600

cc: Daniel E. Gustafson (Plaintiffs Overall Lead Counsel )
David Hodge (Plaintiffs State Court/MDL Liaison Counsel)

Enclosures

# Appendix A

**LIST OF STATE COURT CASES FOR COORDINATION**

Below is a list of cases stemming from the February 2024 cyberattack on Change Healthcare pending in state courts of which the parties are currently aware. The cases are listed in alphabetical order by state.

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| **Alabama** | | | | |
| *Trinity Medical Care LLC v. UnitedHealth Group Incorporated, et al.* | 47-CV-2026-900309<br><br>Class action | Madison Cnty. Cir. Ct. | Hon. Donna S. Pate<br>Madison County Courthouse<br>100 Northside Square<br>Huntsville, AL 35801<br>(256) 532-3631 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Arizona** | | | | |
| *Desert ABA Solutions LLC v. UnitedHealth Group Incorporated, et al.* | S-1400-CV-202600159<br><br>Class action | Yuma Cnty. Sup. Ct. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| *Parker Medical Center Ltd. v. UnitedHealth Group Incorporated, et al.* | S-1500-CV-202600017<br><br>Class action | La Paz Cnty. Sup. Ct. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Pathfinder Counseling & Consulting LLC v. UnitedHealth Group Incorporated et al.* | CV2026006784<br><br>Class action | Maricopa Cnty. Sup. Ct. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **California** | | | | |
| *Bekas Rasoul v. Change Healthcare Inc., et al.* | No. 25CL019456C | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Status conference scheduled on June 12, 2026. |
| *Cervantes v. Change Healthcare Inc., et al.* | No. 25CL000431N | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Status conference scheduled on June 12, 2026. |
| *Dashti Rasoul v. Change Healthcare Inc., et al.* | No. 25CL019460C | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Status conference scheduled on June 12, 2026. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Derocco v. Change Healthcare Inc., et al.* | No. 25CL020545C | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Status conference scheduled on June 12, 2026. |
| *Derr v. Change Healthcare Inc., et al.* | No. 25CL015152N | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Status conference scheduled on June 12, 2026. |
| *E5 Therapy, et al. v. UnitedHealth Group Incorporated, et al.* | No. TC26-607<br><br>Class action | Cal. Super.Ct. Sacramento County | Hon. Richard Miadich<br>Sacramento Superior Court<br>720 9th Street<br>Sacramento, California 95814<br>(916) 874-6695 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and will be transferred to the MDL. |
| *Elliott v. Change Healthcare Inc., et al.* | No. 25CL015673C | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Status conference scheduled on June 12, 2026. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Fay v. Change Healthcare Inc., et al.* | No. 25CL000431N | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Status conference scheduled on June 12, 2026. |
| *Gemini Professional Counseling v. Magellan Healthcare Incorporated, et al.* | No. 25STSC05296 | Cal. Super. Ct. Los Angeles Cnty. | Hon. Emma Castro<br>Stanley Mosk Courthouse<br>111 North Hill Street<br>Los Angeles, CA 90012<br>(213) 633-0690 | Ongoing in Small Claims Court. |
| *Golden v. Change Healthcare Inc., et al.* | No. 24CL015029C | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Status conference scheduled on June 12, 2026 |
| *Gossett v. Change Healthcare Inc., et al.* | No. 25CL013084C | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Status conference scheduled on June 12, 2026 |
