

Hogan Lovells Cadwalader US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T  +1 202 637 5600
F  +1 202 637 5910
www.hoganlovells.com

July 14, 2026

**By ECF Filing and Electronic Mail**

Hon. Donovan W. Frank
United States District Court for the District of Minnesota
Warren E. Burger Federal Building and U.S. Courthouse
316 North Robert Street, Suite 100
St. Paul, MN 55101
frank_chambers@mnd.uscourts.gov

**Re:** ***In re: Change Healthcare Inc. Customer Data Sec. Breach Litig.*, 0:24-md-03108-DWF-DJF, Coordination with Related State Court Proceedings**

Dear Judge Frank:

Pursuant to the Parties' joint submission regarding state court cases related to this MDL, Defendants write to update the previously provided list of pending state court cases stemming from the February 2024 cyberattack on Change Healthcare. Attached hereto as Appendix A is a chart of all pending state court cases related to this MDL that Defendants are aware of at this time, along with updates relevant to these cases since our last report on June 18, 2026.

Since the previous report, one new case have been filed in state or federal court (*Radiology Associates of Roanoke*, filed in W.D. Va.).

Since the previous report, seven cases have been removed to federal court (*Family Care Medical Center, Healthcare Administrative, Lutze Consulting, Mind Over Matters, Red House Medical Billing, Surgical Recovery Solutions, The Auctus Group*). Four cases have been transferred to the MDL (*Ainsworth, Total Care Dental, Abramczyk, Right Steps LLC*). Thirteen total cases are currently under consideration by the JPML, with five cases (*Reus Services Valued Professionals, Advanced Billing Consultants, Dentfirst P.S., Dexios Corporation,* and *Alamance Eye Center*) set for a hearing on July 30, 2026, another seven (*Family Care Medical Center, Healthcare Administrative, Lutze Consulting, Mind Over Matters, Red House Medical Billing, Surgical Recovery Solutions, The Auctus Group*, and *Radiology Associates of Roanoke*) have a pending conditional transfer order.

In order to achieve the greatest coordination possible with the MDL, Defendants provide the following updates, including requests for support from the MDL Court as to several new and previously filed cases as denoted below.

Hogan Lovells US LLP is a limited liability partnership registered in the state of Delaware.  "Hogan Lovells" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in:  Alicante  Amsterdam  Baltimore  Beijing  Berlin  Birmingham  Boston  Brussels  Colorado Springs  Denver  Dubai  Dublin  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  Johannesburg  London  Los Angeles  Luxembourg  Madrid  Mexico City  Miami  Milan  Minneapolis  Monterrey  Munich  New York  Northern Virginia  Paris  Philadelphia  Riyadh  Rome  San Francisco  São Paulo  Shanghai  Silicon Valley  Singapore  Sydney  Tokyo  Warsaw  Washington, D.C.  Associated Offices:  Budapest  Jakarta  Shanghai FTZ.  Business Service Centers:  Johannesburg  Louisville.  For more information see www.hoganlovells.com

**aActive State Court Matters With No Current Coordination Order and For Which Defendants Request Support from the MDL Court**

1. *PruittHealth Inc. v. Change Healthcare Inc.*, No. 25C149 (Tenn. Cir. Ct. Davidson Cnty., filed January 17, 2025)
   *Time for a Change Therapy, LLC v. Change Healthcare Inc.*, No. 25C151 (Tenn. Cir. Ct. Davidson Cnty., filed January 17, 2025)
   *Total Wound Care of Oklahoma LLC, et al. v. Change Healthcare Inc.*, No. 25C155 (Tenn. Cir. Ct. Davidson Cnty., filed January 17, 2025)
   *Taos Comprehensive Health Corporation v. Change Healthcare Inc.*, No. 25C2291 (Tenn. Cir. Ct. Davidson Cnty., filed August 18, 2025)
   *Professional Billing and Management Services, Inc.* v. Change Healthcare Inc., No. 26C581 (Tenn. Cir. Ct. Davidson Cnty., filed February 23, 2026)

Status: The Court has entered a scheduling order in these matters but has not entered the MDL Coordination Order. Defendants have filed an Answer in all five matters, and the parties are now engaging in discovery. Defendants respectfully request that the MDL Court communicate with the Honorable Judge Lynne T. Ingram to coordinate these matters with the MDL proceedings.

| Judge | Plaintiff's Counsel |
|---|---|
| Hon. Lynne T. Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201<br>Tel: (615) 880-2591<br>Jud. Assistant:<br>tammylrutledge@jisnashville.gov | J. Gerard Stranch, IV<br>Grayson Wells<br>Miles M. Schiller<br>Stranch, Jennings & Garvey, PLLC<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>Tel: (615) 254-8801<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com<br>mschiller@stranchlaw.com<br><br>Matthew J. Sill<br>Tara Tabatabaie<br>Dimitri Flowers<br>Sill Law Group, PLLC<br>1101 N. Broadway Ave., Suite 102<br>Oklahoma City, OK 73103<br>Tel: (405) 509-6300<br>Fax: (800) 978-1345<br><br>Jacob Diesselhorst<br>Andy Campbell<br>Maples Nix & Diesselhorst<br>15401 N. May Avenue<br>Edmond, OK 73013<br>Tel: (405) 478-3737 |

| Judge | Plaintiff's Counsel |
|---|---|
|  | Fax: (405) 513-5005<br>jacob@mndlawfirm.com<br>andy@mndlawfirm.com |

2. *Mid-South Imaging & Thereapeutics, P.A. v. UnitedHealth Group, Inc. et al.* No. 24-0723-III (Tenn. Ch. Ct. Davidson Cnty., filed June 21, 2024).

Status: The Court has entered a case management order, and the parties are engaging in discovery. The Court ordered the parties to coordinate with the MDL but has not entered the MDL Coordination Order. Defendants respectfully request that the MDL Court communicate with the Honorable Chancellor I'Ashea L. Myles to coordinate these matters with the MDL proceedings.

| Judge | Plaintiff's Counsel |
|---|---|
| Hon. I'Ashea L. Myles<br>1 Public Square,<br>Suite 407<br>Nashville, TN 37201<br>(615) 862-5705 | Kathryn Hannen Walker<br>Briana T. Sprick Schuster<br>Taylor M. Sample<br>BASS BERRY & SIMS PLC<br>150 Third Avenue South, Suite 2800<br>Nashville, TN 37201<br>Phone: (615) 742-6200<br>Facsimile: (615) 742-2844<br>kwalker@bassberry.com<br>briana.sprick.schuster@bassberry.com<br>taylor.sample@bassberry.com |

3. *State of Iowa, ex rel. Brenna Bird, Attorney General v. Change Healthcare Inc., et al.*, No. EQCE092772 (Iowa Distr. Ct. Polk Cnty., filed Mar. 31, 2026)

Status: On March 31, 2026, the State of Iowa filed suit against Defendants. Defendants were served on April 17, 2026, and filed a Motion to Dismiss on June 1, 2026. A hearing on the Motion to Dismiss is scheduled for August 4, 2026. Defendants respectfully request that the MDL Court communicate with the Honorable Judge Jason Walke to coordinate this matter with the MDL proceedings.

| Judge | Plaintiff's Counsel |
|---|---|
| Hon. Jason Walke<br>Polk County Courthouse<br>500 Mulberry St,<br>Des Moines, Iowa 50309<br>Phone: (402) 441-7301<br>Email: countyclerk.polk@iowacourts.gov | William R. Pearson<br>Daniel L. Barnes<br>Office of the Attorney General<br>1305 E. Walnut St.<br>Des Moines, Iowa 50319<br>Phone: (515) 242-6773<br>william.pearson@ag.iowa.gov<br>daniel.barnes@ag.iowa.gov |

| Judge | Plaintiff's Counsel |
|---|---|
| | William A. Burck |
| | Adam B. Wolfson |
| | Jennifer J. Barrett |
| | Derek L. Shaffer |
| | Sara C. Clark |
| | Ryan Swindall |
| | Quinn Emanuel Urquhart & Sullivan, LLP |
| | 865 S. Figueroa St., 10th Floor |
| | Los Angeles, California 90017 |
| | Phone: (213) 443-3000 |
| | williamburck@quinnemanuel.com |
| | adamwolfson@quinnemanuel.com |
| | jenniferbarrett@quinnemanuel.com |
| | derekshaffer@quinnemanuel.com |
| | saraclark@quinnemanuel.com |
| | ryanswindall@quinnemanuel.com |

4. *Unifeye Vision Partners Holdings, LLC, et al. v. Change Healthcare Operations, LLC*, No. DC-26-02572 (101st Judicial District Ct. Dallas Cnty. Tex., filed Feb. 13, 2026)

Status: On August 1, 2025, Plaintiffs filed this action against Defendant. Plaintiffs filed a notice of nonsuit on December 29, 2025, and the court dismissed without prejudice on December 31, 2026. On February 13, 2026, Plaintiff re-filed this action against Defendants. Defendants were served on May 5, 2026 and Defendants filed their Special Appearance (contesting personal jurisdiction) and, in the alternative, a Motion to Sever and a Motion to Dismiss on June 8, 2026. The Special Appearance is currently set for oral argument on August 12, 2026. Defendants respectfully request that the MDL Court communicate with the Honorable Judge Staci Williams to coordinate this matter with the MDL proceedings.

| Judge | Plaintiff's Counsel |
|---|---|
| Hon. Staci Williams | Micah E. Skidmore |
| George L. Allen, | Aimee Furness |
| Sr. Courts Building | J. Wilson Miller II |
| 600 Commerce Street, 6th Floor West | Haynes and Boone LLP |
| Dallas, Texas 75202 | 3801 N. Harwood St, Suite 2300 |
| (214) 653-6937 | Dallas, Texas 75201 |
| 101court@dallascounty.org | Tel: (214) 651-5000 |
| | micah.skidmore@haynesboone.com |
| | aimee.furness@haynesboone.com |
| | wilson.miller@haynesboones.com |

5. *Zing Health Holdings, Inc.*, No. 26CV001838 (Ga. Sup. Ct. Fulton Cnty., filed Feb. 6, 2026)

Status: Plaintiff filed this case on February 6, 2026, and a Motion to Dismiss is now fully briefed and pending a decision from the Court.  Defendants respectfully request that the MDL Court

communicate with the Honorable Judge John J. Goger to coordinate this matter with the MDL proceedings.

| Judge | Plaintiffs' Counsel |
|---|---|
| Hon. John J. Goger<br>Metro Atlanta Business Case Division<br>Superior Court of Fulton County<br>136 Pryor Street, SW, Suite J2-956<br>Atlanta, Georgia 30303<br>Email: Susan L. Shaver, Director and Staff Attorney.<br>Susan.shaver@fultoncountyga.com<br><br>**New Judge since last update** | Deborah Shelles Cameron<br>Mozley, Finlayson & Loggins LLP<br>1050 Crown Point Parkway, Suite 1500<br>Atlanta, Georgia 30338<br>Phone: (404) 256-0700<br>dcameron@mfllaw.com<br><br>Bradley Hoppe<br>Jessica Copeland<br>Travis Talerico<br>Bond, Schoeneck & King, PLLC<br>200 Delaware Avenue<br>Buffalo, New York 14202<br>Phone: (716) 416-7000<br>bhoppe@bsk.com<br>jcopeland@bsk.com<br>ttalerico@bsk.com |

6. *Alliance Pathology Consultants, PLLC, et al. v. Change Healthcare Technology Enabled Services LLC, et al.*, No. 2024-L-012135 (Ill. Cir. Ct. Cook Cnty., filed October 29, 2024)

Status: This case was filed on October 29, 2024 against Change Healthcare Technology Enabled Services and Healthcare Business Consultants, Inc. but did not include any allegations related to the Cyberattack. On June 20, 2025, Plaintiffs filed an amended complaint, which added cyberattack-related allegations. Plaintiffs and Defendants plan to jointly file a motion to formally request that the Court enter the Coordination Order. Defendants respectfully request that the MDL Court communicate with the Honorable Judge Jack J. Hagerty, who replaced Honorable Judge Daniel J. Kubasiak to coordinate this matter with the MDL proceedings.

| Judge | Plaintiff's Counsel |
|---|---|
| Hon. Jack J. Hagerty<br>Richard J. Daley Center<br>50 W. Washington St.<br>Chicago, Illinois 60602<br>Phone: (312) 603-5930<br>Email: law.caltcc@cookcountyil.gov<br><br>**New Judge since last update** | Michael J. Scotti, III<br>Hillard Sterling<br>Garry L. Wills<br>Roetzel & Andress, LPA<br>70 West Madison St., Suite 3000<br>Chicago, IL 60602<br>(312) 580-1200<br>mscotti@ralaw.com<br>hsterling@ralaw.com<br>gwills@ralaw.com |

\* \* \*

**Coordination Order is Under Consideration By The Parties and Thus Outreach to State Courts Is Not Currently Needed**

1. *Golden v. Change Healthcare Inc. et al.*, No. 24CL015029C (filed 10/04/24)
   *Teed v. Change Healthcare Inc. et al.,* No.24CL016207C (filed 10/04/24)
   *Fay v. Change Healthcare Inc. et al.*, No. 25CL000431N (filed 01/06/25)
   *Leverson v. Change Healthcare Inc. et al.*, No. 25CL005953C (filed 02/03/25)
   *Gossett v. Change Healthcare Inc. et al.,* No. 25CL013083C (filed 03/12/25)
   *Marshall v. Change Healthcare Inc. et al.*, No. 25CL013084C (filed 03/12/25)
   *Cervantes v. Change Healthcare Inc. et al.,* No. 25CL013376N (filed 03/14/25)
   *Derr v. Change Healthcare Inc. et al.*, No. 25CL015152N (filed 03/19/25)
   *Elliott v. Change Healthcare Inc. et al.,* No. 25CL015673C (filed 03/26/25)
   *Derocco v. Change Healthcare Inc. et al.,* No. 25CL020545C (filed 04/15/25)
   *Bekas Rasoul v. Change Healthcare Inc. et al.,* No. 25CL019456C (filed 04/16/25)
   *Dashti Rasoul v. Change Healthcare Inc. et al.,* No. 25CL019460C (filed 04/16/25)
   *Mustafa v. Change Healthcare Inc. et al.,* No. 25CL01938C (filed 04/16/25)
   *Lee v. Change Healthcare Inc., et al.*, No. 25CL035216C (filed 7/2/25)
   (Cal Super. Ct. San Diego Cnty.)

   *Rehn v. Change Healthcare Inc. et al.*, No. 24STL08355 (filed 11/21/24)
   *Jones v. Change Healthcare Inc. et al.*, No. 25STLC02423 (filed 03/26/25)
   *Rodriguez, et al. vs. Change Healthcare Inc.*, *et al.*, No. 25STLC03157 (filed 4/21/25)
   (Cal Super. Ct. Los Angeles County)

<u>Status</u>: The parties have stipulated to consolidate these cases before Judge Bacal in San Diego. Once the cases are consolidated, the parties anticipate entering the MDL Coordination Order.

| Judges | Plaintiff's Counsel |
|---|---|
| Hon. Katherine A. Bacal<br>330 West Broadway, Dept. 63<br>San Diego, CA 92101<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328<br><br>Hon. Maria Jhai<br>312 N. Spring St., Dept. 26<br>Los Angeles, CA 90012<br>Phone: (213) 310-7026 | Jeremy S. Golden<br>Cory M. Teed<br>Golden & Cardona-Loya, LLP<br>3130 Bonita Road, Suite 200B<br>Chula Vista, CA 91910<br>Phone: (619) 476-0030<br>jeremy@goldencardona.com<br>cory@goldencardona.com |

2. *Eye Care Associates of Morristown, Inc. v. Change Healthcare Inc.*, No. 24-CV-048 (Tenn. Cir. Ct. Hamblen Cnty.)

<u>Status</u>: The stay in this case was lifted upon issuance of the MDL scheduling order. Defendants are briefing a Motion to Dismiss that was filed on June 22, 2026. The Motion to Dismiss is currently set for a hearing on August 31, 2026.

| Judge | Plaintiffs' Counsel |
|---|---|
| Hon. William E. Phillips, II<br>210 E Main Street<br>Rogersville, TN 37857<br>(423) 272-7633<br>Email: Teresa West, Circuit Court Clerk<br>twest@hamblen.tn.us | David J. Hodge<br>Morris, King & Hodge, P.C.<br>200 Pratt Avenue, NE<br>Huntsville, Alabama 35801<br>Phone (256) 536-0588<br>dhodge@mkhlawyers.com<br><br>F. Braxton Terry<br>The Terry Law Firm<br>116 East Main Street<br>P.O. Box 724<br>Morristown, Tennessee 37815<br>Phone: (423) 586-5800<br>brack@terry-lawfirm.com<br><br>Mark S. Stapleton<br>Stapleton Law Office<br>225 S. Depot Street<br>Rogersville, Tennessee 37857<br>Phone: (423) 546-4046<br>mark@stapletonlawoffice.com |

\* \* \*

**Coordinated Actions For Which Outreach to State Courts Is Not Currently Needed**

1. *AdvancedMD, Inc., v. Change Healthcare Solutions, LLC, et al.*, No. 250907931 (Utah Distr. Ct., Salt Lake Cnty., filed September 26, 2025)

<u>Status</u>: The Court entered the coordination order on December 2, 2025. The case is currently in discovery.

| Judge | Plaintiff's Counsel |
|---|---|
| Hon. Kara Pettit<br>450 S State Street<br>Salt Lake City, UT 84111<br>Phone: (801) 238-7144<br>3rdpettitteam@utcourts.gov | Stephen Q. Wood<br>Alexander S. Allred<br>Erin Cranor<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>2755 E. Cottonwood Pkwy., Suite 520<br>Salt Lake City, UT 84121<br>Phone: (801) 515-7300 |

| Judge | Plaintiff's Counsel |
|---|---|
| | Fax: (801) 515-7400<br>stephenwood@quinnemanuel.com<br>alexallred@quinnemanuel.com<br>erincranor@quinnemanuel.com |

2. *Fairview v. Change Healthcare Technologies, LLC, et al.*, No. 62-CV-25-7116 (Minn. Distr. Ct., Ramsey Cnty., filed August 29, 2025)

Status: The Court entered the MDL Coordination Order on February 24, 2026. The case is currently in discovery.

| Judge | Plaintiff's Counsel |
|---|---|
| Hon. Reynaldo A. Aligada, Jr.<br>Ramsey County Courthouse<br>15 W. Kellogg Blvd.<br>St. Paul, MN 55102<br>Phone: (651) 266-9271<br>Heather.Kendall@courts.state.mn.us | Christopher W. Madel<br>Ellen Ahrens Wickham<br>Cassandra B. Merrick<br>800 Pence Building<br>800 Hennepin Avenue<br>Minneapolis, MN 55403<br>Phone: (612) 605-0630<br>cmadel@madellaw.com<br>ewickham@madellaw.com<br>cmerrick@madellaw.com |

3. *State of Nebraska, ex rel. Michael T. Hilgers, Attorney General v. Change Healthcare Inc., et al.*, No. D02CI240004356 (Neb. Distr. Ct. Lancaster Cnty., filed December 16, 2024)

Status: The Court entered the Coordination Order on April 13, 2026. The case is currently in discovery.

| Judge | Plaintiff's Counsel |
|---|---|
| Hon. Susan Strong<br>575 S 10th Street<br>Lincoln, NE 68508<br>Phone: (402) 441-7301<br>Email: ClerkDistCt@lancaster.ne.gov | Tyrone E. Fahie<br>Beatrice O. Strnad<br>Justin C. McCully<br>Consumer Protection Bureau<br>Office of the Attorney General<br>2115 State Capitol Lincoln, NE 68509-8920<br>Phone: (402) 471-2811<br>tyrone.fahie@nebraska.gov<br>bebe.strnad@nebraska.gov<br>justin.mccully@nebraska.gov<br><br>William A. Burck<br>Adam B. Wolfson<br>Jennifer J. Barrett |

| Judge | Plaintiff's Counsel |
|---|---|
| | Derek L. Shaffer<br>Sara C. Clark<br>Ryan Swindall<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Phone: (213) 443-3000<br>williamburck@quinnemanuel.com<br>adamwolfson@quinnemanuel.com<br>jenniferbarrett@quinnemanuel.com<br>derekshaffer@quinnemanuel.com<br>saraclark@quinnemanuel.com<br>ryanswindall@quinnemanuel.com |

4.  *Lincare Holdings Inc., et al. v. UHG, Inc.,* No. 210144594 (Fla. Circ. Ct. Hillsborough Cnty., filed Nov. 2, 2024)

Status: The Court entered the Coordination Order on June 17, 2025, and Defendants have submitted a differentiated scheduling order to Plaintiffs for their consideration.

| Judge | Plaintiff's Counsel |
|---|---|
| Hon. Cheryl K. Thomas<br>Edgecomb Courthouse<br>800 Twiggs Street, Room 525<br>Tampa, Florida 33602<br>Phone: (813) 272-6993<br>gencivdiva@fljud13.org | Mike Prather<br>Freeman Mathis & Gary, LLP<br>1800 West Loop South, Suite 1110<br>Houston, TX 77027<br>D: 832-371-6036<br>C: 713 829 0363<br>Email: Mike.Prather@fmglaw.com<br><br>Gregory A. Fencik<br>Donato, Brown, Pool & Moehlmann<br>3200 Southwest Freeway, Suite 2300<br>Houston, Texas 77027<br>Phone: (407) 310-8571<br>gfencik@donatobrown.com |

* * *

Sincerely,

*Allison M. Ryan*
Allison M. Ryan
Partner
allison.holt-ryan@hlc.com
Phone: (202) 637-5600

cc:    Daniel E. Gustafson (Plaintiffs Overall Lead Counsel )
       David Hodge (Plaintiffs State Court/MDL Liaison Counsel)

Enclosures

11

# Appendix A

**LIST OF STATE COURT CASES FOR COORDINATION**

Below is a list of cases stemming from the February 2024 cyberattack on Change Healthcare pending in state courts of which the parties are currently aware. The cases are listed in alphabetical order by state.

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| **Alabama** | | | | |
| *Trinity Medical Care LLC v. UnitedHealth Group Incorporated, et al.* | 47-CV-2026-900309<br><br>Class action | Madison Cnty. Cir. Ct. | Hon. Donna S. Pate Madison County Courthouse 100 Northside Square Huntsville, AL 35801 (256) 532-3631 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Arizona** | | | | |
| *Desert ABA Solutions LLC v. UnitedHealth Group Incorporated, et al.* | S-1400-CV-202600159<br><br>Class action | Yuma Cnty. Sup. Ct. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| *Parker Medical Center Ltd. v. UnitedHealth Group Incorporated, et al.* | S-1500-CV-202600017<br><br>Class action | La Paz Cnty. Sup. Ct. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Pathfinder Counseling & Consulting LLC v. UnitedHealth Group Incorporated et al.* | CV2026006784<br><br>Class action | Maricopa Cnty. Sup. Ct. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **California** | | | | |
| *Bekas Rasoul v. Change Healthcare Inc., et al.* | No. 25CL019456C | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway San Diego, CA 92101 Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | SD cases consolidated; pending transfer of LA cases those will be consolidated as well. Status conference: August 28, 2026. |
| *Cervantes v. Change Healthcare Inc., et al.* | No. 25CL000431N | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway San Diego, CA 92101 Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | SD cases consolidated; pending transfer of LA cases those will be consolidated as well. Status conference: August 28, 2026. |
| *Dashti Rasoul v. Change Healthcare Inc., et al.* | No. 25CL019460C | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway San Diego, CA 92101 Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | SD cases consolidated; pending transfer of LA cases those will be consolidated as well. Status conference: August 28, 2026. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Derocco v. Change Healthcare Inc., et al.* | No. 25CL020545C | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | SD cases consolidated; pending transfer of LA cases those will be consolidated as well. Status conference: August 28, 2026. |
| *Derr v. Change Healthcare Inc., et al.* | No. 25CL015152N | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | SD cases consolidated; pending transfer of LA cases those will be consolidated as well. Status conference: August 28, 2026. |
| *E5 Therapy, et al. v. UnitedHealth Group Incorporated, et al.* | No. TC26-607<br><br>Class action | Cal. Super.Ct. Sacramento County | Hon. Richard Miadich<br>Sacramento Superior Court<br>720 9th Street<br>Sacramento, California 95814<br>(916) 874-6695 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| *Elliott v. Change Healthcare Inc., et al.* | No. 25CL015673C | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | SD cases consolidated; pending transfer of LA cases those will be consolidated as well. Status conference: August 28, 2026. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Fay v. Change Healthcare Inc., et al.* | No. 25CL000431N | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal 330 West Broadway San Diego, CA 92101 Dept. 63 Courtroom Clerk: (619) 450-7063 Calendar Clerk: (619) 450-7328 | SD cases consolidated; pending transfer of LA cases those will be consolidated as well. Status conference: August 28, 2026. |
| *Gemini Professional Counseling v. Magellan Healthcare Incorporated, et al.* | No. 25STSC05296 | Cal. Super. Ct. Los Angeles Cnty. | Hon. Emma Castro Stanley Mosk Courthouse 111 North Hill Street Los Angeles, CA 90012 (213) 633-0690 | Ongoing in Small Claims Court. |
| *Golden v. Change Healthcare Inc., et al.* | No. 24CL015029C | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal 330 West Broadway San Diego, CA 92101 Dept. 63 Courtroom Clerk: (619) 450-7063 Calendar Clerk: (619) 450-7328 | SD cases consolidated; pending transfer of LA cases those will be consolidated as well. Status conference: August 28, 2026. |
| *Gossett v. Change Healthcare Inc., et al.* | No. 25CL013084C | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal 330 West Broadway San Diego, CA 92101 Dept. 63 Courtroom Clerk: (619) 450-7063 Calendar Clerk: (619) 450-7328 | SD cases consolidated; pending transfer of LA cases those will be consolidated as well. Status conference: August 28, 2026. |
| *Hanson v. Change Healthcare Practice Management Solutions, Inc.* | No. 25STSCO3557 | Cal. Super. Ct., Los Angeles Cnty. | Hon. Emma Castro Stanley Mosk Courthouse 111 North Hill Street Los Angeles, CA 90012 (213) 633-0690 | Pending appeal to Superior Court. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Jones v. Change Healthcare Inc., et al.* | No. 25STLC02423 | Cal. Super. Ct. Los Angeles Cnty. | Hon. Maria Jhai 312 N. Spring St Los Angeles, CA 90012 Dept. 26 Phone: (213) 310-7026 | Status conference scheduled on June 18, 2026. |
| *Lee v. Change Healthcare Inc., et al.* | No. 25CL035126C | Cal. Super. Ct. Los Angeles Cnty. | Hon. Katherine A. Bacal 330 West Broadway San Diego, CA 92101 Dept. 63 Courtroom Clerk: (619) 450-7063 Calendar Clerk: (619) 450-7328 | Status conference held on June 12, 2026. Transfer ordered by Judge Bacal to Judge Bacal's Court. Consolidation pending. |
| *Leverson v. Change Healthcare Inc., et al.* | No. 25CL005953C | Cal. Super. Ct. Los Angeles Cnty. | Hon. Katherine A. Bacal 330 West Broadway San Diego, CA 92101 Dept. 63 Courtroom Clerk: (619) 450-7063 Calendar Clerk: (619) 450-7328 | Status conference held on June 12, 2026. Transfer ordered by Judge Bacal to Judge Bacal's Court. Consolidation pending. |
| *Marshall v. Change Healthcare Inc., et al.* | No. 25CL013084C | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal 330 West Broadway San Diego, CA 92101 Dept. 63 Courtroom Clerk: (619) 450-7063 Calendar Clerk: (619) 450-7328 | Status conference held on June 12, 2026. Transfer ordered by Judge Bacal to Judge Bacal's Court. Consolidation pending. |
| *Mustafa v. Change Healthcare Inc., et al.* | No. 25CL01938C | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal 330 West Broadway San Diego, CA 92101 Dept. 63 Courtroom Clerk: (619) 450-7063 Calendar Clerk: (619) 450-7328 | Status conference held on June 12, 2026. Transfer ordered by Judge Bacal to Judge Bacal's Court. Consolidation pending. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Rehn v. Change Healthcare Inc., et al.* | No. 24STLC08355 | Cal. Super. Ct. Los Angeles Cnty. | Hon. Maria Jhai 312 N. Spring St Los Angeles, CA 90012 Dept. 26 Phone: (213) 310-7026 | Status conference held on June 18, 2026. Transfer ordered by Judge Bacal to Judge Bacal's Court. Consolidation pending. |
| *Rodriguez, et al. v. Change Healthcare Inc., et al.* | No. 24CL015029C | Cal. Super. Ct. Los Angeles Cnty. | Hon. Maria Jhai 312 N. Spring St Los Angeles, CA 90012 Dept. 26 Phone: (213) 310-7026 | Status conference held on June 18, 2026. Transfer ordered by Judge Bacal to Judge Bacal's Court. Consolidation pending. |
| *Teed v. Change Healthcare Inc., et al.* | No. 24CL015029C | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal 330 West Broadway San Diego, CA 92101 Dept. 63 Courtroom Clerk: (619) 450-7063 Calendar Clerk: (619) 450-7328 | Status conference held on June 12, 2026. Transfer ordered by Judge Bacal to Judge Bacal's Court. Consolidation pending. |
| **Colorado** | | | | |
| *KidStuff Child & Family Counseling PC v. UnitedHealth Group Incorporated, et al.* | No. 2026cv30151 Class action | Col. Ft. Collins Larimer Cnty. District Ct. | Hon. Laurie K. Dean Larimer County Justice Center 201 LaPorte Ave., Courtroom 4C Fort Collins, Colorado 80521 Phone: (970) 494-3720 | This state court complaint was filed by MDL Plaintiffs' Leadership. Removed to federal court and transferred to the MDL. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| **Delaware** | | | | |
| *Anesthesia Services, P.A., et al. v. Change Healthcare Inc.* | No. N26C-02-375 KMM<br><br>Class action | Delaware New Castle Cnty. Sup. Ct. | Hon. Kathleen M. Miller<br>Leonard L. Williams Justice Center<br>500 North King Street<br>Wilmington, DE 19801<br>(302) 255-0654<br>Administrative Specialist<br>stephanie.jackson@delaware.gov | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Florida** | | | | |
| *Bawaney v. Change Healthcare Inc.* | No. 502024 CC 011988 XXX AMB | Fla. Cnty. Ct. Palm Beach Cnty. | Hon. Judge M. Katherine Mullinax<br>205 North Dixie Hwy.<br>West Palm Beach, FL 33401<br>(561) 355-6158<br>CAD-DivisionRJ@pbcgov.org | Administratively closed pending resolution of the MDL. |
| *Fullwood v. Change Healthcare Inc,* | No. 2024 CC 004047 CL | Fla. Cnty. Ct. Osceola Cnty. | Hon. Gabrielle Sanders-Morency<br>Jon B. Morgan<br>Osceola County Courthouse<br>2 Courthouse Square<br>Kissimmee, FL 34741<br>(407) 742-2495 | Administratively closed pending resolution of the MDL. |
| *Krasnow v. Change Healthcare LLC* | No. 05-2024-SC-053686-XXSX-BC | Fla. Cnty. Ct. Brevard Cnty. | Jon. Michelle A. Baker<br>506 S. Palm Ave.<br>Titusville, FL 32796-3501<br>(321) 264-6996<br>Lisa.Walters@flcourts18.org | Administratively closed pending resolution of the MDL |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Lincare Holdings Inc. v. UnitedHealth Group Incorporated* | No. 210144594 | Fla. Circ. Ct. Hillsborough Cnty. | Hon. Cheryl K. Thomas Edgecomb Courthouse 800 Twiggs Street, Room 525 Tampa, FL 33602 (813) 272-6993 gencivdiva@fljud13.org | A proposed differentiated scheduling order is being negotiated between the parties. **Coordination Order entered.** |
| *Urological Consultants of Florida, et al. v. UnitedHealth Group Incorporated, et al.* | No. 241757428 Class action | Fla. 17th Judicial Cir. Ct. Broward Cnty. | Hon. N. Hunter Davis Broward County Courthouse 201 Southeast 6th St Chambers WW-16-127 Fort Lauderdale, FL 33301 (954) 831-7763 div14@17thflcourts.org | This state court complaint was filed by MDL Plaintiffs' Leadership. Removed to federal court and transferred to the MDL. |
| **Georgia** | | | | |
| *Sunny Days Therapeutics, LLC v. UnitedHealth Group Incorporated, et al.* | No. SUCV202600077 Class action | Ga. Chatham Cnty. Sup. Ct. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership. Removed to federal court and transferred to the MDL. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Zing Health Holdings, Inc.*, | No. 26CV001838 | Ga. Superior Ct. Fulton Cnty., filed February 6, 2026 | Hon. John J. Goger Metro Atlanta Business Case Division Superior Court of Fulton County 136 Pryor Street, SW, Suite J2-956 Atlanta, Georgia 30303 Email: Susan L. Shaver, Director and Staff Attorney. Susan.shaver@fultoncountyga.com | Motion to Dismiss fully briefed. |
| **Hawaii** | | | | |
| *Big Island Health Clinic Inc. v. UnitedHealth Group Incorporated, et al.* | No. 3CCV-26-59 Class action | Hawaii Third Cir. Ct. | Hon. Peter K. Kubota, Third Circuit Court, Division 1, Hale Kaulike, 777 Kilauea Avenue, Hilo, Hawai'i 96720 (808) 961-7464 | This state court complaint was filed by MDL Plaintiffs' Leadership. Removed to federal court and transferred to the MDL. |
| **Idaho** | | | | |
| *Compassionate Concierge Physicians, LLC v. UnitedHealth Group Incorporated, et al.* | No. CV10-26-0983 Class action | Idaho Booneville Cnty. District Ct. | Hon. Jason D. Walker 605 North Capital St Idaho Falls, Idaho | This state court complaint was filed by MDL Plaintiffs' Leadership. Voluntarily dismissed without prejudice 2/24/2026. |
| *Pathologists' Regional Laboratory, P.A. v. Change Healthcare Operations, LLC, et al.* | CV35-26-0361 | Idaho Nez Perce Cnty. 2nd Jud. Dist. Ct. | Jud. Officer Mark Monson Nez Perce County Courthouse, P.O. Box 896, Lewiston, ID 83501 (208) 750-2057 | Defendants have not been served in this case. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| **Illinois** | | | | |
| *Alliance Pathology Consultants, PLLC, et al. v. Change Healthcare Technology Enabled Services LLC, et al.* | No. 2024-L-012135 | Ill. Cir. Ct. Cook Cnty. | Hon. Jack J. Hagerty Richard J. Daley Center 50 W. Washington St. Chicago, Illinois 60602 (312) 603-5930 law.caltcc@cookcountyil.gov | Cyberattack-related claims stayed for six months from November 17, 2025. Parties plan to jointly file a motion to formally request that the Court enter the Coordination Order. |
| *Pediatric Clinic Ltd., et al. v. UnitedHealth Group Incorporated, et al* | 2026-CH-1450 Class action | Ill. Cir. Ct., Cook Cnty | Hon. William Sullivan Richard J. Daley Center 50 W. Washington St. Chicago, Illinois 60602 (312) 603-6025 calendar15.chancery@cookcountyil.gov | This state court complaint was filed by MDL Plaintiffs' Leadership. Removed to federal court and transferred to the MDL. |
| **Indiana** | | | | |
| *Mind Garden LLC et al. v. UnitedHealth Group Incorporated, et al.* | No. 49D01-2602-CE-008320 Class action | Ind. Sup. Ct. 1 Marion Cnty. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership. Removed to federal court and transferred to the MDL. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| **Iowa** | | | | |
| *State of Iowa, ex rel. Brenna Bird, Attorney General v. Change Healthcare Inc., et al.* | No. TC26-8562 | Iowa Distr. Ct., Polk Cnty. | Hon. Jason Walke Polk County Courthouse 500 Mulberry St, Des Moines, IA 50309 (402) 441-7301 countyclerk.polk@iowacourts.gov | Defendants filed their Motion to Dismiss on June 1, 2026. The Motion is set for a hearing on August 4, 2026. |
| *Serenity Therapy LLC v. United Health Group, Inc., et al.* | 05771 CVCV070631 Class action | Iowa Dist. Ct., Polk Cnty. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership. Removed to federal court and transferred to the MDL. |
| **Kansas** | | | | |
| *Southeast Kansas Eye Care Associates, P.A., v. UnitedHealth Group Incorporated* | No. MGC-2026-000009 Class action | Kan. Montgomery-Coffeyville Cnty. District Ct. | Hon. F. William Cullins 14th Judicial District Court 102 West 7th Street Coffeyville, Kansas 67337 cullins@14JD.org | This state court complaint was filed by MDL Plaintiffs' Leadership. Removed to federal court and transferred to the MDL. |
| **Kentucky** | | | | |
| *Brent C. Garrard Counseling, LLC, et al. v. UnitedHealth Group Incorporated, et al.* | No. 26-CI-00212 Class action | Ky. Commonwealth, Daviess Cir. Ct. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership. Removed to federal court and transferred to the MDL. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Radiology Group of Paducah, PSC v. Change Healthcare Technology Enabled Services, LLC et al.* | No. 26-CI-00294 | Ky. Cir. Ct. McCracken Cnty. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Louisiana** | | | | |
| *Dr. Warren H. Johnson, Podiatrist v. UnitedHealth Group Incorporated* | No. 2026-01267<br><br>Class action | Orleans Parish District Ct. La. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Maryland** | | | | |
| *Rebound Physical Therapy, LLC v. UnitedHealth Group Incorporated, et al.* | No. C-15-CV-26-001042<br><br>Class action | Md. Cir. Ct. Montgomery Cnty. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Massachusetts** | | | | |
| *Bello Therapy, et al. v. UnitedHealth Group Incorporated, et al.* | No. 2684CV00559-BLS2 | Commonwealth Mass. Trl. Ct. Sup. Ct. Dept., Suffolk Cnty. | Kenneth W. Salinger Justice Superior Court Suffolk County Courthouse 3 Pemberton Square, 13th Floor, Courtroom 1017, Boston, MA (617) 788-8130 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| **Michigan** | | | | |
| *Agius Psychological Services, LLC, et al. v. UnitedHealth Group Incorporated, et al.* | No. CZ-26-60914<br><br>Class action | Mich. Cir. Ct. Genesee Cnty. | Hon. Chris Christenson 7th Judicial Circuit Court, Genesee County Courthouse, 900 S. Saginaw St., Flint, MI 48502 (810) 257-3262 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Minnesota** | | | | |
| *Autumn Abramczyk, et al. v. UnitedHealth Group Incorporated, et al.* | No. 27-CV-26-2844<br><br>Class Action | Minn. Dist. Ct. Hennepin Cnty. 4th Jud. Dist. | Hon. Chrisian Sande 300 South Sixth Street Minneapolis, MN 55487 4thJudgeSandeChambers@courts.state.mn.us | This is a copy of Plaintiffs' proposed amended MDL Complaint that was filed in Minnesota State Court. |
| *Fairview Health Services v. Change Healthcare Technologies, LLC* | No. 62-CV-25-7116 | Minn. Distr. Ct., Ramsey Cnty. | Hon. Reynaldo A. Aligada, Jr. Ramsey County Courthouse 15 W. Kellogg Blvd. St. Paul, MN 55102 (651) 266-9271 Heather.Kendall@courts.state.mn.us | Briefing Motion to Dismiss<br><br>**Coordination Order entered.** |
| *Nides v. Change Healthcare* | No. 19WS-CO-25-332 | Minn. Distr. Ct. Dakota Cnty. | Hon. Shawn M. Moynihan 14955 Galaxie Ave, Apple Valley, MN 55124 (952) 247-7099 | Administratively closed. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Odom Health & Wellness v. United Health Group Inc., et al.* | No. 27-cv-26-4480<br><br>Class action | Minnesota Distr. Ct., Hennepin Cnty. | Hon. Christian M. Sande<br>300 South Sixth Street MC 332, Minneapolis, MN 55487<br>(612) 322-6594 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Mississippi** | | | | |
| *Trustcare Health, LLC, et al. v. Change Healthcare Inc.* | No. 25C1:25-cv-00899<br><br>Class action | Miss. Chancery Ct., Hinds Cnty. | Hon. Tametrice Hodges-Linzey<br>316 S President St Jackson, MS 39201<br>(601) 968-6545<br>(601) 973-5554<br>Court administrator: renee.runyon-truss@co.hinds.ms.us | Stayed per stipulation of the parties. |
| **Missouri** | | | | |
| *Teresa Schroeder South City Counsel, STL, LLC, et al. v. UnitedHealth Group Incorporated, et al.* | No. 26220CC00482 | Mo. Cir. Ct. St. Louis | Hon. Christopher McGraugh<br>Clyde S. Cahill Courts Building, Div. 1, 10th Floor, St. Louis, MO<br>(314) 622-4311 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Nebraska** | | | | |
| *Nebraska v. Change Healthcare Inc., et al.* | No. D02CI240004356 | Neb. Distr. Ct. Lancaster Cnty. | Hon. Susan Strong<br>575 S 10th Street Lincoln, NE 68508<br>(402) 441-7301<br>ClerkDistCt@lancaster.ne.gov | Plaintiff's Motion to Compel and Defendants' Motion to Enter Coordination Order are pending before the Court. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| **Nevada** | | | | |
| *K. Sasse Surgical Associates PC, d/b/a Nevada Surgical and Advanced Manual Therapy Institute I, LLC v. UnitedHealth Group Incorporated, et al.* | No. A-26-939363-C<br><br>Class action | Nev. Distr. Ct., Clark Cnty. | Hon. Kathleen Delaney Regional Justice Center, Courtroom 15B, 200 Lewis Avenue, Las Vegas, Nevada. (702) 671-0850 dept251c@clarkcountycourts.us. | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and will be transferred to the MDL. |
| **New Hampshire** | | | | |
| *Care Counseling Services LLC v. UnitedHealth Group Incorporated, et al.* | No. 216-2026-CV-00285<br><br>Class action | N.H. Hillborough N. Dist. Sup. Ct. | Hon. N. William Delker Hillsborough County Superior Court – Northern District 300 Chestnut Street Manchester, NH 03101 (855) 212-1234 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **New Jersey** | | | | |
| *Nancy Fish, et. al. v. UnitedHealth Group Incorporated, et al.* | No. BER-L-003074-26<br><br>Class action | N.J. Bergen Cnty. Sup. Ct. Law Div. | Hon. William C. Soukas Bergen County Justice Center, 10 Main Street, Hackensack, NJ 07601 (201) 647-2397 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| **New York** | | | | |
| *John Aretakis v. Change Healthcare, et al.* | No. 988/2025 | New York Kings Cnty. Sup. Ct. | Hon. Desmond A. Green Part 33 & ADR-MM Rules Chambers Room Number: 1077 360 Adams Street Brooklyn, NY 11201 (347) 401-9764 | Stayed until August 12, 2026. |
| *Therapy My Way Psychology PC, et al. v. UnitedHealth Group Incorp* | No.603362/ 2026 Class action | New York Nassau County Sup. Ct. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership. Removed to federal court and transferred to the MDL. |
| **North Carolina** | | | | |
| *Life Learning Counseling PLLC et al. v. UnitedHealth Group Incorporated, et al.* | No. 26CV013021-590 Class action | N.C. Gen. Ct. Just., Mecklenburg Cnty. Sup. Ct. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership. Removed to federal court and transferred to the MDL. |
| **Ohio** | | | | |
| *Firelands Regional Medical Center, et al. v. UnitedHealth Group Incorporated, et al.* | No. 2026 CV 0075 Class action | Erie County Court of Common Pleas | Hon. Tygh M. Tone 323 Columbus Ave. Sandusky, OH 44870 (419) 627-7731 Email: Susan Kelsey, Magistrate skelsey@eriecounty.oh.gov | This state court complaint was filed by MDL Plaintiffs' Leadership. Removed to federal court and transferred to the MDL. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| **Oklahoma** | | | | |
| *Moe Karami DDS Inc. v. Change Healthcare Pharmacy Solutions, Inc., et al.* | CJ-2026-237<br><br>Class action | Okla. District Ct., Cleveland Cnty. | Jeff Virgin 200 S. Peters Ave. Norman, OK 73069 (405) 366-0600 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Oregon** | | | | |
| *Tiffany Kettermann, LLC, et al. v. UnitedHealth Group Incorporated, et al.* | No. 26CV08353<br><br>Class action | Multnomah Cnty. Cir. Ct. Oregon | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Pennsylvania** | | | | |
| *CEPD Psychological Services, et al. v. UnitedHealth Group Incorporated, et al.* | No. 260202092<br><br>Class action | Philadelphia Cnty. Ct. Common Pleas, Penn. | Hon. Michael Erdos Criminal Justice Center, Room 1210, 1301 Filbert Street, Philadelphia, PA 19107 (215) 683-7047 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **South Carolina** | | | | |
| *Right Steps LLC, et al. v. UnitedHealth Group Incorporated, et al.* | No. 2026CP400 3445 | Richland Cnty. Ct. Common Pleas, S.C. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| **Tennessee** | | | | |
| *Advanced Billing Consultants, Inc. v. Change Healthcare Inc.* | 3:26-cv-00338 | M.D. Tenn. | Hon. Eli Richardson Courtroom 5C Fred D. Thompson U.S. Courthouse and Federal Building 719 Church Street, Suite 1300 Nashville, TN 37203 | Removed to federal court and pending before the JPML.<br><br>Stayed pending resolution of JPML transfer to the MDL. |
| *Alamance Eye Center, P.A. v. Change Healthcare Inc.* | 3:26-cv-00344 | M.D. Tenn. | Hon. Eli Richardson Courtroom 5C Fred D. Thompson U.S. Courthouse and Federal Building 719 Church Street, Suite 1300 Nashville, TN 37203 | Removed to federal court and pending before the JPML.<br><br>Stayed pending resolution of JPML transfer to the MDL |
| *Autumn Abramczyk, et al. v. UnitedHealth Group Incorporated, et al.* | No. 26C524 Class Action | Tenn. Cir. Ct. Davidson Cnty. 20th Jud. Dist. | Not Assigned | This is a copy of Plaintiffs' proposed amended MDL Complaint that was filed in Tennessee State Court.<br><br>Transferred to the MDL. |
| *DentFirst, P.C. v. Change Healthcare Inc.* | 3:26-cv-00339 | M.D. Tenn. | Hon. Eli Richardson Courtroom 5C Fred D. Thompson U.S. Courthouse and Federal Building 719 Church Street, Suite 1300 Nashville, TN 37203 | Removed to federal court and pending before the JPML.<br><br>Stayed pending resolution of JPML transfer to the MDL. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Dexios Corporation v. Change Healthcare Inc.* | 3:26-cv-00340 | M.D. Tenn. | Hon. Eli Richardson Courtroom 5C Fred D. Thompson U.S. Courthouse and Federal Building 719 Church Street, Suite 1300 Nashville, TN 37203 | Removed to federal court and pending before the JPML. Stayed pending resolution of JPML transfer to the MDL. |
| *Eye Care Associates of Morristown, Inc. v. Change Healthcare Inc.* | No. 24-CV-048 Class action. | Tenn. Cir. Ct. Hamblen Cnty. | Hon. William E. Phillips, II 210 E Main Street Rogersville, TN 37857 (423) 272-7633 | Defendants' response to Second Amended Complaint due June 14, 2026. Parties anticipate seeking recusal of the Honorable William E. Phillips, II later this week. Parties will then seek to have Coordination Order entered by new judge. |
| *Family Care Medical Center, P.A. v. Change Healthcare Inc.* | 3:26-cv-00933 | M.D. Tenn. | Hon. Eli Richardson Courtroom 5C Fred D. Thompson U.S. Courthouse and Federal Building 719 Church Street, Suite 1300 Nashville, TN 37203 | Removed to federal court and pending before the JPML. Motion to Stay pending in District Court.. |
| *Healthcare Administrative, LLC v. Change Healthcare Inc.* | 3:26-cv-00934 | M.D. Tenn. | Hon. Eli Richardson Courtroom 5C Fred D. Thompson U.S. Courthouse and Federal Building 719 Church Street, Suite 1300 Nashville, TN 37203 | Removed to federal court and pending before the JPML. Motion to Stay pending in District Court.. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Intelibill Professional Services LLC v. Change Healthcare Inc.* | No. 26C516 | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne T. Ingram Metro Courthouse 1 Public Square Nashville, TN 37201 Tel: (615) 880-2591 Jud. Assistant: tammylrutledge@jisnashville.gov | Notice of voluntary dismissal filed on July 8, 2026. |
| *Janice Ainsworth et al. v. UnitedHealth Group Incorporated, et al.* | No. 26C513  Class action | Tenn. Cir. Ct. Davidson Cnty. 20th Jud. Dist. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership and appropriate for removal and transfer to the MDL. Transferred to the MDL. |
| *Lutze Consulting, LLC v. Change Healthcare Inc.* | 3:26-cv-00935 | M.D. Tenn. | Hon. Eli Richardson Courtroom 5C Fred D. Thompson U.S. Courthouse and Federal Building 719 Church Street, Suite 1300 Nashville, TN 37203 | Removed to federal court and pending before the JPML.  Motion to Stay pending in District Court.. |
| *Medical Management & Mentoring LLC v. Change Healthcare, Inc.* | No. 26C689 | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne T. Ingram Metro Courthouse 1 Public Square Nashville, TN 37201 Tel: (615) 880-2591 Jud. Assistant: tammylrutledge@jisnashville.gov | Notice of voluntary dismissal filed on July 8, 2026. |
| *Mid-South Imaging & Therapeutics, P.A. v. UnitedHealth Group, Inc., et al.* | No. 24-0723-III | Tenn. Ch. Ct. Davidson Cnty. | Hon. I'Ashea L. Myles 1 Public Square, Suite 407 Nashville, TN 37201 (615) 862-5705 | In discovery. Court ordered coordination with the MDL, but Coordination Order not filed. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Mind Over Matters, PLLC v. Change Healthcare Inc.* | 3:26-cv-00936 | M.D. Tenn. | Hon. Eli Richardson Courtroom 5C Fred D. Thompson U.S. Courthouse and Federal Building 719 Church Street, Suite 1300 Nashville, TN 37203 | Removed to federal court and pending before the JPML. Motion to Stay pending in District Court.. |
| *Professional Billing & Management Services Inc. v. Change Healthcare Inc.* | No. 26C581 | Tenn. Cir. Ct. Davidson Cnty | Hon. Lynne T. Ingram Metro Courthouse 1 Public Square Nashville, TN 37201 Tel: (615) 880-2591 Jud. Assistant: tammylrutledge@jisnashville.gov | Defendants filed an answer on April 15, 2026. Will be joined to *TAOS*, *PruittHealth*, *Time for a Change*, and *Total Wound Care.* |
| *PruittHealth Inc. v. Change Healthcare Inc.* | No. 25C149 | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne T. Ingram Metro Courthouse 1 Public Square Nashville, TN 37201 (615) 880-2591 Jud. Assistant: tammylrutledge@jisnashville.gov | Scheduling Order entered. |
| *Red House Medical Billing MI LLC v. Change Healthcare Inc.* | 3:26-cv-00937 | M.D. Tenn. | Hon. Eli Richardson Courtroom 5C Fred D. Thompson U.S. Courthouse and Federal Building 719 Church Street, Suite 1300 Nashville, TN 37203 | Removed to federal court and pending before the JPML. Motion to Stay pending in District Court.. |
| *Surgical Recovery Solutions, LLC v. Change Healthcare Inc.* | 3:26-cv-00938 | M.D. Tenn. | Hon. Eli Richardson Courtroom 5C Fred D. Thompson U.S. Courthouse and Federal Building 719 Church Street, Suite 1300 Nashville, TN 37203 | Removed to federal court and pending before the JPML. Motion to Stay pending in District Court.. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Taos Comprehensive Health Corporation v. Change Healthcare Inc.* | No. 25C2291 | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne Tyler Ingram Metro Courthouse 1 Public Square Nashville, TN 37201 (615) 880-2591 Jud. Assistant: tammylrutledge@jisnashville.gov | Scheduling Order entered. |
| *The Auctus Group, LLC v. Change Healthcare Inc.* | 3:26-cv-00939 | M.D. Tenn. | Hon. Eli Richardson Courtroom 5C Fred D. Thompson U.S. Courthouse and Federal Building 719 Church Street, Suite 1300 Nashville, TN 37203 | Removed to federal court and pending before the JPML. Motion to Stay pending in District Court.. |
| *Time for a Change Therapy, LLC v. Change Healthcare Inc.* | No. 25C151 | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne T. Ingram Metro Courthouse 1 Public Square Nashville, TN 37201 (615) 880-2591 Jud. Assistant: tammylrutledge@jisnashville.gov | Scheduling Order entered. |
| *Total Care Dental and Orthodontics, et al. v. UnitedHealth Group Inc., et al.* | No. 26C631 Class Action | Tenn. Cir. Ct. Davidson Cnty. 20th Jud. Dist. | Not Assigned | This is a copy of Plaintiffs' proposed amended MDL Complaint that was filed in Tennessee State Court. Transferred to the MDL. |
| *Total Wound Care of Oklahoma LLC, et al. v. Change Healthcare Inc.* | No. 25C155 | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne T. Ingram Metro Courthouse 1 Public Square Nashville, TN 37201 (615) 880-2591 Jud. Assistant: tammylrutledge@jisnashville.gov | Scheduling Order entered. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Reus Services Valued Professionals, Inc.* | 3:26-cv-00337 | M.D. Tenn. | Hon. Eli Richardson Courtroom 5C Fred D. Thompson U.S. Courthouse and Federal Building 719 Church Street, Suite 1300 Nashville, TN 37203 | Removed to federal court and pending before the JPML. Stayed pending resolution of JPML transfer to the MDL |
| **Texas** | | | | |
| *Apex Physical Rehabilitation & Wellness PLLC, et al. v. UnitedHealth Group Incorporated, et al.* | No. 2026-10201 Class action | 129th Judicial District Ct. Harris Cnty Tex. | Hon. Michael Gomez Harris County Civil Courthouse 201 Caroline, 10th Floor Houston, Texas 77002 (832) 927-2500 Chanelle Taylor Clerk Shanelle.taylor@hcdistrictclerk.com | This state court complaint was filed by MDL Plaintiffs' Leadership. Removed to federal court and transferred to the MDL. |
| *Jeff Edwards v. Change Healthcare Inc.* | No. 2SC-24-0708 | Tex. Williamson Justice Ct., Williamson Cnty. | Hon. Angela Williams 350 Discovery Boulevard Suite 204 Cedar Park, TX 78613 (512) 260-4210 | Stayed pending resolution of the MDL. |
| *Kim Edwards v. Change Healthcare Inc.* | No. 2SC-24-0600 | Tex. Justice Ct., Williamson Cnty. | Hon. Angela Williams 350 Discovery Boulevard, Suite 204 Cedar Park, TX 78613 (512) 260-4210 | Stayed pending resolution of the MDL. |
| *Loforese v. Optum, Inc., et al.* | No. 1JC-25-1253 | Tex. Justice Ct., Williamson Cnty. | Hon. KT Musselman 1801 E Old Settlers Boulevard, Suite 100 Round Rock, TX 78664 Phone: 512-244-8622 Fax: 512-244-8602 JP1@wilco.org | Stayed pending resolution of the MDL. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Unifeye Vision Partners Holdings, LLC, et al. v. Change Healthcare Operations, LLC* | No. DC-26-02572 | 101st Judicial District Ct. Dallas Cnty. Tex. | Hon. Staci Williams George L. Allen, Sr. Courts Building 600 Commerce Street, 6th Floor West Dallas, Texas 75202 (214) 653-6937 101court@dallascounty.org | Defendants' filed their Motion to Dismiss on .June 8, 2026. |
| **Utah** | | | | |
| *AdvancedMD, Inc., v. Change Healthcare Solutions, LLC, et al.* | No. 250907931 | Utah Distr. Ct., Salt Lake Cnty. | Hon. Kara Pettit 450 S State St Salt Lake City, UT 84111 (801) 238-7144 3rdpettitteam@utcourts.gov | Order on MTD pending.<br><br>**Coordination Order entered.** |
| **Vermont** | | | | |
| *Northern Vermont Dermatology PLLC v. UnitedHealth Group Incorporated, et al.* | No. 26-CV-01047<br><br>Class action | Vermont Sup. Ct., Franklin Cnty. | Hon. Navah Spero Franklin Civil Division 17 Church Street St. Albans, Vermont 05478 Email: General Court franklingrandisleunit@vtcourts.gov | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Washington** | | | | |
| *Dov Wills, PLLC v. UnitedHealth Group Incorporated, et al.* | No. 26-2-08678-8<br><br>Class action | Wash. King. Cnty. Sup. Ct. | Judge Jason Poydras King County Superior Court, 516 3rd Ave., Room C-203, Seattle, WA 98104 (206) 477-1435 Poydras.court@kingcounty.gov | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| **West Virginia** | | | | |
| *Living Waters Medical Center v. UnitedHealth Group, Incorporated, et al.* | No. CC-23-2026-C-25<br><br>Class action | W. Va. Cir. Ct., Logan Cnty. | Hon. Sabrina Deskins Mingo County Courthouse 78 East Second Avenue, Room 228 Williamson, WV 25661 Phone: (304) 235-0340 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Wisconsin** | | | | |
| *Anesis Center for Marriage and Family Therapy, LLC, et al. v. UnitedHealth Group Incorporated, et al.* | No. 2026CV000541<br><br>Class action | Wis. Dane Cnty. Cir. Ct. | Hon. Julie Genovese Dane County Courthouse Room 8103 215 S. Hamilton Street Madison, WI 53703 (608) 266-4186 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |