

**MINNESOTA OFFICE**
CANADIAN PACIFIC PLAZA
120 S. 6TH ST., STE 2600
MINNEAPOLIS, MN 55402

**CALIFORNIA OFFICE**
600 W. BROADWAY
SUITE 3300
SAN DIEGO, CA 92101

**DANIEL E. GUSTAFSON**
dgustafson@gustafsongluek.com
TEL (612) 333-8844 • FAX (612) 339-6622
MINNESOTA OFFICE

July 30, 2026

<u>**VIA ECF**</u>
Magistrate Judge Foster
United States District Court
300 South Fourth Street
Minneapolis, MN 55415
Foster_Chambers@mnd.uscourts.gov

**Re:**   *In re Change Healthcare, Inc. Customer Data Sec. Breach Litig.*, MDL No.
   **0:24-md-03108-DWF-DJF, Request for Extension**

Dear Judge Foster:

I spoke with Ms. Pagel about this request this afternoon.  The parties are meeting and conferring about mediators and the special order related to the impacted data.  We are making good progress but both Ms. Holt Ryan and I believe that we could use a few more days to finalize if that is acceptable to the Court. We jointly respectfully request a one-week extension on the requirement to agree to mediators and on the order to provide a impacted data protective order.

Please contact me with questions.

Sincerely,

GUSTAFSON GLUEK PLLC

Daniel E. Gustafson

DEG/sam