**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 24-3108 (DWF/DJF) |
| This Document Relates to All Actions | **PRETRIAL ORDER NO. 39 (*RE:* Agenda for September 17, 2026 Status Conference)** |

Pursuant to the Court's Pretrial Order No. 2 (Doc. No. 69 ¶ 12) and consistent with Federal Rule of Civil Procedure 16.1 aimed at providing case-management guidance in MDLs, the Court directs the parties to place the following items on the agenda for the September 17, 2026 Status Conference:

- status of depositions;
- status of document production;
- production of impacted data;
- third party discovery;
- purely legal questions for the Court;
- duplicative plaintiffs;
- TFAP loan repayment and settlement;
- Plaintiffs' steering committees;
- coordination with state court cases;
- case management; and

- insurance case coordination and request from insurance companies' counsel.

Dated: September 14, 2026

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge