**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| In re: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 24-3108 (DWF/DJF) |
| This Document Relates to All Actions | **PRETRIAL ORDER NO. 40** **(*RE:* Health Insurer Track)** |

At the September 17, 2026 Status Conference the Court heard a request from counsel representing health insurance companies to create a third track in the MDL specific to health insurers. (Doc. No. 729; *see also* Doc. Nos. 543, 726.) Overall Lead Counsel and Lead Defense Counsel oppose the request. (Doc. No. 726 at 9-14.) As explained from the bench, the Court finds that the interests of all parties and the resources of the Court are best served by continuing to address insurance plaintiffs' claims through the Provider Track.

Based on the Court's review of the record and the arguments of counsel, and consistent with the Court's comments from the bench, **IT IS HEREBY ORDERED** that Insurance Plaintiffs' request (Doc. No. [726]) for a third track specific to health insurers is respectfully **DENIED**.

Dated: September 18, 2026

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge

s/Dulce J. Foster
DULCE J. FOSTER
United States Magistrate Judge