**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION**<br><br>This Document Relates to All Actions | MDL No. 24-3108 (DWF/DJF)<br><br>**PRETRIAL ORDER NO. 42**<br><br>**ORDER MODIFYING THE PRETRIAL SCHEDULE** |

For good cause shown, the Court APPROVES the Parties' *Stipulation for Certain Modifications to the Schedule* (ECF No. 751) as follows:

1. The deadline for completion of all fact discovery is extended to **December 17, 2026**.
2. The deadline for non-dispositive motions, including motions related to fact discovery, except those relating to class certification expert discovery and merits expert discovery, is extended to **December 21, 2026**.

All other deadlines and requirements in the Case Management Order (PTO No. 24) remain in full force and effect.

**IT IS SO ORDERED.**

Dated: October 8, 2026

*s/ Dulce J. Foster*
Dulce J. Foster
United States Magistrate Judge