**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION**<br><br>This Document Relates to All Actions | MDL No. 24-3108 (DWF/DJF)<br><br>**STIPULATION FOR FURTHER MODIFICATIONS TO THE PRETRIAL SCHEDULE** |

WHEREAS, the Court previously entered Pretrial Order No. 24 in this matter (Dkt. No. 497) ("PTO 24");

WHEREAS, PTO 24 sets forth the current schedule for various aspects of this litigation;

WHEREAS, on October 8, 2026, the Court entered Pretrial Order No. 42 (Dkt. No. 753) ("PTO 42"), approving the Parties' Stipulation for Certain Modifications to the Schedule (Dkt. No. 751) and extending the deadline for completion of all fact discovery to December 17, 2026 and the deadline for non-dispositive motions to December 21, 2026;

WHEREAS, the Parties have met and conferred and agree that good cause exists for further modifications to the schedule which are needed;

WHEREAS, modifications of the existing deadlines will affect other deadlines set forth in PTO 24, including deadlines related to expert discovery, class certification, and dispositive motions, and the Parties agree to meet and confer regarding those deadlines and any other aspects of the schedule;

THEREFORE, the Parties Stipulate and agree as follows:

1. All additional fact discovery, including written discovery requests, notices of deposition, and subpoenas to former employees of any Party, shall be served on or

before December 11, 2026. Discovery related to experts issues and third party discovery is not included in this deadline.

2. The deadline for completion of all fact discovery as described in paragraph 1 is extended to March 1, 2027.
3. The deadline for non-dispositive motions, including motions related to fact discovery, as described in paragraph 1 is extended to March 8, 2027.
4. The Parties are separately continuing to meet and confer as to an appropriate schedule for discovery regarding claims data.
5. The remaining deadlines in PTO 24 are vacated and no later than February 4, 2027, the Parties will confer on a proposal to address modifications to the remaining deadlines in PTO 24 and submit a proposed amended schedule for those deadlines.

[*Signatures follow on the next page*].

Dated: November 16, 2026

*<u>/s/ Daniel E. Gustafson</u>*
Daniel E. Gustafson (#202241)
Gustafson Gluek PLLC
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
T. (612) 333-8844
dgustafson@gustafsongluek.com

***Overall Lead Counsel for Plaintiffs***

*<u>/s/ Allison M. Ryan</u>*
Allison M. Ryan
Joseph J. Cavanaugh
Hogan Lovells Cadwalader US LLP
555 Thirteenth Street NW
Washington, DC 20004
T. (202) 637-5600
F. (202) 637-5910
allison.holt-ryan@hlc.com
joe.cavanaugh@hlc.com

Peter H. Walsh (MN No. 0388672)
Alicia J. Paller (MN No. 0397780)
Hogan Lovells Cadwalader US LLP
80 South Eighth Street, Suite 1225
Minneapolis, MN 55402
T. (612) 402-3017
F. (612) 339-5167
peter.walsh@hlc.com
alicia.paller@hlc.com

Michael M. Maddigan
Vassi Iliadis
Hogan Lovells Cadwalader US LLP
1999 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
T. (310) 785-4600
F. (310) 785-4601
michael.maddigan@hlc.com
vassi.iliadis@hlc.com

***Counsel for Defendants***