**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| **IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION**<br><br>This Document Relates to All Actions | MDL No. 24-3108 (DWF/DJF)<br><br>**(Proposed) ORDER RE FURTHER MODIFICATIONS TO THE PRETRIAL SCHEDULE** |

WHEREAS, the Court previously entered Pretrial Order No. 24 in this matter (Dkt. No. 497) ("PTO 24");

WHEREAS, PTO 24 sets forth the current schedule for various aspects of this litigation;

WHEREAS, on October 8, 2026, the Court entered Pretrial Order No. 42 (Dkt. No. 753) ("PTO 42"), approving the Parties' Stipulation for Certain Modifications to the Schedule (Dkt. No. 751) and extending the deadline for completion of all fact discovery to December 17, 2026 and the deadline for non-dispositive motions to December 21, 2026;

WHEREAS, the Parties have met and conferred and agree that good cause exists for further modifications to the schedule which are needed;

WHEREAS, modifications of the existing deadlines will affect other deadlines set forth in PTO 24, including deadlines related to expert discovery, class certification, and dispositive motions, and the Parties agree to meet and confer regarding those deadlines and any other aspects of the schedule;

THEREFORE, having found such good cause exists, the Court hereby Orders:

1. All additional fact discovery, including written discovery requests, notices of deposition, and subpoenas to former employees of any Party, shall be served on or

before December 11, 2026. Discovery related to experts issues and third party discovery is not included in this deadline.

2. The deadline for completion of all fact discovery as described in paragraph 1 is extended to March 1, 2027.
3. The deadline for non-dispositive motions, including motions related to fact discovery, as described in paragraph 1 is extended to March 8, 2027.
4. The Parties are separately continuing to meet and confer as to an appropriate schedule for discovery regarding claims data.
5. The remaining deadlines in PTO 24 are vacated and no later than February 4, 2027, the Parties will confer on a proposal to address modifications to the remaining deadlines in PTO 24 and submit a proposed amended schedule for those deadlines.

**IT IS SO ORDERED**

Dated:

__________________________
DULCE J. FOSTER
United States Magistrate Judge