**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

| | |
|---|---|
| **CAPITAL DISTRICT PHYSICIANS' HEALTH PLAN, INC., et al.**<br><br>**Plaintiffs,**<br>**v.**<br><br>**CHANGE HEALTHCARE TECHNOLOGIES LLC, et al.**<br><br>**Defendants** | **Civil Action No.:**<br>**0:25-cv-02368-DWJ-DJF** |

**NOTICE OF VOLUNTARY DISMISSAL**

Plaintiffs, Capital District Physicians' Health Plan, Inc. and CDPHP Universal Benefits, Inc., by and through undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss the instant action and all claims asserted in it against the Defendants without prejudice.

**de LUCA LEVINE LLC**

BY: ______________________

**Kenneth T. Levine, Esq.**
**Andrew G. Hunt, Esq.**
301 E. Germantown Pike, 3rd Floor,
East Norriton, PA 19401
215-383-0081
215-383-0082 (fax)
Klevine@delucalevine.com
ahunt@delucalevine.com
**ATTORNEYS FOR PLAINTIFF**

Date: November 18, 2026

**CERTIFICATION OF SERVICE**

I hereby certify that on the date indicated above I caused a copy of the forgoing to be electronically filed on the Court's ECF system.

**de LUCA LEVINE LLC**

BY:_______________________________

**Kenneth T. Levine, Esq.**
**Andrew G. Hunt, Esq.**
301 E. Germantown Pike, 3rd Floor,
East Norriton, PA 19401
215-383-0081
215-383-0082 (fax)
Klevine@delucalevine.com
ahunt@delucalevine.com
**ATTORNEYS FOR PLAINTIFF**