**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION | MDL No. 24-3108 (DWF/DJF) |
| This Document Relates to:<br><br>Capital District Physicians' Health Plan, Inc. and CDPHP Universal Benefits, Inc.,<br><br>Plaintiffs,<br><br>v. Civil No. 25-2368 (DWF/DJF)<br><br>Change Healthcare Technologies, LLC, Change Healthcare Solutions LLC and Change Healthcare Resources LLC,<br><br>Defendants. | **ORDER FOR DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1)(A)(i), and the Notice of Voluntary Dismissal filed by the Plaintiffs in this action, (MDL No. 24-3108 (DWF/DJF), (Doc. No. [775]); Civil No. 25-2368 (DWF/DJF), (Doc. No. [16])),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**.

Dated: November 18, 2026

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge