HOGAN LOVELLS CADWALADER

Hogan Lovells Cadwalader US LLP
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004
T +1 202 637 5600
F +1 202 637 5910
www.hoganlovells.com

November 18, 2026

**By ECF Filing and Electronic Mail**

Hon. Donovan W. Frank
United States District Court for the District of Minnesota
Warren E. Burger Federal Building and U.S. Courthouse
316 North Robert Street, Suite 100
St. Paul, MN 55101
frank_chambers@mnd.uscourts.gov

**Re:** ***In re: Change Healthcare Inc. Customer Data Sec. Breach Litig.*, 0:24-md-03108-DWF-DJF, Coordination with Related State Court Proceedings**

Dear Judge Frank:

Pursuant to the Parties' joint submission regarding state court cases related to this MDL, Defendants write to update the previously provided list of pending state court cases stemming from the February 2024 cyberattack on Change Healthcare. Attached hereto as Appendix A is a chart of all pending state court cases related to this MDL that Defendants are aware of at this time, along with updates relevant to these cases since our last report on September 17, 2026.

Since the previous report, no new cases have been filed in either state or federal court.

One case (*Deer Creek Medical Center, LLC*) has been removed to federal court, and a notice of a potential tag-along action has been filed with the Judicial Panel on Multidistrict Litigation ("JPML"). Another case (*Columbia Radiology Imaging Services, LLC*) is pending removal to federal court once the plaintiffs' LLC citizenship has been determined. Since our last report, eight cases have been transferred to the MDL: *Family Care Medical Center, Healthcare Administrative, Lutze Consulting, Mind Over Matters, Red House Medical Billing, Surgical Recovery Solutions, The Auctus Group, and Radiology Associates of Roanoke*.

In order to achieve the greatest coordination possible with the MDL, Defendants provide the following updates, including requests for support from the MDL Court as to several new and previously filed cases as denoted below.

**Active State Court Matters With No Current Coordination Order and For Which Defendants Request Support from the MDL Court**

1. *PruittHealth Inc. v. Change Healthcare Inc.*, No. 25C149 (Tenn. Cir. Ct. Davidson Cnty., filed January 17, 2025)

Hogan Lovells Cadwalader US LLP is a limited liability partnership registered in the state of Delaware. "HLC" is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP, with offices in: Alicante Amsterdam Baltimore Beijing Berlin Birmingham Boston Brussels Colorado Springs Denver Dubai Dublin Dusseldorf Frankfurt Hamburg Hanoi Ho Chi Minh City Hong Kong Houston Johannesburg London Los Angeles Luxembourg Madrid Mexico City Miami Milan Minneapolis Monterrey Munich New York Northern Virginia Paris Philadelphia Riyadh Rome San Francisco São Paulo Shanghai Silicon Valley Singapore Sydney Tokyo Warsaw Washington, D.C. Associated Offices: Budapest Jakarta Shanghai FTZ. Business Service Centers: Johannesburg Louisville. For more information see www.hlc.com

*Time for a Change Therapy, LLC v. Change Healthcare Inc.*, No. 25C151 (Tenn. Cir. Ct. Davidson Cnty., filed January 17, 2025)
*Total Wound Care of Oklahoma LLC, et al. v. Change Healthcare Inc.*, No. 25C155 (Tenn. Cir. Ct. Davidson Cnty., filed January 17, 2025)
*Taos Comprehensive Health Corporation v. Change Healthcare Inc.*, No. 25C2291 (Tenn. Cir. Ct. Davidson Cnty., filed August 18, 2025)
*Professional Billing and Management Services, Inc.* v. Change Healthcare Inc., No. 26C581 (Tenn. Cir. Ct. Davidson Cnty., filed February 23, 2026)

Status: The Parties have sought modification of the case schedule to move the deadline for completion of fact discovery to January 29, 2027, resolution of fact discovery disputes and/or motions regarding unresolved disputes to February 5, 2027, and all non-dispositive motions, including motions related to fact discovery by February 5, 2027. The status conference before Special Master Nicholas is set for December 14, 2026. The Court has entered a scheduling order in these matters but has not entered the MDL Coordination Order. Defendants have filed an Answer in all five matters, and the parties are now engaging in discovery. Defendants respectfully request that the MDL Court communicate with the Honorable Judge Lynne T. Ingram to coordinate these matters with the MDL proceedings.

| **Judge** | **Plaintiff's Counsel** |
|---|---|
| Hon. Lynne T. Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201<br>Tel: (615) 880-2591<br>Jud. Assistant:<br>tammylrutledge@jisnashville.gov | J. Gerard Stranch, IV<br>Grayson Wells<br>Miles M. Schiller<br>Stranch, Jennings & Garvey, PLLC<br>223 Rosa L. Parks Avenue, Suite 200<br>Nashville, TN 37203<br>Tel: (615) 254-8801<br>gstranch@stranchlaw.com<br>gwells@stranchlaw.com<br>mschiller@stranchlaw.com<br><br>Matthew J. Sill<br>Tara Tabatabaie<br>Dimitri Flowers<br>Sill Law Group, PLLC<br>1101 N. Broadway Ave., Suite 102<br>Oklahoma City, OK 73103<br>Tel: (405) 509-6300<br>Fax: (800) 978-1345<br><br>Jacob Diesselhorst<br>Andy Campbell<br>Maples Nix & Diesselhorst<br>15401 N. May Avenue<br>Edmond, OK 73013<br>Tel: (405) 478-3737 |

| Judge | Plaintiff's Counsel |
|---|---|
| | Fax: (405) 513-5005<br>jacob@mndlawfirm.com<br>andy@mndlawfirm.com |

2. *Mid-South Imaging & Therapeutics, P.A. v. UnitedHealth Group, Inc. et al.*, No. 24-0723-III (Tenn. Ch. Ct. Davidson Cnty., filed June 21, 2024).

Status: The parties submitted a joint notice on October 22, 2026 to the Court as a courtesy to inform the Court of the parties' ongoing conferrals and potential need for scheduling modifications. The parties intend to provide the Court with a further update, including potential modifications to the deadlines, no later than December 15, 2026. The Court has entered a case management order, and the parties are engaging in discovery. The Court ordered the parties to coordinate with the MDL but has not entered the MDL Coordination Order. Defendants respectfully request that the MDL Court communicate with the Honorable Chancellor I'Ashea L. Myles to coordinate these matters with the MDL proceedings.

| Judge | Plaintiff's Counsel |
|---|---|
| Hon. I'Ashea L. Myles<br>1 Public Square,<br>Suite 407<br>Nashville, TN 37201<br>(615) 862-5705 | Kathryn Hannen Walker<br>Briana T. Sprick Schuster<br>Taylor M. Sample<br>BASS BERRY & SIMS PLC<br>150 Third Avenue South, Suite 2800<br>Nashville, TN 37201<br>Phone: (615) 742-6200<br>Facsimile: (615) 742-2844<br>kwalker@bassberry.com<br>briana.sprick.schuster@bassberry.com<br>taylor.sample@bassberry.com |

3. *State of Iowa, ex rel. Brenna Bird, Attorney General v. Change Healthcare Inc., et al.*, No. EQCE092772 (Iowa Distr. Ct. Polk Cnty., filed Mar. 31, 2026)

Status: On March 31, 2026, the State of Iowa filed suit against Defendants. Defendants were served on April 17, 2026, and filed a Motion to Dismiss on June 1, 2026. A hearing on the Motion to Dismiss was held on August 4, 2026. On August 19, 2026, the Court denied the Defendants' Motion to Dismiss. The State of Nebraska has noticed two depositions and has asserted that Overall Lead Counsel has declined to take those depositions. The State of Iowa has requested to participate in the two depositions noticed by the State of Nebraska. The dates for those depositions have not been set.

| Judge | Plaintiff's Counsel |
|---|---|
| Hon. Jason Walke<br>Polk County Courthouse<br>500 Mulberry St, | William R. Pearson<br>Daniel L. Barnes<br>Office of the Attorney General |

| Judge | Plaintiff's Counsel |
|---|---|
| Des Moines, Iowa 50309<br>Phone: (402) 441-7301<br>Email: countyclerk.polk@iowacourts.gov | 1305 E. Walnut St.<br>Des Moines, Iowa 50319<br>Phone: (515) 242-6773<br>william.pearson@ag.iowa.gov<br>daniel.barnes@ag.iowa.gov<br><br>William A. Burck<br>Adam B. Wolfson<br>Jennifer J. Barrett<br>Derek L. Shaffer<br>Sara C. Clark<br>Ryan Swindall<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Phone: (213) 443-3000<br>williamburck@quinnemanuel.com<br>adamwolfson@quinnemanuel.com<br>jenniferbarrett@quinnemanuel.com<br>derekshaffer@quinnemanuel.com<br>saraclark@quinnemanuel.com<br>ryanswindall@quinnemanuel.com |

4. *Unifeye Vision Partners Holdings, LLC, et al. v. Change Healthcare Operations, LLC*, No. DC-26-02572 (101st Judicial District Ct. Dallas Cnty. Tex., filed Feb. 13, 2026)

Status: On August 1, 2025, Plaintiffs filed this action against Defendant. Plaintiffs filed a notice of nonsuit on December 29, 2025, and the court dismissed without prejudice on December 31, 2026. On February 13, 2026, Plaintiffs re-filed this action against Defendants. Defendants were served on May 5, 2026, and Defendants filed their Special Appearance (contesting personal jurisdiction) and, in the alternative, a Motion to Sever and a Motion to Dismiss on June 8, 2026. The hearing for these motions was held on October 23, 2026. The Court took the matter under advisement and has yet to rule on these motions. Defendants responded to Plaintiffs' jurisdictional discovery on July 27, 2026, and produced over two hundred documents on August 3, 2026. Defendants respectfully request that the MDL Court communicate with the Honorable Judge Staci Williams to coordinate this matter with the MDL proceedings.

| Judge | Plaintiff's Counsel |
|---|---|
| Hon. Staci Williams<br>George L. Allen,<br>Sr. Courts Building<br>600 Commerce Street, 6th Floor West<br>Dallas, Texas 75202<br>(214) 653-6937<br>101court@dallascounty.org | Micah E. Skidmore<br>Aimee Furness<br>J. Wilson Miller II<br>Haynes and Boone LLP<br>3801 N. Harwood St, Suite 2300<br>Dallas, Texas 75201<br>Tel: (214) 651-5000 |

| Judge | Plaintiff's Counsel |
|---|---|
| | micah.skidmore@haynesboone.com<br>aimee.furness@haynesboone.com<br>wilson.miller@haynesboones.com |

5. *Zing Health Holdings, Inc.*, No. 26CV001838 (Ga. Sup. Ct. Fulton Cnty., filed Feb. 6, 2026)

Status: Plaintiff filed this case on February 6, 2026, and filed a Motion to Dismiss. On August 25, 2026, the Court granted in part and denied in part Defendants' Motion to Dismiss. Since our last report, Defendants filed a Motion to adopt portions of the MDL Coordination Order; Plaintiffs filed their Response in Opposition to the Motion. Defendants filed their Reply to Plaintiffs' Response, and Plaintiffs filed their Sur-Reply. The Court has yet to rule on the Motion. Defendants respectfully request that the MDL Court communicate with the Honorable Judge John J. Goger to coordinate this matter with the MDL proceedings.

| **Judge** | **Plaintiffs' Counsel** |
|---|---|
| Hon. John J. Goger<br>Metro Atlanta Business Case Division<br>Superior Court of Fulton County<br>136 Pryor Street, SW, Suite J2-956<br>Atlanta, Georgia 30303<br>Email: Susan L. Shaver, Director and Staff Attorney.<br>Susan.shaver@fultoncountyga.com | Deborah Shelles Cameron<br>Mozley, Finlayson & Loggins LLP<br>1050 Crown Point Parkway, Suite 1500<br>Atlanta, Georgia 30338<br>Phone: (404) 256-0700<br>dcameron@mfllaw.com<br><br>Bradley Hoppe<br>Jessica Copeland<br>Travis Talerico<br>Bond, Schoeneck & King, PLLC<br>200 Delaware Avenue<br>Buffalo, New York 14202<br>Phone: (716) 416-7000<br>bhoppe@bsk.com<br>jcopeland@bsk.com<br>ttalerico@bsk.com |

6. *Alliance Pathology Consultants, PLLC, et al. v. Change Healthcare Technology Enabled Services LLC, et al.*, No. 2024-L-012135 (Ill. Cir. Ct. Cook Cnty., filed October 29, 2024)

Status: This case was filed on October 29, 2024, against Change Healthcare Technology Enabled Services and Healthcare Business Consultants, Inc. but did not include any allegations related to the Cyberattack. On June 20, 2025, Plaintiffs filed an amended complaint, which added cyberattack-related allegations. Plaintiffs and Defendants plan to jointly file a motion to formally request that the Court enter the Coordination Order. Defendants respectfully request that the MDL Court communicate with the Honorable Judge Jack J. Hagerty, who replaced the Honorable Judge Daniel J. Kubasiak on this matter, to coordinate this matter with the MDL proceedings.

| **Judge** | **Plaintiff's Counsel** |
|---|---|
| Hon. Jack J. Hagerty<br>Richard J. Daley Center<br>50 W. Washington St.<br>Chicago, Illinois 60602 | Michael J. Scotti, III<br>Hillard Sterling<br>Garry L. Wills<br>Roetzel & Andress, LPA |

| Judge | Plaintiff's Counsel |
|---|---|
| Phone: (312) 603-5930<br>Email: law.caltcc@cookcountyil.gov<br><br>**New Judge since last update** | 70 West Madison St., Suite 3000<br>Chicago, IL 60602<br>(312) 580-1200<br>mscotti@ralaw.com<br>hsterling@ralaw.com<br>gwills@ralaw.com |

* * *

**Coordination Order is Under Consideration by the Parties and Thus Outreach to State Courts Is Not Currently Needed**

7. *Eye Care Associates of Morristown, Inc. v. Change Healthcare Inc.*, No. 24-CV-048 (Tenn. Cir. Ct. Hamblen Cnty.)

Status: The stay in this case was lifted upon issuance of the MDL scheduling order. Defendants are briefing a Motion to Dismiss that was filed on June 22, 2026. The Motion to Dismiss is currently set for a hearing on February 2, 2027. The parties have engaged in limited discovery related to the pending motion to dismiss. The Honorable Alex Pearson replaced the Honorable William E. Phillips, II, who recused himself due to a conflict. MDL Court asked Hon. Pearson to enter a Coordination Order on September 8, 2026.

| Judge | Plaintiffs' Counsel |
|---|---|
| Hon. Alex Pearson<br>226 S Depot Street<br>Rogersville, TN 37857<br>(423) 293-3360<br>Email: Grace Haynes, Circuit Court Clerk<br>Grace.haynes@tncourts.gov | David J. Hodge<br>Morris, King & Hodge, P.C.<br>200 Pratt Avenue, NE<br>Huntsville, Alabama 35801<br>Phone (256) 536-0588<br>dhodge@mkhlawyers.com<br><br>F. Braxton Terry<br>The Terry Law Firm<br>116 East Main Street<br>P.O. Box 724<br>Morristown, Tennessee 37815<br>Phone: (423) 586-5800<br>brack@terry-lawfirm.com<br><br>Mark S. Stapleton<br>Stapleton Law Office<br>225 S. Depot Street<br>Rogersville, Tennessee 37857 |

| Judge | Plaintiffs' Counsel |
|---|---|
| | Phone: (423) 546-4046<br>mark@stapletonlawoffice.com |

* * *

**Coordinated Actions for Which Outreach to State Courts Is Not Currently Needed**

1. *AdvancedMD, Inc., v. Change Healthcare Solutions, LLC, et al.*, No. 250907931 (Utah Distr. Ct., Salt Lake Cnty., filed September 26, 2025)

Status: The Court entered the coordination order on December 2, 2025. The case is currently in discovery.

| Judge | Plaintiff's Counsel |
|---|---|
| Hon. Kara Pettit<br>450 S State Street<br>Salt Lake City, UT 84111<br>Phone: (801) 238-7144<br>3rdpettitteam@utcourts.gov | Arthur B. Berger<br>RAY QUINNEY & NEBEKER P.C.<br>36 S State St #1400,<br>Salt Lake City, UT 84111<br>Phone: (801) 532-1500<br>aberger@rqn.com<br><br>Michael A. Calan<br>T. Brandon Waddell<br>Annie Boring<br>Caplan Cobb LCC<br>75 14th Street NE Unit 2700,<br>Atlanta, GA 30309<br>Phone: (404) 596-5600<br>mcaplan@caplancobb.com<br>bwaddell@caplancobb.com<br>aboring@caplancobb.com |

2. *Fairview v. Change Healthcare Technologies, LLC, et al.*, No. 62-CV-25-7116 (Minn. Distr. Ct., Ramsey Cnty., filed August 29, 2025)

Status: The Court entered the MDL Coordination Order on February 24, 2026. The case is currently in discovery.

| Judge | Plaintiff's Counsel |
|---|---|
| Hon. Laura Nelson<br>Ramsey County Courthouse<br>15 W. Kellogg Blvd.<br>St. Paul, MN 55102<br>Phone: (651) 266-8266 | Christopher W. Madel<br>Cassandra B. Merrick<br>800 Pence Building<br>800 Hennepin Avenue<br>Minneapolis, MN 55403 |

| Judge | Plaintiff's Counsel |
|---|---|
| | Phone: (612) 605-0630<br>cmadel@madellaw.com<br>cmerrick@madellaw.com |

3. *State of Nebraska, ex rel. Michael T. Hilgers, Attorney General v. Change Healthcare Inc., et al.*, No. D02CI240004356 (Neb. Distr. Ct. Lancaster Cnty., filed December 16, 2024)

Status: The Court entered the Coordination Order on April 13, 2026. The case is currently in discovery. The State of Nebraska has noticed two depositions and has asserted that Overall Lead Counsel has declined to take those depositions. The State of Iowa has requested to participate in the two depositions noticed by the State of Nebraska. The dates for those depositions have not been set.

| Judge | Plaintiff's Counsel |
|---|---|
| Hon. Susan Strong<br>575 S 10th Street<br>Lincoln, NE 68508<br>Phone: (402) 441-7301<br>Email: ClerkDistCt@lancaster.ne.gov | Tyrone E. Fahie<br>Beatrice O. Strnad<br>Justin C. McCully<br>Consumer Protection Bureau<br>Office of the Attorney General<br>2115 State Capitol Lincoln, NE 68509-8920<br>Phone: (402) 471-2811<br>tyrone.fahie@nebraska.gov<br>bebe.strnad@nebraska.gov<br>justin.mccully@nebraska.gov<br><br>William A. Burck<br>Adam B. Wolfson<br>Jennifer J. Barrett<br>Derek L. Shaffer<br>Sara C. Clark<br>Ryan Swindall<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, California 90017<br>Phone: (213) 443-3000<br>williamburck@quinnemanuel.com<br>adamwolfson@quinnemanuel.com<br>jenniferbarrett@quinnemanuel.com<br>derekshaffer@quinnemanuel.com<br>saraclark@quinnemanuel.com<br>ryanswindall@quinnemanuel.com |

4. *Lincare Holdings Inc., et al. v. UHG, Inc.,* No. 210144594 (Fla. Circ. Ct. Hillsborough Cnty., filed Nov. 2, 2024)

Status: The Court entered the Coordination Order on June 17, 2025, and Defendants have submitted a differentiated scheduling order to Plaintiffs for their consideration.

| **Judge** | **Plaintiff's Counsel** |
|---|---|
| Hon. Cheryl K. Thomas<br>Edgecomb Courthouse<br>800 Twiggs Street, Room 525<br>Tampa, Florida 33602<br>Phone: (813) 272-6993<br>gencivdiva@fljud13.org | Mike Prather<br>Freeman Mathis & Gary, LLP<br>1800 West Loop South, Suite 1110<br>Houston, TX 77027<br>D: 832-371-6036<br>C: 713 829 0363<br>Email: Mike.Prather@fmglaw.com<br><br>Gregory A. Fencik<br>Donato, Brown, Pool & Moehlmann<br>3200 Southwest Freeway, Suite 2300<br>Houston, Texas 77027<br>Phone: (407) 310-8571<br>gfencik@donatobrown.com |

5. *Golden v. Change Healthcare Inc. et al.*, No. 24CL015029C (filed 10/04/24)
   *Teed v. Change Healthcare Inc. et al.,* No. 24CL016207C (filed 10/04/24)
   *Fay v. Change Healthcare Inc. et al.*, No. 25CL000431N (filed 01/06/25)
   *Leverson v. Change Healthcare Inc. et al.*, No. 25CL005953C (filed 02/03/25)
   *Gossett v. Change Healthcare Inc. et al.,* No. 25CL013083C (filed 03/12/25)
   *Marshall v. Change Healthcare Inc. et al.*, No. 25CL013084C (filed 03/12/25)
   *Cervantes v. Change Healthcare Inc. et al.,* No. 25CL013376N (filed 03/14/25)
   *Derr v. Change Healthcare Inc. et al.*, No. 25CL015152N (filed 03/19/25)
   *Elliott v. Change Healthcare Inc. et al.,* No. 25CL015673C (filed 03/26/25)
   *Derocco v. Change Healthcare Inc. et al.,* No. 25CL020545C (filed 04/15/25)
   *Bekas Rasoul v. Change Healthcare Inc. et al.,* No. 25CL019456C (filed 04/16/25)
   *Dashti Rasoul v. Change Healthcare Inc. et al.,* No. 25CL019460C (filed 04/16/25)
   *Mustafa v. Change Healthcare Inc. et al.,* No. 25CL01938C (filed 04/16/25)
   *Lee v. Change Healthcare Inc., et al.*, No. 25CL035216C (filed 7/2/25)
   (Cal. Super. Ct. San Diego Cnty.)
   *Rehn v. Change Healthcare Inc. et al.*, No. 24STL08355 (filed 11/21/24)
   *Jones v. Change Healthcare Inc. et al.*, No. 25STLC02423 (filed 03/26/25)
   *Rodriguez, et al. v. Change Healthcare Inc.*, *et al.*, No. 25STLC03157 (filed 4/21/25)
   (Cal. Super. Ct. Los Angeles County)

Status: These cases have all been consolidated into a single action before Judge Bacal in San Diego. Plaintiffs agreed to, and the Court has entered, the discovery Coordination Order. The Court ordered plaintiffs to file a consolidated amended complaint. Defendants' answer or demurrer is due 45 days after filing of the amended complaint. The Court set a hearing on any demurrer that may be filed for May 7, 2027.

| **Judges** | **Plaintiff's Counsel** |
|---|---|
| Hon. Katherine A. Bacal<br>330 West Broadway, Dept. 63<br>San Diego, CA 92101<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Jeremy S. Golden<br>Cory M. Teed<br>Golden & Cardona-Loya, LLP<br>3130 Bonita Road, Suite 200B<br>Chula Vista, CA 91910<br>Phone: (619) 476-0030<br>jeremy@goldencardona.com<br>cory@goldencardona.com |

* * *

Sincerely,

*/s/ Allison M. Ryan*

Allison M. Ryan
Partner
allison.holt-ryan@hlc.com
Phone: (202) 637-5600

cc: Daniel E. Gustafson (Plaintiffs Overall Lead Counsel )
David Hodge (Plaintiffs State Court/MDL Liaison Counsel)

Enclosure

# Appendix A

**LIST OF STATE COURT CASES FOR COORDINATION**

Below is a list of cases stemming from the February 2024 cyberattack on Change Healthcare pending in state courts of which the parties are currently aware. The cases are listed in alphabetical order by state.

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| **Alabama** | | | | |
| *Trinity Medical Care LLC v. UnitedHealth Group Incorporated, et al.* | 47-CV-2026-900309<br><br>Class action | Madison Cnty. Cir. Ct. | Hon. Donna S. Pate<br>Madison County Courthouse<br>100 Northside Square<br>Huntsville, AL 35801<br>(256) 532-3631 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Arizona** | | | | |
| *Desert ABA Solutions LLC v. UnitedHealth Group Incorporated, et al.* | S-1400-CV-202600159<br><br>Class action | Yuma Cnty. Sup. Ct. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| *Parker Medical Center Ltd. v. UnitedHealth Group Incorporated, et al.* | S-1500-CV-202600017<br><br>Class action | La Paz Cnty. Sup. Ct. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Pathfinder Counseling & Consulting LLC v. UnitedHealth Group Incorporated et al.* | CV2026006784<br><br>Class action | Maricopa Cnty. Sup. Ct. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **California** | | | | |
| *Bekas Rasoul v. Change Healthcare Inc., et al.* | No. 25CL019456C | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Plaintiffs' counsel agreed to stipulate to the discovery Coordination Order at the August 28, 2026 status conference. |
| *Cervantes v. Change Healthcare Inc., et al.* | No. 25CL000431N | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Plaintiffs' counsel agreed to stipulate to the discovery Coordination Order at the August 28, 2026 status conference. |
| *Dashti Rasoul v. Change Healthcare Inc., et al.* | No. 25CL019460C | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Plaintiffs' counsel agreed to stipulate to the discovery Coordination Order at the August 28, 2026 status conference. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Deer Creek Medical Center LLC v. Change Healthcare Inc.* | No. TC26-9420 | Orange County Superior Court | Hon. John W. Holcomb<br>411 W 4th Street #053<br>Santa Ana, CA 92701<br>9D, 9th Floor<br>Courtroom Clerk: (714) 338-4750 | Notice of Removal filed on October 19, 2026; Notice of Potential Tag-Along filed with JPML on November 2, 2026. |
| *Derocco v. Change Healthcare Inc., et al.* | No. 25CL020545C | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Plaintiffs' counsel agreed to stipulate to the discovery Coordination Order at the August 28, 2026 status conference. |
| *Derr v. Change Healthcare Inc., et al.* | No. 25CL015152N | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Plaintiffs' counsel agreed to stipulate to the discovery Coordination Order at the August 28, 2026 status conference. |
| *E5 Therapy, et al. v. UnitedHealth Group Incorporated, et al.* | No. TC26-607<br><br>Class action | Cal. Super. Ct. Sacramento County | Hon. Richard Miadich<br>Sacramento Superior Court<br>720 9th Street<br>Sacramento, California 95814<br>(916) 874-6695 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Elliott v. Change Healthcare Inc., et al.* | No. 25CL015673C | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Plaintiffs' counsel agreed to stipulate to the discovery Coordination Order at the August 28, 2026 status conference. |
| *Fay v. Change Healthcare Inc., et al.* | No. 25CL000431N | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Plaintiffs' counsel agreed to stipulate to the discovery Coordination Order at the August 28, 2026 status conference. |
| *Gemini Professional Counseling v. Magellan Healthcare Incorporated, et al.* | No. 25STSC05296 | Cal. Super. Ct. Los Angeles Cnty. | Hon. Emma Castro<br>Stanley Mosk Courthouse<br>111 North Hill Street<br>Los Angeles, CA 90012<br>(213) 633-0690 | Ongoing in Small Claims Court. |
| *Golden v. Change Healthcare Inc., et al.* | No. 24CL015029C | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Plaintiffs' counsel agreed to stipulate to the discovery Coordination Order at the August 28, 2026 status conference. |
| *Gossett v. Change Healthcare Inc., et al.* | No. 25CL013084C | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Plaintiffs' counsel agreed to stipulate to the discovery Coordination Order at the August 28, 2026 status conference. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Jones v. Change Healthcare Inc., et al.* | No. 25STLC02423 | Cal. Super. Ct. Los Angeles Cnty. | Hon. Maria Jhai<br>312 N. Spring St<br>Los Angeles, CA 90012<br>Dept. 26<br>Phone: (213) 310-7026 | Plaintiffs' counsel agreed to stipulate to the discovery Coordination Order at the August 28, 2026 status conference. |
| *Lee v. Change Healthcare Inc., et al.* | No. 25CL035126C | Cal. Super. Ct. Los Angeles Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Plaintiffs' counsel agreed to stipulate to the discovery Coordination Order at the August 28, 2026 status conference. |
| *Leverson v. Change Healthcare Inc., et al.* | No. 25CL005953C | Cal. Super. Ct. Los Angeles Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Plaintiffs' counsel agreed to stipulate to the discovery Coordination Order at the August 28, 2026 status conference. |
| *Marshall v. Change Healthcare Inc., et al.* | No. 25CL013084C | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Plaintiffs' counsel agreed to stipulate to the discovery Coordination Order at the August 28, 2026 status conference. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Mustafa v. Change Healthcare Inc., et al.* | No. 25CL01938C | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Plaintiffs' counsel agreed to stipulate to the discovery Coordination Order at the August 28, 2026 status conference. |
| *Rehn v. Change Healthcare Inc., et al.* | No. 24STLC08355 | Cal. Super. Ct. Los Angeles Cnty. | Hon. Maria Jhai<br>312 N. Spring St<br>Los Angeles, CA 90012<br>Dept. 26<br>Phone: (213) 310-7026 | Plaintiffs' counsel agreed to stipulate to the discovery Coordination Order at the August 28, 2026 status conference. |
| *Rodriguez, et al. v. Change Healthcare Inc., et al.* | No. 24CL015029C | Cal. Super. Ct. Los Angeles Cnty. | Hon. Maria Jhai<br>312 N. Spring St<br>Los Angeles, CA 90012<br>Dept. 26<br>Phone: (213) 310-7026 | Plaintiffs' counsel agreed to stipulate to the discovery Coordination Order at the August 28, 2026 status conference. |
| *Teed v. Change Healthcare Inc., et al.* | No. 24CL015029C | Cal. Super. Ct. San Diego Cnty. | Hon. Katherine A. Bacal<br>330 West Broadway<br>San Diego, CA 92101<br>Dept. 63<br>Courtroom Clerk: (619) 450-7063<br>Calendar Clerk: (619) 450-7328 | Plaintiffs' counsel agreed to stipulate to the discovery Coordination Order at the August 28, 2026 status conference. |
| **Colorado** | | | | |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *KidStuff Child & Family Counseling PC v. UnitedHealth Group Incorporated, et al.* | No. 2026cv30151<br><br>Class action | Col. Ft. Collins Larimer Cnty. District Ct. | Hon. Laurie K. Dean<br>Larimer County Justice Center<br>201 LaPorte Ave., Courtroom 4C<br>Fort Collins, Colorado 80521<br>Phone: (970) 494-3720 | This state court complaint was filed by MDL Plaintiffs' Leadership. Removed to federal court and transferred to the MDL. |
| **Delaware** | | | | |
| *Anesthesia Services, P.A., et al. v. Change Healthcare Inc.* | No. N26C-02-375 KMM<br><br>Class action | Delaware New Castle Cnty. Sup. Ct. | Hon. Kathleen M. Miller<br>Leonard L. Williams Justice Center<br>500 North King Street<br>Wilmington, DE 19801<br>(302) 255-0654<br>Administrative Specialist<br>stephanie.jackson@delaware.gov | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Florida** | | | | |
| *Bawaney v. Change Healthcare Inc.* | No. 502024 CC 011988 XXX AMB | Fla. Cnty. Ct. Palm Beach Cnty. | Hon. Judge M. Katherine Mullinax<br>205 North Dixie Hwy.<br>West Palm Beach, FL 33401<br>(561) 355-6158<br>CAD-DivisionRJ@pbcgov.org | Administratively closed pending resolution of the MDL. |
| *Fullwood v. Change Healthcare Inc.* | No. 2024 CC 004047 CL | Fla. Cnty. Ct. Osceola Cnty. | Hon. Gabrielle Sanders-Morency<br>Jon B. Morgan Osceola County Courthouse<br>2 Courthouse Square<br>Kissimmee, FL 34741<br>(407) 742-2495 | Administratively closed pending resolution of the MDL. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Krasnow v. Change Healthcare LLC* | No. 05-2024-SC-053686-XXSX-BC | Fla. Cnty. Ct. Brevard Cnty. | Hon. Michelle A. Baker<br>506 S. Palm Ave.<br>Titusville, FL 32796-3501<br>(321) 264-6996<br>Lisa.Walters@flcourts18.org | Administratively closed pending resolution of the MDL. |
| *Lincare Holdings Inc. v. UnitedHealth Group Incorporated* | No. 210144594 | Fla. Circ. Ct. Hillsborough Cnty. | Hon. Cheryl K. Thomas<br>Edgecomb Courthouse<br>800 Twiggs Street, Room 525<br>Tampa, FL 33602<br>(813) 272-6993<br>gencivdiva@fljud13.org | A proposed differentiated scheduling order is being negotiated between the parties.<br><br>**Coordination Order entered.** |
| *Urological Consultants of Florida, et al. v. UnitedHealth Group Incorporated, et al.* | No. 241757428<br><br>Class action | Fla. 17th Judicial Cir. Ct. Broward Cnty. | Hon. N. Hunter Davis<br>Broward County Courthouse<br>201 Southeast 6th St<br>Chambers WW-16-127<br>Fort Lauderdale, FL 33301<br>(954) 831-7763<br>div14@17thflcourts.org | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Georgia** | | | | |
| *Columbia Radiology Imaging Services, LLC v. Change Healthcare Inc.* | No. 26EV008244 | Fulton County State Court | Hon. Fred Eady<br>Justice Center Tower<br>185 Shirley C. Franklin Blvd SW<br>Suite T3705<br>Atlanta, GA 30303<br>Judicial Assistant: Allan Newton, Jr.<br>(404) 613-5410<br>Allan.Newton@fultoncountyga.gov | MDL Court asked Hon. Eady to issue a Coordination Order on September 8, 2026. Defendants' response is due November 18, 2026. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Sunny Days Therapeutics, LLC v. UnitedHealth Group Incorporated, et al.* | No. SUCV2026000077<br><br>Class action | Ga. Chatham Cnty. Sup. Ct. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| *Zing Health Holdings, Inc.*, | No. 26CV001838 | Ga. Superior Ct. Fulton Cnty., filed February 6, 2026 | Hon. John J. Goger<br>Metro Atlanta Business Case Division<br>Superior Court of Fulton County<br>136 Pryor Street, SW, Suite J2-956<br>Atlanta, Georgia 30303<br>Email: Susan L. Shaver, Director and Staff Attorney.<br>Susan.shaver@fultoncountyga.com | Motion to Dismiss granted in part and denied in part. Defendants filed a Motion to adopt portions of the MDL Coordination Order; Plaintiffs filed their Response in Opposition to the Motion. Defendants filed their Reply to Plaintiffs' Response, and Plaintiffs filed their Sur-Reply. The Court has yet to rule on the Motion. |
| **Hawaii** | | | | |
| *Big Island Health Clinic Inc. v. UnitedHealth Group Incorporated, et al.* | No. 3CCV-26-59<br><br>Class action | Hawaii Third Cir. Ct. | Hon. Peter K. Kubota, Third Circuit Court, Division 1,<br>Hale Kaulike,<br>777 Kilauea Avenue,<br>Hilo, Hawai'i 96720<br>(808) 961-7464 | This state court complaint was filed by MDL Plaintiffs' Leadership. Removed to federal court and transferred to the MDL. |
| **Idaho** | | | | |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Compassionate Concierge Physicians, LLC v. UnitedHealth Group Incorporated, et al.* | No. CV10-26-0983<br><br>Class action | Idaho Bonneville Cnty. District Ct. | Hon. Jason D. Walker<br>605 North Capital St<br>Idaho Falls, Idaho | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Voluntarily dismissed without prejudice 2/24/2026. |
| *Pathologists' Regional Laboratory, P.A. v. Change Healthcare Operations, LLC, et al.* | CV35-26-0361 | Idaho<br>Nez Perce Cnty. 2nd Jud. Dist. Ct. | Jud. Officer Mark Monson<br>Nez Perce County Courthouse, P.O. Box 896, Lewiston, ID 83501<br>(208) 750-2057 | Defendants have not been served in this case. |
| **Illinois** | | | | |
| *Alliance Pathology Consultants, PLLC, et al. v. Change Healthcare Technology Enabled Services LLC, et al.* | No. 2024-L-012135 | Ill. Cir. Ct. Cook Cnty. | Hon. Jack J. Hagerty<br>Richard J. Daley Center<br>50 W. Washington St.<br>Chicago, Illinois 60602<br>(312) 603-5930<br>law.caltcc@cookcountyil.gov | Cyberattack-related claims stayed for six months from November 17, 2025. Parties plan to jointly file a motion to formally request that the Court enter the Coordination Order. |
| *Pediatric Clinic Ltd., et al. v. UnitedHealth Group Incorporated, et al* | 2026-CH-1450<br><br>Class action | Ill. Cir. Ct., Cook Cnty | Hon. William Sullivan<br>Richard J. Daley Center<br>50 W. Washington St.<br>Chicago, Illinois 60602<br>(312) 603-6025<br>calendar15.chancery@cookcountyil.gov | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Indiana** | | | | |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Mind Garden LLC et al. v. UnitedHealth Group Incorporated, et al.* | No. 49D01-2602-CE-008320<br><br>Class action | Ind. Sup. Ct. 1 Marion Cnty. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Iowa** | | | | |
| *State of Iowa, ex rel. Brenna Bird, Attorney General v. Change Healthcare Inc., et al.* | No. TC26-8562 | Iowa Distr. Ct., Polk Cnty. | Hon. Jason Walke<br>Polk County Courthouse<br>500 Mulberry St,<br>Des Moines, IA 50309<br>(402) 441-7301<br>countyclerk.polk@iowacourts.gov | Defendants filed their Motion to Dismiss on June 1, 2026. The Motion was argued on August 4, 2026. On August 19, 2026, the Court denied Defendants' Motion to Dismiss. |
| *Serenity Therapy LLC v. United Health Group, Inc., et al.* | 05771 CVCV070631<br><br>Class action | Iowa Dist. Ct., Polk Cnty. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Kansas** | | | | |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Southeast Kansas Eye Care Associates, P.A., v. UnitedHealth Group Incorporated* | No. MGC-2026-000009<br><br>Class action | Kan. Montgomery-Coffeyville Cnty. District Ct. | Hon. F. William Cullins<br>14th Judicial District Court<br>102 West 7th Street<br>Coffeyville, Kansas 67337<br>cullins@14JD.org | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Kentucky** | | | | |
| *Brent C. Garrard Counseling, LLC, et al. v. UnitedHealth Group Incorporated, et al.* | No. 26-CI-00212<br><br>Class action | Ky. Commonwealth, Daviess Cir. Ct. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| *Radiology Group of Paducah, PSC v. Change Healthcare Technology Enabled Services, LLC et al.* | No. 26-CI-00294 | Ky. Cir. Ct. McCracken Cnty. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Louisiana** | | | | |
| *Dr. Warren H. Johnson, Podiatrist v. UnitedHealth Group Incorporated* | No. 2026-01267<br><br>Class action | Orleans Parish District Ct. La. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Maryland** | | | | |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Rebound Physical Therapy, LLC v. UnitedHealth Group Incorporated, et al.* | No. C-15-CV-26-001042<br><br>Class action | Md. Cir. Ct. Montgomery Cnty. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Massachusetts** | | | | |
| *Bello Therapy, et al. v. UnitedHealth Group Incorporated, et al.* | No. 2684CV00559-BLS2 | Commonwealth Mass. Trl. Ct. Sup. Ct. Dept., Suffolk Cnty. | Kenneth W. Salinger Justice Superior Court Suffolk County Courthouse 3 Pemberton Square, 13th Floor, Courtroom 1017, Boston, MA (617) 788-8130 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Michigan** | | | | |
| *Agius Psychological Services, LLC, et al. v. UnitedHealth Group Incorporated, et al.* | No. CZ-26-60914<br><br>Class action | Mich. Cir. Ct. Genesee Cnty. | Hon. Chris Christenson 7th Judicial Circuit Court, Genesee County Courthouse, 900 S. Saginaw St., Flint, MI 48502 (810) 257-3262 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Minnesota** | | | | |
| *Autumn Abramczyk, et al. v. UnitedHealth Group Incorporated, et al.* | No. 27-CV-26-2844<br><br>Class Action | Minn. Dist. Ct. Hennepin Cnty. 4th Jud. Dist. | Hon. Chrisian Sande 300 South Sixth Street Minneapolis, MN 55487 4thJudgeSandeChambers@courts.state.mn.us | This is a copy of Plaintiffs' proposed amended MDL Complaint that was filed in Minnesota State Court. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Fairview Health Services v. Change Healthcare Technologies, LLC* | No. 62-CV-25-7116 | Minn. Distr. Ct., Ramsey Cnty. | Hon. Laura Nelson<br>Ramsey County Courthouse<br>15 W. Kellogg Blvd.<br>St. Paul, MN 55102<br>(651) 266-9271<br>Heather.Kendall@courts.state.mn.us | Briefing Motion to Dismiss<br><br>**Coordination Order entered.** |
| *Nides v. Change Healthcare* | No. 19WS-CO-25-332 | Minn. Distr. Ct. Dakota Cnty. | Hon. Shawn M. Moynihan<br>14955 Galaxie Ave, Apple Valley, MN 55124<br>(952) 247-7099 | Administratively closed. |
| *Odom Health & Wellness v. United Health Group Inc., et al.* | No. 27-cv-26-4480<br><br>Class action | Minnesota Distr. Ct., Hennepin Cnty. | Hon. Christian M. Sande<br>300 South Sixth Street<br>MC 332, Minneapolis, MN 55487<br>(612) 322-6594 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Mississippi** | | | | |
| *Trustcare Health, LLC, et al. v. Change Healthcare Inc.* | No. 25C1:25-cv-00899<br><br>Class action | Miss. Chancery Ct., Hinds Cnty. | Hon. Tametrice Hodges-Linzey<br>316 S President St<br>Jackson, MS 39201<br>(601) 968-6545<br>(601) 973-5554<br>Court administrator:<br>renee.runyon-truss@co.hinds.ms.us | Stayed per stipulation of the parties. |
| **Missouri** | | | | |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Teresa Schroeder South City Counsel, STL, LLC, et al. v. UnitedHealth Group Incorporated, et al.* | No. 26220CC00482 | Mo. Cir. Ct. St. Louis | Hon. Christopher McGraugh<br>Clyde S. Cahill Courts Building, Div. 1, 10th Floor, St. Louis, MO<br>(314) 622-4311 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Nebraska** | | | | |
| *Nebraska v. Change Healthcare Inc., et al.* | No. D02CI240004356 | Neb. Distr. Ct. Lancaster Cnty. | Hon. Susan Strong<br>575 S 10th Street<br>Lincoln, NE 68508<br>(402) 441-7301<br>ClerkDistCt@lancaster.ne.gov | **Coordination Order entered.** |
| **Nevada** | | | | |
| *K. Sasse Surgical Associates PC, d/b/a Nevada Surgical and Advanced Manual Therapy Institute I, LLC v. UnitedHealth Group Incorporated, et al.* | No. A-26-939363-C<br><br>Class action | Nev. Distr. Ct., Clark Cnty. | Hon. Kathleen Delaney<br>Regional Justice Center,<br>Courtroom 15B,<br>200 Lewis Avenue,<br>Las Vegas, Nevada.<br>(702) 671-0850<br>dept251c@clarkcountycourts.us. | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and will be transferred to the MDL. |
| **New Hampshire** | | | | |
| *Care Counseling Services LLC v. UnitedHealth Group Incorporated, et al.* | No. 216-2026-CV-00285<br><br>Class action | N.H. Hillsborough N. Dist. Sup. Ct. | Hon. N. William Delker<br>Hillsborough County Superior Court – Northern District<br>300 Chestnut Street<br>Manchester, NH 03101<br>(855) 212-1234 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **New Jersey** | | | | |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Nancy Fish, et. al. v. UnitedHealth Group Incorporated, et al.* | No. BER-L-003074-26<br><br>Class action | N.J. Bergen Cnty. Sup. Ct. Law Div. | Hon. William C. Soukas<br>Bergen County Justice Center, 10 Main Street, Hackensack, NJ 07601<br>(201) 647-2397 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **New York** | | | | |
| *John Aretakis v. Change Healthcare, et al.* | No. 988/2025 | New York Kings Cnty. Sup. Ct. | Hon. Desmond A. Green<br>Part 33 & ADR-MM Rules<br>Chambers Room Number: 1077<br>360 Adams Street<br>Brooklyn, NY 11201<br>(347) 401-9764 | Defendants are appealing denial of Motion to Dismiss; the Second Department Appellate Division granted Defendants' order to show cause, staying the trial court action while Defendants litigate the appeal. Defendants' opening brief is due November 23, 2026. |
| *Therapy My Way Psychology PC, et al. v. UnitedHealth Group Incorp* | No. 603362/2026<br><br>Class action | New York Nassau County Sup. Ct. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **North Carolina** | | | | |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Life Learning Counseling PLLC et al. v. UnitedHealth Group Incorporated, et al.* | No. 26CV013021-590<br><br>Class action | N.C. Gen. Ct. Just., Mecklenburg Cnty. Sup. Ct. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Ohio** | | | | |
| *Firelands Regional Medical Center, et al. v. UnitedHealth Group Incorporated, et al.* | No. 2026 CV 0075<br><br>Class action | Erie County Court of Common Pleas | Hon. Tygh M. Tone<br>323 Columbus Ave.<br>Sandusky, OH 44870<br>(419) 627-7731<br>Email: Susan Kelsey, Magistrate<br>skelsey@eriecounty.oh.gov | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Oklahoma** | | | | |
| *Moe Karami DDS Inc. v. Change Healthcare Pharmacy Solutions, Inc., et al.* | CJ-2026-237<br><br>Class action | Okla. District Ct., Cleveland Cnty. | Jeff Virgin<br>200 S. Peters Ave.<br>Norman, OK 73069<br>(405) 366-0600 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Oregon** | | | | |
| *Tiffany Kettermann, LLC, et al. v. UnitedHealth Group Incorporated, et al.* | No. 26CV08353<br><br>Class action | Multnomah Cnty. Cir. Ct. Oregon | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Pennsylvania** | | | | |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *CEPD Psychological Services, et al. v. UnitedHealth Group Incorporated, et al.* | No. 260202092<br><br>Class action | Philadelphia Cnty. Ct. Common Pleas, Penn. | Hon. Michael Erdos<br>Criminal Justice Center, Room 1210, 1301 Filbert Street, Philadelphia, PA 19107<br>(215) 683-7047 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **South Carolina** | | | | |
| *Right Steps LLC, et al. v. UnitedHealth Group Incorporated, et al.* | No. 2026CP4003445 | Richland Cnty. Ct. Common Pleas, S.C. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL. |
| **Tennessee** | | | | |
| *Advanced Billing Consultants, Inc. v. Change Healthcare Inc.* | 3:26-cv-00338 | M.D. Tenn. | Hon. Eli Richardson<br>Courtroom 5C<br>Fred D. Thompson U.S. Courthouse and Federal Building<br>719 Church Street, Suite 1300<br>Nashville, TN 37203 | Removed to federal court and pending before the JPML.<br><br>Stayed pending resolution of JPML transfer to the MDL.<br><br>Transferred to the MDL. |

| Case Caption | Case No. and Type | Court | Judge | Status |
| --- | --- | --- | --- | --- |
| *Alamance Eye Center, P.A. v. Change Healthcare Inc.* | 3:26-cv-00344 | M.D. Tenn. | Hon. Eli Richardson<br>Courtroom 5C<br>Fred D. Thompson U.S. Courthouse and Federal Building<br>719 Church Street, Suite 1300<br>Nashville, TN 37203 | Removed to federal court and pending before the JPML.<br><br>Stayed pending resolution of JPML transfer to the MDL.<br><br>Transferred to the MDL. |
| *Autumn Abramczyk, et al. v. UnitedHealth Group Incorporated, et al.* | No. 26C524<br><br>Class Action | Tenn. Cir. Ct. Davidson Cnty. 20th Jud. Dist. | Not Assigned | This is a copy of Plaintiffs' proposed amended MDL Complaint that was filed in Tennessee State Court.<br><br>Transferred to the MDL. |
| *DentFirst, P.C. v. Change Healthcare Inc.* | 3:26-cv-00339 | M.D. Tenn. | Hon. Eli Richardson<br>Courtroom 5C<br>Fred D. Thompson U.S. Courthouse and Federal Building<br>719 Church Street, Suite 1300<br>Nashville, TN 37203 | Removed to federal court and pending before the JPML.<br><br>Stayed pending resolution of JPML transfer to the MDL.<br><br>Transferred to the MDL. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Dexios Corporation v. Change Healthcare Inc.* | 3:26-cv-00340 | M.D. Tenn. | Hon. Eli Richardson<br>Courtroom 5C<br>Fred D. Thompson U.S. Courthouse and Federal Building<br>719 Church Street, Suite 1300<br>Nashville, TN 37203 | Removed to federal court and pending before the JPML.<br><br>Stayed pending resolution of JPML transfer to the MDL.<br><br>Transferred to the MDL. |
| *Eye Care Associates of Morristown, Inc. v. Change Healthcare Inc.* | No. 24-CV-048<br><br>Class action. | Tenn. Cir. Ct. Hamblen Cnty. | Hon. William E. Phillips, II<br>210 E Main Street<br>Rogersville, TN 37857<br>(423) 272-7633 | Motion to Dismiss hearing set for February 2, 2027. |
| *Medical Center, P.A. v. Change Healthcare Inc.* | 3:26-cv-00933 | M.D. Tenn. | Hon. Eli Richardson<br>Courtroom 5C<br>Fred D. Thompson U.S. Courthouse and Federal Building<br>719 Church Street, Suite 1300<br>Nashville, TN 37203 | Removed to federal court and pending before the JPML.<br><br>Motion to Stay pending in District Court.<br><br>Transferred to the MDL. |
| *Healthcare Administrative, LLC v. Change Healthcare Inc.* | 3:26-cv-00934 | M.D. Tenn. | Hon. Eli Richardson<br>Courtroom 5C<br>Fred D. Thompson U.S. Courthouse and Federal Building<br>719 Church Street, Suite 1300<br>Nashville, TN 37203 | Removed to federal court and pending before the JPML.<br><br>Motion to Stay pending in District Court.<br><br>Transferred to the MDL. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Intelibill Professional Services LLC v. Change Healthcare Inc.* | No. 26C516 | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne T. Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201<br>Tel: (615) 880-2591<br>Jud. Assistant: tammylrutledge@jisnashville.gov | Notice of voluntary dismissal filed on July 8, 2026. |
| *Janice Ainsworth et al. v. UnitedHealth Group Incorporated, et al.* | No. 26C513<br><br>Class action | Tenn. Cir. Ct. Davidson Cnty. 20th Jud. Dist. | Not Assigned | This state court complaint was filed by MDL Plaintiffs' Leadership and is appropriate for removal and transfer to the MDL. Transferred to the MDL. |
| *Lutze Consulting, LLC v. Change Healthcare Inc.* | 3:26-cv-00935 | M.D. Tenn. | Hon. Eli Richardson<br>Courtroom 5C<br>Fred D. Thompson U.S. Courthouse and Federal Building<br>719 Church Street, Suite 1300<br>Nashville, TN 37203 | Removed to federal court and pending before the JPML.<br><br>Motion to Stay pending in District Court.<br><br>Transferred to the MDL. |
| *Medical Management & Mentoring LLC v. Change Healthcare, Inc.* | No. 26C689 | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne T. Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201<br>Tel: (615) 880-2591<br>Jud. Assistant: tammylrutledge@jisnashville.gov | Notice of voluntary dismissal filed on July 8, 2026. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Mid-South Imaging & Therapeutics, P.A. v. UnitedHealth Group, Inc., et al.* | No. 24-0723-III | Tenn. Ch. Ct. Davidson Cnty. | Hon. I'Ashea L. Myles<br>1 Public Square, Suite 407<br>Nashville, TN 37201<br>(615) 862-5705 | In discovery. Court ordered coordination with the MDL, but Coordination Order not filed.<br><br>Parties submitted a joint notice on October 22, 2026 to the Court as a courtesy to inform the Court of the parties' ongoing conferrals and potential need for scheduling modifications. The parties intend to provide the Court with a further update, including potential modifications to the deadlines, no later than December 15, 2026. |
| *Mind Over Matters, PLLC v. Change Healthcare Inc.* | 3:26-cv-00936 | M.D. Tenn. | Hon. Eli Richardson<br>Courtroom 5C<br>Fred D. Thompson U.S. Courthouse and Federal Building<br>719 Church Street, Suite 1300<br>Nashville, TN 37203 | Removed to federal court and pending before the JPML.<br><br>Motion to Stay pending in District Court.<br><br>Transferred to the MDL. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Professional Billing & Management Services Inc. v. Change Healthcare Inc.* | No. 26C581 | Tenn. Cir. Ct. Davidson Cnty | Hon. Lynne T. Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201<br>Tel: (615) 880-2591<br>Jud. Assistant: tammylrutledge@jisnashville.gov | Defendants filed an answer on April 15, 2026. Will be joined to *TAOS*, *PruittHealth*, *Time for a Change*, and *Total Wound Care*. |
| *PruittHealth Inc. v. Change Healthcare Inc.* | No. 25C149 | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne T. Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201<br>(615) 880-2591<br>Jud. Assistant: tammylrutledge@jisnashville.gov | Scheduling Order entered.<br><br>The Parties have sought modification of the case schedule to move the deadline for completion of fact discovery to January 29, 2027, resolution of fact discovery disputes and/or motions regarding unresolved disputes to February 5, 2027, and all non-dispositive motions, including motions related to fact discovery by February 5, 2027. The status conference before Special Master Nicholas is set for December 14, 2026. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Red House Medical Billing MI LLC v. Change Healthcare Inc.* | 3:26-cv-00937 | M.D. Tenn. | Hon. Eli Richardson<br>Courtroom 5C<br>Fred D. Thompson U.S. Courthouse and Federal Building<br>719 Church Street, Suite 1300<br>Nashville, TN 37203 | Removed to federal court and pending before the JPML.<br><br>Motion to Stay pending in District Court.<br><br>Transferred to the MDL. |
| *Surgical Recovery Solutions, LLC v. Change Healthcare Inc.* | 3:26-cv-00938 | M.D. Tenn. | Hon. Eli Richardson<br>Courtroom 5C<br>Fred D. Thompson U.S. Courthouse and Federal Building<br>719 Church Street, Suite 1300<br>Nashville, TN 37203 | Removed to federal court and pending before the JPML.<br><br>Motion to Stay pending in District Court.<br><br>Transferred to the MDL. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Taos Comprehensive Health Corporation v. Change Healthcare Inc.* | No. 25C2291 | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne Tyler Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201<br>(615) 880-2591<br>Jud. Assistant: tammylrutledge@jisnashville.gov | Scheduling Order entered.<br><br>The Parties have sought modification of the case schedule to move the deadline for completion of fact discovery to January 29, 2027, resolution of fact discovery disputes and/or motions regarding unresolved disputes to February 5, 2027, and all non-dispositive motions, including motions related to fact discovery by February 5, 2027. The status conference before Special Master Nicholas is set for December 14, 2026. |
| *The Auctus Group, LLC v. Change Healthcare Inc.* | 3:26-cv-00939 | M.D. Tenn. | Hon. Eli Richardson<br>Courtroom 5C<br>Fred D. Thompson U.S. Courthouse and Federal Building<br>719 Church Street, Suite 1300<br>Nashville, TN 37203 | Removed to federal court and pending before the JPML.<br><br>Motion to Stay pending in District Court.<br><br>Transferred to the MDL. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Time for a Change Therapy, LLC v. Change Healthcare Inc.* | No. 25C151 | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne T. Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201<br>(615) 880-2591<br>Jud. Assistant: tammylrutledge@jisnashville.gov | Scheduling Order entered.<br><br>The Parties have sought modification of the case schedule to move the deadline for completion of fact discovery to January 29, 2027, resolution of fact discovery disputes and/or motions regarding unresolved disputes to February 5, 2027, and all non-dispositive motions, including motions related to fact discovery by February 5, 2027. The status conference before Special Master Nicholas is set for December 14, 2026. |
| *Total Care Dental and Orthodontics, et al. v. UnitedHealth Group Inc., et al.* | No. 26C631<br><br>Class Action | Tenn. Cir. Ct. Davidson Cnty. 20th Jud. Dist. | Not Assigned | This is a copy of Plaintiffs' proposed amended MDL Complaint that was filed in Tennessee State Court.<br><br>Transferred to the MDL. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Total Wound Care of Oklahoma LLC, et al. v. Change Healthcare Inc.* | No. 25C155 | Tenn. Cir. Ct. Davidson Cnty. | Hon. Lynne T. Ingram<br>Metro Courthouse<br>1 Public Square<br>Nashville, TN 37201<br>(615) 880-2591<br>Jud. Assistant:<br>tammylrutledge@jisnashville.gov | Scheduling Order entered.<br><br>The Parties have sought modification of the case schedule to move the deadline for completion of fact discovery to January 29, 2027, resolution of fact discovery disputes and/or motions regarding unresolved disputes to February 5, 2027, and all non-dispositive motions, including motions related to fact discovery by February 5, 2027. The status conference before Special Master Nicholas is set for December 14, 2026. |
| *Reus Services Valued Professionals, Inc.* | 3:26-cv-00337 | M.D. Tenn. | Hon. Eli Richardson<br>Courtroom 5C<br>Fred D. Thompson U.S. Courthouse and Federal Building<br>719 Church Street, Suite 1300<br>Nashville, TN 37203 | Removed to federal court and pending before the JPML.<br><br>Stayed pending resolution of JPML transfer to the MDL.<br><br>Transferred to the MDL. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| **Texas** | | | | |
| *Apex Physical Rehabilitation & Wellness PLLC, et al. v. UnitedHealth Group Incorporated, et al.* | No. 2026-10201<br><br>Class action | 129th Judicial District Ct. Harris Cnty Tex. | Hon. Michael Gomez<br>Harris County Civil Courthouse<br>201 Caroline, 10th Floor<br>Houston, Texas 77002<br>(832) 927-2500<br>Chanelle Taylor Clerk<br>Shanelle.taylor@hcdistrictclerk.com | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| *Jeff Edwards v. Change Healthcare Inc.* | No. 2SC-24-0708 | Tex. Williamson Justice Ct., Williamson Cnty. | Hon. Angela Williams<br>350 Discovery Boulevard<br>Suite 204<br>Cedar Park, TX 78613<br>(512) 260-4210 | Stayed pending resolution of the MDL. |
| *Kim Edwards v. Change Healthcare Inc.* | No. 2SC-24-0600 | Tex. Justice Ct., Williamson Cnty. | Hon. Angela Williams<br>350 Discovery Boulevard, Suite 204<br>Cedar Park, TX 78613<br>(512) 260-4210 | Stayed pending resolution of the MDL. |
| *Loforese v. Optum, Inc., et al.* | No. 1JC-25-1253 | Tex. Justice Ct., Williamson Cnty. | Hon. KT Musselman<br>1801 E Old Settlers Boulevard, Suite 100 Round<br>Rock, TX 78664<br>Phone: 512-244-8622<br>Fax: 512-244-8602<br>JP1@wilco.org | Stayed pending resolution of the MDL. |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Unifeye Vision Partners Holdings, LLC, et al. v. Change Healthcare Operations, LLC* | No. DC-26-02572 | 101st Judicial District Ct. Dallas Cnty. Tex. | Hon. Staci Williams George L. Allen, Sr. Courts Building 600 Commerce Street, 6th Floor West Dallas, Texas 75202 (214) 653-6937 101court@dallascounty.org | Defendants filed their Special Appearance (contesting personal jurisdiction) and, in the alternative, a Motion to Sever and a Motion to Dismiss on June 8, 2026. The hearing for these motions was held on October 23, 2026. The Court took the matter under advisement and has yet to rule on these motions. |
| **Utah** | | | | |
| *AdvancedMD, Inc., v. Change Healthcare Solutions, LLC, et al.* | No. 250907931 | Utah Distr. Ct., Salt Lake Cnty. | Hon. Kara Pettit 450 S State St Salt Lake City, UT 84111 (801) 238-7144 3rdpettitteam@utcourts.gov | Motion to Dismiss granted in part and denied in part.<br><br>**Coordination Order entered.** |
| **Vermont** | | | | |
| *Northern Vermont Dermatology PLLC v. UnitedHealth Group Incorporated, et al.* | No. 26-CV-01047<br><br>Class action | Vermont Sup. Ct., Franklin Cnty. | Hon. Navah Spero Franklin Civil Division 17 Church Street St. Albans, Vermont 05478 Email: General Court franklingrandisleunit@vtcourts.gov | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Washington** | | | | |

| Case Caption | Case No. and Type | Court | Judge | Status |
|---|---|---|---|---|
| *Dov Wills, PLLC v. UnitedHealth Group Incorporated, et al.* | No. 26-2-08678-8<br><br>Class action | Wash. King. Cnty. Sup. Ct. | Judge Jason Poydras King County Superior Court, 516 3rd Ave., Room C-203, Seattle, WA 98104<br>(206) 477-1435<br>Poydras.court@kingcounty.gov | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **West Virginia** | | | | |
| *Living Waters Medical Center v. UnitedHealth Group, Incorporated, et al.* | No. CC-23-2026-C-25<br><br>Class action | W. Va. Cir. Ct., Logan Cnty. | Hon. Sabrina Deskins<br>Mingo County Courthouse<br>78 East Second Avenue, Room 228<br>Williamson, WV 25661<br>Phone: (304) 235-0340 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |
| **Wisconsin** | | | | |
| *Anesis Center for Marriage and Family Therapy, LLC, et al. v. UnitedHealth Group Incorporated, et al.* | No. 2026CV000541<br><br>Class action | Wis. Dane Cnty. Cir. Ct. | Hon. Julie Genovese<br>Dane County Courthouse<br>Room 8103<br>215 S. Hamilton Street<br>Madison, WI 53703<br>(608) 266-4186 | This state court complaint was filed by MDL Plaintiffs' Leadership.<br><br>Removed to federal court and transferred to the MDL. |