**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MINNESOTA**

---

IN RE: CHANGE HEALTHCARE, INC. CUSTOMER DATA SECURITY BREACH LITIGATION

This Document Relates To:
*ALL PROVIDER ACTIONS*

MDL No. 24-3108 (DWF/DJF)

**NOTICE OF APPEARANCE**

---

The undersigned attorney hereby notifies the Court and counsel that Zachary M. Vaughan shall appear as one of counsel of record for Provider Plaintiffs in the matter of *Total Care Dental and Orthodontics, et al. v. UnitedHealth Group Inc., et al.*, No. 0:25-cv-00179-DWF/DJF (D. Minn.).

Dated: November 25, 2026

*/s/Zachary M. Vaughan*
Zachary M. Vaughan
BERGER MONTAGUE PC
1001 G Street, NW
Fourth Floor, Suite 400 East
Washington DC 20001
T. 215.875.4602
zvaughan@bergermontague.com

*Counsel for Provider Plaintiffs*