| *Hanson v. Change Healthcare Practice Management Solutions, Inc.* | No. 25STSCO3557 | Cal. Super. Ct., Los Angeles Cnty. | Hon. Emma Castro<br>Stanley Mosk Courthouse<br>111 North Hill Street<br>Los Angeles, CA 90012<br>(213) 633-0690 | Pending appeal to Superior Court. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Jones v. Change Healthcare Inc., et al.* | No. 25STLC02423 | Cal. Super. Ct. Los Angeles Cnty. | Hon. Maria Jhai<br>312 N. Spring St<br>Los Angeles, CA 90012<br>Dept. 26<br>Phone: (213) 310-7026 | Status conference scheduled on June 18, 2026. |
| *Lee v. Change Healthcare Inc., et al.* | No. 25CL035126C | Cal. Super. Ct. Los Angeles Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Status conference scheduled on June 12, 2026. |
| *Leverson v. Change Healthcare Inc., et al.* | No. 25CL005953C | Cal. Super. Ct. Los Angeles Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Status conference scheduled on June 12, 2026. |
| *Marshall v. Change Healthcare Inc., et al.* | No. 25CL013084C | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Status conference scheduled on June 12, 2026. |
| *Mustafa v. Change Healthcare Inc., et al.* | No. 25CL01938C | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Status conference scheduled on June 12, 2026. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Rehn v. Change Healthcare Inc., et al.* | No. 24STLC08355 | Cal. Super. Ct. Los Angeles Cnty. | Hon. Maria Jhai<br>312 N. Spring St<br>Los Angeles, CA 90012<br>Dept. 26<br>Phone: (213) 310-7026 | Status conference scheduled on June 18, 2026. |
| *Rodriguez, et al. v. Change Healthcare Inc., et al.* | No. 24CL015029C | Cal. Super. Ct. Los Angeles Cnty. | Hon. Maria Jhai<br>312 N. Spring St<br>Los Angeles, CA 90012<br>Dept. 26<br>Phone: (213) 310-7026 | Status conference scheduled on June 18, 2026. |
| *Teed v. Change Healthcare Inc., et al.* | No. 24CL015029C | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Status conference scheduled on June 12, 2026. |
| **Colorado** | | | | |
| *KidStuff Child & Family Counseling PC v. UnitedHealth Group Incorporated, et al.* | No. 2026cv30151<br><br>Class action | Col. Ft. Collins Larimer Cnty. District Ct. | Hon. Laurie K. Dean<br>Larimer County Justice Center<br>201 LaPorte Ave., Courtroom 4C<br>Fort Collins, Colorado 80521<br>Phone: (970) 494-3720 | This state court complaint was filed by MDL Plaintiffs' Leadership. Removed to federal court and transferred to the MDL. |
| **Delaware** | | | | |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Anesthesia Services, P.A., et al. v. Change Healthcare Inc.* | No. N26C-02-375 KMM<br><br>Class action | Delaware New Castle Cnty. Sup. Ct. | Hon. Kathleen M. Miller<br>Leonard L. Williams Justice Center<br>500 North King Street<br>Wilmington, DE 19801<br>(302) 255-0654<br>Administrative Specialist<br>stephanie.jackson@delaware.gov | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Florida** | | | | |
| *Bawaney v. Change Healthcare Inc.* | No. 502024 CC 011988 XXX AMB | Fla. Cnty. Ct. Palm Beach Cnty. | Hon. Judge M. Katherine Mullinax<br>205 North Dixie Hwy.<br>West Palm Beach, FL 33401<br>(561) 355-6158<br>CAD-DivisionRJ@pbcgov.org | Administratively closed pending resolution of the MDL. |
| *Fullwood v. Change Healthcare Inc,* | No. 2024 CC 004047 CL | Fla. Cnty. Ct. Osceola Cnty. | Hon. Gabrielle Sanders-Morency<br>Jon B. Morgan Osceola County Courthouse<br>2 Courthouse Square<br>Kissimmee, FL 34741<br>(407) 742-2495 | Administratively closed pending resolution of the MDL. |
| *Krasnow v. Change Healthcare LLC* | No. 05-2024-SC-053686-XXSX-BC | Fla. Cnty. Ct. Brevard Cnty. | Jon. Michelle A. Baker<br>506 S. Palm Ave.<br>Titusville, FL 32796-3501<br>(321) 264-6996<br>Lisa.Walters@flcourts18.org | Administratively closed pending resolution of the MDL |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Lincare Holdings Inc. v. UnitedHealth Group Incorporated* | 24-CA-008765 (Div. A) | Fla. Cir. Ct. Hillsborough Cnty. | Hon. Cheryl K. Thomas<br>Edgecomb Courthouse<br>800 Twiggs Street, Room 525<br>Tampa, FL 33602<br>(813) 272-6993<br>gencivdiva@fljud13.org | A proposed differentiated scheduling order is being negotiated between the parties.<br><br>**Coordination Order entered.** |
| *Urological Consultants of Florida, et al. v. UnitedHealth Group Incorporated, et al.* | No. 241757428<br><br>Class action | Fla. 17th Judicial Cir. Ct. Broward Cnty. | Hon. N. Hunter Davis<br>Broward County Courthouse<br>201 Southeast 6th St<br>Chambers WW-16-127<br>Fort Lauderdale, FL 33301<br>(954) 831-7763<br>div14@17thflcourts.org | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and will be transferred to the MDL. |
| **Georgia** | | | | |
| *Sunny Days Therapeutics, LLC v. UnitedHealth Group Incorporated, et al.* | No. SUCV2026000077<br><br>Class action | Ga. Chatham Cnty. Sup. Ct. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and will be transferred to the MDL. |
| *Zing Health Holdings, Inc.*, | No. 26CV001838 | Ga. Superior Ct. Fulton Cnty., filed February 6, 2026 | Hon. Robert C. I. McBurney<br>Justice Center Tower<br>185 Shirley C. Franklin Blvd., S.W.<br>Chambers Room 8855<br>Atlanta, GA 30303<br>Monica Niles, Staff Attorney<br>monica.niles@fultoncountyga.gov | Defendants filed a motion to dismiss on April 14, 2026. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| **Hawaii** | | | | |
| *Big Island Health Clinic Inc. v. UnitedHealth Group Incorporated, et al.* | No. 3CCV-26-59<br><br>Class action | Hawaii Third Cir. Ct. | Hon. Peter K. Kubota, Third Circuit Court, Division 1, Hale Kaulike, 777 Kilauea Avenue, Hilo, Hawai'i 96720 (808) 961-7464 | This state court complaint was filed by MDL Plaintiffs' Leadership. Removed to federal court and transferred to the MDL. |
| **Idaho** | | | | |
| *Compassionate Concierge Physicians, LLC v. UnitedHealth Group Incorporated, et al.* | No. CV10-26-0983<br><br>Class action | Idaho Booneville Cnty. District Ct. | Hon. Jason D. Walker 605 North Capital St Idaho Falls, Idaho | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Voluntarily dismissed without prejudice 2/24/2026. |
| *Pathologists' Regional Laboratory, P.A. v. Change Healthcare Operations, LLC, et al.* | CV35-26-0361 | Idaho Nez Perce Cnty. 2nd Jud. Dist. Ct. | Not Assigned | Defendants have not been served in this case. |
| **Illinois** | | | | |
| *Alliance Pathology Consultants, PLLC, et al. v. Change Healthcare Technology Enabled Services LLC, et al.* | No. 2024-L-012135 | Ill. Cir. Ct. Cook Cnty. | Hon. Daniel Kubasiak Richard J. Daley Center 50 W. Washington St. Chicago, Illinois 60602 (312) 603-5930 law.caltcc@cookcountyil.gov | Cyberattack-related claims stayed for six months from November 17, 2025. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Pediatric Clinic Ltd., et al. v. UnitedHealth Group Incorporated, et al* | 2026-CH-1450<br><br>Class action | Ill. Cir. Ct., Cook Cnty | Hon. William Sullivan<br>Richard J. Daley Center<br>50 W. Washington St.<br>Chicago, Illinois 60602<br>(312) 603-6025<br>calendar15.chancery@cookcountyil.gov | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Indiana** | | | | |
| *Mind Garden LLC et al. v. UnitedHealth Group Incorporated, et al.* | No. 49D01-2602-CE-008320<br><br>Class action | Ind. Sup. Ct. 1 Marion Cnty. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and will be transferred to the MDL. |
| **Iowa** | | | | |
| *State of Iowa, ex rel. Brenna Bird, Attorney General v. Change Healthcare Inc., et al.* | No. TC26-8562 | Iowa Distr. Ct., Polk Cnty. | Hon. Jason Walke<br>Polk County Courthouse<br>500 Mulberry St,<br>Des Moines, IA 50309<br>(402) 441-7301<br>countyclerk.polk@iowacourts.gov | Defendants' responsive pleading is due June 1, 2026.<br><br>**New since last update** |
| *Serenity Therapy LLC v. United Health Group, Inc., et al.* | 05771 CVCV070631<br><br>Class action | Iowa Dist. Ct., Polk Cnty. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and will be transferred to the MDL. |
| **Kansas** | | | | |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Southeast Kansas Eye Care Associates, P.A., v. UnitedHealth Group Incorporated* | No. MGC-2026-000009<br><br>Class action | Kan. Montgomery-Coffeyville Cnty. District Ct. | Hon. F. William Cullins<br>14th Judicial District Court<br>102 West 7th Street<br>Coffeyville, Kansas 67337<br>cullins@14JD.org | This state court complaint was filed by MDL Plaintiffs' Leadership. Removed to federal court and transferred to the MDL. |
| **Kentucky** | | | | |
| *Brent C. Garrard Counseling, LLC, et al. v. UnitedHealth Group Incorporated, et al.* | No. 26-CI-00212<br><br>Class action | Ky. Commonwealth, Daviess Cir. Ct. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership. Removed to federal court and transferred to the MDL. |
| *Radiology Group of Paducah, PSC v. Change Healthcare Technology Enabled Services, LLC et al.* | No. 26-CI-00294 | Ky. Cir. Ct. McCracken Cnty. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Louisiana** | | | | |
| *Dr. Warren H. Johnson, Podiatrist v. UnitedHealth Group Incorporated* | No. 2026-01267<br><br>Class action | Orleans Parish District Ct. La. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and will be transferred to the MDL. |
| **Maryland** | | | | |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Rebound Physical Therapy, LLC v. UnitedHealth Group Incorporated, et al.* | No. C-15-CV-26-001042<br><br>Class action | Md. Cir. Ct. Montgomery Cnty. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership. Removed to federal court and transferred to the MDL. |
| **Massachusetts** | | | | |
| *Bello Therapy, et al. v. UnitedHealth Group Incorporated, et al.* | 2684CV00559-BLS2 | Commonwealth Mass. Trl. Ct. Sup. Ct. Dept., Suffolk Cnty. | Kenneth W. Salinger Justice Superior Court Suffolk County Courthouse, 3 Pemberton Square, 13th Floor, Courtroom 1017, Boston, MA (617) 788-8130 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Michigan** | | | | |
| *Agius Psychological Services, LLC, et al. v. UnitedHealth Group Incorporated, et al.* | No. CZ-26-60914<br><br>Class action | Mich. Cir. Ct. Genesee Cnty. | Hon. Chris Christenson<br>7th Judicial Circuit Court, Genesee County Courthouse, 900 S. Saginaw St., Flint, MI 48502<br>(810) 257-3262 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Minnesota** | | | | |
| *Autumn Abramczyk, et al. v. UnitedHealth Group Incorporated, et al.* | No. 27-CV-26-2844<br><br>Class action | Minn. Dist. Ct. Hennepin Cnty. 4th Jud. Dist. | Hon. Chrisian Sande<br>300 South Sixth Street Minneapolis, MN 55487<br>4thJudgeSandeChambers@courts.state.mn.us | This is a copy of Plaintiffs' proposed amended MDL Complaint that was filed in Minnesota State Court. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Fairview Health Services v. Change Healthcare Technologies, LLC* | No. 62-CV-25-7116 | Minn. Distr. Ct., Ramsey Cnty. | Hon. Reynaldo A. Aligada, Jr.<br>Ramsey County Courthouse<br>15 W. Kellogg Blvd.<br>St. Paul, MN 55102<br>(651) 266-9271<br>Heather.Kendall@courts.state.mn.us | Briefing Motion to Dismiss<br><br>**Coordination Order entered.** |
| *Nides v. Change Healthcare* | No. 19WS-CO-25-332 | Minn. Distr. Ct. Dakota Cnty. | Hon. Shawn M. Moynihan<br>14955 Galaxie Ave, Apple Valley, MN 55124<br>(952) 247-7099 | Administratively closed. |
| *Odom Health & Wellness v. United Health Group Inc., et al.* | No. 27-cv-26-4480<br><br>Class action | Minnesota Distr. Ct., Hennepin Cnty. | Hon. Christian M. Sande<br>300 South Sixth Street, MC 332, Minneapolis, MN 55487<br>(612) 322-6594 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL.<br><br>**New since last update.** |
| **Mississippi** | | | | |
| *Trustcare Health, LLC, et al. v. Change Healthcare Inc.* | No. 25C1:25-cv-00899 | Miss. Chancery Ct., Hinds Cnty. | Hon. Tametrice Hodges-Linzey<br>316 S President St<br>Jackson, MS 39201<br>(601) 968-6545<br>(601) 973-5554<br>Court administrator: renee.runyon-truss@co.hinds.ms.us | Stayed per stipulation of the parties. |
| **Missouri** | | | | |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Teresa Schroeder South City Counsel, STL, LLC, et al. v. UnitedHealth Group Incorporated, et al.* | No. 26220CC00482<br><br>Class action | Mo. Cir. Ct. St. Louis | Hon. Christopher McGraugh<br>Clyde S. Cahill Courts Building, Div. 1, 10th Floor, St. Louis, MO<br>(314) 622-4311 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Nebraska** | | | | |
| *Nebraska v. Change Healthcare Inc., et al.* | No. D02CI240004356 | Neb. Distr. Ct. Lancaster Cnty. | Hon. Susan Strong<br>575 S 10th Street<br>Lincoln, NE 68508<br>(402) 441-7301<br>ClerkDistCt@lancaster.ne.gov | Plaintiff's Motion to Compel and Defendants' Motion to Enter Coordination Order are pending before the Court. |
| **Nevada** | | | | |
| *K. Sasse Surgical Associates PC, d/b/a Nevada Surgical and Advanced Manual Therapy Institute I, LLC v. UnitedHealth Group Incorporated, et al.* | No. A-26-939363-C<br><br>Class action | Nev. Distr. Ct., Clark Cnty. | Hon. Kathleen Delaney<br>Regional Justice Center,<br>Courtroom 15B,<br>200 Lewis Avenue,<br>Las Vegas, Nevada.<br>(702) 671-0850<br>dept251c@clarkcountycourts.us. | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and will be transferred to the MDL. |
| **New Hampshire** | | | | |
| *Care Counseling Services LLC v. UnitedHealth Group Incorporated, et al.* | No. 216-2026-CV-00285<br><br>Class action | N.H. Hillborough N. Dist. Sup. Ct. | Hon. N. William Delker<br>Hillsborough County Superior Court – Northern District<br>300 Chestnut Street<br>Manchester, NH 03101; (855) 212-1234 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **New Jersey** | | | | |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Nancy Fish, et. al. v. UnitedHealth Group Incorporated, et al.* | No. BER-L-003074-26<br><br>Class action | N.J. Bergen Cnty. Sup. Ct. Law Div. | Hon. William C. Soukas<br>Bergen County Justice Center, 10 Main Street, Hackensack, NJ 07601; (201) 647-2397 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **New York** | | | | |
| *John Aretakis v. Change Healthcare,* | No. 988/2025 | New York Kings Cnty. Sup. Ct. | Hon. Desmond Green<br>Kings County Superior Court, 360 Adams Street, Room 1077, Brooklyn, NY 11201; (347) 401-9764 | Stayed until August 12, 2026. |
| *Therapy My Way Psychology PC, et al. v. UnitedHealth Group Incorp* | No.603362/2026<br><br>Class action | New York Nassau County Sup. Ct. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **North Carolina** | | | | |
| *Life Learning Counseling PLLC et al. v. UnitedHealth Group Incorporated, et al.* | No. 26CV013021-590<br><br>Class action | N.C. Gen. Ct. Just., Mecklenburg Cnty. Sup. Ct. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Ohio** | | | | |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Firelands Regional Medical Center, et al. v. UnitedHealth Group Incorporated, et al.* | No. 2026 CV 0075<br><br>Class action | Erie County Court of Common Pleas | Hon. Tygh M. Tone<br>323 Columbus Ave.<br>Sandusky, OH 44870<br>(419) 627-7731<br>Email: Susan Kelsey, Magistrate<br>skelsey@eriecounty.oh.gov | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Oklahoma** | | | | |
| *Moe Karami DDS Inc. v. Change Healthcare Pharmacy Solutions, Inc., et al.* | CJ-2026-237<br><br>Class action | Okla. District Ct., Cleveland Cnty. | Jeff Virgin<br>200 S. Peters Ave.<br>Norman, OK 73069<br>(405) 366-0600 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Oregon** | | | | |
| *Tiffany Kettermann, LLC, et al. v. UnitedHealth Group Incorporated, et al.* | No. 26CV08353<br><br>Class action | Multnomah Cnty. Cir. Ct. Oregon | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Pennsylvania** | | | | |
| *CEPD Psychological Services, et al. v. UnitedHealth Group Incorporated, et al.* | No. 260202092<br><br>Class action | Philadelphia Cnty. Ct. Common Pleas, Penn. | Hon. Michael Erdos<br>Criminal Justice Center, Room 1210, 1301 Filbert Street, Philadelphia, PA 19107; (215) 683-7047 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **South Carolina** | | | | |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Right Steps LLC, et al. v. UnitedHealth Group Incorporated, et al.* | No. 2026CP4003445 | Richland Cnty. Ct. Common Pleas, S.C. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL. |
| **Tennessee** | | | | |
| *Advanced Billing Consultants, Inc. v. Change Healthcare Inc.* | 3:26-cv-00338 | M.D. Tenn. | Hon. Eli Richardson<br>Courtroom 5C<br>Fred D. Thompson U.S. Courthouse and Federal Building<br>719 Church Street, Suite 1300<br>Nashville, TN 37203 | Removed to federal court and pending before the JPML.<br><br>Stayed pending resolution of JPML transfer to the MDL. |
| *Alamance Eye Center, P.A. v. Change Healthcare Inc.* | 3:26-cv-00344 | M.D. Tenn. | Hon. Eli Richardson<br>Courtroom 5C<br>Fred D. Thompson U.S. Courthouse and Federal Building<br>719 Church Street, Suite 1300<br>Nashville, TN 37203 | Removed to federal court and pending before the JPML.<br><br>Stayed pending resolution of JPML transfer to the MDL |
| *Autumn Abramczyk, et al. v. UnitedHealth Group Incorporated, et al.* | No. 26C524<br><br>Class action | Tenn. Cir. Ct. Davidson Cnty. 20th Jud. Dist. | Not Assigned | This is a copy of Plaintiffs' proposed amended MDL Complaint that was filed in Tennessee State Court. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *DentFirst, P.C. v. Change Healthcare Inc.* | 3:26-cv-00339 | M.D. Tenn. | Hon. Eli Richardson<br>Courtroom 5C<br>Fred D. Thompson U.S. Courthouse and Federal Building<br>719 Church Street, Suite 1300<br>Nashville, TN 37203 | Removed to federal court and pending before the JPML.<br><br>Stayed pending resolution of JPML transfer to the MDL. |
| *Dexios Corporation v. Change Healthcare Inc.* | 3:26-cv-00340 | M.D. Tenn. | Hon. Eli Richardson<br>Courtroom 5C<br>Fred D. Thompson U.S. Courthouse and Federal Building<br>719 Church Street, Suite 1300<br>Nashville, TN 37203 | Removed to federal court and pending before the JPML.<br><br>Stayed pending resolution of JPML transfer to the MDL. |
| *Eye Care Associates of Morristown, Inc. v. Change Healthcare Inc.* | No. 24-CV-048<br><br>Class action | Tenn. Cir. Ct. Hamblen Cnty. | Hon. William E. Phillips, II<br>210 E Main Street<br>Rogersville, TN 37857<br>(423) 272-7633 | Defendants' response to Second Amended Complaint due June 14, 2026.[1] |
| *Family Care Medical Center, P.A. v. Change Healthcare Inc.* | No. 26C520 | Tenn. Cir. Ct. Davidson Cnty. 20th Jud. Dist. | Hon. Lynne T. Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201<br>Tel: (615) 880-2591<br>Jud. Assistant: tammylrutledge@jisnashville.gov | Motion for jurisdictional discovery granted. |
| *Healthcare Administrative, LLC v. Change Healthcare Inc.* | No. 26C517 | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne T. Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201<br>Tel: (615) 880-2591<br>Jud. Assistant: tammylrutledge@jisnashville.gov | Motion for jurisdictional discovery granted. |

[1] Previous letters identified this as a Coordinated Action. Although the parties jointly stated that they wished the Court to enter the Coordination Order, it has not yet done so. Defendants are moving to officially enter the Coordination Order and expect that to be resolved before the next update to the MDL Court.

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Intelibill Professional Services LLC v. Change Healthcare Inc.* | No. 26C516 | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne T. Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201<br>Tel: (615) 880-2591<br>Jud. Assistant: tammylrutledge@jisnashville.gov | Motion for jurisdictional discovery granted. |
| *Janice Ainsworth et al. v. UnitedHealth Group Incorporated, et al.* | No. 26C513<br><br>Class action | Tenn. Cir. Ct. Davidson Cnty. 20th Jud. Dist. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership and appropriate for removal and transfer to the MDL. |
| *Lutze Consulting, LLC v. Change Healthcare Inc.* | No. 26C536 | Tenn. Cir. Ct. Davidson Cnty. | Hon. David Briley<br>Metro Courthouse<br>1 Public Square, Suite 502<br>Nashville, TN 3720<br>Tel: (615) 862-5181 | Moving for jurisdictional discovery in Tennessee state court. |
| *Medical Management & Mentoring LLC v. Change Healthcare, Inc.* | No. 26C689 | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne T. Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201<br>Tel: (615) 880-2591<br>Jud. Assistant: tammylrutledge@jisnashville.gov | Moving for jurisdictional discovery in Tennessee state court. |
| *Mid-South Imaging & Therapeutics, P.A. v. UnitedHealth Group, Inc., et al.* | No. 24-0723-III | Tenn. Ch. Ct. Davidson Cnty. | Hon. I'Aesha L. Myles<br>1 Public Square, Suite 407<br>Nashville, TN 37201<br>(615) 862-5705 | In discovery. Court ordered coordination with the MDL, but Coordination Order not filed. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Mind Over Matters, PLLC v. Change Healthcare Inc.* | No. 26C542 | Tenn. Chancery Ct. Davidson Cnty. | Hon. David Briley<br>Metro Courthouse<br>1 Public Square, Suite 502<br>Nashville, TN 3720<br>Tel: (615) 862-5181 | Moving for jurisdictional discovery in Tennessee state court. |
| *Professional Billing & Management Services Inc. v. Change Healthcare Inc.* | No. 26C581 | Tenn. Cir. Ct. Davidson Cnty | Hon. Lynne T. Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201<br>Tel: (615) 880-2591<br>Jud. Assistant: tammylrutledge@jisnashville.gov | Defendants filed an answer on April 15, 2026. Will be joined to *TAOS*, *PruittHealth*, *Time for a Change*, and *Total Wound Care.* |
| *PruittHealth Inc. v. Change Healthcare Inc.* | No. 25C149 | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne T. Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201<br>(615) 880-2591<br>Jud. Assistant: tammylrutledge@jisnashville.gov | Scheduling Order entered. |
| *Red House Medical Billing MI LLC v. Change Healthcare Inc.* | No. 26C525 | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne T. Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201<br>Tel: (615) 880-2591<br>Jud. Assistant: tammylrutledge@jisnashville.gov | Motion for jurisdictional discovery granted. |
| *Surgical Recovery Solutions, LLC v. Change Healthcare Inc.* | No. 26C521 | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne T. Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201<br>Tel: (615) 880-2591<br>Jud. Assistant: tammylrutledge@jisnashville.gov | Motion for jurisdictional discovery granted. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Taos Comprehensive Health Corporation v. Change Healthcare Inc.* | No. 25C2291 | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne Tyler Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201<br>(615) 880-2591<br>Jud. Assistant: tammylrutledge@jisnashville.gov | Scheduling Order entered. |
| *The Auctus Group, LLC v. Change Healthcare Inc.* | No. 26C540 | Tenn, Cir. Ct. Davidson Cnty. | Hon. Lynne T. Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201<br>Tel: (615) 880-2591<br>Jud. Assistant: tammylrutledge@jisnashville.gov | Motion for jurisdictional discovery granted. |
| *Time for a Change Therapy, LLC v. Change Healthcare Inc.* | No. 25C151 | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne T. Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201<br>(615) 880-2591<br>Jud. Assistant: tammylrutledge@jisnashville.gov | Scheduling Order entered. |
| *Total Care Dental and Orthodontics, et al. v. UnitedHealth Group Inc., et al.* | No. 26C631<br><br>Class action | Tenn. Cir. Ct. Davidson Cnty. 20th Jud. Dist. | Not Assigned | This is a copy of Plaintiffs' proposed amended MDL Complaint that was filed in Tennessee State Court. |
| *Total Wound Care of Oklahoma LLC, et al. v. Change Healthcare Inc.* | No. 25C155 | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne T. Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201<br>(615) 880-2591<br>Jud. Assistant: tammylrutledge@jisnashville.gov | Scheduling Order entered. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Reus Services Valued Professionals, Inc.* | 3:26-cv-00337 | M.D. Tenn. | Hon. Eli Richardson<br>Courtroom 5C<br>Fred D. Thompson U.S. Courthouse and Federal Building<br>719 Church Street, Suite 1300<br>Nashville, TN 37203 | Removed to federal court and pending before the JPML.<br><br>Stayed pending resolution of JPML transfer to the MDL |
| **Texas** | | | | |
| *Apex Physical Rehabilitation & Wellness PLLC, et al. v. UnitedHealth Group Incorporated, et al.* | No. 2026-10201<br><br>Class action | 129th Judicial District Ct. Harris Cnty Tex. | Hon. Michael Gomez<br>Harris County Civil Courthouse<br>201 Caroline, 10th Floor<br>Houston, Texas 77002<br>(832) 927-2500<br>Chanelle Taylor Clerk<br>Shanelle.taylor@hcdistrictclerk.com | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and pending before the JPML. |
| *Jeff Edwards v. Change Healthcare Inc.* | No. 2SC-24-0708 | Tex. Williamson Justice Ct., Williamson Cnty. | Hon. Angela Williams<br>350 Discovery Boulevard<br>Suite 204<br>Cedar Park, TX 78613<br>(512) 260-4210 | Stayed pending resolution of the MDL. |
| *Kim Edwards v. Change Healthcare Inc.* | No. 2SC-24-0600 | Tex. Justice Ct., Williamson Cnty. | Hon. Angela Williams<br>350 Discovery Boulevard, Suite 204<br>Cedar Park, TX 78613<br>(512) 260-4210 | Stayed pending resolution of the MDL. |
| *Loforese v. Optum, Inc., et al.* | No. 1JC-25-1253 | Tex. Justice Ct., Williamson Cnty. | Hon. KT Musselman<br>1801 E Old Settlers Boulevard, Suite 100 Round Rock, TX 78664<br>Phone: 512-244-8622<br>Fax: 512-244-8602<br>JP1@wilco.org | Stayed pending resolution of the MDL. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Unifeye Vision Partners Holdings, LLC, et al. v. Change Healthcare Operations, LLC* | No. DC-26-02572 | 101st Judicial District Ct. Dallas Cnty. Tex. | Hon. Staci Williams<br>George L. Allen,<br>Sr. Courts Building<br>600 Commerce Street, 6th Floor West<br>Dallas, Texas 75202<br>(214) 653-6937<br>101court@dallascounty.org | Defendants' responsive pleading is due on June 8, 2026. |
| **Utah** | | | | |
| *AdvancedMD, Inc., v. Change Healthcare Solutions, LLC, et al.* | No. 250907931 | Utah Distr. Ct., Salt Lake Cnty. | Hon. Kara Pettit<br>450 S State St<br>Salt Lake City, UT 84111<br>(801) 238-7144<br>3rdpettitteam@utcourts.gov | Order on MTD pending.<br><br>**Coordination Order entered.** |
| **Vermont** | | | | |
| *Northern Vermont Dermatology PLLC v. UnitedHealth Group Incorporated, et al.* | No. 26-CV-01047<br><br>Class action | Vermont Sup. Ct., Franklin Cnty. | Hon. Navah Spero<br>Franklin Civil Division<br>17 Church Street<br>St. Albans, Vermont 05478<br>Email: General Court<br>franklingrandisleunit@vtcourts.gov | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Washington** | | | | |
| *Dov Wills, PLLC v. UnitedHealth Group Incorporated, et al.* | No. 26-2-08678-8<br><br>Class action | Wash. King. Cnty. Sup. Ct. | Judge Jason Poydras<br>King County Superior Court<br>516 3rd Ave., Room C-203, Seattle, WA 98104 (206) 477-1435<br>Poydras.court@kingcounty.gov | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and will be transferred to the MDL. |
| **West Virginia** | | | | |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Living Waters Medical Center v. UnitedHealth Group, Incorporated, et al.* | No. CC-23-2026-C-25<br><br>Class action | W. Va. Cir. Ct., Logan Cnty. | Hon. Sabrina Deskins<br>Mingo County Courthouse<br>78 East Second Avenue, Room 228<br>Williamson, WV 25661<br>Phone: (304) 235-0340 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Wisconsin** | | | | |
| *Anesis Center for Marriage and Family Therapy, LLC, et al. v. UnitedHealth Group Incorporated, et al.* | No. 2026CV000541<br><br>Class action | Wis. Dane Cnty. Cir. Ct. | Hon. Julie Genovese<br>Dane County Courthouse<br>Room 8103<br>215 S. Hamilton Street<br>Madison, WI 53703<br>(608) 266-4186 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |